

**By ECF**

July 23, 2021

James L. Bernard
Direct Dial:  212.806.5684
Fax:  212.806.6006
jbernard@stroock.com

The Honorable Charles R. Breyer
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *In re McKinsey & Co., Inc. National Prescription Opiate Litigation (Case No. 21-md-02996-CRB)*

Dear Judge Breyer:

This firm represents McKinsey & Company, Inc.; McKinsey & Company, Inc. United States; and McKinsey & Company, Inc. Washington D.C. (collectively, "McKinsey") in this coordinated MDL proceeding.  Our representation of McKinsey in related matters dates back to early 2019, and I have been the primary partner handling these matters since that time.

Last week, I received an unexpected cancer diagnosis and was immediately admitted to the hospital to begin treatment.  As a result of my current hospitalization, I will not be able to participate in the upcoming status conference on July 29, 2021.

In light of this development, our co-counsel, Josh Cohen of Clarence Dyer & Cohen LLP, will appear for McKinsey at the initial status conference.  Mr. Cohen will be prepared to address the issues the Court identified in its Pretrial Order No. 1.

Very truly yours,

/s/ James L. Bernard

cc:   All counsel of record via ECF