IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION<br><br>This Order Relates to:<br><br>ALL ACTIONS | Case No. 21-md-02996-CRB<br><br>**ORDER SETTING STEERING COMMITTEE AND LEAD COUNSEL APPOINTMENT PROCESS** |

The Court held an initial status conference in this matter on July 29, 2021. As stated at the conference and in Pretrial Order No. 1 (dkt. 56), the Court will appoint a Plaintiffs' Steering Committee and Lead Counsel(s) to coordinate and conduct pretrial activities. Any attorney who has filed an action in this MDL may apply for a Steering Committee position or Lead Counsel or both. Each attorney need only submit a single application. Each attorney's application must include a resume not exceeding two pages and a letter not exceeding three pages. The letter should address:

- Professional experience with MDLs
- Familiarity with the claims before the Court
- Present and future availability to commit time to this litigation
- Resources available to prosecute this litigation in a timely manner
- Any other considerations that may qualify counsel for a leadership position

Applications are due **August 6, 2021**. Responses or objections are due **August 11, 2021**. The Court will appoint a Steering Committee and Lead Counsel(s) as soon as possible thereafter. The order appointing the Steering Committee and Lead Counsel(s)

will set forth the issues that the Steering Committee and Lead Counsel(s) shall discuss with McKinsey and a deadline for providing an update to the Court regarding those discussions.

**IT IS SO ORDERED.**

Dated: July 29, 2021

CHARLES R. BREYER
United States District Judge