IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MCKINSEY & CO., INC. NAT'L. PRESCRIPTION OPIATE CONSULTANT LTGN. | Judge Charles R. Breyer<br><br>21-MD-2996-CRB<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE, AND REQUEST TO WAIVE ADMISSION FEE**<br>ORDER |

I, Jonathan Blanton, an active member in good standing of the bar of Ohio, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing amici States of Ohio, Arkansas, Connecticut, Idaho, Indiana, Kansas, Louisiana, Montana, Nebraska, North Dakota & Texas in the above captioned matter. Pursuant to the Case Management Orders entered in this matter, no local counsel has been obtained. My contact information is:

JONATHAN BLANTON
Deputy Attorney General
OFFICE OF OHIO ATTORNEY GENERAL
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614.728.1171
Jonathan.Blanton@OhioAGO.gov

My Ohio bar number is 0070035. A true and correct copy of my certificate of good standing from the Supreme Court of Ohio is attached to this application.

I have not been granted pro hac admission by this Court in the preceding 12 months.

I request, as a matter of comity for a government attorney, for the pro hac fee to be waived. If the fee is not waived, I will pay the pro hac vice admission fee forthwith.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated:  11 January 2022                                     */s/ Jonathan Blanton*
                                                                                          APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of is granted, subject to the terms and conditions of Civil L.R. 11-3. Pursuant to Civil L.R. 11-3(e), the admission fee is waived.  All papers filed by the attorney must indicate appearance pro hac vice. The amici States will have no local counsel.  Service of papers and communication with the amici States shall occur through counsel of record.

Dated:  January 12, 2022

_____
UNITED STATES DISTRICT/~~MAGISTRATE JUDGE~~

## CERTIFICATE OF SERVICE

I hereby certify that on this Application was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                           */s/ Jonathan Blanton*
                                           JONATHAN BLANTON



# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Jonathan David Blanton**
Attorney Registration No. **70035**

was admitted to the practice of law in Ohio on November 9, 1998; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 6th day of January, 2022.

GINA WHITE PALMER
*Director, Attorney Services Division*

Bradley J. Martinez
*Attorney Services Counsel*

No. 2022-01-06-1
Verify by email at GoodStandingRequests@sc.ohio.gov