| | |
|---|---|
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>ELIZABETH J. CABRASER (SBN 083151)<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br>Email: ecabraser@lchb.com<br><br>Lead Counsel for Plaintiffs | STROOCK & STROOCK & LAVAN LLP<br>DAVID M. CHEIFETZ (*PRO HAC VICE*)<br>180 Maiden Lane<br>New York, NY 10038<br>Telephone: 212.806.5400<br>Email: jbernard@stroock.com<br><br>CLARENCE DYER & COHEN LLP<br>JOSH A. COHEN (SBN 217853)<br>899 Ellis Street<br>San Francisco, CA 94109<br>Telephone: 415.749.1800<br>Email: jcohen@clarencedyer.com<br><br>MORRISON & FOERSTER LLP<br>MARK DAVID MCPHERSON (SBN 307951)<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: 415.268.7000<br>Email: mmcpherson@mofo.com<br><br>TODD & WELD LLP<br>INGRID S. MARTIN (*PRO HAC VICE*)<br>One Federal Street<br>Boston, MA 02110<br>Telephone: 617.720.2626<br>Email: imartin@toddweld.com<br><br>Attorneys for McKinsey Defendants |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION<br><br>This Document Relates to: ALL ACTIONS | Case No. 3:21-md-02996-CRB (SK)<br><br>[Assigned to the Hon. Charles R. Breyer]<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SUPPLEMENTAL BRIEFING SCHEDULE** |

## STIPULATION

WHEREAS, on December 23, 2021, McKinsey filed a Motion to Dismiss the Complaints on the Grounds of *Res Judicata* and Release (Dkt. 310) (hereinafter, "the motion");

WHEREAS, on March 31, 2022, the Court heard argument on the motion;

WHEREAS, on April 1, 2022, the Court issued an order directing the parties to submit supplemental briefs in connection with the motion (Dkt. 370);

WHEREAS, the Court's order directed McKinsey to file a supplemental brief on or before April 21, 2022, and Plaintiffs to file a supplemental brief on or before May 5, 2022;

WHEREAS, due to scheduling issues around the upcoming spring holidays, McKinsey seeks, and Plaintiffs do not oppose, two additional weeks to file a supplemental brief that fully addresses the subjects raised in the Court's order;

NOW, THEREFORE, the parties hereby agree and stipulate that the deadline for McKinsey to submit its supplemental brief should be extended from April 21 to May 5, 2022.  The parties further agree and stipulate that the deadline for Plaintiffs to file their supplemental brief should be extended from May 5 to May 19, 2022 without prejudice to Plaintiffs to seek additional time as needed.

IT IS SO STIPULATED.

///

///

///

///

///

///

///

///

| | |
|---|---|
| Dated:  April 12, 2022 | STROOCK & STROOCK & LAVAN LLP<br>DAVID M. CHEIFETZ<br><br>By: _____*/s/ David M. Cheifetz*_____<br>          David M. Cheifetz<br><br>Attorneys for Defendants<br><br><br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>ELIZABETH J. CABRASER<br><br>By: _____*/s/ Elizabeth S. Cabraser*_____<br>          Elizabeth J. Cabraser<br><br>Lead Counsel for Plaintiffs |

## [PROPOSED] ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

DATED: _____                    _____
                                                                            CHARLES R. BREYER
                                                                            UNITED STATES DISTRICT JUDGE