| | |
|---|---|
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>ELIZABETH J. CABRASER (SBN 083151)<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br>Email: ecabraser@lchb.com<br><br>Lead Counsel for Plaintiffs | STROOCK & STROOCK & LAVAN LLP<br>DAVID M. CHEIFETZ (*PRO HAC VICE*)<br>180 Maiden Lane<br>New York, NY 10038<br>Telephone:  212.806.5400<br>Email:  jbernard@stroock.com<br><br>CLARENCE DYER & COHEN LLP<br>JOSH A. COHEN (SBN 217853)<br>899 Ellis Street<br>San Francisco, CA 94109<br>Telephone: 415.749.1800<br>Email: jcohen@clarencedyer.com<br><br>MORRISON & FOERSTER LLP<br>MARK DAVID MCPHERSON (SBN 307951)<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: 415.268.7000<br>Email: mmcpherson@mofo.com<br><br>TODD & WELD LLP<br>INGRID S. MARTIN (*PRO HAC VICE*)<br>One Federal Street<br>Boston, MA 02110<br>Telephone: 617.720.2626<br>Email: imartin@toddweld.com<br><br>Attorneys for McKinsey Defendants |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION<br><br>This Document Relates to: ALL ACTIONS | Case No. 3:21-md-02996-CRB (SK)<br><br>[Assigned to the Hon. Charles R. Breyer]<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO LIFT THE DISCOVERY STAY** |

## STIPULATION

WHEREAS, on June 25, 2021, this Court issued Pretrial Order No. 1 that ordered "[p]ending further order of this Court, all outstanding discovery proceedings are stayed, and no further discovery shall be initiated." (Dkt. 56 at ¶ 7).

WHEREAS, on and before May 5, 2022, Plaintiffs met and conferred with Defendants seeking agreement that the discovery stay should be lifted and discovery should proceed in this matter. Defendants do not agree that discovery should proceed in this matter at this time;

NOW, THEREFORE, the Parties, pursuant to Pretrial Order No. 7 (Dkt. 293), hereby agree and stipulate to the below briefing schedule and hearing date regarding lifting the discovery stay as issued in Pretrial Order No. 1:

    Plaintiffs' Motion to Lift the Discovery Stay to be filed:   May 10, 2022

    Defendants' Opposition to be filed:   May 26, 2022

    Plaintiffs' Reply to be filed:   June 2, 2022

    Hearing date:   July 15, 2022

IT IS SO STIPULATED.

///

///

///

///

///

///

///

///

2413059.1

Dated:  May 9, 2022

STROOCK & STROOCK & LAVAN LLP
DAVID M. CHEIFETZ

By: _____*/s/David M. Cheifetz*_____
           David M. Cheifetz

Attorneys for Defendants


LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
ELIZABETH J. CABRASER

By: _____*/s/Elizabeth J. Cabraser*_____
           Elizabeth J. Cabraser

Lead Counsel for Plaintiffs

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

DATED: May 16, 2022

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE