UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN BENITO COUNTY and others,<br><br>Plaintiffs,<br><br>v.<br><br>MCKINNEY AND COMPANY, INC.,<br><br>Defendant. | Case No. 5:22-cv-06302 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Charles R. Breyer for consideration of whether the case is related to 3:21-md-02996 CRB, *In re: McKinsey & Co., Inc. National Prescription Opiate Consultant Litigation.*

**IT IS SO ORDERED.**

Dated: October 25, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 22-cv-06302 NC
SUA SPONTE JUDICIAL REFERRAL