| | |
|---|---|
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>ELIZABETH J. CABRASER (SBN 083151)<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br>Email: ecabraser@lchb.com<br><br>Lead Counsel for Plaintiffs | STROOCK & STROOCK & LAVAN LLP<br>JAMES L. BERNARD (*PRO HAC VICE*)<br>180 Maiden Lane<br>New York, NY 10038<br>Telephone: 212.806.5400<br>Email: jbernard@stroock.com<br><br>CLARENCE DYER & COHEN LLP<br>JOSH A. COHEN (SBN 217853)<br>899 Ellis Street<br>San Francisco, CA 94109<br>Telephone: 415.749.1800<br>Email: jcohen@clarencedyer.com<br><br>MORRISON & FOERSTER LLP<br>MARK DAVID MCPHERSON (SBN 307951)<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: 415.268.7000<br>Email: mmcpherson@mofo.com<br><br>TODD & WELD LLP<br>INGRID S. MARTIN (*PRO HAC VICE*)<br>One Federal Street<br>Boston, MA 02110<br>Telephone: 617.720.2626<br>Email: imartin@toddweld.com<br><br>Attorneys for McKinsey Defendants |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION<br><br>This Document Relates to: ALL ACTIONS | Case No. 3:21-md-02996-CRB<br><br>**JOINT STATUS REPORT**<br><br>Date: October 28, 2022<br>Time: 10:00 a.m. |

The parties respectfully submit this status report in anticipation of the October 28, 2022 hearing.

The remaining parties have met and conferred about a discovery plan, agree the Court should lift the discovery stay, and will file in advance of the hearing a proposed case management order and discovery schedule for the Court's consideration.

The Subdivision and School District Plaintiffs and the McKinsey Defendants have reached an agreement in principle to resolve those plaintiffs' claims.  These parties will report to the Court on the status of finalizing the settlement agreement at the next status conference, which they propose be held in December 2022.  In light of this development, the parties agree that (1) the Court should not adjudicate McKinsey's Motion to Dismiss the Complaints on the Grounds of *Res Judicata* and Release (Dkt. 310) at this time, and (2) the deadlines in Pretrial Order No. 7 should be vacated with respect to the Subdivision and School District Plaintiffs.

The claims alleged by the remaining plaintiff categories (Tribes, Third Party Payors, and NAS Plaintiffs) remain pending.  Certain of those claims are subject to McKinsey's pending Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 313), which was argued on March 31, 2022. To the extent the Court wishes to hear additional argument, the parties will be prepared at the October 28 hearing.

Respectfully submitted,

Dated:  October 26, 2022

STROOCK & STROOCK & LAVAN LLP
JAMES L. BERNARD

By: ___*/s/ James L. Bernard*___
James L. Bernard

Attorneys for Defendants

1
2   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
3   ELIZABETH J. CABRASER
4
    By:  */s/ Elizabeth J. Cabraser*
5            Elizabeth J. Cabraser
6
7   Lead Counsel for Plaintiffs
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

JOINT STATUS REPORT
Case No. 3:21-md-02996-CRB

2696047.1