| | |
|---|---|
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>ELIZABETH J. CABRASER (SBN 083151)<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br>Email: ecabraser@lchb.com<br><br>Lead Counsel for Plaintiffs | STROOCK & STROOCK & LAVAN LLP<br>JAMES L. BERNARD (*PRO HAC VICE*)<br>180 Maiden Lane<br>New York, NY 10038<br>Telephone:  212.806.5400<br>Email:  jbernard@stroock.com<br><br>CLARENCE DYER & COHEN LLP<br>JOSH A. COHEN (SBN 217853)<br>899 Ellis Street<br>San Francisco, CA 94109<br>Telephone: 415.749.1800<br>Email: jcohen@clarencedyer.com<br><br>MORRISON & FOERSTER LLP<br>MARK DAVID MCPHERSON (SBN 307951)<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: 415.268.7000<br>Email: mmcpherson@mofo.com<br><br>TODD & WELD LLP<br>INGRID S. MARTIN (*PRO HAC VICE*)<br>One Federal Street<br>Boston, MA 02110<br>Telephone: 617.720.2626<br>Email: imartin@toddweld.com<br><br>Attorneys for McKinsey Defendants |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION<br><br>This Document Relates to: ALL ACTIONS | Case No. 3:21-md-02996-CRB (SK)<br><br>[Assigned to the Hon. Charles R. Breyer]<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' FURTHER MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)** |

# STIPULATION

WHEREAS, pursuant to Pretrial Order No. 7, the parties are required within 10 days of the Court's ruling on McKinsey's initial motions to dismiss to meet and confer about a process and timetable for briefing any additional motions to dismiss pursuant to FRCP 12(b) that McKinsey intends to file (Dkt. 294, ¶ 9);

WHEREAS, on October 27, 2022, the Court denied McKinsey's motion to dismiss for lack of personal jurisdiction (Dkt. 439) and approved the parties' request that the Court not adjudicate at this time McKinsey's motion to dismiss on grounds of release and *res judicata* (Dkt. 440);

WHEREAS, McKinsey presently intends to file a motion to dismiss pursuant to FRCP 12(b)(6) directed at the NAS Plaintiffs' Master Complaint (Dkt. 298), the Tribal Plaintiffs' Master Complaint (Dkt. 300), the Third Party Payors' Consolidated Class Action Complaint (Dkt. 299), and/or any later-filed complaint that alleges claims not alleged by the Master Complaints, while reserving the right to move to dismiss the Subdivisions' and School Districts' Master Complaints (Dkts. 296 & 297) at a later time, if necessary;

WHEREAS, the Court has lifted the discovery stay and directed the parties to adhere to a stipulated discovery schedule (Dkt. 440);

WHEREAS, the parties have met and conferred about a schedule for briefing McKinsey's Rule 12(b)(6) motion that will not delay discovery;

WHEREAS, the parties agree to meet and confer about the substance of McKinsey's Rule 12(b)(6) motion prior to it being filed;

NOW, THEREFORE, the parties hereby agree and stipulate that the briefing schedule on McKinsey's Rule 12(b)(6) motion should be as follows:

| | |
|---|---|
| Last day for the parties to meet and confer about the substance of McKinsey's Rule 12(b)(6) motion: | December 9, 2022 |
| Last day for McKinsey to file motion to dismiss: | January 9, 2023 |
| Last day for plaintiffs to file opposition brief: | March 3, 2023 |
| Last day for McKinsey to file reply brief: | April 7, 2023 |

| | |
|---|---|
| Hearing date: | TBD |

IT IS SO STIPULATED.

Dated:  November 10, 2022          STROOCK & STROOCK & LAVAN LLP
                                   JAMES L. BERNARD

                                   By: _____/s/ James L. Bernard_____
                                               James L. Bernard

                                   Attorneys for Defendants


                                   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                   ELIZABETH J. CABRASER

                                   By: _____/s/ Elizabeth J. Cabraser_____
                                              Elizabeth J. Cabraser

                                   Lead Counsel for Plaintiffs

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

DATED:   November 14, 2022          _____
                                    CHARLES R. BREYER
                                    UNITED STATES DISTRICT JUDGE