| | |
|---|---|
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>ELIZABETH J. CABRASER (SBN 083151)<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111<br>Telephone: 415.956.1000<br>Facsimile:  415.956.1008<br>Email: ecabraser@lchb.com<br><br>Lead Counsel for Plaintiffs | STROOCK & STROOCK & LAVAN LLP<br>JAMES L. BERNARD (*PRO HAC VICE*)<br>DAVID M. CHEIFETZ (*PRO HAC VICE*)<br>180 Maiden Lane<br>New York, NY 10038<br>Telephone:  212.806.5400<br>Email:  jbernard@stroock.com<br><br>CLARENCE DYER & COHEN LLP<br>JOSH A. COHEN (SBN 217853)<br>899 Ellis Street<br>San Francisco, CA 94109<br>Telephone: 415.749.1800<br>Email: jcohen@clarencedyer.com<br><br>MORRISON & FOERSTER LLP<br>MARK DAVID MCPHERSON (SBN 307951)<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: 415.268.7000<br>Email: mmcpherson@mofo.com<br><br>TODD & WELD LLP<br>INGRID S. MARTIN (*PRO HAC VICE*)<br>One Federal Street<br>Boston, MA 02110<br>Telephone: 617.720.2626<br>Email: imartin@toddweld.com<br><br>Attorneys for McKinsey Defendants |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION<br><br>This Document Relates to: ALL ACTIONS | Case No. 3:21-md-02996-CRB (SK)<br><br>[Assigned to the Hon. Charles R. Breyer]<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PAGE LIMITS FOR BRIEFING ON RULE 12(b)(6) MOTION TO DISMISS** |

# STIPULATION

WHEREAS, the Court previously entered a briefing schedule directing McKinsey to file its Rule 12(b)(6) motion to dismiss by January 9, 2023; Plaintiffs to file an opposition to that motion to dismiss by March 3, 2023; and McKinsey to file its reply by April 7, 2023 (Dkt. 445);

WHEREAS, McKinsey's motion seeks dismissal of the three Master Consolidated Complaints of the NAS Plaintiffs (Dkt. 298), Third-Party Payor Plaintiffs (Dkt. 299), and Tribal Plaintiffs (Dkt. 300);

WHEREAS, given the approximately 20 claims asserted across those three Master Consolidated Complaints, totaling 3,049 paragraphs and 625 pages, McKinsey believes the issues it intends to raise by its single memorandum of points and authorities in support of its motion to dismiss cannot be addressed adequately within the number of pages contemplated by the local rules and this Court's standing orders;

WHEREAS, the parties have met and conferred about extending page limits given these limitations;

WHEREAS, the parties have agreed on extending page limits for McKinsey's opening memorandum of points and authorities in support of its motion to dismiss, Plaintiffs' memorandum of points and authorities in opposition to that motion, and McKinsey's reply memorandum of points and authorities in support of that motion;

NOW, THEREFORE, the parties hereby agree and stipulate to the following page limits for McKinsey's motion to dismiss:

<u>Motion to dismiss</u>

Opening Memorandum of Points and Authorities:   60 pages

Opposition Memorandum of Points and Authorities: 60 pages

Reply Memorandum of Points and Authorities:   30 pages

IT IS SO STIPULATED.

Dated: January 4, 2023

MORRISON & FOERSTER LLP
MARK DAVID McPHERSON

By: _____*/s/ Mark David McPherson*_____
　　　　　Mark David McPherson

Attorneys for Defendants


LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
ELIZABETH J. CABRASER

By: _____*/s/ Elizabeth J. Cabraser*_____
　　　　　Elizabeth J. Cabraser

Lead Counsel for Plaintiffs


**[PROPOSED] ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

DATED: __January 5, 2023__　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

- 2 -

STIPULATION REGARDING PAGE LIMITS
Case No. 3:21-md-02996-CRB