| | |
|---|---|
| Elizabeth J. Cabraser (SBN 083151)<br>ecabraser@lchb.com<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339<br>Telephone:  415.956.1000<br>Facsimile:  415.956.1008<br><br>*Lead Counsel for Plaintiffs* | James L. Bernard (*Pro Hac Vice*)<br>jbernard@stroock.com<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038<br>Telephone: 212.806.5400<br><br>Josh A. Cohen (SBN 217853)<br>jcohen@clarencedyer.com<br>CLARENCE DYER & COHEN LLP<br>899 Ellis Street<br>San Francisco, CA 94109<br>Telephone: 415.749.1800<br><br>Mark David McPherson (SBN 307951)<br>mmcpherson@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: 415.268.7000<br><br>Ingrid S. Martin (*Pro Hac Vice*)<br>imartin@toddweld.com<br>TODD & WELD LLP<br>One Federal Street<br>Boston, MA 02110<br>Telephone: 617.720.2626<br><br>*Attorneys for McKinsey Defendants* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.  21-md-02996-CRB (SK)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY SCHEDULE**<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 6, 17th Floor |

## STIPULATION

WHEREAS, pursuant to the October 27, 2022 Joint Case Management Statement and Discovery Schedule ("Discovery Schedule"), this Court directed the parties to meet and confer about (1) appropriate limits on interrogatories, (2) a proposed Plaintiff Fact Sheet and Plaintiff Fact Sheet Implementation Order, and (3) Defendants' access to discovery from MDL 2804; and to submit any disputes concerning these matters to Magistrate Judge Kim by December 20, 2022 (Dkt. 440);

WHEREAS, pursuant to stipulations by the parties, the Court extended the deadline to meet and confer and submit any disputes concerning these matter from December 20, 2022 to January 18, 2023 (Dkts. 452 & 454);

WHEREAS, the parties continue to discuss these matters and respectfully seek additional time to resolve or narrow any disputes before submitting them to Judge Kim;

NOW, THEREFORE, the parties hereby agree, stipulate and respectfully request that the Discovery Schedule be amended to provide that the parties shall submit any disputes concerning (1) appropriate limits on interrogatories, (2) a proposed Plaintiff Fact Sheet and Plaintiff Fact Sheet Implementation Order, and/or (3) Defendants' access to discovery from MDL 2804, to Magistrate Judge Kim on or before February 3, 2023.

The parties further hereby agree and stipulate that all other terms and provisions in the Discovery Schedule that are not expressly modified herein shall remain as provided therein.

**IT IS SO STIPULATED.**

Dated: January 16, 2023

By: /s/

Elizabeth J. Cabraser
ecabraser@lchb.com
**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Plaintiffs' Lead Counsel and on behalf of the Plaintiffs' Steering Committee*

By: /s/ _____

Josh A. Cohen (SBN 217853)
jcohen@clarencedyer.com
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94117
Telephone: 415.749.1800

*Attorney for McKinsey Defendants*

## [PROPOSED] ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

DATED:_____

_____
CHARLES R. BREYER
United States District Judge