| | | |
|---|---|---|
| 1 | Elizabeth J. Cabraser (SBN 083151) | James L. Bernard (*Pro Hac Vice*) |
| | ecabraser@lchb.com | jbernard@stroock.com |
| 2 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | STROOCK & STROOCK & LAVAN LLP |
| 3 | 275 Battery Street, 29th Floor | 180 Maiden Lane |
| | San Francisco, CA  94111-3339 | New York, NY 10038 |
| 4 | Telephone:  415.956.1000 | Telephone: 212.806.5400 |
| | Facsimile:  415.956.1008 | |
| 5 | | Josh A. Cohen (SBN 217853) |
| | *Lead Counsel for Plaintiffs* | jcohen@clarencedyer.com |
| 6 | | CLARENCE DYER & COHEN LLP |
| 7 | | 899 Ellis Street |
| | | San Francisco, CA 94109 |
| 8 | | Telephone: 415.749.1800 |
| 9 | | Mark David McPherson (SBN 307951) |
| 10 | | mmcpherson@mofo.com |
| | | MORRISON & FOERSTER LLP |
| 11 | | 425 Market Street |
| | | San Francisco, CA 94105 |
| 12 | | Telephone: 415.268.7000 |
| 13 | | Ingrid S. Martin (*Pro Hac Vice*) |
| 14 | | imartin@toddweld.com |
| | | TODD & WELD LLP |
| 15 | | One Federal Street |
| | | Boston, MA 02110 |
| 16 | | Telephone: 617.720.2626 |
| 17 | | *Attorneys for McKinsey Defendants* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION | | Case No.  21-md-02996-CRB (SK) |
| | | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR DISPUTES REGARDING PLAINTIFF FACT SHEET AND INTERROGATORY LIMITS** |
| This Document Relates to: | | |
| ALL ACTIONS | | |
| | | Judge: Hon. Charles R. Breyer |
| | | Courtroom: 6, 17th Floor |

# STIPULATION

WHEREAS, pursuant to the October 27, 2022 Joint Case Management Statement and Discovery Schedule ("Discovery Schedule"), this Court directed the parties to meet and confer and submit to Magistrate Judge Kim any disputes about (1) appropriate limits on interrogatories, and (2) a proposed Plaintiff Fact Sheet and Plaintiff Fact Sheet Implementation Order (Dkt. 440);

WHEREAS, the parties previously agreed and stipulated to extend the deadline for any such disputes from December 20, 2022 to February 3, 2023 (Dkts. 454 & 464);

WHEREAS, the parties continue to discuss these matters and respectfully seek additional time to resolve or narrow any disputes before submitting them to Judge Kim;

NOW, THEREFORE, the parties hereby agree, stipulate and respectfully request that the Discovery Schedule be amended to provide that the parties shall submit any disputes concerning (1) appropriate limits on interrogatories, and (2) a proposed Plaintiff Fact Sheet and Plaintiff Fact Sheet Implementation Order, to Magistrate Judge Kim on or before February 17, 2023.

The parties further hereby agree and stipulate that all other terms and provisions in the Discovery Schedule that are not expressly modified herein shall remain as provided therein.

**IT IS SO STIPULATED.**

Dated: February 2, 2023

By: /s/

Elizabeth J. Cabraser
ecabraser@lchb.com
**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Plaintiffs' Lead Counsel and on behalf of the Plaintiffs' Steering Committee*

By: /s/ _____

Josh A. Cohen (SBN 217853)
jcohen@clarencedyer.com
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94117
Telephone: 415.749.1800

*Attorney for McKinsey Defendants*

## [PROPOSED] ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

DATED:_____        _____
                               CHARLES R. BREYER
                               United States District Judge