**Lieff Cabraser Heimann & Bernstein, LLP**
250 Hudson Street, 8th Floor
New York, NY  10013-1413
t  212.355.9500
f  212.355.9592

February 17, 2023

Elizabeth J. Cabraser
Partner
ecabraser@lchb.com

**VIA ECF FILING**

Magistrate Judge Sallie Kim
San Francisco Courthouse
Courtroom C—15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

  RE:  *In re: McKinsey & Co., Inc. National Prescription Opiate Consultant Litigation*, Case No. 21-md-02996-CRB (SK)

Dear Magistrate Judge Kim:

 The Parties respectfully request a telephonic conference to discuss the procedure to raise disputes about (1) appropriate limits on interrogatories, and (2) a proposed Tribal Plaintiff Fact Sheet and Plaintiff Fact Sheet Implementation Order. *See* Joint Case Management Statement and Discovery Schedule ("Discovery Schedule") (Dkt. 440).  Plaintiffs do not believe the disputes are ripe and suggest that further guidance from Judge Breyer on a supplemental schedule would narrow or entirely resolve the disputes.  McKinsey does not agree that addressing a supplemental schedule is necessary at this time or that it would obviate the Parties' discovery disputes.  The Parties are available for a telephone conference on February 21, 22, or 24, 2023 at the Court's convenience.  The Parties agree that, by requesting a telephone conference in lieu of filing a statement of dispute at this time, no Party waives its right to file a statement of dispute at a later date.

Respectfully submitted,

Elizabeth J. Cabraser
*Plaintiffs' Lead Counsel*

cc:  All counsel via ECF

KKM/wp

2752144.3

San Francisco    New York    Nashville    Munich    www.lieffcabraser.com