ROBBINS GELLER RUDMAN
  & DOWD LLP
AELISH M. BAIG (201279)
TAEVA C. SHEFLER (291637)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
tshefler@rgrdlaw.com
hdeshmukh@rgrdlaw.com
       – and –
THOMAS E. EGLER (189871)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
tome@rgrdlaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION | Case No. 3:21-md-02996-CRB |
| | STIPULATION AND [PROPOSED] ORDER REGARDING JOINT PRIVILEGE PROTOCOL |

4858-4170-6831.v1

WHEREAS, on October 27, 2022, this Court approved a Discovery Schedule in this case directing the parties to meet and confer and submit a joint proposed protocol on privilege issues (ECF 440);

WHEREAS, Defendants' initial production of discovery called for under the Discovery Schedule is underway; and

WHEREAS, the parties have conferred and hereby agree and stipulate to the following protocol on privilege issues:

## I.    PRIVILEGE LOG

1.    Any document falling within the scope of any request for production that is withheld on the basis of a claim of the attorney-client privilege, the work product doctrine, or any other claim of privilege from discovery is to be identified by the Producing Party in a privilege log; and a privilege log should be produced, on a rolling basis, no later than 60 days following a production.  A final privilege log should be produced within 30 days of substantial completion of document production.

2.    Privilege logs will be produced in an Excel format, or other agreed-upon format, which allows the Receiving Party to search and sort any and all columns and entries of the privilege log.

3.    Each privilege log produced by a Party should be numbered sequentially (*e.g.*, "McKinsey First Privilege Log").

4.    A log of the documents withheld on the basis of privilege will be generated from the following corresponding metadata fields[1] to the extent they exist as electronic metadata associated with the original electronically stored information:

- Author
- Subject
- Title
- Attachment Name

---

[1]    For electronically stored information other than email and e-docs that do not conform to the metadata fields listed here, such as text messages, Instant Bloomberg, iMessage, Google Chat, Yammer, Slack, etc., the parties will meet and confer as to the appropriate metadata fields to be included in the privilege log.

- • File Name
- • Custodian(s)
- • Sender/From
- • Recipient/To
- • CC
- • BCC
- • Sent Date/Time
- • Created Date/Time
- • Date/Time Last Modified
- • File Extension
- • Attachment Count
- • Hash Value
- • Conversation ID or Thread ID

5.      Parties may substitute an alternative description of the content within the identified metadata field(s) where the content of the metadata field reveals privileged information.  The Producing Party shall identify each instance in which it has modified the content of the field and the basis for the modification.

6.      Parties will also include on the privilege log fields containing: (a) a unique document ID; (b) the log production date; (c) information sufficient to understand the family relationship of withheld documents; (d) the privilege asserted (*e.g.*, attorney-client, work product); and (e) a description of the nature of the withheld document or communication in a manner that, without revealing information claimed privileged, will enable a party to assess the privilege claim.

7.      The privilege logs will clearly identify: (a) any attorneys on the privilege log using an asterisk or other agreed-upon method; and (b) any third party (in a different manner from attorneys). For McKinsey's privilege logs, third parties can be identified by including the full email address of any individuals who are not McKinsey employees, partners, or in-house or outside counsel.

8.      Should a Receiving Party have a good-faith reason to believe a particular entry or portion of the entry log is not accurate or does not provide adequate information, the Receiving Party may request additional information; the Producing Party will then supplement with a privilege log for that entry in compliance with Rule 26(b)(6) of the Federal Rules of Civil Procedure.

9.      To the extent any hard-copy documents or documents lacking sufficient metadata for which a Producing Party asserts a privilege applies, the Producing Party shall include in the privilege

1  log the information for such documents as is required by Rule 26(b)(5) of the Federal Rules of Civil
2  Procedure, including the following:

3         (a)     a statement of the ground(s) alleged for withholding such document;

4         (b)     where clear from the face of the document, any date information, including
5  the date the document was prepared and/or distributed;

6         (c)     the identity of the document's author;

7         (d)     where clear from the face of the document, the identity of all authors and/or
8  recipients of the document, including an indication of authors or recipients who are attorneys;

9         (e)     a description of the nature of the withheld document in a manner that, without
10  revealing information claimed privileged or protected, will enable a party to assess the privilege
11  claim;

12         (f)     where clear from the face of the document, an indication of all authors or
13  recipients of the documents who are third parties; and

14         (g)     a unique document ID.

15      10.    Notwithstanding a claim of privilege, any document containing both privileged and
16  non-privileged matter must be produced with the purportedly privileged portion redacted, with the
17  redacted portion indicated on the document itself.

18      11.    Redacted documents need not be logged so long as: (a) for emails, the bibliographic
19  information is not redacted; (b) all agreed-upon non-privileged metadata fields are produced; (c) the
20  redaction is noted on the face of the document and in the redaction field of the load file; (d) the
21  reason for the redaction (*e.g.*, "Redacted for AC Privilege") is noted on the face of the document as
22  produced; and (e) the redactions are implemented in such a way that sufficient context is available to
23  understand the nature of the document and to assess the basis of the claim of privilege.

24      12.    Should the Receiving Party have a good-faith reason to believe a redacted document
25  does not provide adequate information to assess the claim of privilege, the Receiving Party may
26  request additional information; the Producing Party will then supplement with a privilege log for that
27  entry in compliance with Rule 26(b)(5) of the Federal Rules of Civil Procedure.

28

STIPULATION AND [PROPOSED] ORDER REGARDING JOINT PRIVILEGE PROTOCOL -
3:21-md-02996-CRB
4858-4170-6831.v1

13. Privileged communications exclusively between a Party (or its employees/partners) and its outside counsel representing the Party in this Action that post-date the issuance of a subpoena to McKinsey in *In re: National Prescription Opiate Litigation*, MDL 2804 (Jan. 2, 2019), are not required to be identified on the Producing Party's privilege log.

