UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | Case No.  21-md-02996-CRB<br><br>**ORDER OVERRULING DEFENDANT'S OBJECTION TO MAGISTRATE JUDGE'S DISCOVERY RULING**<br><br>Re: Dkt. No. 503 |

The Court has reviewed Magistrate Judge Kim's Discovery Order (dkt. 489), the parties' Joint Statement concerning the discovery dispute (dkt. 487), and McKinsey's objection (dkt. 503). The Court agrees with Judge Kim that Plaintiffs' discovery requests at issue are appropriate. McKinsey casts Plaintiffs' discovery requests as irrelevant, overbroad, and burdensome, but these assertions are unfounded. Plaintiffs' requests are expressly limited to "Opioid-related work performed by McKinsey." Dkt. 503-1 at 8, 16–17. Courts have permitted production of documents from a governmental investigation where the investigation, as here, overlaps with Plaintiffs' claims. See, e.g., Munoz v. PHH Corp., 2013 WL 684388, at *4 (E.D. Cal. Feb. 22, 2013). Moreover, the burden to complete this production appears relatively low and manageable because McKinsey already has produced these documents to governmental entities.

Accordingly, McKinsey's objection is **OVERRULED**. McKinsey shall comply with Judge Kim's ruling and complete the discovery production within 7 days of this Order.

**IT IS SO ORDERED.**

Dated: April 12, 2023

CHARLES R. BREYER
United States District Judge