LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
ELIZABETH J. CABRASER (SBN 083151)
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  415.956.1000
Facsimile:  415.956.1008
Email: ecabraser@lchb.com

Plaintiffs' Lead Counsel

STROOCK & STROOCK & LAVAN LLP
JAMES L. BERNARD (*PRO HAC VICE*)
180 Maiden Lane
New York, NY 10038
Telephone: 212.806.5400
Email:  jbernard@stroock.com

MORRISON & FOERSTER LLP
MARK DAVID MCPHERSON (SBN 307951)
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000
Email: mmcpherson@mofo.com

TODD & WELD LLP
INGRID S. MARTIN (*PRO HAC VICE*)
One Federal Street
Boston, MA 02110
Telephone: 617.720.2626
Email: imartin@toddweld.com

Attorneys for McKinsey Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION<br><br>This Document Relates to:<br><br>All School District Cases<br>All Subdivision Cases<br>All Third Party Payor Cases<br>All Tribal Cases | Case No. 3:21-md-02996-CRB<br><br>**STIPULATION AND [PROPOSED]**<br>**SETTLEMENT APPROVAL SCHEDULE**<br>**AND NOTICE PROCESSES**<br><br>Judge: Charles R. Breyer |

2826583.3

Pursuant to the Joint Status Report (ECF No. 562), the Parties propose this Settlement Approval Schedule and Notice Processes for the School District, Subdivision, Tribal, and Third Party Payor (TPP) Plaintiffs.

**For the School District, Subdivision, and Third Party Payor Plaintiffs**:

For the School District and Subdivision proposed class action settlements, the parties to each are drafting settlement agreements, class notices, and notice programs, and will file their respective motions for preliminary approval under Rule 23(e) no later than August 31, 2023, with hearing thereon to be set by the Court.

For the TPP proposed class action settlement, TPP plaintiffs are drafting the settlement agreement, class notice, and notice program, and will file their motion for preliminary approval under Rule 23(e) no later than September 15, 2023, with the hearing thereon to be set by the Court.

These dates may be reasonably extended by the parties if necessary to finalize the settlements, with notice to the Court of any such extensions.

**For Tribal Plaintiffs**:

The Tribal settlement is a non-class, opt-in settlement that generally follows the process developed in the previous Tribal settlements in MDL 2804. The Tribal settlement agreement and participation forms are being finalized, and the participation process is expected to commence shortly. The parties will provide further information on the progress of this settlement by August 31, 2023.

Respectfully submitted,

Dated:  July 27, 2023

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
ELIZABETH J. CABRASER

By:      _/s/ Elizabeth J. Cabraser_
Elizabeth J. Cabraser

Plaintiffs' Lead Counsel

- 1 -

2826583.3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STROOCK & STROOCK & LAVAN LLP
JAMES L. BERNARD

By:      /s/ James L. Bernard
                    James L. Bernard

Attorneys for Defendants

**IT IS SO ORDERED**.

DATED:_____                    _____
                                                              CHARLES R. BREYER
                                                              United States District Judge

- 2 -

2826583.3