| | |
|---|---|
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>ELIZABETH J. CABRASER (SBN 083151)<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111<br>Telephone:  415.956.1000<br>Facsimile:  415.956.1008<br>Email: ecabraser@lchb.com<br><br>Plaintiffs' Lead Counsel | STROOCK & STROOCK & LAVAN LLP<br>JAMES L. BERNARD (*PRO HAC VICE*)<br>180 Maiden Lane<br>New York, NY 10038<br>Telephone: 212.806.5400<br>Email:  jbernard@stroock.com<br><br>MORRISON & FOERSTER LLP<br>MARK DAVID MCPHERSON (SBN 307951)<br>425 Market Street<br>San Francisco, CA 94105<br>Telephone: 415.268.7000<br>Email: mmcpherson@mofo.com<br><br>TODD & WELD LLP<br>INGRID S. MARTIN (*PRO HAC VICE*)<br>One Federal Street<br>Boston, MA 02110<br>Telephone: 617.720.2626<br>Email: imartin@toddweld.com<br><br>Attorneys for McKinsey Defendants |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION<br><br>This Document Relates to:<br><br>All School District Cases<br>All Subdivision Cases<br>All Third Party Payor Cases<br>All Tribal Cases | Case No. 3:21-md-02996-CRB<br><br>**STIPULATION AND [**~~PROPOSED~~**] SETTLEMENT APPROVAL SCHEDULE AND NOTICE PROCESSES**<br><br>Judge: Charles R. Breyer |

Pursuant to the Joint Status Report (ECF No. 562), the Parties propose this Settlement Approval Schedule and Notice Processes for the School District, Subdivision, Tribal, and Third Party Payor (TPP) Plaintiffs.

**For the School District, Subdivision, and Third Party Payor Plaintiffs**:

For the School District and Subdivision proposed class action settlements, the parties to each are drafting settlement agreements, class notices, and notice programs, and will file their respective motions for preliminary approval under Rule 23(e) no later than August 31, 2023, with hearing thereon to be set by the Court.

For the TPP proposed class action settlement, TPP plaintiffs are drafting the settlement agreement, class notice, and notice program, and will file their motion for preliminary approval under Rule 23(e) no later than September 15, 2023, with the hearing thereon to be set by the Court.

These dates may be reasonably extended by the parties if necessary to finalize the settlements, with notice to the Court of any such extensions.

**For Tribal Plaintiffs**:

The Tribal settlement is a non-class, opt-in settlement that generally follows the process developed in the previous Tribal settlements in MDL 2804. The Tribal settlement agreement and participation forms are being finalized, and the participation process is expected to commence shortly. The parties will provide further information on the progress of this settlement by August 31, 2023.

Respectfully submitted,

Dated: July 27, 2023

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
ELIZABETH J. CABRASER

By:     */s/ Elizabeth J. Cabraser*
             Elizabeth J. Cabraser

Plaintiffs' Lead Counsel

|   |   |
|---|---|
| 1 |  |
| 2 | STROOCK & STROOCK & LAVAN LLP |
|   | JAMES L. BERNARD |
| 3 |  |
|   | By: _/s/ James L. Bernard_ |
|   | James L. Bernard |

Attorneys for Defendants

**IT IS SO ORDERED**.

DATED: July 28, 2023

_____
CHARLES R. BREYER
United States District Judge