ROBBINS GELLER RUDMAN
  & DOWD LLP
AELISH M. BAIG (201279)
TAEVA C. SHEFLER (291637)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
tshefler@rgrdlaw.com
hdeshmukh@rgrdlaw.com

PSC Members – Political Subdivisions

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA CRUZ COUNTY, CALIFORNIA; POPE COUNTY, ILLINOIS; and THE VILLAGE OF EDDYVILLE, ILLINOIS, Individually and on Behalf of a Class of Persons Similarly Situated | Case No. 3:21-md-02996-CRB |
| In re MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION | DECLARATION OF AELISH M. BAIG IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |
| This Document Relates To: | DATE:       TBD |
| ALL SUBDIVISION ACTIONS | TIME:       TBD |
| | DEPT:       Courtroom 6, 17th Floor |
| | JUDGE:     Honorable Charles R. Breyer |

4866-5387-5319.v1

1    I, Aelish M. Baig, hereby declare and state as follows:

2    1.    I am a member of the law firm Robbins Geller Rudman & Dowd LLP.  I am duly

3    admitted to practice in the State of California and before this Court.  I make this Declaration in

4    support of plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and

5    the entry of the [Proposed] Order Granting Preliminary Approval of Class Action Settlement and

6    Direction of Notice Under Rule 23(e) of the Federal Rules of Civil Procedure, and I have personal

7    knowledge of the facts asserted herein.

8    2.    I, as well as the other proposed Class Counsel, were appointed to Plaintiffs'

9    Steering Committee ("PSC") in this multidistrict litigation ("MDL").  PTO 2, ECF 211.

10   **Litigation and Settlement History**

11   3.    By the end of 2017, hundreds (now thousands) of cities and counties (subdivisions)

12   across the United States had filed lawsuits against opioid manufacturers, distributors, and

13   pharmacies for their alleged roles in causing the opioid epidemic.  On December 5, 2017, the

14   Judicial Panel on Multidistrict Litigation ("JPML") centralized the federal court cases in the

15   Northern District of Ohio before Judge Dan Aaron Polster.  ECF 328.

16   4.    Plaintiffs in *In re Nat'l Prescription Opiate Litig.*, MDL 2804, allege defendants

17   across the pharmaceutical supply chain acted in concert to aggressively market prescription

18   opioids to vastly increase their sales and revenues, misleading medical professionals into

19   prescribing, and millions of Americans into taking and often becoming addicted to, opioids.  As a

20   result, MDL 2804 plaintiffs allege, approximately 350,000 individuals in the United States died

21   from an opioid overdose between 1999 and 2016.

22   5.    The cases consolidated under MDL 2804 were zealously litigated by all parties.

23   The first bellwether trial, *County of Cuyahoga v. Purdue Pharma, L.P.*, was scheduled to begin on

24   October 21, 2019.  No. 1:17-OP-45004 (N.D. Ohio), ECF 98.  Settlement agreements between the

25   Ohio bellwether plaintiffs and defendants were announced the morning the trial was to begin.

26   6.    On February 10, 2020, the JPML then selected and remanded several other

27   bellwether cases, including *City and County of San Francisco v. Purdue Pharma L.P.*, which was

28

DECLARATION OF AELISH M. BAIG IN SUPPORT OF UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT - 3:21-md-02996-CRB          - 1 -
4866-5387-5319.v1

1    tried before this Court in 2022. No. 1:17-md-02804DAP (MDL 2804), ECF 3160;

2    No. 3:18-cv-07591-CRB (N.D. Cal.).

3         7. Although MDL 2804 continues, subdivision plaintiffs, along with state Attorneys

4    General, have now negotiated and settled with nine major defendant groups – Johnson & Johnson,[1]

5    AmerisourceBergen Corporation, Cardinal Health, Inc., McKesson Corporation, Allergan plc,

6    Teva,[2] CVS Health Corporation, Walgreens Boots Alliance, Inc., and Wal-Mart Inc. Additional

7    settlements with Endo[3] and Purdue Pharma L.P. ("Purdue") are pending bankruptcy proceedings.

8         8. On February 14, 2021, a group of Attorneys General announced an opioid-related

9    settlement ("2021 AG Settlement") with McKinsey & Company ("McKinsey") negotiated outside

10    the MDL 2804 proceedings. Unlike the other opioid settlements, subdivisions were not afforded

11    the opportunity to meaningfully negotiate or participate in the McKinsey settlement.

12         9. Numerous political subdivisions, along with other plaintiff groups, subsequently

13    filed their own lawsuits against McKinsey for its alleged role in causing the opioid crisis.

14         10. On June 7, 2021, the JPML centralized the actions against McKinsey in the

15    Northern District of California before this Court (MDL 2996). *In re McKinsey & Co., Inc., Nat'l*

16    *Prescription Opiate Consultant Litig.*, 543 F. Supp. 3d 1377 (J.P.M.L. 2021).

17         11. In MDL 2996, plaintiffs allege McKinsey strategized and acted with Purdue and

18    various other MDL 2804 opioid defendants to create and employ aggressive marketing and sales

19    practices to overcome doctor and patient resistance to opioids –highly addictive controlled

20    substances – in order to maximize opioid revenues. Thereby, plaintiffs allege, McKinsey directly

21    contributed to the opioid epidemic with which cities and counties now have to contend daily.

22

23

---

24    [1] "Johnson & Johnson" refers to Johnson & Johnson Services, Inc. and its wholly-owned

25    subsidiary, Janssen Pharmaceuticals, Inc.

26    [2] "Teva" refers to, collectively, Teva Pharmaceutical Industries Ltd. and Teva Pharmaceuticals USA, Inc.

27    [3] "Endo" refers to, collectively, Endo Health Solutions Inc, Endo International plc, and Endo

28    Pharmaceuticals Inc.

12.     After transfer, this Court appointed Elizabeth J. Cabraser of Lieff Cabraser Heimann & Bernstein LLP ("Lieff Cabraser") as Lead Counsel and a PSC comprised of attorneys representing all five plaintiff groups.  ECF 211.  For Political Sub-Division plaintiffs, the Court appointed Matthew Browne, Jayne Conroy, Joseph Rice, Emily Roark, and me.  *Id.*

13.     On December 6, 2021, plaintiffs filed Master Complaints on behalf of the political subdivisions (the class members here), school districts, Neonatal Abstinence Syndrome ("NAS") plaintiffs, and tribal plaintiffs ("Tribes"), as well as a Consolidated Class Action Complaint on behalf of third-party payors ("TPPs").  *See* ECF 296-300.

14.     On December 23, 2021, McKinsey filed two motions under Rule 12 of the Federal Rules of Civil Procedure: one for lack of personal jurisdiction against all plaintiff groups in certain states, and a second on grounds of *res judicata* and release based on the 2021 AG Settlement, against the subdivision and school district master complaints.  ECF 310 (McKinsey Defendants' Notice of Motion and Motion to Dismiss the Complaints on the Grounds of *Res Judicata* and Release; Memorandum of Points and Authorities in Support); ECF 313 (McKinsey Defendants' Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction; Memorandum of Points and Authorities).