14. Absent agreement by the Parties or court order, documents withheld on the basis of privilege will not be logged categorically.

15. If a Party lodges a challenge to documents withheld on the basis of privilege, the Parties agree to *in camera* review of any withheld documents by Magistrate Judge Sallie Kim in order to assist the Court in evaluating the claims of privilege asserted.

IT IS SO STIPULATED.

DATED: March 3, 2023

ROBBINS GELLER RUDMAN
  & DOWD LLP
AELISH M. BAIG
TAEVA C. SHEFLER
HADIYA K. DESHMUKH


         s/ Aelish M. Baig
AELISH M. BAIG

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
tshefler@rgrdlaw.com
hdeshmukh@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
THOMAS E. EGLER
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
tome@rgrdlaw.com

1

2
                                     ROBBINS GELLER RUDMAN
                                           & DOWD LLP

3
                                     MARK J. DEARMAN
                                     NICOLLE B. BRITO

4
                                     225 NE Mizner Boulevard, Suite 720
                                     Boca Raton, FL  33432

5
                                     Telephone:  561/750-3000
                                     561/750-3364 (fax)

6
                                     mdearman@rgrdlaw.com
                                     nbrito@rgrdlaw.com

7
                                     Attorneys for Plaintiff
                                     The City of Pembroke Pines, Florida

8

9
DATED:  March 3, 2023                    CLARENCE DYER & COHEN LLP
                                     JOSH A. COHEN

10

11
                                            s/ Josh A. Cohen

12
                                     JOSH A. COHEN

13
                                     899 Ellis Street
                                     San Francisco, CA  94117

14
                                     Telephone:  415/749-1800
                                     415/749-1694 (fax)

15
                                     jcohen@clarencedyer.com

16
                                     STROOCK & STROOCK & LAVAN LLP
                                     JAMES L. BERNARD (*pro hac vice*)

17
                                     180 Maiden Lane
                                     New York, NY  10038

18
                                     Telephone:  212/806-5400
                                     212/806-6006 (fax)

19
                                     jbernard@stroock.com

20
                                     MORRISON & FOERSTER LLP
                                     MARK DAVID McPHERSON

21
                                     425 Market Street
                                     San Francisco, CA  94105

22
                                     Telephone:  415/268-7000
                                     415/268-7522 (fax)

23
                                     mmcpherson@mofo.com

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING JOINT PRIVILEGE PROTOCOL -
3:21-md-02996-CRB                                          - 5 -

1
2   TODD & WELD LLP
    INGRID S. MARTIN (*pro hac vice*)
3   One Federal Street
    Boston, MA  02110
4   Telephone:  617/720-2626
    617/227-5777 (fax)
5   imartin@toddweld.com

6   Attorneys for McKinsey Defendants

7   **ATTESTATION PURSUANT TO LOCAL RULE 5-1**

8       I, Aelish M. Baig, am the ECF user whose identification and password are being used to file

9   the SECOND STIPULATION AND [PROPOSED] ORDER REGARDING PRIVILEGE

10  PROTOCOL.  Pursuant to Local Rule 5-1(h)(3) and in compliance with General Order No. 45X.B., I

11  hereby attest that Josh A. Cohen has concurred in this filing.

12  DATED:  March 3, 2023

13
                                            s/ Aelish M. Baig
14                                          AELISH M. BAIG

15                      *       *       *

16                  **O R D E R**

17      PURSUANT TO STIPULATION, IT IS SO ORDERED.

18  DATED:  _____        _____
19                                      THE HONORABLE CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER REGARDING JOINT PRIVILEGE PROTOCOL -
3:21-md-02996-CRB                                                        - 6 -
4858-4170-6831.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on March 3, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 s/ Aelish M. Baig
AELISH M. BAIG

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
Email:  aelishb@rgrdlaw.com

**Mailing Information for a Case 3:21-md-02996-CRB In re: McKinsey & Co., Inc. National Prescription Opiate Consultant Litigation**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gregory R. Abboud**
  greg@abboudlawfirm.com

- **Mark Abramowitz**
  mabramowitz@dlcfirm.com,1064889420@filings.docketbird.com

- **Benjamin D. Adams**
  badams@cldlaw.com

- **Henry J. Avery**
  havery@zsz.com

- **Salvatore C. Badala**
  sbadala@napolilaw.com,1936354420@filings.docketbird.com

- **Salvatore Charles Badala**
  sbadala@napolilaw.com

- **Aelish Marie Baig**
  AelishB@rgrdlaw.com,panderson@rgrdlaw.com,kmccormack@rgrdlaw.com,e_file_sd@rgrdlaw.com,creis@rgrdlaw.com

- **Adam Phillip Bailey**
  abailey@hobbsstraus.com

- **Amanda K. Baker**
  AKBaker@hollandhart.com

- **Lauren G. Barnes**
  lauren@hbsslaw.com,racheld@hbsslaw.com,jennyo@hbsslaw.com

- **David R. Barney , Jr**
  drbarneywv@gmail.com

- **Talat Mahammad Bashir**
  talat4321@hotmail.com

- **Mark D. Bauman**
  mbauman@hinshawlaw.com

- **John C. Beiers**
  jbeiers@smcgov.org,slectura@smcgov.org,jbarbarotto@smcgov.org

- **TerriAnne Benedetto**
  tbenedetto@dugan-lawfirm.com

- **James Reginald Benjamin , Jr**
  jrbenjamin@baltimorecountymd.gov

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com,benh@hbsslaw.com,nicolleh@hbsslaw.com

- **James Lawrence Bernard**
  jbernard@stroock.com,trozina@stroock.com,mnathanson@stroock.com,rtrumbauer@stroock.com,docketing@stroock.com