15.     Plaintiffs opposed both motions.  The Court conducted an initial hearing on these motions on March 31, 2022, requested and received additional briefing, and scheduled a subsequent hearing for October 28, 2022.   ECF 345 (Subdivision Plaintiffs' Opposition to McKinsey Defendants' Motion to Dismiss on the Grounds of *Res Judicata* and Release); ECF 347 (Plaintiffs' Memorandum of Points and Authorities in Opposition to McKinsey Defendants' Motion to Dismiss for Lack of Personal Jurisdiction); ECF 370 (Order for Supplemental Briefing); ECF 378 (McKinsey Defendants' Supplemental Brief in Further Support of Motion to Dismiss the Complaints on the Grounds of *Res Judicata* and Release); ECF 392 (Subdivision and School District Plaintiffs' Supplemental Brief in Opposition to McKinsey Defendants' Motion to Dismiss on the Grounds of *Res Judicata* and Release).

16.     Defendants have produced or made available hundreds of thousands of documents relevant to their involvement in developing opioid marketing schemes, including those previously

1    produced to the AGs in connection with that settlement.  Plaintiffs have reviewed these

2    productions, which informed plaintiffs' understanding of their claims' strengths and weaknesses.

3        17.    The subdivisions, school districts, and defendants mediated before Jed D. Melnick,

4    Esq. of JAMS, a sophisticated and objective mediator with decades of proven experience in

5    complicated litigation and class actions.  The parties participated in a two-day mediation in person

6    at JAMS in New York City, New York on August 8, 2022 and August 9, 2022 with Mr. Melnick

7    and Simone Lelchuk, his colleague.  The parties continued the process remotely for several months

8    under Mr. Melnick's supervision.

9        18.    On October 26, 2022, the parties notified the Court that McKinsey and the

10   Subdivision and School District Plaintiffs had reached an agreement in principle to resolve those

11   plaintiffs' claims, and they requested the Court not adjudicate the *res judicata* motion at that time.

12   ECF 436.  On October 27, 2022, the Court denied McKinsey's motion to dismiss for lack of

13   personal jurisdiction.  *In re McKinsey & Co., Inc., Nat'l Opiate Consultant Litig.*, 637 F. Supp. 3d

14   773 (N.D. Cal. 2022).  McKinsey's motion to dismiss the subdivision and school district master

15   complaints on *res judicata* grounds remains under submission.

16       19.    Since then, the parties have been drafting the settlement agreement and continued

17   negotiating the finer points with Mr. Melnick's supervision.

18       20.    In furtherance of a class settlement, I am filing herewith a stipulation to amend the

19   subdivision master complaint to add class allegations and identify plaintiffs Santa Cruz County,

20   California; Pope County, Illinois; and The Village of Eddyville, Illinois as proposed Class

21   Representatives.

22   **Settlement Benefits and Anticipated Recovery**

23       21.    Attached to this declaration as Exhibit 1 is a true and correct copy of the Settlement

24   Agreement Among Political Subdivisions and McKinsey Defendants, along with Schedule A

25   thereto.

26   **Selection of Notice Provider and Settlement Claims Administrator**

27       22.    The Settlement benefits are discussed at length in the accompanying memorandum

28   and points of authorities and in the proposed Notice, among other places.

23.     In short, McKinsey has agreed to pay $207 million into a Settlement Fund, in addition to the $641.5 million McKinsey has already paid to the states under the 2021 AG Settlement.

24.     Class Members will not be required to file a claims form in order to receive a distribution, and there will be no *cy pres* awards or second distributions.  Rather, all money – minus fees and costs – will be distributed, via a single payment, on a *pro rata* basis to qualifying subdivisions that do not opt out of the Settlement using allocation formulas Class Members themselves negotiated in the MDL 2804 settlements.  Class Members shall be required to use the settlement funds exclusively for approved uses designed to abate the opioid epidemic as set forth in Exhibit E ("List of Opioid Remediation Uses") of the prior MDL 2804 settlements.

25.     The purpose of the class settlement is to put subdivisions in the position in which they would have been had they had the full and fair opportunity to negotiate the 2021 AG Settlement.

**Selection of Notice Provider and Settlement Claims Administrator**

26.     Attached to this Declaration as Exhibit 2 is a Proposed Notice.

27.     Eric B. Fastiff of Lieff Cabraser and I solicited bids from notice and settlement administrators experienced in noticing or administering payments for the prior opioid settlements, including Epiq Systems, Inc. and BrownGreer PLC.  We met with representatives from each company several times over the course of many weeks to negotiate the terms and scope of duties.

28.     Both Epiq and BrownGreer participated in the administration of national subdivision settlements in MDL 2804, and each has a different set of contact information for subdivisions nationally.  In MDL 2804, Epiq noticed by U.S. mail all subdivisions nationally of a proposed negotiation class, and BrownGreer subsequently implemented the payment of settlement funds to all eligible participating subdivisions in national MDL 2804 settlements.  BrownGreer and Epiq together are in possession of the vast majority of the contact information needed to effectuate notice and payment here.  There are significant efficiencies to be gained by using administrators used in different capacities in MDL 2804 because of their experience in effecting

1  notice and payments to political subdivisions in government entity opioid litigations with this level

2  of complexity.

3      29.    In this matter, both administrators are required to ensure adequate notice is provided

4  to the most comprehensive set of Class Members possible and to implement payment of claims.

5  Notice will be emailed to Class Members for whom we can ascertain viable email addresses.

6  Notice will be mailed via U.S. mail to subdivisions for whom only U.S. mail addresses have been

7  ascertained.   Notice will be effected through a limited media campaign to additional Class

8  Members for whom no address has been identified.  In the interest of efficiency, we are using the

9  same administrators used in the national opioid litigation, who corresponded with many of the

10  same subdivisions that are also Class Members in the McKinsey litigation and that, with plaintiffs'

11  counsel, obtained high levels of subdivision participation in MDL 2804.  The total cost for these

12  administrators is estimated to be between $82,000 and $87,000 for Epiq to effectuate notice and

13  $250,000 for BrownGreer to implement payments.

14  **Proposed Settlement Class Representatives**

15      30.    The proposed Settlement Class Representatives –Santa Cruz County, California;

16  Pope County, Illinois; and The Village of Eddyville, Illinois – are plaintiffs in underlying actions

17  centralized in this MDL and Named Plaintiffs in the Amended Master Class Action Complaint

18  (Subdivision).

19      31.    The proposed Settlement Class Representatives are actively engaged.  Each filed

20  an individual complaint against McKinsey seeking to hold defendants responsible and abate a

21  serious public health crisis.

22      32.    Each reviewed and approved the Amended Master Class Action Complaint

23  (Subdivision), has worked with Class Counsel to evaluate the terms of the proposed Settlement

24  Agreement, and has endorsed the terms of the proposed Settlement subject to board approval.

25      33.    The proposed Settlement Class Representatives have each expressed continued

26  willingness to protect the Class until the Settlement is approved and its administration completed.

27      34.    The proposed Settlement Class Representatives will not seek incentive awards.