- **Scott R. Bickford**
  srb@mbfirm.com,usdcedla@mbfirm.com

- **Andrea Bierstein**
  abierstein@simmonsfirm.com

- **Jonathan Blanton**
  jonathan.blanton@ohioattorneygeneral.gov

- **Caitlin Sinclaire Blythe**
  cblythe@mofo.com,npan@mofo.com,caitlyn-blythe-2697@ecf.pacerpro.com

- **Little Fawn Boland**
  littlefawn@ceibalegal.com,ellen@ceibalegal.com

- **Christopher Scott Boynton**
  cboynton@vbgov.com

- **Nicolle B Brito**
  NBrito@rgrdlaw.com,jdennis@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com,khanson@rgrdlaw.com

- **Henry Donald Brock , Jr**
  don@whittingtonlaw.com

- **James M. Brodzik**
  jbrodzik@hinshawlaw.com

- **C. Ezra Bronstein**
  ebronstein@findjustice.com

- **Ezra Bronstein**
  ebronstein@findjustice.com

- **Matthew Browne**
  mbrowne@brownepelican.com

- **Matthew P Browne**
  mbrowne@brownepelican.com

- **Curtis Bruehl**
  cbruehl@fulmersill.com

- **Curtis N Bruehl**
  cbruehl@bruehllaw.com

- **Celeste Brustowicz**
  cbrustowicz@clfnola.com

- **Celeste L Brustowicz**
  cbrustowicz@sch-llc.com,taultman@clfnola.com

- **David G Bryant**
  david@davidbryantlaw.com

- **Mark P Bryant**
  mark.bryant@bryantpsc.com,joe.roark@bryantpsc.com,christina.ellegood@bryantpsc.com

- **Russell W. Budd**
  rbudd@baronbudd.com

- **Russell Wills Budd**
  rbudd@baronbudd.com

- **Kevin R. Budner**
  kbudner@lchb.com,kevin-budner-2411@ecf.pacerpro.com

- **Birch P. Burdick**
  sa-defense-notices@casscountynd.gov

- **Michael Burrage**
  mburrage@whittenburragelaw.com

- **Elizabeth Joan Cabraser**
  ecabraser@lchb.com,elizabeth-cabraser-1441@ecf.pacerpro.com

- **Hannah Honeycutt Calandro**
  hannah@fayardlaw.com

- **Ann E. Callis**
  acallis@hollandtriallawyers.com

- **W. Stuart Calwell**
  scalwell@calwelllaw.com

- **Gretchen Freeman Cappio**
  gcappio@kellerrohrback.com,bianca-nealious-3081@ecf.pacerpro.com,debra-wilcher-6644@ecf.pacerpro.com,cate-brewer-0141@ecf.pacerpro.com,bnealious@kellerrohrback.com,gretchen-freeman-cappio-5238@ecf.pacerpro.com

- **Edgar R. Cataxinos**
  cataxinos@mcgiplaw.com

- **David Cates**
  dcates@cateslaw.com

- **Daniel Carl Cederborg**
  dcederborg@yolocounty.org,bprice@yolocounty.org

- **D. Bryant Chaffin**
  bryant@mchughfuller.com

- **H. Truman Chafin**
  truman@thechafinlawfirm.com

- **Letitia Neese Chafin**
  Tish@thechafinlawfirm.com

- **Mark P. Chalos**
  mchalos@lchb.com,mark-chalos-5442@ecf.pacerpro.com

- **Deborah Chandler**
  dchandler@aklawfirm.com

- **David M. Cheifetz**
  dcheifetz@stroock.com,docketing@stroock.com

- **John Y. Choi**
  attorneyjohnchoi@gmail.com

- **Joseph L. Ciaccio**
  jciaccio@napolilaw.com

- **Edward J. Ciarimboli**
  ejc@fclawpc.com

- **City of Cleveland, Ohio**
  lawdepartment@city.cleveland.oh.us

- **Abbey Herrin Clarkson**
  abbey@theclarksonfirm.com

- **James Franklin Clayborne , Jr**
  jclayborne@cswlawllp.com,sebrecht@cswlawllp.com

- **John W. Cleary , Jr**
  jcleary@msprecoverylawfirm.com,serve@msprecoverylawfirm.com

- **John R. Climaco**
  jrclim@climacolaw.com

- **Paul D. Coates**
  pcoates@pckb-law.com

- **Victor Cobb**
  vcobb@clfnola.com

- **Christopher Luke Coffin**
  ccoffin@pbclawfirm.com,sshirey@pbclawfirm.com,mwaldrop@pbclawfirm.com,sbaudin@pbclawfirm.com,pwpendley@pbclawfirm.com

- **Josh Alan Cohen**
  jcohen@clarencedyer.com,achin@clarencedyer.com

- **Thomas P. Colantuono**
  tcolantuono@wardlawnh.com

- **Adam P. Collins**
  admin@collinsconley.com

- **Joshua K Conaway**
  jconaway@fchclaw.com

- **Andrew Joseph Conn**
  aconn@hlmlawfirm.com

- **Matt Conn**
  mconn@friedman-lawyers.com

- **Matthew D. Conn**
  mconn@friedman-lawyers.com,tmartin@friedman-lawyers.com

- **Jayne Conroy**
  jconroy@simmonsfirm.com,ClassDocketing@ecf.courtdrive.com,esternickle@simmonsfirm.com,jkraus@simmonsfirm.com