28

DECLARATION OF AELISH M. BAIG IN SUPPORT OF UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT - 3:21-md-02996-CRB         - 6 -
4866-5387-5319.v1

**Proposed Settlement Class Counsel**

35.     The proposed Settlement Class Representatives have also selected counsel experienced in public nuisance litigation, including opioid litigation, who have worked diligently to prosecute opioid cases against many defendant groups across both MDL 2804 and MDL 2996: Emily Roark of Bryant Law Center, PSC, Jayne Conroy of Simmons Hanly Conroy, LLC, Joseph F. Rice of Motley Rice, LLC, Matthew Browne of Browne Pelican, PLLC, and myself.

36.     Information regarding the credentials of Aelish M. Baig and Robbins Geller Rudman & Dowd LLP can be found at https://www.rgrdlaw.com/.

37.     Information regarding the credentials of Emily Roark and Bryant Law Center, PSC can be found at https://www.bryantpsc.com/.

38.     Information regarding the credentials of Jayne Conroy and Simmons Hanly Conroy, LLC can be found at https://simmonsfirm.com/.

39.     Information regarding the credentials of Joseph F. Rice and Motley Rice, LLC can be found at https://www.motleyrice.com/.

40.     Information regarding the credentials of Matthew Browne and Browne Pelican, PLLC can be found at https://www.brownepelican.com/.

41.     Any attorneys' fees and expenses granted by the Court will be paid from the Settlement Fund.

**Common Benefit and Hours, Lodestar, and Costs Incurred in Furtherance of the Litigation**

42.     Class Counsel intends to seek attorneys' fees and costs not to exceed 15% of the Settlement Amount.  Plaintiffs' forthcoming fee motion, to be filed with the motion for final approval and heard in conjunction with the Fairness Hearing, will include the rationale and necessary detail to support their 15% request.  *See* Procedural Guidance for Class Action Settlements (N.D. Cal.).

43.     Pursuant to PTO 3, ECF 215, each PSC firm, including Class Counsel, as well as other Participating Counsel authorized by Court-appointed Lead Counsel Elizabeth J. Cabraser, to perform common benefit work, submitted monthly time and expense reports to Lead Counsel.  It is my understanding, based on conversations with Ms. Cabraser, that attorneys and staff working

at her direction and under her supervision collected these common benefit submissions and have maintained a database of all submitted time and expenses.

44.    As reported to me by Lead Counsel, the approximate lodestar for Class Counsel (and counsel who performed duly authorized work specifically for the subdivisions in connection with law, briefing and settlement) as of August 30, 2023, is $16.9 million, having devoted approximately 29,000 hours to litigating this Action.  These amounts include all time vetted by Lead Counsel from the date of appointment through August 30, 2023, the latest monthly reporting period.

45.    These figures do not include time spent since August 30, 2023; certain pre-appointment time deemed compensable by the Court; or common benefit time attributed to work on other case tracks, such as the TPP, NAS, and Tribes case tracks.

46.    As reported to me by Lead Counsel, Class Counsel's combined related expenses to date are also under continued review and, as of August 30, 2023, total approximately $350,000. Such expenses were necessarily incurred in this Action and are routinely charged to clients billed by the hour.  Such expenses include, among other things, court fees, service of process, consultant fees, mediation costs, online legal and factual research, travel costs, reproduction costs, database costs, and messenger, courier, and overnight mail expenses.

47.    Based on the above numbers, a fee and expense award equal to 15% of the Settlement Fund, after subtracting expenses, would represent a 1.6 multiplier on Class Counsel's approximate lodestar.  Class Counsel will continue to incur time in seeking settlement approval and on implementation efforts should the Settlement be approved.  Class Counsel will continue to review their respective records and submit them to Lead Counsel for review, and will provide additional information regarding time and expenses and rationale for their request in the fee application and in the class notice, so that Class Members will have the opportunity to comment on or object to the requested fees prior to the final approval hearing.

48.    Class Counsel will direct the payment of the 7.5% common benefit assessment on the "Gross Monetary Recovery" of this Settlement, unless otherwise ordered, into the "Fee Fund,"

as those terms are defined in PTO 9, ECF 567.  That assessment will be paid out of any fee award approved by the Court under the instant Settlement.

I declare under penalty of perjury that the foregoing is true and correct.  If called as a witness, I could and would competently testify thereto.  Executed this 26th day of September, 2023, at San Francisco, California.

s/ Aelish M. Baig
_____
AELISH M. BAIG

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on September 26, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Aelish M. Baig
ALISH M. BAIG

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
Email:  aelishb@rgrdlaw.com

**Mailing Information for a Case 3:21-md-02996-CRB In re: McKinsey & Co., Inc. National Prescription Opiate Consultant Litigation**

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Gregory R. Abboud**
  greg@abboudlawfirm.com

- **Mark Abramowitz**
  mabramowitz@dlcfirm.com,1064889420@filings.docketbird.com

- **Benjamin D. Adams**
  badams@cldlaw.com

- **Henry J. Avery**
  havery@zsz.com

- **Salvatore C. Badala**
  sbadala@napolilaw.com,1936354420@filings.docketbird.com

- **Salvatore Charles Badala**
  sbadala@napolilaw.com

- **Aelish Marie Baig**
  AelishB@rgrdlaw.com,kmccormack@rgrdlaw.com,pmitchell@rgrdlaw.com,e_file_sd@rgrdlaw.com,creis@rgrdlaw.com

- **Adam Phillip Bailey**
  abailey@hobbsstraus.com

- **Amanda K. Baker**
  AKBaker@hollandhart.com

- **Lauren G. Barnes**
  lauren@hbsslaw.com,racheld@hbsslaw.com,jennyo@hbsslaw.com

- **David R. Barney , Jr**
  drbarneywv@gmail.com

- **Talat Mahammad Bashir**
  talat4321@hotmail.com

- **Mark D. Bauman**
  mbauman@hinshawlaw.com

- **John C. Beiers**
  jbeiers@smcgov.org,slectura@smcgov.org,jbarbarotto@smcgov.org

- **TerriAnne Benedetto**
  tbenedetto@dugan-lawfirm.com

- **James Reginald Benjamin , Jr**
  jrbenjamin@baltimorecountymd.gov

- **Steve W. Berman**
  steve@hbsslaw.com,robert@hbsslaw.com,heatherw@hbsslaw.com,benh@hbsslaw.com,nicolleh@hbsslaw.com

- **James Lawrence Bernard**
  jbernard@stroock.com,trozina@stroock.com,mnathanson@stroock.com,rtrumbauer@stroock.com,docketing@stroock.com

- **Scott R. Bickford**
  srb@mbfirm.com,usdcedla@mbfirm.com

- **Andrea Bierstein**
  abierstein@simmonsfirm.com

- **Jonathan Blanton**
  jonathan.blanton@ohioattorneygeneral.gov

- **Caitlin Sinclaire Blythe**
  cblythe@mofo.com,npan@mofo.com,caitlyn-blythe-2697@ecf.pacerpro.com

- **Little Fawn Boland**
  littlefawn@ceibalegal.com,ellen@ceibalegal.com

- **Christopher Scott Boynton**
  cboynton@vbgov.com

- **Nicolle B Brito**
  NBrito@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com,khanson@rgrdlaw.com