- **Barry J. Cooper, Jr.**
  bcooper@clfnola.com

- **Joseph W. Cotchett**
  jcotchett@cpmlegal.com

- **Donald E. Creadore**
  donald@creadorelawfirm.com

- **R. Seth Crompton**
  scrompton@hollandtriallawyers.com

- **Leslie M. Cronen**
  lcronen@garycjohnson.com

- **Christina D Crow**
  ccrow@jinkslaw.com

- **Christina Diane Crow**
  ccrow@jinkslaw.com,danthony@jinkslaw.com,ccantey@jinkslaw.com

- **Martin Francis Cunniff**
  martincunniff@fieldslawpllc.com,Schrader@fieldslawpllc.com

- **Jeffrey A Curran**
  jcurran@gablelaw.com

- **Steven W. Dahlem**
  sdahlem@mariposacounty.org

- **M. Stephen Dampier**
  stevedampier@dampierlaw.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com,MDearman@ecf.courtdrive.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com

- **Diandra S. Debrosse Zimmermann**
  fu@dicellolevitt.com

- **Hadiya Khan Deshmukh**
  hdeshmukh@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **L. Dante DiTrapano**
  dditrapano@cldlaw.com

- **Nathan A. Dickson , II**
  ndickson@jinkslaw.com

- **Rodney Dillard , II**
  rdillard@friedman-lawyers.com

- **Holly H. Dolejsi**
  HDolejsi@RobinsKaplan.com

- **Spencer R Doody**
  srd@mbfirm.com,usdcedla@mbfirm.com

- **Anderson O. Dotson , III**
  dotsonfirm@gmail.com

- **Dan Drachler**
  ddrachler@lchb.com,dan-drachler-6676@ecf.pacerpro.com

- **Frank C. Dudenhefer**
  fcdlaw@aol.com

- **Frank C. Dudenhefer , Jr**
  fcdlaw@aol.com

- **James R. Dugan , II**
  jdugan@dugan-lawfirm.com,dscalia@dugan-lawfirm.com,bonnie@dugan-lawfirm.com,amcadam@dugan-lawfirm.com

- **Melissa Rose Ellsworth**
  mellsworth@thompsonbarneylaw.com

- **Sarah N. Emery**
  semary@justicestartshere.com

- **Sarah Nicole Emery**
  semery@justicestartshere.com,amcmullen@justicestartshere.com,tcoaston@justicestartshere.com

- **Kyle D Evans**
  kevans@gablelaw.com

- **Robert J. Evola**
  revola@hollandtriallawyers.com

- **Paul T. Farrell , Jr**
  paul@farrellfuller.com

- **Paul T. Farrell , Jr**
  paul@farrell.law

- **Paul T. Farrell, Jr.**
  paul@farrellfuller.com

- **Eric B. Fastiff**
  efastiff@lchb.com,catkins@lchb.com,elovell@lchb.com,eric-fastiff-2015@ecf.pacerpro.com,jremuszka@lchb.com

- **George H. Faulkner**
  faulkner@fhplaw.com

- **Calvin C. Fayard , Jr**
  calvinfayard@fayardlaw.com,wandaedwards@fayardlaw.com

- **Cathryn Caroline Fayard**
  caroline@fayardlegal.com

- **Cassandra L. Feeney**
  cfeeney@hwac.com

- **Gregory E. Fellerman**
  gef@fclawpc.com

- **Jarrett J. Ferentino**
  ferentino@pfslawyer.com

- **Richard W. Fields**
  fields@fieldslawpllc.com

- **Tiffani B. Figueroa**
  TFigueroa@mofo.com

- **John Paul Fiske**
  jfiske@baronbudd.com,kepeters@baronbudd.com,jhutchison@baronbudd.com,1869571420@filings.docketbird.com,chines@baronbudd.com

- **Crystal Gayle Foley**
  cfoley@simmonsfirm.com,ClassDocketing@ecf.courtdrive.com,ClassDocketing@simmonsfirm.com

- **W. Jesse Forbes**
  wjforbes@forbeslawwv.com

- **Alexander Chesney Frampton**
  alex.frampton@nelsonmullins.com

- **Andrew G Frank**
  afrank@kwdlaw.com

- **Jennifer Rachel Frankovich**
  jfrankovich@baltimorecountymd.gov

- **Richard S Frankowski**
  richard@frankowskifirm.com

- **T. Roe Frazer , II**
  roe@frazer.law,grant@frazer.law,angela@frazer.law,mac@frazer.law

- **Thomas Roe Frazer , II**
  roe@frazer.law

- **Andrew J. Freedman**
  afreedma@hodgsonruss.com

- **Jeff Friedman**
  jeff@hbsslaw.com

- **Jeffrey E. Friedman**
  jfriedman@friedman-lawyers.com

- **Jeffrey Edwin Friedman**
  jfriedman@friedman-lawyers.com,tmartin@friedman-lawyers.com

- **Brian C. Frontino**
  bfrontino@stroock.com,lacalendar@stroock.com,lcocuyame@stroock.com

- **Michael J. Fuller**
  mike@farrellfuller.com

- **Michael J. Fuller , Jr**
  mike@mchughfuller.com

- **Michael Jay Fuller**
  mike@farrellfuller.com

- **Michael Jay Fuller , Jr**
  mike@farrellfuller.com

- **Michael J. Fuller, Jr.**
  mike@farrellfuller.com

- **Gregory Edward Gaskins**
  ggaskins@baltimorecountymd.gov

- **Daniel L. Gaustad**
  dan@grandforkslaw.com

- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com

- **Elmer J. George**
  Dana@kylawoffices.com

- **Matthew M. Gerend**
  mgerend@kellerrohrback.com,cathy-hopkins-4757@ecf.pacerpro.com,matthew-gerend-4891@ecf.pacerpro.com,chopkins@kellerrohrback.com