- **Henry Donald Brock , Jr**
  don@whittingtonlaw.com

- **James M. Brodzik**
  jbrodzik@hinshawlaw.com

- **C. Ezra Bronstein**
  ebronstein@findjustice.com

- **Ezra Bronstein**
  ebronstein@findjustice.com

- **Matthew Browne**
  mbrowne@brownepelican.com

- **Matthew P Browne**
  mbrowne@brownepelican.com

- **Curtis Bruehl**
  cbruehl@fulmersill.com

- **Curtis N Bruehl**
  cbruehl@bruehllaw.com

- **Celeste Brustowicz**
  cbrustowicz@clfnola.com

- **Celeste L Brustowicz**
  cbrustowicz@sch-llc.com,taultman@clfnola.com

- **David G Bryant**
  david@davidbryantlaw.com

- **Mark P Bryant**
  mark.bryant@bryantpsc.com,joe.roark@bryantpsc.com,christina.ellegood@bryantpsc.com

- **Russell W. Budd**
  rbudd@baronbudd.com

- **Russell Wills Budd**
  rbudd@baronbudd.com

- **Kevin R. Budner**
  kbudner@lchb.com,kevin-budner-2411@ecf.pacerpro.com

- **Birch P. Burdick**
  sa-defense-notices@casscountynd.gov

- **Michael Burrage**
  mburrage@whittenburragelaw.com

- **Elizabeth Joan Cabraser**
  ecabraser@lchb.com,elizabeth-cabraser-1441@ecf.pacerpro.com

- **Hannah Honeycutt Calandro**
  hannah@fayardlaw.com

- **Ann E. Callis**
  acallis@hollandtriallawyers.com

- **W. Stuart Calwell**
  scalwell@calwelllaw.com

- **Gretchen Freeman Cappio**
  gcappio@kellerrohrback.com,bianca-nealious-3081@ecf.pacerpro.com,debra-wilcher-6644@ecf.pacerpro.com,cate-brewer-
  0141@ecf.pacerpro.com,bnealious@kellerrohrback.com,gretchen-freeman-cappio-5238@ecf.pacerpro.com

- **Edgar R. Cataxinos**
  cataxinos@mcgiplaw.com

- **David Cates**
  dcates@cateslaw.com

- **Daniel Carl Cederborg**
  dcederborg@yolocounty.org,bprice@yolocounty.org

- **D. Bryant Chaffin**
  bryant@mchughfuller.com

- **H. Truman Chafin**
  truman@thechafinlawfirm.com

- **Letitia Neese Chafin**
  Tish@thechafinlawfirm.com

- **Mark P. Chalos**
  mchalos@lchb.com,mark-chalos-5442@ecf.pacerpro.com

- **Deborah Chandler**
  dchandler@aklawfirm.com

- **David M. Cheifetz**
  dcheifetz@stroock.com,docketing@stroock.com

- **John Y. Choi**
  attorneyjohnchoi@gmail.com

- **Joseph L. Ciaccio**
  jciaccio@napolilaw.com

- **Edward J. Ciarimboli**
  ejc@fclawpc.com

- **City of Cleveland, Ohio**
  lawdepartment@city.cleveland.oh.us

- **Abbey Herrin Clarkson**
  abbey@theclarksonfirm.com

- **James Franklin Clayborne , Jr**
  jclayborne@cswlawllp.com,sebrecht@cswlawllp.com

- **John W. Cleary , Jr**
  jcleary@msprecoverylawfirm.com,serve@msprecoverylawfirm.com

- **John R. Climaco**
  jrclim@climacolaw.com

- **Paul D. Coates**
  pcoates@pckb-law.com

- **Victor Cobb**
  vcobb@clfnola.com

- **Christopher Luke Coffin**
  ccoffin@pbclawfirm.com,sshirey@pbclawfirm.com,mwaldrop@pbclawfirm.com,sbaudin@pbclawfirm.com,pwpendley@pbclawfirm.com

- **Thomas P. Colantuono**
  tcolantuono@wardlawnh.com

- **Adam P. Collins**
  admin@collinsconley.com

- **Joshua K Conaway**
  jconaway@fchclaw.com

- **Andrew Joseph Conn**
  aconn@hlmlawfirm.com

- **Matt Conn**
  mconn@friedman-lawyers.com

- **Matthew D. Conn**
  mconn@friedman-lawyers.com,tmartin@friedman-lawyers.com

- **Jayne Conroy**
  jconroy@simmonsfirm.com,ClassDocketing@ecf.courtdrive.com,esternickle@simmonsfirm.com,jkraus@simmonsfirm.com

- **Barry J. Cooper, Jr.**
  bcooper@clfnola.com

- **Joseph W. Cotchett**
  jcotchett@cpmlegal.com

- **Donald E. Creadore**
  donald@creadorelawfirm.com

- **R. Seth Crompton**
  scrompton@hollandtriallawyers.com

- **Leslie M. Cronen**
  lcronen@garycjohnson.com

- **Christina D Crow**
  ccrow@jinkslaw.com

- **Christina Diane Crow**
  christy.crow@jinkscrow.com,am.stewart@jinkscrow.com,ryan.mcferrin@jinkscrow.com,jodi.myers@jinkscrow.com,beth.warren@jinkscrow.com

- **Martin Francis Cunniff**
  martincunniff@fieldslawpllc.com,Schrader@fieldslawpllc.com

- **Jeffrey A Curran**
  jcurran@gablelaw.com

- **Steven W. Dahlem**
  sdahlem@mariposacounty.org

- **M. Stephen Dampier**
  stevedampier@dampierlaw.com

- **Matthew S. Daniel**
  mdaniel@lawyerworks.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com,MDearman@ecf.courtdrive.com

- **Mark J. Dearman**
  mdearman@rgrdlaw.com

- **Diandra S. Debrosse Zimmermann**
  fu@dicellolevitt.com

- **Hadiya Khan Deshmukh**
  hdeshmukh@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **L. Dante DiTrapano**
  dditrapano@cldlaw.com

- **Nathan A. Dickson , II**
  ndickson@jinkslaw.com

- **Rodney Dillard , II**
  rdillard@friedman-lawyers.com

- **Holly H. Dolejsi**
  HDolejsi@RobinsKaplan.com

- **Spencer R Doody**
  srd@mbfirm.com,usdcedla@mbfirm.com

- **Anderson O. Dotson , III**
  dotsonfirm@gmail.com

- **Dan Drachler**
  ddrachler@lchb.com,dan-drachler-6676@ecf.pacerpro.com

- **Frank C. Dudenhefer**
  fcdlaw@aol.com

- **Frank C. Dudenhefer , Jr**
  fcdlaw@aol.com

- **James R. Dugan , II**
  jdugan@dugan-lawfirm.com,dscalia@dugan-lawfirm.com,bonnie@dugan-lawfirm.com,amcadam@dugan-lawfirm.com

- **Melissa Rose Ellsworth**
  mellsworth@thompsonbarneylaw.com

- **Sarah N. Emery**
  semary@justicestartshere.com

- **Sarah Nicole Emery**
  semery@justicestartshere.com,amcmullen@justicestartshere.com,tcoaston@justicestartshere.com