- **Marc P. Gertz**
  mpgertz@gertzrosen.com

- **Robert Cecil Gilbert**
  gilbert@kolawyers.com,dalia@gilbertpa.com

- **Scott D Gilbert**
  gilberts@gotofirm.com

- **Simarjit Singh Gill**
  sgill@slco.org

- **Leslie John Girard**
  girardlj@co.monterey.ca.us,OntiverosS@co.monterey.ca.us

- **Leslie A. Goller**
  Lgoller@terrellhogan.com

- **Edmund Clay Goodman**
  egoodman@hobbsstraus.com

- **R. Booth Goodwin , II**
  rbg@goodwingoodwin.com

- **Jonah D. Grabelsky**
  grabelsky@fhplaw.com

- **Andrew M. Grabhorn**
  a.grabhorn@grabhornlaw.com

- **Michael D. Grabhorn**
  m.grabhorn@grabhornlaw.com

- **Michael Douglas Grabhorn**
  m.grabhorn@grabhornlaw.com

- **Mark K. Gray**
  mgray@grayandwhitelaw.com

- **David C. Grossman**
  david@legalgrouphotline.com

- **Ed Han**
  edhan@fhcfirm.com

- **Troy W. Haney**
  thaney@troyhaneylaw.com

- **Gerald Logan Harris**
  glharris@vbgov.com

- **Edward B. Havas**
  ehavas@dkowlaw.com

- **William Hawal**
  wh@spanglaw.com

- **Joshua Patrick Hayes**
  jhayes@princelaw.net

- **Jason Michael Heath**
  Jason.Heath@co.santa-cruz.ca.us,pamela.iriguchi@santacruzcounty.us,csl054@co.santa-cruz.ca.us,annessa.wright@santacruzcounty.us,csl026@co.santa-cruz.ca.us

- **Derrick G. Helm**
  derrickhelm@ymail.com

- **Neil L Henrichsen**
  nhenrichsen@hslawyers.com

- **Jorge A. Herrera**
  jherrera@herreralaw.com

- **Joseph C. Hoffman , Jr**
  hoffman@fhplaw.com

- **Cameron L Hogan**
  clhogan@lloydhoganlaw.com

- **John Wayne Hogan**
  hogan@terrellhogan.com

- **D. Blayne Honeycutt**
  dbhoneycutt@fayardlaw.com

- **David Blayne Honeycutt**
  dbhoneycutt@fayardlaw.com,benita@fayardlaw.com

- **Hannah Elayne Honeycutt**
  hannah@fayardlaw.com

- **Robert L. Houston**
  rhouston@htllawyers.com

- **Jenna A. Hudson**
  hudsonj@gilbertlegal.com

- **James F. Humphreys**
  jhumphreys@jfhumphreys.com

- **Samuel Issacharoff**
  si13@nyu.edu

- **Michael L. Jackson**
  michaeljackson@jacksonbelllaw.net

- **P. Rodney Jackson**
  prodjackson27@yahoo.com

- **Christopher Isaac Jacobs**
  cij@knlegal.com

- **Jordan E. Jacobson**
  jjacobson@ktmc.com

- **William M. Jay**
  WJay@goodwinlaw.com

- **William Joseph Jenner**
  jjenner@wjennerlaw.net

- **Crystal Goan Jessee**
  crystaljessee@jesseelawoffice.com

- **Lynn Wilson Jinks , III**
  ljinks@jinkslaw.com,sstuart@jinkslaw.com,ndickson@jinkslaw.com

- **Gary C. Johnson**
  gary@garycjohnson.com

- **Gillard B. Johnson , III**
  gjohnson@gbjlegal.com

- **Ronald E. Johnson , Jr**
  rjohnson@justicestartshere.com,amcmullen@justicestartshere.com,tcoaston@justicestartshere.com

- **Ryan Ronald Jones**
  rrj@jones-mayer.com

- **Joshua Karsh**
  jkarsh@findjustice.com

- **Andrew Kaufman**
  akaufman@lchb.com,korsland@lchb.com,andrew-kaufman-1312@ecf.pacerpro.com

- **Jessica Kaufman**
  jkaufman@mofo.com,jessica-kaufman-5947@ecf.pacerpro.com

- **Amy E. Keller**
  akeller@dicellolevitt.com,agreen@dicellolevitt.com,aotto@dicellolevitt.com,3336248420@filings.docketbird.com

- **Joseph L Kerr , Jr**
  jkerr@friedman-lawyers.com

- **Colin P. King**
  cking@dkowlaw.com

- **Sarah Erica King**
  sking@hinshawlaw.com

- **Debra Potter Klauber**
  dklauber@haliczerpettis.com

- **David J. Ko**
  dko@kellerrohrback.com,leslie-nims-6342@ecf.pacerpro.com,david-ko-8713@ecf.pacerpro.com

- **Karl W. Kristoff**
  kwk278@aol.com

- **Joseph Martin Kurt**
  jkurt@vbgov.com

- **John A Lancione**
  jal@lancionelaw.com

- **J. Burton LeBlanc , IV**
  bleblanc@baronbudd.com

- **J. Burton LeBlanc**
  bleblanc@baronbudd.com

- **Thomas J. Lech**
  tlech@ghalaw.com

- **Alan D Leeth**
  aleeth@burr.com

- **Whitney A. Leonard**
  whitney@sonosky.net,karin@sonosky.net

- **Bruce W. Leppla**
  bleppla@lchb.com,bruce-leppla-7158@ecf.pacerpro.com

- **Richard J. Leveridge**
  leveridger@gilbertlegal.com

- **Michael Ian Levin-Gesundheit**
  mlevin@lchb.com,michael-levin-gesundheit-7686@ecf.pacerpro.com

- **Jamie A. Levitt**
  JLevitt@mofo.com,jamie-levitt-6630@ecf.pacerpro.com,docketny@mofo.com