- **Kyle D Evans**
  kevans@gablelaw.com

- **Robert J. Evola**
  revola@hollandtriallawyers.com

- **Paul T. Farrell , Jr**
  paul@farrellfuller.com

- **Paul T. Farrell , Jr**
  paul@farrell.law

- **Paul T. Farrell, Jr.**
  paul@farrellfuller.com

- **Eric B. Fastiff**
  efastiff@lchb.com,catkins@lchb.com,elovell@lchb.com,eric-fastiff-2015@ecf.pacerpro.com,jremuszka@lchb.com

- **George H. Faulkner**
  faulkner@fhplaw.com

- **Calvin C. Fayard , Jr**
  calvinfayard@fayardlaw.com,wandaedwards@fayardlaw.com

- **Cathryn Caroline Fayard**
  caroline@fayardlegal.com

- **Cassandra L. Feeney**
  cfeeney@hwac.com

- **Gregory E. Fellerman**
  gef@fclawpc.com

- **Jarrett J. Ferentino**
  ferentino@pfslawyer.com

- **Richard W. Fields**
  fields@fieldslawpllc.com

- **Tiffani B. Figueroa**
  TFigueroa@mofo.com

- **John Paul Fiske**
  jfiske@baronbudd.com,kepeters@baronbudd.com,jhutchison@baronbudd.com,1869571420@filings.docketbird.com,chines@baronbudd.com

- **Crystal Gayle Foley**
  cfoley@simmonsfirm.com,ClassDocketing@ecf.courtdrive.com,ClassDocketing@simmonsfirm.com

- **W. Jesse Forbes**
  wjforbes@forbeslawwv.com

- **Jenna N. Forster**
  jforster@lchb.com,jenna-forster-0574@ecf.pacerpro.com

- **Alexander Chesney Frampton**
  alex.frampton@nelsonmullins.com

- **Andrew G Frank**
  afrank@kwdlaw.com

- **Jennifer Rachel Frankovich**
  jfrankovich@baltimorecountymd.gov

- **Richard S Frankowski**
  richard@frankowskifirm.com

- **T. Roe Frazer , II**
  roe@frazer.law,grant@frazer.law,angela@frazer.law,mac@frazer.law,elizabeth@frazer.law

- **Thomas Roe Frazer , II**
  roe@frazer.law

- **Andrew J. Freedman**
  afreedma@hodgsonruss.com

- **Jeff Friedman**
  jeff@hbsslaw.com

- **Jeffrey E. Friedman**
  jfriedman@friedman-lawyers.com

- **Jeffrey Edwin Friedman**
  jfriedman@friedman-lawyers.com,tmartin@friedman-lawyers.com

- **Brian C. Frontino**
  brian.frontino@morganlewis.com,lina.cocuyame@morganlewis.com

- **Michael J. Fuller**
  mike@farrellfuller.com

- **Michael J. Fuller , Jr**
  mike@mchughfuller.com

- **Michael Jay Fuller**
  mike@farrellfuller.com

- **Michael Jay Fuller , Jr**
  mike@farrellfuller.com

- **Michael J. Fuller, Jr.**
  mike@farrellfuller.com

- **Tara A. Fumerton**
  tfumerton@jonesday.com

- **Gregory Edward Gaskins**
  ggaskins@baltimorecountymd.gov

- **Daniel L. Gaustad**
  dan@grandforkslaw.com

- **Paul Jeffrey Geller**
  pgeller@rgrdlaw.com

- **Elmer J. George**
  Dana@kylawoffices.com

- **Matthew M. Gerend**
  mgerend@kellerrohrback.com,cathy-hopkins-4757@ecf.pacerpro.com,matthew-gerend-4891@ecf.pacerpro.com,chopkins@kellerrohrback.com

- **Marc P. Gertz**
  mpgertz@gertzrosen.com

- **Michael Gervais**
  mgervais@susmangodfrey.com,gfisk@susmangodfrey.com,greg-fisk-8459@ecf.pacerpro.com

- **Robert Cecil Gilbert**
  gilbert@kolawyers.com,dalia@gilbertpa.com

- **Scott D Gilbert**
  gilberts@gotofirm.com

- **Simarjit Singh Gill**
  sgill@slco.org

- **Leslie John Girard**
  girardlj@co.monterey.ca.us,OntiverosS@co.monterey.ca.us

- **Leslie A. Goller**
  Lgoller@terrellhogan.com

- **Edmund Clay Goodman**
  egoodman@hobbsstraus.com

- **R. Booth Goodwin , II**
  rbg@goodwingoodwin.com

- **Jonah D. Grabelsky**
  grabelsky@fhplaw.com

- **Andrew M. Grabhorn**
  a.grabhorn@grabhornlaw.com

- **Michael D. Grabhorn**
  m.grabhorn@grabhornlaw.com

- **Michael Douglas Grabhorn**
  m.grabhorn@grabhornlaw.com

- **Mark K. Gray**
  mgray@grayandwhitelaw.com

- **David C. Grossman**
  david@legalgrouphotline.com

- **Ed Han**
  edhan@fhcfirm.com

- **Troy W. Haney**
  thaney@troyhaneylaw.com

- **Gerald Logan Harris**
  glharris@vbgov.com

- **Edward B. Havas**
  ehavas@dkowlaw.com

- **William Hawal**
  wh@spanglaw.com

- **Joshua Patrick Hayes**
  jhayes@princelaw.net

- **Jason Michael Heath**
  Jason.Heath@co.santa.cruz.ca.us,pamela.iriguchi@santacruzcounty.us,csl054@co.santa-cruz.ca.us,annessa.wright@santacruzcounty.us,csl026@co.santa-cruz.ca.us

- **Derrick G. Helm**
  derrickhelm@ymail.com

- **Neil L Henrichsen**
  nhenrichsen@hslawyers.com

- **Jorge A. Herrera**
  jherrera@herreralaw.com

- **Kathryn Hettler**
  kh@hrsclaw.com

- **Joseph C. Hoffman , Jr**
  hoffman@fhplaw.com

- **Cameron L Hogan**
  clhogan@lloydhoganlaw.com

- **John Wayne Hogan**
  hogan@terrellhogan.com

- **D. Blayne Honeycutt**
  dbhoneycutt@fayardlaw.com

- **David Blayne Honeycutt**
  dbhoneycutt@fayardlaw.com,benita@fayardlaw.com

- **Hannah Elayne Honeycutt**
  hannah@fayardlaw.com

- **Robert L. Houston**
  rhouston@htllawyers.com

- **Jenna A. Hudson**
  hudsonj@gilbertlegal.com

- **James F. Humphreys**
  jhumphreys@jfhumphreys.com

- **Samuel Issacharoff**
  si13@nyu.edu

- **Michael L. Jackson**
  michaeljackson@jacksonbelllaw.net

- **P. Rodney Jackson**
  prodjackson27@yahoo.com

- **Christopher Isaac Jacobs**
  cij@knlegal.com

- **Jordan E. Jacobson**
  jjacobson@ktmc.com,courtney-hemsley-3395@ecf.pacerpro.com,megan-corson-3521@ecf.pacerpro.com