- **Jeff Link**
  jeff@jefflinklaw.com

- **William Merrill Litt**
  littwm@co.monterey.ca.us,edwardsg@co.monterey.ca.us,catod@co.monterey.ca.us,zarcoc@co.monterey.ca.us,britoa@co.monterey.ca.us,villad@co.monterey.ca.us

- **Amanda M. Lockaby**
  amanda.lockaby@dinsmore.com

- **Derek W. Loeser**
  dloeser@kellerrohrback.com

- **Derek William Loeser**
  dloeser@kellerrohrback.com,cbrewer@kellerrohrback.com,derek-loeser-0264@ecf.pacerpro.com,cate-brewer-0141@ecf.pacerpro.com

- **Casey Langston Lott**
  clott@langstonlott.com

- **Rebecca D. Louks**
  rlouks@ohlaw.com

- **Lower Brule Sioux Tribe**
  boydgourneau@yahoo.com

- **Stephen Glenn Lowry**
  steve@hpllegal.com

- **Harrison C Lujan**
  hlujan@fulmersill.com,shicks@fulmersill.com

- **W Jay Luneau**
  jay@luneaubecklaw.com

- **James L. Magazine**
  jim@lucasmagazine.com

- **James Lawrence Magazine**
  jim@lucasmagazine.com

- **James E. Magleby**
  magleby@mgpclaw.com

- **Anthony J. Majestro**
  amajestro@powellmajestro.com,amarshall@powellmajestro.com,jnelson@powellmajestro.com,jcpowell@powellmajestro.com,paula@powellmajestro.com,helen@po

- **Shauna D Manion**
  smanion@mzmilw.com

- **Christine C Mansour**
  cmansour@baronbudd.com

- **Christine C. Mansour**
  cmansour@baronbudd.com

- **Christine Cooney Mansour**
  cmansour@baronbudd.com

- **Justin Jerome Marcum**
  justin@marcumlawoffice.com

- **Miriam Ellora Marks**
  mmarks@lchb.com,miriam-marks-8754@ecf.pacerpro.com

- **Michael T. Maroney**
  michael.maroney@hklaw.com,HAPI@HKLAW.COM

- **Ingrid S. Martin**
  imartin@toddweld.com,mcottreau@toddweld.com

- **Juan Ramon Martinez**
  juanmartinez@forthepeople.com,acook@forthepeople.com

- **Rebeca Martinez Sicari , Sr**
  rmartinez@nsprlaw.com

- **Walter M. Mason**
  wmason@dkowlaw.com

- **Robert L. Massie**
  bob.massie@nelsonmullins.com

- **Julie G. Matos**
  jmatos@stroock.com,docketing@stroock.com

- **Caroline Mayhew**
  CMayhew@hobbsstraus.com

- **Robert G McCampbell**
  rmccampbell@gablelaw.com

- **Alexander D. McLaughlin**
  amclaughlin@cldlaw.com

- **Ian Ronald McLean**
  imclean@serklandlaw.com

- **Kelly Kristine McNabb**
  kmcnabb@lchb.com,kelly-mcnabb-1924@ecf.pacerpro.com

- **Mark David McPherson**
  mmcpherson@mofo.com,dara--pilgrim-4904@ecf.pacerpro.com,dpilgrim@mofo.com

- **Cyrus Mehri**
  cmehri@findjustice.com

- **Joseph H. Meltzer**
  jmeltzer@ktmc.com,kmarrone@ktmc.com,jwotring@ktmc.com,chemsley@ktmc.com,pleadings@ktmc.com,1472664420@filings.docketbird.com,KSheronas@ktmc.c

- **Daniel P. Mensher**
  dmensher@kellerrohrback.com,lara-mishler-4166@ecf.pacerpro.com,daniel-mensher-8016@ecf.pacerpro.com

- **Donald A. Migliori**
  dmigliori@motleyrice.com

- **Charles M. Miller**
  charles.miller@ohioattorneygeneral.gov

- **Lloyd B. Miller**
  lloyd@sonosky.net,lydia@sonosky.net,karin@sonosky.net

- **Robert R Miller**
  rmiller@ohlaw.com

- **Emily Hawk Mills**
  emily@alalawyers.net

- **Michael J. Modl**
  mmodl@axley.com

- **Lucas C Montgomery**
  luke@montgomeryponder.com

- **Samuel Aitken Morris**
  smorris@burr.com

- **Peter James Mougey**
  pmougey@levinlaw.com,ldunning@ecf.courtdrive.com,mailsec@levinlaw.com

- **P. Matthew Muir**
  mmuir@aklawfirm.com

- **Anil A Mujumdar**
  anil@dagneylaw.com

- **Anne Marie Murphy**
  amurphy@cpmlegal.com,jlazarte@cpmlegal.com,jdiaz-marquez@cpmlegal.com,ebonine@cpmlegal.com,shernandez@cpmlegal.com,egonzalez@cpmlegal.com

- **Christopher Bryan Murray**
  christopher.murray@llojibwe.net

- **Dwayne M. Murray**
  dmm@murraylaw.net

- **William D. Nefzger**
  will@bccnlaw.com,andria@bccnlaw.com

- **Bryan S. Neiderhiser**
  bneiderhiser@marcusandmack.com

- **Stephen P New**
  steve@newlawoffice.com

- **Stephen Julian Newman**
  snewman@stroock.com,snewman8@yahoo.com,rharcourt@stroock.com,lacalendar@stroock.com