- **William M. Jay**
  WJay@goodwinlaw.com

- **William Joseph Jenner**
  jjenner@wjennerlaw.net

- **Crystal Goan Jessee**
  crystaljessee@jesseelawoffice.com

- **Lynn Wilson Jinks , III**
  ljinks@jinkslaw.com,sstuart@jinkslaw.com,ndickson@jinkslaw.com

- **Gary C. Johnson**
  gary@garycjohnson.com

- **Gillard B. Johnson , III**
  gjohnson@gbjlegal.com

- **Ronald E. Johnson , Jr**
  rjohnson@justicestartshere.com,amcmullen@justicestartshere.com,tcoaston@justicestartshere.com

- **Ryan Ronald Jones**
  rrj@jones-mayer.com

- **Joshua Karsh**
  jkarsh@findjustice.com

- **Andrew Kaufman**
  akaufman@lchb.com,korsland@lchb.com,andrew-kaufman-1312@ecf.pacerpro.com

**Jessica Kaufman**
jkaufman@mofo.com,jessica-kaufman-5947@ecf.pacerpro.com

**Amy E. Keller**
akeller@dicellolevitt.com,agreen@dicellolevitt.com,aotto@dicellolevitt.com,3336248420@filings.docketbird.com

**Joseph L Kerr , Jr**
jkerr@friedman-lawyers.com

**Colin P. King**
cking@dkowlaw.com

**Sarah Erica King**
sking@hinshawlaw.com

**Debra Potter Klauber**
dklauber@haliczerpettis.com

**David J. Ko**
dko@kellerrohrback.com,cbrewer@kellerrohrback.com,cate-brewer-0141@ecf.pacerpro.com,david-ko-8713@ecf.pacerpro.com

**Karl W. Kristoff**
kwk278@aol.com

**Joseph Martin Kurt**
jkurt@vbgov.com

**John A Lancione**
jal@lancionelaw.com

**J. Burton LeBlanc , IV**
bleblanc@baronbudd.com

**J. Burton LeBlanc**
bleblanc@baronbudd.com

**Thomas J. Lech**
tlech@ghalaw.com

**Alan D Leeth**
aleeth@burr.com

**Whitney A. Leonard**
whitney@sonosky.net,karin@sonosky.net,chloe@sonosky.net

**Bruce W. Leppla**
bleppla@lchb.com,bruce-leppla-7158@ecf.pacerpro.com

**Richard J. Leveridge**
leveridger@gilbertlegal.com

**Michael Ian Levin-Gesundheit**
mlevin@lchb.com,michael-levin-gesundheit-7686@ecf.pacerpro.com

**Jamie A. Levitt**
JLevitt@mofo.com,jamie-levitt-6630@ecf.pacerpro.com,docketny@mofo.com

**Charles Coleman Lifland**
clifland@omm.com,charles-lifland-4890@ecf.pacerpro.com

**Jeff Link**
jeff@jefflinklaw.com

**William Litt**
littwm@co.monterey.ca.us,edwardsg@co.monterey.ca.us,catod@co.monterey.ca.us,zarcoc@co.monterey.ca.us,britoa@co.monterey.ca.us,villad@co.monterey.ca.us

**Amanda M. Lockaby**
amanda.lockaby@dinsmore.com

**Derek W. Loeser**
dloeser@kellerrohrback.com

**Derek William Loeser**
dloeser@kellerrohrback.com,cbrewer@kellerrohrback.com,derek-loeser-0264@ecf.pacerpro.com,cate-brewer-0141@ecf.pacerpro.com

**Casey Langston Lott**
clott@langstonlott.com

**Rebecca D. Louks**
rlouks@ohlaw.com

**Lower Brule Sioux Tribe**
boydgourneau@yahoo.com

- **Stephen Glenn Lowry**
  steve@hpllegal.com

- **Harrison C Lujan**
  hlujan@fulmersill.com,shicks@fulmersill.com

- **W Jay Luneau**
  jay@luneaubecklaw.com

- **James L. Magazine**
  jim@lucasmagazine.com

- **James Lawrence Magazine**
  jim@lucasmagazine.com

- **James E. Magleby**
  magleby@mgpclaw.com

- **Anthony J. Majestro**
  amajestro@powellmajestro.com,amarshall@powellmajestro.com,jnelson@powellmajestro.com,jcpowell@powellmajestro.com,paula@powellmajestro.com,helen@po

- **Shauna D Manion**
  smanion@mzmilw.com

- **Christine C Mansour**
  cmansour@baronbudd.com

- **Christine C. Mansour**
  cmansour@baronbudd.com

- **Christine Cooney Mansour**
  cmansour@baronbudd.com

- **Justin Jerome Marcum**
  justin@marcumlawoffice.com

- **Miriam Ellora Marks**
  mmarks@lchb.com,miriam-marks-8754@ecf.pacerpro.com

- **Michael T. Maroney**
  michael.maroney@hklaw.com,HAPI@HKLAW.COM

- **Ingrid S. Martin**
  imartin@toddweld.com,mcottreau@toddweld.com

- **Juan Ramon Martinez**
  juanmartinez@forthepeople.com,acook@forthepeople.com

- **Rebeca Martinez Sicari**
  rmartinez@nsprlaw.com

- **Walter M. Mason**
  wmason@dkowlaw.com

- **Robert L. Massie**
  bob.massie@nelsonmullins.com

- **Julie G. Matos**
  jmatos@stroock.com,docketing@stroock.com

- **Caroline Mayhew**
  CMayhew@hobbsstraus.com

- **Robert G McCampbell**
  rmccampbell@gablelaw.com

- **Alexander D. McLaughlin**
  amclaughlin@cldlaw.com

- **Ian Ronald McLean**
  imclean@serklandlaw.com

- **Kelly Kristine McNabb**
  kmcnabb@lchb.com,kelly-mcnabb-1924@ecf.pacerpro.com

- **Mark David McPherson**
  mmcpherson@mofo.com,dara--pilgrim-4904@ecf.pacerpro.com,dpilgrim@mofo.com

- **Cyrus Mehri**
  cmehri@findjustice.com

- **Joseph H. Meltzer**
  jmeltzer@ktmc.com,kmarrone@ktmc.com,jwotring@ktmc.com,chemsley@ktmc.com,pleadings@ktmc.com,1472664420@filings.docketbird.com,KSheronas@ktmc.c

- **Daniel P. Mensher**
  dmensher@kellerrohrback.com,lara-mishler-4166@ecf.pacerpro.com,daniel-mensher-8016@ecf.pacerpro.com

- **Donald A. Migliori**
  dmigliori@motleyrice.com

- **Charles M. Miller**
  charles.miller@ohioattorneygeneral.gov

- **Lloyd B. Miller**
  lloyd@sonosky.net,lydia@sonosky.net,karin@sonosky.net

- **Robert R Miller**
  rmiller@ohlaw.com

- **Emily Hawk Mills**
  emily@alalawyers.net

- **Michael J. Modl**
  mmodl@axley.com

- **Lucas C Montgomery**
  luke@montgomeryponder.com

- **Samuel Aitken Morris**
  smorris@burr.com

- **Peter James Mougey**
  pmougey@levinlaw.com,ldunning@ecf.courtdrive.com,mailsec@levinlaw.com