- **John D. Nibbelin**
  jnibbelin@co.sanmateo.ca.us

- **Leslie C. Nixon**
  lcnixon56@gmail.com

- **Anthony E. Nowak**
  tony@smithphillips.com

- **Stephanie L. Ojeda**
  sojeda@handl.com

- **Oneida Nation**
  cartman@oneidanation.org

- **Jon B. Orndorff**
  jon.orndorff@om-pllc.com

- **Charles G. Orr**
  corr@baronbudd.com

- **Ralph J Overholt**
  ralph.overholt@gmail.com

- **Christine M. Palmer**
  cmpalmer@co.kitsap.wa.us

- **Daryl Dion Parks**
  dparks@darylparks.com

- **Ashley A Peck**
  aapeck@hollandhart.com

- **Julia Q. Peng**
  jpeng@cpmlegal.com,shernandez@cpmlegal.com

- **Dori Ann Persky**
  dpersky@baronbudd.com

- **James C. Peterson**
  jcpeterson@hpcbd.com

- **James Charles Peterson**
  jcpeterson@hpcbd.com

- **Eugene K. Pettis**
  EPettis@hpslegal.com

- **Kenneth C. Pierce , II**
  kpierce@blantonpierce.com

- **Mark Pifko**
  mpifko@baronbudd.com

- **Mark P Pifko**
  MPifko@baronbudd.com

- **Mark Philip Pifko**
  mpifko@baronbudd.com,awilson@baronbudd.com,jmartinez@baronbudd.com,jcampbell@baronbudd.com

- **J Bradley Ponder**
  brad@montgomeryponder.com

- **Timothy Q Purdon**
  tpurdon@robinskaplan.com

- **Marcus J Rael , Jr**
  marcus@roblesrael.com

- **Vaishali S. Rao**
  vrao@hinshawlaw.com

- **Randa Reeves**
  rreeves@whittenburragelaw.com

- **Kurt E. Reitz**
  kreitz@thompsoncoburn.com

- **Christopher L. Rhoads**
  chris@rhoadsandrhoads.com

- **Joseph F. Rice**
  jrice@motleyrice.com,gworthington@motleyrice.com

- **Bradley Joe Richardson**
  brichardson@co.nye.nv.us

- **Adam R. Rivera**
  arivera@msprecoverylawfirm.com

- **Emily Ward Roark**
  emily.roark@bryantpsc.com,david@davidbryantlaw.com,christina@bryant.law,kirsta.cruthis@bryantpsc.com

- **Luis E. Robles**
  luis@roblesrael.com

- **J. Robert Rogers**
  jrobertrogers@hotmail.com

- **Laurance Nicholas Chandler Rogers**
  chandler@rogerslawgroup.com

- **Anna Natalie Rol**
  arol@baronbudd.com

- **Bridget K. Romano**
  bromano@slco.org,ipittman@slco.org

- **Karen Rosenthal**
  krosenthal@smcgov.org,drosas@smcgov.org

- **Michael B. Rush**
  rushm@gilbertlegal.com

- **Daniel K. Ryan**
  dryan@hinshawlaw.com

- **Shayna E. Sacks**
  ssacks@napolilaw.com

- **Shayna Erin Sacks**
  ssacks@napolilaw.com

- **Lisa M. Saltzburg**
  lsaltzburg@motleyrice.com

- **Jaime Ann Santos**
  JSantos@goodwinlaw.com

- **Lynn Lincoln Sarko**
  lsarko@kellerrohrback.com,cengle@kellerrohrback.com

- **Ann Davison Sattler**
  sattler@aiken.com

- **David Scott Scalia**
  dscalia@dugan-lawfirm.com

- **Barry J. Scatton**
  bscatton@forthepeople.com

- **Carlos E Sedillo**
  csedillo@fchclaw.com

- **David Dale Seif, Jr. , Jr**
  dseif@law-oh.com

- **Sona R. Shah**
  sshah@zsz.com

- **Devon Shannon**
  devon.shannon@kingcounty.gov

- **Kevin H. Sharp**
  ksharp@sanfordheisler.com,skelly@sanfordheisler.com,mallen@sanfordheisler.com,jhannaway@sanfordheisler.com,ariddick@sanfordheisler.com,jtepe@sanfordheisl

- **Adam F. Shearer**
  ashearer@clarencedyer.com,achin@clarencedyer.com

- **Taeva Cantor Shefler**
  TShefler@rgrdlaw.com,e_file_sd@rgrdlaw.com,tome@rgrdlaw.com

- **Thomas I Sheridan , III**
  tsheridan@simmonsfirm.com,jlucena@simmonsfirm.com

- **Hunter J. Shkolnik**
  hunter@nsprlaw.com,SSacks@Napolilaw.com,1505475420@filings.docketbird.com,nfarnolo@napolilaw.com,SBadala@NapoliLaw.com

- **Rebeca Martinez Sicari**
  rmartinez@nsprlaw.com

- **David Abraham Silberman**
  dsilberman@smcgov.org,klyssand@smcgov.org

- **James D Sill**
  jsill@fulmersill.com

- **Matthew J Sill**
  Matt@sill-law.com

- **Matthew James Sill**
  msill@fulmersill.com

- **Donald J. Simon**
  dsimon@sonosky.com,karin@sonosky.net

- **Scott D. Simpkins**
  sdsimp@climacolaw.com

- **Emilee N Sisco**
  emilees@hbsslaw.com

- **Steven James Skikos**
  sskikos@skikos.com

- **Thomas M. Sobol**
  tom@hbsslaw.com,kristenjp@hbsslaw.com,AbbyeO@hbsslaw.com,marcellaj@hbsslaw.com,ChristineT@hbsslaw.com,achebes@hbsslaw.com,jessicao@hbsslaw.com

- **Rebecca Luise Solomon**
  rsolomon@tousley.com,1362222420@filings.docketbird.com

- **Ike Spears**
  ikespears@gmail.com

- **Michael Gregory Stag**
  mstag@stagliuzza.com,jbatt@stagliuzza.com

- **Kim D. Stephens**
  kstephens@tousley.com,3690889420@filings.docketbird.com,kkulgren@tousley.com,efile@tousley.com,erashby@tousley.com