- **P. Matthew Muir**
  mmuir@aklawfirm.com

- **Anil A Mujumdar**
  anil@dagneylaw.com

- **Anne Marie Murphy**
  amurphy@cpmlegal.com,nkingra@cpmlegal.com,bkittle@cpmlegal.com,jdiaz-marquez@cpmlegal.com,shernandez@cpmlegal.com

- **Christopher Bryan Murray**
  christopher.murray@llojibwe.net

- **Dwayne M. Murray**
  dmm@murraylaw.net

- **N. Majed Nachawati**
  mn@ntrial.com

- **Rohit Dwarka Nath**
  rnath@susmangodfrey.com

- **William D. Nefzger**
  will@bccnlaw.com,andria@bccnlaw.com

- **Bryan S. Neiderhiser**
  bneiderhiser@marcusandmack.com

- **Stephen P New**
  steve@newlawoffice.com

- **John D. Nibbelin**
  jnibbelin@co.sanmateo.ca.us

- **Leslie C. Nixon**
  lcnixon56@gmail.com

- **Anthony E. Nowak**
  tony@smithphillips.com

- **Stephanie L. Ojeda**
  sojeda@handl.com

- **Oneida Nation**
  cartman@oneidanation.org

- **Jon B. Orndorff**
  jon.orndorff@om-pllc.com

- **Charles G. Orr**
  corr@baronbudd.com

- **Ralph J Overholt**
  ralph.overholt@llojibwe.net

- **Christine M. Palmer**
  cmpalmer@co.kitsap.wa.us

- **Daryl Dion Parks**
  dparks@darylparks.com

- **Ashley A Peck**
  aapeck@hollandhart.com

- **Julia Q. Peng**
  jpeng@cpmlegal.com,shernandez@cpmlegal.com

- **Dori Ann Persky**
  dpersky@baronbudd.com

- **James C. Peterson**
  jcpeterson@hpcbd.com

- **James Charles Peterson**
  jcpeterson@hpcbd.com

- **Eugene K. Pettis**
  EPettis@hpslegal.com

- **Kenneth C. Pierce , II**
  kpierce@blantonpierce.com

- **Mark Pifko**
  mpifko@baronbudd.com

- **Mark P Pifko**
  MPifko@baronbudd.com

- **Mark Philip Pifko**
  mpifko@baronbudd.com,awilson@baronbudd.com,jmartinez@baronbudd.com,jcampbell@baronbudd.com

- **J Bradley Ponder**
  brad@montgomeryponder.com

- **Timothy Q Purdon**
  tpurdon@robinskaplan.com

- **Marcus J Rael , Jr**
  marcus@roblesrael.com

- **John Warren Raggio**
  jraggio@fnlawfirm.com

- **John Warren Raggio**
  jraggio@ntrial.com,zbland@ntrial.com,filing@ntrial.com,vmcneme@ntrial.com,tbeasley@ntrial.com,blink@ntrial.com,sandrew@ntrial.com

- **Vaishali S. Rao**
  vrao@hinshawlaw.com

- **Randa Reeves**
  rreeves@whittenburragelaw.com

- **Emily Anne Reitmeier**
  emily.reitmeier@skadden.com,emily-reitmeier-
  8948@ecf.pacerpro.com,patrick.hernandez@skadden.com,deanna.pospisil@skadden.com,brigitte.travaglini@skadden.com

- **Kurt E. Reitz**
  kreitz@thompsoncoburn.com

- **Christopher L. Rhoads**
  chris@rhoadsandrhoads.com

- **Joseph F. Rice**
  jrice@motleyrice.com,gworthington@motleyrice.com

- **Bradley Joe Richardson**
  brichardson@co.nye.nv.us

- **Adam R. Rivera**
  arivera@msprecoverylawfirm.com

- **Emily Ward Roark**
  emily.roark@bryantpsc.com,david@davidbryantlaw.com,christina@bryant.law,kirsta.cruthis@bryantpsc.com

- **Luis E. Robles**
  luis@roblesrael.com

- **J. Robert Rogers**
  jrobertrogers@hotmail.com

- **Laurance Nicholas Chandler Rogers**
  chandler@rogerslawgroup.com

- **Anna Natalie Rol**
  arol@baronbudd.com

- **Bridget K. Romano**
  bromano@slco.org,ipittman@slco.org

- **Karen Rosenthal**
  krosenthal@smcgov.org,drosas@smcgov.org

- **Michael B. Rush**
  rushm@gilbertlegal.com

- **Daniel K. Ryan**
  dryan@hinshawlaw.com

- **Shayna E. Sacks**
  ssacks@napolilaw.com

- **Shayna Erin Sacks**
  ssacks@napolilaw.com

- **Lisa M. Saltzburg**
  lsaltzburg@motleyrice.com

- **Jaime Ann Santos**
  JSantos@goodwinlaw.com

- **Lynn Lincoln Sarko**
  lsarko@kellerrohrback.com,cengle@kellerrohrback.com

- **Ann Davison Sattler**
  sattler@aiken.com

- **David Scott Scalia**
  dscalia@dugan-lawfirm.com

- **Barry J. Scatton**
  bscatton@forthepeople.com

- **Frank Rocco Schirripa**
  fschirripa@hrsclaw.com

- **Carlos E Sedillo**
  csedillo@fchclaw.com

- **David Dale Seif, Jr. , Jr**
  dseif@law-oh.com

- **Sona R. Shah**
  sshah@zsz.com

- **Devon Shannon**
  devon.shannon@kingcounty.gov

- **Kevin H. Sharp**
  ksharp@sanfordheisler.com,skelly@sanfordheisler.com,mallen@sanfordheisler.com,jhannaway@sanfordheisler.com,ariddick@sanfordheisler.com,jtepe@sanfordheisl

- **Adam F. Shearer**
  ashearer@clarencedyer.com,achin@clarencedyer.com

- **Taeva Cantor Shefler**
  TShefler@rgrdlaw.com,pmitchell@rgrdlaw.com,e_file_sd@rgrdlaw.com,tome@rgrdlaw.com

- **Thomas I Sheridan , III**
  tsheridan@simmonsfirm.com,jlucena@simmonsfirm.com

- **Hunter J. Shkolnik**
  hunter@nsprlaw.com,SSacks@Napolilaw.com,1505475420@filings.docketbird.com,nfarnolo@napolilaw.com,SBadala@NapoliLaw.com

- **Rebeca Martinez Sicari**
  rmartinez@nsprlaw.com

- **David Abraham Silberman**
  dsilberman@smcgov.org,klyssand@smcgov.org

- **James D Sill**
  jsill@fulmersill.com

- **Matthew J Sill**
  Matt@sill-law.com

- **Matthew James Sill**
  msill@fulmersill.com

- **Donald J. Simon**
  dsimon@sonosky.com,karin@sonosky.net

- **Scott D. Simpkins**
  sdsimp@climacolaw.com

- **Emilee N Sisco**
  emilees@hbsslaw.com

- **Steven James Skikos**
  sskikos@skikos.com

- **Steven Gerald Sklaver**
  ssklaver@susmangodfrey.com,GWise@susmangodfrey.com,jwilliams@susmangodfrey.com,jerod-williams-0433@ecf.pacerpro.com,ecf-d2dbeeed8fe0@ecf.pacerpro.com,gregory-wise-3486@ecf.pacerpro.com