- **Kara M. Stewart**
  kara.stewart@dinsmore.com,lynn.whitson@dinsmore.com,amanda.lockaby@dinsmore.com,janet.gross@dinsmore.com

- **Joshua Allen Stigdon**
  jstigdon@htllawyers.com

- **Mark Douglas Stiles**
  mstiles@vbgov.com

- **Heath P. Straka**
  hstraka@axley.com

- **Geoffrey D. Strommer**
  gstrommer@hobbsstraus.com,hclapp@hobbsstraus.com,emanning@hobbsstraus.com,rplumer@hobbsstraus.com,emanning@ecf.courtdrive.com

- **Robert Strongarone**
  rstrongarone@msprecoverylawfirm.com,jpupo@msprecoverylawfirm.com,serve@msprecoverylawfirm.com

- **Frank Sullivan , III**
  fsullivan@franksullivanlaw.com

- **Sarah J. Surber**
  ssurber@thompsonbarneylaw.com

- **Tara DeAnn Sutton**
  TSutton@RobinsKaplan.com,aguttormson@robinskaplan.com,sjump@robinskaplan.com

- **Teris Swanson**
  teris@bryant.law

- **Teris N. Swanson**
  teris@bryant.law

- **Charles Jones Swayze , III**
  cjsiii@whittingtonlaw.com

- **Christopher M Sylvia**
  cmsattorneyatlaw@yahoo.com

- **Fred N Tabak**
  fredtabak@gmail.com

- **Mark A. Tate**
  marktate@tatelawgroup.com,tlgservice@tatelawgroup.com,twells@tatelawgroup.com,mhayes@tatelawgroup.com

- **J. Scott Taylor**
  scott@wncjustice.com

- **Justin C. Taylor**
  jtaylor@baileywyant.com,rjburks@baileywyant.com

- **Michael W. Taylor**
  mtaylor@baileywyant.com

- **Kevin W. Thompson**
  kwthompsonwv@gmail.com

- **Thomas W. Tucker**
  ttucker@tuckerlong.com

- **Tracy L Turner**
  tturner@pbclawfirm.com

- **K Scott Wagner**
  swagner@mallerysc.com

- **Scott Jason Weiselberg**
  weiselberg@kolawyers.com

- **Christopher Weld , Jr**
  cweld@toddweld.com,jmcgonagle@toddweld.com

- **Bradley C West**
  brad@thewestlawfirm.com

- **Lindsey Walker West**
  lwest@dinsmore.com

- **Terry W West**
  terry@thewestlawfirm.com

- **Richard Alan Weyrich**
  richardw@co.skagit.wa.us

- **Jessica Whelan**
  jewhelan@hollandhart.com

- **White Mountain Apache Tribe**
  ghesse@pinetoplawyers.com

- **Marc E. Williams**
  marc.williams@nelsonmullins.com

- **Roy W Williams , Jr**
  rwilliams@jacksonwilliams.org

- **Michael A. Woelfel**
  mikewoelfel3@gmail.com

- **Stephen H. Wussow**
  swussow@clfnola.com

- **Charles David Wysong**
  cwysong@hsplegal.com,rortiz@hsplegal.com

- **James Dennis Young**
  jyoung@forthepeople.com,acook@forthepeople.com

- **Gregory M Zarzaur**
  gregory@zarzaur.com

- **Gregory Martin Zarzaur**
  gregory@zarzaur.com

- **Terence Scott Ziegler**
  tziegler@ktmc.com,4689919420@filings.docketbird.com

- **Diandra S. Debrosse Zimmermann**
  fu@dicellolevitt.com

- **Paulina do Amaral**
  pdoamaral@lchb.com,elovell@lchb.com,paulina-do-amaral-4305@ecf.pacerpro.com,rmccullough@lchb.com,opioidsecfs@lchb.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Whitten          Burrage
512 North Broadway Avenue,
 Suite 300
Oklahoma City,, OK 73102

Allison          Cross
Henrichsen Law
Ste. 800
655 15th Street NW
Washington, DC 20005

David            J Hodge
Attorney at Law
38 Miller Ave #157
Mill Valley, CA 94941

L.               J. Hollenbach                              , III
3836 Washington Square
Louisville, KY 40207

Louis            J. Hollenbach
3836 Washington Square
Louisville, KY 40207

Archie           C Lamb                                     , Jr
Levin Papantonio Thomas Mitchell Rafferty & Proctor, PA
316 S Baylen Street
Suite 600
Pansacola, FL 32502-5996

Michael          P. McNamee
McNamee & Hill
2371 Lakeview Drive
Beavercreek, OH 45431

Jeffery          A Mobley
Lowe, Mobley & Lowe
1210-21st Street
PO Box 576
Haleyville, AL 35565

Jeffrey          D Moseley
Buerger, Moseley & Carson, PLC
306 Public Square
Franklin, TN 37064
```

**Peter          J. Mougey**
Beggs & Lane
P.O. Box 12950
Pensacola, FL 32591

**Mark           P. Pikfo**
Baron & Budd, P.C.
15910 Ventura Blvd #1600
Encino, CA 91436

**Michael         L. Roberts**
Roberts Law Firm
20 Rahling Circle
P.O. Box 241790
Little Rock, AR 72223-1790

**Santa Rosa County, Florida**
,

**State of Kansas**
Office of Kansas Attorney General
120 SW 10th Ave., 3rd Fl.
Topeka, KS 66612

**Peter          H. Weinberger**
Spangenberg Shibley & Liber LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44144

**Terence         S. Ziegler**
Kessler Topaz Meltzer & Check LLP
280 King of Prussia Road
Rador, PA 19087

**tiff City of Demopolis, Alabama**
,