- **Thomas M. Sobol**
  tom@hbsslaw.com,kristenjp@hbsslaw.com,AbbyeO@hbsslaw.com,marcellaj@hbsslaw.com,ChristineT@hbsslaw.com,achebes@hbsslaw.com,jessicao@hbsslaw.com

- **Rebecca Luise Solomon**
  rsolomon@tousley.com,1362222420@filings.docketbird.com

- **Ike Spears**
  ikespears@gmail.com

- **Michael Gregory Stag**
  mstag@stagliuzza.com,jbatt@stagliuzza.com

- **Kim D. Stephens**
  kstephens@tousley.com,3690889420@filings.docketbird.com,kkulgren@tousley.com,efile@tousley.com,erashby@tousley.com

- **Kara M. Stewart**
  kara.stewart@dinsmore.com,lynn.whitson@dinsmore.com,amanda.lockaby@dinsmore.com,janet.gross@dinsmore.com

- **Joshua Allen Stigdon**
  jstigdon@htllawyers.com

- **Mark Douglas Stiles**
  mstiles@vbgov.com

- **Heath P. Straka**
  hstraka@axley.com

- **Geoffrey D. Strommer**
  gstrommer@hobbsstraus.com,hclapp@hobbsstraus.com,emanning@hobbsstraus.com,rplumer@hobbsstraus.com,emanning@ecf.courtdrive.com

- **Robert Strongarone**
  rstrongarone@msprecoverylawfirm.com,jpupo@msprecoverylawfirm.com,serve@msprecoverylawfirm.com

- **Frank Sullivan , III**
  fsullivan@franksullivanlaw.com

- **Sarah J. Surber**
  ssurber@thompsonbarneylaw.com

- **Tara DeAnn Sutton**
  TSutton@RobinsKaplan.com,aguttormson@robinskaplan.com,sjump@robinskaplan.com

- **Teris Swanson**
  teris@bryant.law

- **Teris N. Swanson**
  teris@bryant.law

- **Charles Jones Swayze , III**
  cjsiii@whittingtonlaw.com

- **Christopher M Sylvia**
  cmsattorneyatlaw@yahoo.com

- **Tina M. Tabacchi**
  tmtabacchi@jonesday.com,jzhou@jonesday.com,nadiaz@jonesday.com

- **Fred N Tabak**
  fredtabak@gmail.com

- **Mark A. Tate**
  marktate@tatelawgroup.com,tlgservice@tatelawgroup.com,twells@tatelawgroup.com,mhayes@tatelawgroup.com

- **J. Scott Taylor**
  scott@wncjustice.com

- **Justin C. Taylor**
  jtaylor@baileywyant.com,jzubrzycki@baileywyant.com,rjburks@baileywyant.com

- **Michael W. Taylor**
  mtaylor@baileywyant.com

- **Kevin W. Thompson**
  kwthompsonwv@gmail.com

- **Thomas W. Tucker**
  ttucker@tuckerlong.com

- **Tracy L Turner**
  tturner@pbclawfirm.com

- **K Scott Wagner**
  swagner@mallerysc.com

- **Scott Jason Weiselberg**
  weiselberg@kolawyers.com

- **Christopher Weld , Jr**
  cweld@toddweld.com,jmcgonagle@toddweld.com

- **Richard Wesch**
  trialsection@leegov.com

- **Bradley C West**
  brad@thewestlawfirm.com

- **Lindsey Walker West**
  lwest@dinsmore.com

- **Terry W West**
  terry@thewestlawfirm.com

- **Richard Alan Weyrich**
  richardw@co.skagit.wa.us

- **Jessica Whelan**
  jewhelan@hollandhart.com

- **White Mountain Apache Tribe**
  ghesse@pinetoplawyers.com

- **Marc E. Williams**
  marc.williams@nelsonmullins.com

- **Roy W Williams , Jr**
  rwilliams@jacksonwilliams.org

- **Michael A. Woelfel**
  mikewoelfel3@gmail.com

- **Stephen H. Wussow**
  swussow@clfnola.com

- **Charles David Wysong**
  cwysong@hsplegal.com,rortiz@hsplegal.com

- **James Dennis Young**
  jyoung@forthepeople.com,acook@forthepeople.com

- **Gregory M Zarzaur**
  gregory@zarzaur.com

- **Gregory Martin Zarzaur**
  gregory@zarzaur.com

- **Terence Scott Ziegler**
  tziegler@ktmc.com,4689919420@filings.docketbird.com

- **Diandra S. Debrosse Zimmermann**
  fu@dicellolevitt.com

- **Paulina do Amaral**
  pdoamaral@lchb.com,elovell@lchb.com,paulina-do-amaral-4305@ecf.pacerpro.com,rmccullough@lchb.com,opioidsecfs@lchb.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Whitten           Burrage**
512 North Broadway Avenue,
 Suite 300
Oklahoma City,, OK 73102

**Allison           Cross**
Henrichsen Law
Ste. 800
655 15th Street NW
Washington, DC 20005

**David             J Hodge**
Attorney at Law
38 Miller Ave #157
Mill Valley, CA 94941

**L.                J. Hollenbach                          , III**
3836 Washington Square
Louisville, KY 40207

**Louis             J. Hollenbach**
3836 Washington Square
Louisville, KY 40207

**Archie            C Lamb                                 , Jr**
Levin Papantonio Thomas Mitchell Rafferty & Proctor, PA
316 S Baylen Street
Suite 600
Pansacola, FL 32502-5996

**Michael           P. McNamee**
McNamee & Hill
2371 Lakeview Drive
Beavercreek, OH 45431

**Jeffery           A Mobley**
Lowe, Mobley & Lowe
1210-21st Street
PO Box 576
Haleyville, AL 35565

**Montgomery County Public Schools**
,

**Jeffrey           D Moseley**
Buerger, Moseley & Carson, PLC
306 Public Square
Franklin, TN 37064

**Peter             J. Mougey**
Beggs & Lane
P.O. Box 12950
Pensacola, FL 32591

**Mark              P. Pikfo**
Baron & Budd, P.C.
15910 Ventura Blvd #1600
Encino, CA 91436

**Michael           L. Roberts**
Roberts Law Firm
20 Rahling Circle
P.O. Box 241790
Little Rock, AR 72223-1790

**Santa Rosa County, Florida**
,

**State of Kansas**
Office of Kansas Attorney General
120 SW 10th Ave., 3rd Fl.
Topeka, KS 66612

**Peter             H. Weinberger**
Spangenberg Shibley & Liber LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44144

**Terence           S. Ziegler**
Kessler Topaz Meltzer & Check LLP
280 King of Prussia Road
Rador, PA 19087