# EXHIBIT 1

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANTA CRUZ COUNTY, CALIFORNIA; POPE COUNTY, ILLINOIS; and THE VILLAGE OF EDDYVILLE, ILLINOIS, Individually and on Behalf of a Class of Persons Similarly Situated | ) ) ) ) ) | Case No. 3:21-md-02996-CRB<br><br>SETTLEMENT AGREEMENT AMONG POLITICAL SUBDIVISIONS AND MCKINSEY DEFENDANTS |
| In re MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION | ) ) ) ) | |
| This Document Relates To: | ) ) ) | |
| ALL SUBDIVISION ACTIONS | ) ) ) | |

4891-6324-6202.v2

1

**TABLE OF CONTENTS**

2                                                                          **Page**

3

4    I.      Definitions.................................................................................................1

5    II.     Notice and Approval ................................................................7

6    III.    Releases.................................................................................10

7    IV.     Settlement Fund ....................................................................12

8    V.      Administration and Distribution of Gross Settlement Fund ...............................16

9    VI.     Attorneys' Fees and Expenses ...............................................18

10   VII.    Conditions of Settlement, Effect of Disapproval, Cancellation or Termination................19

11   VIII.   No Admission of Liability .......................................................23

12   IX.     Miscellaneous Provisions.......................................................24

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This Settlement Agreement (hereinafter, "Agreement") is made and entered into as of September 26, 2023 by and between Defendants McKinsey & Company, Inc., McKinsey Holdings, Inc., McKinsey & Company, Inc. United States, and McKinsey & Company, Inc. Washington, D.C. ( collectively, "Defendants"), and Settlement Class Counsel for Subdivisions, both individually and on behalf of the Class in the above-captioned action.  This Agreement is intended by the Settling Parties to fully, finally, and forever resolve, discharge, and settle the Released Claims, upon and subject to the terms and conditions herein.

<strong>AGREEMENT</strong>

NOW, THEREFORE, in consideration of the foregoing, the terms and conditions set forth below, and other good and valuable consideration herein, it is hereby stipulated and agreed, by and among the Settling Parties, by and through their attorneys of record, that, subject to the approval of the Court, the Action and the Released Claims as against Defendants and all other Releasees shall be finally and fully settled, compromised, and dismissed, on the merits and with prejudice, upon and subject to the terms and conditions of this Agreement, as follows:

**I.    Definitions**

As used in this Agreement, the following terms have the meanings specified below:

1.    "Action" means any lawsuit brought on behalf of any Subdivision against Defendants, or against any of them, including, but not limited to, all cases listed on Schedule A attached hereto.

2.    "Claim" means any past, present, or future cause of action, claim for relief, cross-claim or counterclaim, theory of liability, demand, derivative claim, request, assessment, charge, covenant, damage, debt, lien, loss, penalty, judgment, right, obligation, dispute, suit, contract, controversy, agreement, *parens patriae* claim, promise, performance, warranty, omission, or grievance of any nature whatsoever, whether filed or unfiled, alleged in any of the Actions or otherwise arising from the Covered Conduct, asserted or unasserted, known or unknown, accrued or unaccrued, foreseen, unforeseen or unforeseeable, discovered or undiscovered, suspected or unsuspected, fixed or contingent, existing or hereafter arising, including, but not limited to, any request for declaratory, injunctive, or equitable relief; compensatory, punitive, or statutory

damages; absolute liability, strict liability, restitution, subrogation, contribution, indemnity, apportionment, disgorgement, reimbursement, attorneys' fees, expert fees, consultant fees, fines, penalties, expenses, costs, or any other legal, equitable, or civil remedy whatsoever.

3.    The Class includes:

any (1) General Purpose Government (including, but not limited to, a municipality, county, county subdivision, city, town, township, parish, village, borough, gore, or any other entity that provides municipal-type government), (2) Special District within a State, and (3) any other subdivision, subdivision official (acting in an official capacity on behalf of the subdivision) or sub-entity of or located within a State (whether political, geographical or otherwise, whether functioning or non-functioning, regardless of population overlap, and including, but not limited to, nonfunctioning governmental units and public institutions). The foregoing shall specifically include but not be limited to the litigating subdivisions listed in Schedule A. The foregoing shall exclude any sub-entity of Indiana, American Samoa, the Commonwealth of Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, and all school districts. "General Purpose Government," and "Special District" shall correspond to the "basic types of local governments" recognized by the U.S. Census Bureau and match the 2017 list of Governmental Units.[1] The General Purpose Governments are county, municipal, and township governments.[2] "Fire District," "Health District," "Hospital District," and "Library District" shall correspond to categories of Special Districts recognized by the U.S. Census Bureau.[3] References to a State's Subdivisions or to a Subdivision "in," "of," or "within" a State include Subdivisions located within the State even if they are not formally or legally a sub-entity of the State; provided, however, that a "Health District" that includes any of the following words or phrases in its name shall not be considered a Subdivision: mosquito, pest, insect, spray, vector, animal, air quality, air pollution, clean air, coastal water, tuberculosis, and sanitary.

---

[1]   https://www.census.gov/data/datasets/2017/econ/gus/public-use-files.html.

[2]   *E.g.*, U.S. Census Bureau, "Technical Documentation: 2017 Public Use Files for State and Local Government Organization" at 7 (noting that "the Census Bureau recognizes five basic types of local governments," that three of those are "general purpose governments" (county governments, municipal governments, and township governments), and that the other two are "school district and special district governments"), https://www2.census.gov/programssurveys/gus/datasets/2017/2017_gov_org_meth_tech_doc.pdf.

[3]   A list of 2017 Government Units provided by the Census Bureau identifies 38,542 Special Districts and categorizes them by "FUNCTION_NAME." "Govt_Units_2017_Final" spreadsheet, "Special District" sheet, included in "Independent Governments – list of governments with reference information," https://www.census.gov/data/datasets/2017/econ/gus/public-use-files.html. As used herein, "Fire District" corresponds to Special District function name "24 – Local Fire Protection," "Health District" corresponds to Special District function name "32 – Health," "Hospital District" corresponds to Special District function name "40 – Hospitals," and "Library District" corresponds to Special District function name "52 – Libraries." *See id.*

1    4.    "Class Member" means an entity that falls within the definition of the Class and

2    does not elect to opt out of the Class.

3    5.    "Court" means the United States District Court for the Northern District of

4    California.

5    6.    "Covered Conduct" means any and all actual or alleged acts, failures to act,

6    negligence, conduct, statements, errors, omissions, events, breaches of duty, services, advice,

7    work, deliverables, engagements, transactions, agreements, misstatements, or other activity of any

8    kind whatsoever, occurring up to and including the Effective Date (and any past, present, or future

9    consequence of any such acts, failures to act, negligence, conduct, statements, errors, omissions,

10   events, breaches of duty, services, advice, work, deliverables, engagements, transactions,

11   agreements, misstatements, or other activity of any kind whatsoever, occurring up to and including

12   the Effective Date) arising from or relating in any way to: (a) the packaging, repackaging,

13   marketing, promotion, advertising, labeling, recall, withdrawal, distribution, delivery, monitoring,

14   reporting, supply, or sale of any Opioid Product, or any system, plan, policy, or advocacy relating

15   to any Opioid Product or class of Opioid Products, including, but not limited to, any unbranded

16   promotion, marketing, programs, or campaigns relating to any Opioid Product or class of Opioid

17   Products; (b) the characteristics, properties, risks, or benefits of any Opioid Product; (c) the

18   reporting, disclosure, non-reporting, or non-disclosure to federal or state regulators of orders

19   placed with any Released Entity; (d) diversion control programs or suspicious order monitoring;

20   (e) consulting advice McKinsey provided or failed to provide to any opioid manufacturer,

21   distributor, pharmacy, or other entity in the opioid supply chain; consulting advice McKinsey

22   provided or failed to provide to any government or government body with authority to regulate

23   opioid products in any manner; or consulting advice McKinsey provided or failed to provide to

24   any other third party concerning: (i) the discovery, development, manufacture, marketing,

25   promotion, advertising, recall, withdrawal, distribution, monitoring, supply, sale, prescribing,

26   reimbursement, use, regulation, or abuse of any opioid; (ii) the treatment of opioid abuse or efforts

27   to combat the opioid crisis; or (iii) the characteristics, properties, risks, or benefits of any opioid;

28   or (f) the spoliation of any materials in connection with or concerning any of the foregoing.

7.     "Effective Date" means when all of the events and conditions specified in ¶VII.1. of this Agreement have occurred and have been met.

8.     "Escrow Agent" means the agent jointly designated by Settlement Class Counsel and Defendants, and any successor agent.

9.     "Execution Date" means the date of the last signature set forth on the signature pages below.

10.     "Final" means, when used to describe the status of any order of a court, including, but not limited to, the Judgment, that such order represents a final and binding determination of all issues within its scope and is not subject to further review on appeal or otherwise.  Without limitation, an order becomes "Final" when: (a) no appeal has been filed and the prescribed time for commencing any appeal has expired; or (b) an appeal has been filed and either: (i) the appeal has been dismissed and the prescribed time, if any, for commencing any further appeal has expired; or (ii) the order has been affirmed in its entirety and the prescribed time, if any, for commencing any further appeal has expired.  For purposes of this Agreement, an "appeal" includes appeals as of right, discretionary appeals, interlocutory appeals, proceedings involving writs of certiorari or mandamus, and any other proceedings of like kind.  Any appeal or other proceeding pertaining solely to any order adopting or approving a Plan of Allocation and/or to any order issued with respect to an application for attorneys' fees and expenses consistent with this Agreement shall not in any way delay or preclude the Judgment from becoming Final.

11.     "Gross Settlement Fund" means the Settlement Amount plus any interest that may accrue on the Settlement Amount from the date Defendants pay the Settlement Amount or any portion thereof.

12.     "School District Class Member" means an entity that falls within the class of School Districts that entered into a contemporaneous settlement agreement with Defendants, which agreement defines the School District Class to include any elementary, middle, or secondary Public School District in the United States except those in Indiana, American Samoa, the Commonwealth of Guam, the Commonwealth of the Northern Mariana Islands, and the U.S. Virgin Islands, as identified in the Settlement Agreement Among School Districts and McKinsey Defendants.

13.     "Judgment" means the order of judgment and dismissal of the Action with prejudice.

14.     "Net Settlement Fund" means the Gross Settlement Fund less the payments set forth in ¶IV.5.(e).

15.     "Notice and Administrative Costs" means the reasonable sum of money to be paid out of the Gross Settlement Fund to pay for notice to the Class and related administrative costs, including any taxes.

16.     "Notice and Claims Administrator" means the claims administrator(s) to be selected by Settlement Class Counsel and approved by the Court.

17.     "Notice Order" means the Court order authorizing the dissemination of notice to the Class.

18.     "Opt-Out Period" means the period of time between entry of the Notice Order and the deadline set by the Court for Class Members to exclude themselves from the Settlement.

19.     "Plaintiffs" means the Subdivisions that filed cases against Defendants in federal court, which cases are coordinated as part of MDL 2996, and the Subdivisions that filed cases against Defendants, which cases are pending in State Court, if any.

20.     "Plan of Allocation" means any plan or formula of allocation of the Gross Settlement Fund, to be approved by the Court, whereby the Net Settlement Fund shall in the future be distributed to Class Members.  Any Plan of Allocation is not part of this Agreement.

21.     "Released Claims" means any and all Claims, including Unknown Claims, that: (a) directly or indirectly are based on, arise out of, or in any way relate to or concern Covered Conduct; (b) in any way relate to or concern allegations that have been asserted in any of the Actions or could have been alleged in any of the Actions; or (c) result from or relate to a continuation or continuing effect of any such conduct, acts, transactions, events, occurrences, statements, omissions, or failures to act in any of the Actions.  The Settling Parties intend that "Released Claims" be interpreted broadly.  This Agreement does not release Claims by private individuals except insofar as any private individuals are plaintiffs in any of the cases filed by the

1  Settling Parties.  It is the intent of the Settling Parties that Claims by private individuals be treated

2  in accordance with applicable law.

3       22.    "Released Parties" means McKinsey & Company, Inc., McKinsey Holdings, Inc.,

4  McKinsey & Company, Inc. United States, and McKinsey & Company, Inc. Washington, D.C.,

5  and each of their respective past or present owners, parents, subsidiaries, divisions, and related or

6  affiliated entities of any nature whatsoever, whether direct or indirect, as well as each of

7  Defendants' and these entities' respective predecessors, successors, directors, officers,

8  shareholders, employees, servants, representatives, principals, agents, advisors, consultants,

9  partners, contractors, attorneys, insurers, reinsurers, and subrogees, and any other entity bearing

10  the McKinsey name that any member of the Class may claim is responsible for the Covered

11  Conduct.  Publicis Group, ZS Associates, Practice Fusion, Inc. and Practice Fusion's successor-

12  in-interest, Veradigm, Inc. f/k/a Allscripts Healthcare Solutions, Inc. are not "Released Parties."

13       23.    "Releasors" means, with respect to Released Claims, each Class Member and,

14  without limitation and to the maximum extent of the power of each Class Member to release

15  Claims, the Class Member's departments, agencies, divisions, boards, commissions, subdivisions,

16  districts, instrumentalities of any kind and attorneys, and any person in his or her official capacity,

17  whether elected or appointed to serve any of the foregoing, and any agency, person, or other entity

18  claiming by or through any of the foregoing.  The inclusion of a specific reference to a type of

19  entity in this definition shall not be construed as meaning that the entity is not a Class Member.

20       24.    "Settlement" means the settlement of the Released Claims set forth herein.

21       25.    "Settlement Amount" means $207 million.

22       26.    "Settlement Class Counsel" means Subdivision Settlement Class Counsel.

23       27.    "Settling Parties" means, collectively, the Subdivision Plaintiffs (on behalf of

24  themselves and the Class) and Defendants.

25       28.    "Subdivision" means an entity as defined in the Subdivision Class definition in ¶I.3.

26       29.    "Subdivision Settlement Class Counsel" means Plaintiff Steering Committee

27  members who represent Subdivisions, namely, Aelish M. Baig of Robbins Geller Rudman &

28  Dowd LLP; Emily Roark of Bryant Law Center; Jayne Conroy of Simmons Hanly Conroy, LLC;

1   Joseph F. Rice of Motley Rice, LLC; and Matthew Browne of Browne Pelican, PLLC.
2   Elizabeth J. Cabraser of Lieff Cabraser Heimann & Bernstein, LLP signs this Settlement
3   Agreement as Court-appointed Plaintiffs' Lead Counsel.

4       30.    "Unknown Claims" means any Released Claim Class Members do not know or
5   suspect to exist in their favor at the time of the release of the Released Parties that, if known, might
6   have affected their settlement with and release of the Released Parties or might have affected their
7   decision not to object to this Settlement.

8   **II.    Notice and Approval**

9       1.    **Reasonable Best Efforts to Effectuate This Settlement**.  The Settling Parties:
10  (a) acknowledge it is their intent to consummate this Agreement; and (b) agree to cooperate to the
11  extent reasonably necessary to effectuate and implement the terms and conditions of this
12  Agreement and to exercise their best efforts to accomplish the terms and conditions of this
13  Agreement.  Consistent with these objectives, Defendants will not oppose Plaintiffs' motions for
14  preliminary and final settlement approval.  The Settling Parties will continue to work cooperatively
15  to complete and submit promptly to the Court for approval such additional documentation as may
16  be necessary for the Court to determine whether this Agreement and Settlement should be
17  communicated to the Class and ultimately approved and to address any concerns regarding the
18  Settlement identified by the Court or any court of appeal.

19      2.    **[not used]**

20      3.    **Motion for Preliminary Approval**.  Following the execution of this Agreement
21  by all parties, Subdivision Plaintiffs shall file with the Court a motion for preliminary approval of
22  the Settlement pursuant to Rule 23(e) of the Federal Rules of Civil Procedure ("Motion for
23  Preliminary Approval").  It is expressly agreed that any certification of the Class shall be for
24  settlement purposes only.  The parties agree to take all actions and steps reasonably necessary to
25  obtain a preliminary approval order from the Court and to fully implement and effectuate this class
26  action settlement under the provisions of Rule 23(e).

27      4.    **Preliminary Approval Order**.  The Motion for Preliminary Approval shall request
28  the entry of a preliminary approval order that includes: (a) the preliminary approval of the

1   Settlement set forth in this Agreement as fair, reasonable, adequate, and in the best interests of the

2   Class; (b) preliminary approval of the Plan of Allocation; (c) approval of the notice and proposed

3   notice plan; (d) a schedule for a hearing by the Court after the notice period has expired to certify

4   the Class for settlement purposes, to approve the Settlement, and to consider Settlement Class

5   Counsel's application for attorneys' fees and payment of costs and expenses, and (e) continuing

6   the stay of all proceedings in the Plaintiffs' Actions until the Court renders a final decision

7   regarding the approval of the Settlement.

8          5.      **Notice to the Class**.

9                  (a)      Settlement Class Counsel shall move, as part of the Motion for Preliminary

10  Approval, for entry of an order directing notice to the Class ("Notice Order").  Settlement Class

11  Counsel shall also submit to the Court for approval a proposed form of, method for, and schedule

12  for dissemination of notice to the Class.  The motion to direct notice to the Class shall recite and

13  ask the Court to find that the proposed form of and method for dissemination of notice to the Class

14  constitutes valid, due, and sufficient notice to the Class; constitutes the best notice practicable

15  under the circumstances; and complies fully with the requirements of Rule 23 of the Federal Rules

16  of Civil Procedure.

17                 (b)      Settlement Class Counsel shall seek an order authorizing and ordering the

18  Notice and Claims Administrator to: (i) request from any Subdivision that seeks to exclude any

19  other entity from the certified settlement class documentation and declarations supporting any

20  purported authority to opt out other entities; and (ii) submit a report ("Exclusion Report") to the

21  Court setting forth all members of the Class requesting to be excluded from the certified settlement

22  class.

23                 (c)      Settlement Class Counsel shall provide Defendants with a draft of their:

24  (i) Motion for Preliminary Approval, together with any accompanying memorandum of law;

25  (ii) proposed Notice Order; and (iii) proposed form of notice at least five days in advance of filing

26  and shall consider in good faith any suggestions Defendants express.  Settlement Class Counsel

27  shall not file such motion without Defendants' consent, which consent shall not be unreasonably

28  withheld.

1           (d)     Defendants shall be responsible at their own cost, separate from the

2  Settlement Amount, for providing such notices as may be required by the Class Action Fairness

3  Act of 2005.

4           (e)     The notice and notice administration costs shall be paid from the Gross

5  Settlement Fund.  If the Settlement does not become final for any reason, McKinsey shall not

6  recover the notice and notice administration costs, including any costs of providing notice pursuant

7  to the Class Action Fairness Act of 2005.

8        6.     **Motion for Final Approval and Entry of Final Judgment**.  After the Opt-Out

9  Period and not less than 35 days prior to the date set by the Court to consider whether this

10  Settlement should be finally approved pursuant to Rule 23(e)(2) of the Federal Rules of Civil

11  Procedure, Settlement Class Counsel shall file a motion for final approval ("Final Approval") of

12  the Settlement.  Settlement Class Counsel shall provide Defendants with draft proposed motion

13  papers for final approval of the Settlement at least five days in advance of filing and shall not file

14  such motion without Defendants' consent, which consent shall not be unreasonably withheld.

15  Settlement Class Counsel shall also provide Defendants with a draft proposed final approval order

16  ("Final Approval Order") and Judgment in advance of filing.  The Final Approval Order and

17  Judgment shall contain provisions:

18           (a)     certifying the Class for settlement purposes; fully and finally approving the

19  Settlement contemplated by this Agreement and its terms as being fair, reasonable, and adequate

20  within the meaning of Rule 23 of the Federal Rules of Civil Procedure and directing its

21  consummation pursuant to its terms and conditions; and finding that the notice given to the Class

22  Members constituted the best notice practicable under the circumstances and complies in all

23  respects with the requirements of Rule 23 and due process;

24           (b)     directing that the Action be dismissed with prejudice as to Defendants and,

25  except as provided for herein, without costs;

26           (c)     discharging and releasing the Released Parties from all Released Claims;

27

28

1          (d)        permanently barring and enjoining the institution and prosecution by Class

2  Members of any other action against the Released Parties in any forum asserting any claims related

3  in any way to the Released Claims;

4          (e)        reserving continuing and exclusive jurisdiction over the Settlement,

5  including all future proceedings concerning the administration, consummation, and enforcement

6  of this Agreement;

7          (f)        determining pursuant to Rule 54(b) of the Federal Rules of Civil Procedure

8  that there is no just reason for delay and directing entry of a Final Judgment as to Plaintiffs and

9  Defendants; and

10         (g)        containing such other and further provisions consistent with the terms of

11  this Agreement, to which the Settling Parties expressly consent in writing.

12        Settlement Class Counsel also will request that the Court approve the proposed Plan of

13  Allocation and application for attorneys' fees and expenses (as described below).

14  **III.**    **Releases**

15        1.     **Released Claims**.  Upon the Effective Date, the Releasors (regardless of whether

16  any such Releasor ever seeks or obtains any recovery by any means) shall be deemed to have, and

17  by operation of the Judgment shall have, fully, finally, and forever released, relinquished, and

18  discharged all Released Claims against the Released Parties.

19        2.     **No Future Actions Following Release**.  The Releasors shall not, after the Effective

20  Date, seek (directly or indirectly) to commence, institute, maintain, or prosecute any suit, action,

21  or complaint or collect from or proceed against Defendants or any other Releasee (including

22  pursuant to the Action) based on any Released Claim in any forum worldwide, whether on his,

23  her, or its own behalf, or as part of any putative, purported, or certified class of purchasers or

24  consumers.  Other than as set forth herein, this Settlement Agreement does not include any

25  provisions for injunctive relief.  Class Members shall look solely to the Settlement Fund for

26  settlement and satisfaction against Defendants of all claims that are released hereunder.

27        3.     **Covenant Not to Sue**.  Releasors hereby covenant not to sue the Released Parties

28  with respect to any such Released Claims.  Releasors shall be permanently barred and enjoined

from instituting, commencing, or prosecuting against the Released Parties any Released Claims or claims related to the Released Claims.  The Settling Parties contemplate and agree this Agreement may be pled as a bar to a lawsuit; and an injunction may be obtained preventing any action from being initiated or maintained in any case sought to be prosecuted on behalf of any Releasors with respect to the Released Claims.

4.      **Waiver of California Civil Code §1542 and Similar Laws**.  The Releasors acknowledge that, by executing this Agreement, and for the consideration received hereunder, it is their intention to release, and they are releasing, all Released Claims, even Unknown Claims. In furtherance of this intention, the Releasors expressly waive and relinquish, to the maximum extent permitted by law, any rights or benefits conferred by the provisions of California Civil Code §1542, which provides:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.

The Releasors expressly waive and relinquish, to the maximum extent permitted by law, any rights or benefits conferred by or equivalent, similar, or comparable laws or principles of law.  The Releasors acknowledge they have been advised by Settlement Class Counsel of the contents and effects of California Civil Code §1542 and hereby expressly waive and release with respect to the Released Claims any and all provisions, rights, and benefits conferred by California Civil Code §1542 or by any equivalent, similar, or comparable law or principle of law in any jurisdiction.  The Releasors may hereafter discover facts other than or different from those they know or believe to be true with respect to the subject matter of the Released Claims, but the Releasors hereby expressly waive and fully, finally, and forever settle and release any known or unknown, suspected or unsuspected, foreseen or unforeseen, asserted or unasserted, contingent or non-contingent, and accrued or unaccrued claim, loss, or damage with respect to the Released Claims, whether or not concealed or hidden, without regard to the subsequent discovery or

existence of such additional or different facts.  The release of unknown, unanticipated, unsuspected, unforeseen, and unaccrued losses or claims in this paragraph is not a mere recital.

5.      **Claims Excluded from Release**.  Notwithstanding the foregoing, the releases provided herein shall not release claims of entities that are outside the Class; claims or damages arising solely from conduct by Defendants that occurs after the Effective Date of this Agreement; claims against Defendants other than the Released Claims; or claims to enforce the terms of this Agreement.

## IV.   Settlement Fund

1.      **Settlement Payment**.  Defendants shall pay the Settlement Amount in consideration of the covenants, agreements, and releases set forth herein.  Defendants and Settlement Class Counsel agree:

(a)      (i) The Subdivision Plaintiffs sought compensatory remediation (within the meaning of 26 U.S.C. §162(f)(2)(A)) as damages for the alleged past, present, and future financial, societal, and public nuisance harms and related expenditures that have allegedly resulted from the physical, bodily, and other injuries sustained by individuals suffering from opioid-related addiction, abuse, death, and other related diseases and disorders (the "Alleged Harms") and that have allegedly been caused by Defendants.  This amount is referred to herein as the "Compensatory Remediation Amount"; (ii) the Compensatory Remediation Amount paid pursuant to the Settlement is no greater than the amount, in the aggregate, of the Alleged Harms allegedly suffered by the Subdivisions; and (iii) the portion of the Compensatory Remediation Amount received by each Subdivision is no greater than the amount of the Alleged Harms allegedly suffered by such Subdivision;

(b)      The payment of the Compensatory Remediation Amount by Defendants constitutes, and is paid for, compensatory remediation (within the meaning of 26 U.S.C. §162(f)(2)(A)) for alleged damage or harm (as compensation for alleged damage or harm resulting from bodily injury) allegedly caused by Defendants, and Class Members shall be required to use the Compensatory Remediation Amount for approved uses designed to abate the opioid

epidemic as required by the prior MDL 2804 settlements and set forth in Exhibit E ("List of Opioid Remediation Uses") to the Distributor and Janssen Settlement Agreements;

(c)     The Compensatory Remediation Amount is being paid as compensatory remediation (within the meaning of 26 U.S.C. §162(f)(2)(A)) in order to restore, in whole or in part, the Subdivisions to the same position or condition in which they would be had the Subdivisions not suffered the Alleged Harms; and

(d)     For the avoidance of doubt: (i) no portion of the Compensatory Remediation Amount represents reimbursement to any Subdivision or attorney for any Subdivision or other person or entity for the costs of any investigation or litigation; (ii) the entire Compensatory Remediation Amount is properly characterized as described in this section; and (iii) no portion of the Compensatory Remediation Amount constitutes disgorgement or is properly characterized as the payment of statutory or other fines, penalties, punitive damages, or other punitive assessments.

2.     **Escrow Account**.  Defendants shall pay by wire transfer a portion of the Settlement Amount sufficient to cover the Notice and Administrative Costs, but in no event greater than $1 million, into an escrow account at the Escrow Agent (the "Escrow Account") within 14 calendar days of the latter of: (a) the Court entering the Preliminary Approval Order approving the Settlement; or (b) Defendants' receipt of the information and instructions required to effectuate the wire transfer.  Defendants shall pay by wire transfer the remainder of the Settlement Amount ($207 million less any amount previously transferred into the Escrow Account to cover Notice and Administrative Costs) into the Escrow Account within 14 calendar days of entry of the Final Approval Order.

3.     **Settlement Amount Constitutes Total Payment**.   The Settlement Amount constitutes the total amount of payment Defendants are required to make in connection with this Agreement subject to ¶VII.5.  This amount shall not be subject to reduction; and upon the occurrence of the Effective Date, no funds may be returned to Defendants.

4.     **No Additional Payments by Defendants**.   Under no circumstances will Defendants be required to pay more than the Settlement Amount pursuant to this Agreement and

the Settlement set forth herein.  For purposes of clarification, the payment of taxes (as set out in ¶IV.5. below), any Fee and Expense Award (as defined in ¶VI), the Notice and Administrative Costs, and any other costs associated with the implementation of this Agreement shall be exclusively paid from the Settlement Amount.

5.   **Escrow Account and Taxes**

(a)   Plaintiffs shall arrange for the Escrow Account to be established at Citibank, with such bank serving as the Escrow Agent subject to an escrow agreement mutually acceptable to Settlement Class Counsel and Defendants, such escrow to be administered under the Court's continuing supervision and control.  To the extent there is any ambiguity or inconsistency when this Settlement Agreement and the escrow agreement are read together, the terms of this Settlement Agreement shall control.

(b)   The Escrow Agent shall cause the funds deposited in the Escrow Account to be invested in short-term instruments backed by the full faith and credit of the United States government or fully insured in writing by the United States government, or money market funds rated Aaa and AAA, respectively, by Moody's Investors Service and S&P Global Ratings, or an interest-bearing deposit account, insured by the Federal Deposit Insurance Corporation ("FDIC") to the applicable limits, and shall reinvest any income from these instruments and the proceeds of these instruments as they mature in similar instruments at their then-current market rates.   All interest and dividends earned in the Escrow Account shall become and remain part of the Escrow Account.  Any losses in the Escrow Account shall be borne by the Escrow Account and shall not be recoverable from Defendants.  Defendants shall have no liability, obligation, or responsibility of any kind in connection with the investment, disbursement, or other oversight of the Escrow Account.

(c)   All funds held in the Escrow Account shall be deemed and considered to be *in custodia legis* of the Court and shall remain subject to the jurisdiction of the Court until such time as such funds shall be distributed pursuant to this Agreement and/or further order(s) of the Court.  The Settling Parties and the Escrow Agent agree to treat the Gross Settlement Fund as being at all times a "qualified settlement fund" within the meaning of Treas. Reg. §1.468B-1.  The

1  Escrow Agent shall timely make such elections as necessary or advisable to carry out the

2  provisions of this paragraph, including the "relation-back election" (as defined in Treas.

3  Reg. §1.468B-1) back to the earliest permitted date.  Such elections shall be made in compliance

4  with the procedures and requirements contained in such regulations.  It shall be the responsibility

5  of the Escrow Agent to prepare and deliver timely and properly the necessary documentation for

6  signature by all necessary parties and thereafter to cause the appropriate filing to occur.

7          (d)     For the purpose of §468B of the Internal Revenue Code of 1986, as

8  amended, and the regulations promulgated thereunder, the "administrator" shall be Miller Kaplan

9  Arase LLP (the "Escrow Administrator").     The Escrow Administrator shall satisfy the

10  administrative requirements imposed by Treas. Reg. §1.468B-2 by, *e.g.*: (i) obtaining a taxpayer

11  identification number; (ii) satisfying any information reporting or withholding requirements

12  imposed on distributions from the Gross Settlement Fund; and (iii) timely and properly filing

13  applicable federal, state, and local tax returns necessary or advisable with respect to the Gross

14  Settlement Fund (including, but not limited to, the returns described in Treas. Reg. §1.468B-2(k))

15  and paying any taxes reported thereon.  Such returns (as well as the election described in this

16  paragraph) shall be consistent with the provisions of this paragraph and in all events shall reflect

17  that all Taxes, as defined in ¶IV.5.(e) below, on the income earned by the Gross Settlement Fund

18  shall be paid out of the Gross Settlement Fund, as provided in ¶IV.5.(e) hereof.

19          (e)     The following shall be paid out of the Gross Settlement Fund: (i) all taxes

20  (including any estimated taxes, interest, or penalties) arising with respect to the income earned by

21  the Gross Settlement Fund, including, but not limited to, any taxes or tax detriments that may be

22  imposed upon Defendants, their counsel, or any Releasee with respect to any income earned by

23  the Gross Settlement Fund for any period during which the Gross Settlement Fund does not qualify

24  as a "qualified settlement fund" for federal or state income tax purposes (collectively, "Taxes");

25  and (ii) all expenses and costs incurred in connection with the operation and implementation of

26  this paragraph, including, but not limited to, expenses of tax attorneys and/or accountants

27  (including the Escrow Administrator) and mailing and distribution costs and expenses relating to

28  filing (or failing to file) the returns described in this paragraph (collectively, "Tax Expenses").

1       (f)     In all events, neither Defendants, any other Releasee, nor their counsel shall
2   have any liability or responsibility for Taxes or Tax Expenses.  With funds from the Gross
3   Settlement Fund, the Escrow Agent shall indemnify and hold harmless Defendants, any other
4   Releasee, and their counsel for Taxes and Tax Expenses (including, but not limited to, Taxes
5   payable by reason of any such indemnification).  Further, Taxes and Tax Expenses shall be treated
6   as, and considered to be, a cost of administration of the Gross Settlement Fund and shall timely be
7   paid by the Escrow Agent out of the Gross Settlement Fund without prior order from the Court;
8   and the Escrow Agent shall be obligated (notwithstanding anything herein to the contrary) to
9   withhold from distribution to Class Members any funds necessary to pay such amounts, including
10  the establishment of adequate reserves for any Taxes and Tax Expenses (as well as any amounts
11  that may be required to be withheld under Treas. Reg. §1.468B-2(1)(2)); neither Defendants, any
12  Releasee, nor their counsel is responsible therefor, nor shall they have any liability therefor.  The
13  Settling Parties agree to cooperate with the Escrow Agent, each other, their tax attorneys, and their
14  accountants to the extent reasonably necessary to carry out the provisions of this paragraph.

15  **V.      Administration and Distribution of Gross Settlement Fund**

16      1.      **Time to Appeal**.  The time to appeal from Final Approval of the Settlement shall
17  commence upon the Court's entry of the Judgment regardless of whether or not either the Plan of
18  Allocation or an application for attorneys' fees and expenses has been submitted to the Court or
19  resolved.

20      2.      **Disbursements Prior to Effective Date**.  No amount may be disbursed from the
21  Gross Settlement Fund until the Effective Date, except: (a) Notice and Administrative Costs, to
22  the extent authorized by the Court, may be paid from the Gross Settlement Fund as they become
23  due; (b) Taxes and Tax Expenses (as defined in ¶IV.5.(e) above) may be paid from the Gross
24  Settlement Fund as they become due; and (c) attorneys' fees and payment of litigation costs and
25  expenses may be paid, as may be ordered by the Court after Final Approval (and may be disbursed
26  during the pendency of any appeals that may be taken).

27      3.      **Distribution of Gross Settlement Fund**.  Upon further orders of the Court, the
28  Notice and Claims Administrator, subject to such supervision and direction of the Court and/or

SETTLEMENT AGREEMENT AMONG POLITICAL SUBDIVISIONS AND MCKINSEY
DEFENDANTS - 3:21-md-02996-CRB                                                              - 16 -

Settlement Class Counsel, as may be necessary or as circumstances may require, shall administer the claims submitted by Class Members and shall oversee distribution of the Gross Settlement Fund, including distribution of the Net Settlement Fund to Class Members pursuant to the Plan of Allocation.  Subject to the terms of this Agreement and any order(s) of the Court, the Gross Settlement Fund shall be applied as follows:

(a)     To pay all costs and expenses reasonably and actually incurred in connection with providing notice to the Class in connection with administering and distributing the Net Settlement Fund to Class Members and in connection with paying escrow fees and costs, if any;

(b)     To pay all costs and expenses, if any, reasonably and actually incurred in soliciting claims and assisting with the filing and processing of such claims;

(c)     To pay the taxes and tax expenses as defined herein;

(d)     To pay any fee and expense award allowed by the Court, subject to and in accordance with the Agreement; and

(e)     To distribute the balance of the Net Settlement Fund to Class Members as allowed by the Agreement, the Plan of Allocation, or order of the Court.

4.     **Distribution of Net Settlement Fund**.

(a)     Upon the Effective Date and thereafter, and in accordance with the terms of this Agreement, the Plan of Allocation, and any further order(s) of the Court, as may be necessary or as circumstances may require, the Net Settlement Fund shall be distributed to Class Members.

(b)     The Net Settlement Fund shall be distributed to Class Members in accordance with the Plan of Allocation to be approved by the Court.  Any such Plan of Allocation is not a part of this Agreement.  No funds from the Net Settlement Fund shall be distributed until after the Effective Date.

(c)     All Class Members shall be subject to and bound by the provisions of this Agreement, the releases contained herein, and the Judgment with respect to all Released Claims.

5.     **No Liability for Distribution of Settlement Funds**.  Neither the Released Parties nor their counsel shall have any responsibility for, interest in, or liability whatsoever with respect

to the distribution of the Gross Settlement Fund; the Plan of Allocation; the determination, administration, or calculation of claims; the Gross Settlement Fund's qualification as a "qualified settlement fund"; the payment or withholding of taxes or tax expenses; the distribution of the Net Settlement Fund; or any losses incurred in connection with any such matters.  The Releasors hereby fully, finally, and forever release, relinquish, and discharge the Released Parties and their counsel from any and all such liability.  No Person shall have any claim against Settlement Class Counsel or the Notice and Claims Administrator based on the distributions made substantially in accordance with the Agreement and the Settlement contained herein, the Plan of Allocation, or further orders of the Court.

6.      **Balance Remaining in Net Settlement Fund**.  If there is any balance remaining in the Net Settlement Fund (whether by reason of tax refunds, uncashed checks, or otherwise), such balance shall be distributed in accordance with the Plan of Allocation or further order of the Court.   Except as provided in ¶VII.5., in no event shall the Net Settlement Fund revert to Defendants.

7.      **Plan of Allocation Not Part of Settlement**.  It is understood and agreed by the Settling Parties that any Plan of Allocation, including any adjustments to any Authorized Claimant's claim, is not a part of this Agreement and is to be considered by the Court separately from the Court's consideration of the fairness, reasonableness, and adequacy of the Settlement set forth in this Agreement; and any order or proceedings solely relating to the Plan of Allocation shall not operate to terminate or cancel this Agreement or affect the finality of the Judgment, the Final Approval Order, or any other orders entered pursuant to this Agreement.

**VI.     Attorneys' Fees and Expenses**

1.      **Fee and Expense Application**.   Settlement Class Counsel may submit an application or applications (the "Fee and Expense Application") for distributions from the Gross Settlement Fund for: (a) an award of attorneys' fees; (b) payment of expenses incurred in connection with prosecuting the Action; and (c) any interest on such attorneys' fees and expenses (until paid) at the same rate and for the same periods as earned by the Gross Settlement Fund, as appropriate, and as may be awarded by the Court.

2.      **Payment of Fee and Expense Award**.  Any amounts awarded by the Court pursuant to the above paragraph (the "Fee and Expense Award") shall be paid from the Gross Settlement Fund consistent with the provisions of this Agreement.

3.      **Award of Fees and Expenses Not Part of Settlement**.  The procedure for, and the allowance or disallowance by the Court of, the Fee and Expense Application are not part of the Settlement set forth in this Agreement.  Any order or proceeding solely relating to the Fee and Expense Application, including any appeal from any Fee and Expense Award or any other order relating thereto or reversal or modification thereof, shall not operate to terminate or cancel this Agreement or affect or delay the finality of the Judgment and the Settlement of the Action as set forth herein.  No order of the Court or modification or reversal on appeal of any order of the Court solely concerning any Fee and Expense Award or Plan of Allocation shall constitute grounds for cancellation or termination of this Agreement.

4.      **No Liability for Fees and Expenses of Settlement Class Counsel**.  Neither the Released Parties nor their counsel shall have any responsibility for or liability whatsoever with respect to any payment(s) to Settlement Class Counsel pursuant to this Agreement and/or to any other Person who may assert some claim thereto or any Fee and Expense Award that the Court may make in the Action, other than as set forth in this Agreement.

**VII.    Conditions of Settlement, Effect of Disapproval, Cancellation or Termination**

1.      **Effective Date**.  The Effective Date of this Agreement shall be conditioned on the occurrence of all of the following events:

(a)      Defendants no longer have any right under ¶VII.5. to terminate this Agreement or, if Defendants do have such right, they have given written notice to Settlement Class Counsel that they will not exercise such right;

(b)      the Court has finally approved the Settlement as described herein, following notice to the Class and a hearing, as prescribed by Rule 23 of the Federal Rules of Civil Procedure, and has entered the Judgment; and

(c)      the Judgment has become Final as defined in ¶I.10.

2.     **No Failure**.  Except as expressly set forth in ¶VII.5., the failure of the Subdivision Settlement shall not cause the failure of the School District Settlement, and failure of the School District Settlement shall not cause the failure of the Subdivision Settlement.

3.     **Occurrence of Effective Date**.  Upon the occurrence of all of the events referenced in the above paragraph, any and all remaining interest or right of Defendants in or to the Gross Settlement Fund, if any, shall be absolutely and forever extinguished; and the Gross Settlement Fund (less any Notice and Administrative Costs, Taxes, Tax Expenses, or Fee and Expense Award paid) shall be transferred from the Escrow Agent to the Notice and Claims Administrator as successor Escrow Agent within ten days after the Effective Date.

4.     **Failure of Effective Date to Occur**.  If any of the conditions specified in ¶VII.1. are not met, this Agreement shall be cancelled and terminated, subject to and in accordance with ¶VII.9., unless the Settling Parties mutually agree in writing to proceed with this Agreement.

5.     **Exclusions and Rights to Terminate**.

(a)     No later than seven days following the deadline set by the Court for Class Members to exclude themselves, Settlement Class Counsel shall provide Defendants' counsel with a list of entities that elected to exclude themselves from the Classes.  With the motion for Final Approval of the Settlement, Settlement Class Counsel will file with the Court a list of requests for exclusion from the Classes (including only the name, city, and state of the entity requesting exclusion) and the Exclusion Report of the Notice and Claims Administrator.

(b)     With respect to any member of the Class that requested exclusion and is therefore not a member of the Class, Defendants reserve all of their legal rights and defenses.

(c)     Defendants shall have the option, in their sole discretion, to terminate this Agreement, including because of the number of Subdivision Class Members or School District Class Members that validly requested exclusion from their respective Settlement Classes.  After meeting and conferring with Settlement Class Counsel, Defendants may, in their sole discretion, elect to terminate this Agreement by serving written notice on Settlement Class Counsel by email and overnight courier and by filing a copy of such notice with the Court no later than 15 days after receiving the Exclusion Report unless such date is extended by mutual agreement of the parties.

6.      **Failure to Pay**.  Upon Defendants' failure to make any payment owed under this Agreement's terms, Defendants will make any such payment within five business days of receiving notice from Plaintiffs of such failure and in addition pay 10% annual interest on the amount owed, prorated based on the delay from the date of receipt of notice of the failure, until such payment is made.

7.      **No Court Approval**.  If the Court does not enter the Notice Order, the Final Approval Order, or the Judgment, or if the Court enters the Final Approval Order and the Judgment and appellate review is sought and, on such review, the Final Approval Order or the Judgment is finally vacated, modified, or reversed, then this Agreement and the Settlement incorporated therein shall be cancelled and terminated.

8.      **No Obligation to Proceed**.  No Settling Party shall have any obligation whatsoever to proceed under any terms other than substantially in the form provided and agreed to herein; provided, however, that no order of the Court solely concerning any Fee and Expense Application or Plan of Allocation, or any modification or reversal on appeal of such order, shall constitute grounds for cancellation or termination of this Agreement by any Settling Party.  Defendants shall have, in their sole and absolute discretion, the option to terminate the Settlement in its entirety in the event the Judgment, upon becoming Final, does not provide for the dismissal with prejudice of all of the Actions against it.

9.      **Effect of Termination or No Court Approval**.  Unless otherwise ordered by the Court, in the event the Effective Date does not occur or this Agreement should terminate, be cancelled, or otherwise fail to become effective for any reason, including, but not limited to, in the event this Agreement is terminated pursuant to ¶VII.1., the Settlement as described herein is not finally approved by the Court or the Judgment is finally reversed or vacated following any appeal taken therefrom, then:

(a)      within ten business days after written notification of such event is sent by counsel for Defendants to the Escrow Agent, the Gross Settlement Fund – including the Settlement Amount and all interest earned on the Settlement Amount while held in escrow, excluding only Notice and Administrative Costs (including any necessary payments to the Escrow Agent for its

services) that either have been properly disbursed or are due and owing, Taxes and Tax Expenses that have been paid or that have accrued and will be payable at some later date, and attorneys' fees and costs that have been disbursed pursuant to Court order – will be refunded, reimbursed, and repaid by the Escrow Agent to Defendants within five business days; if said amount or any portion thereof is not returned within such five-day period, interest shall accrue thereon at the rate of 10% per annum until the date that said amount is returned;

(b)      within ten business days after written notification of such event is sent by counsel for Defendants to Settlement Class Counsel, all attorneys' fees and costs that have been disbursed to Settlement Class Counsel pursuant to Court order shall be refunded, reimbursed, and repaid by Settlement Class Counsel to Defendants;

(c)      the Escrow Agent or Escrow Administrator shall apply for any tax refund owed to the Gross Settlement Fund within ten business days after written notification of such event is sent by counsel for Defendants to the Escrow Agent and pay the proceeds to Defendants within ten business days of receipt, after deduction of any fees or expenses reasonably incurred in connection with such application(s) for refund, pursuant to such written request;

(d)      the Settling Parties shall be restored to their respective positions in the Action as of the Execution Date, with all of their respective claims and defenses preserved as they existed on that date;

(e)      the terms and provisions of this Agreement, with the exception of ¶II.5.(e) (which shall continue in full force and effect), shall be null and void and have no further force or effect with respect to the Settling Parties; and neither the existence nor the terms of this Agreement (nor any negotiations preceding this Agreement nor any acts performed pursuant to or in furtherance of this Agreement) shall be used in the Action or in any other action or proceeding for any purpose (other than to enforce the terms remaining in effect); and

(f)      any judgment or order entered by the Court in accordance with the terms of this Agreement shall be treated as vacated, *nunc pro tunc*.

## VIII.   No Admission of Liability

1.      **Final and Complete Resolution**.  The Settling Parties intend the Settlement as described herein to be a final and complete resolution of all disputes between them with respect to the Action and Released Claims and to compromise claims that are contested, and it shall not be deemed an admission by any Settling Party as to the merits of any claim or defense or any allegation made in the Action.

2.      **Rule 408 of the Federal Rules of Evidence**.  The Settling Parties agree that this Agreement, its terms, and the negotiations surrounding this Agreement shall be governed by Rule 408 of the Federal Rules of Evidence and shall not be admissible, or offered or received into evidence, in any suit, action, or other proceeding, except as provided in this Agreement, upon the written agreement of the Settling Parties hereto, pursuant to an order of a court of competent jurisdiction, or as shall be necessary to give effect to, or to declare or enforce the rights of the Settling Parties with respect to, any provision of this Agreement.

3.      **Use of Agreement as Evidence**.  Neither this Agreement nor the Settlement, nor any act performed, statement made, or document executed pursuant to or in furtherance of this Agreement or the Settlement: (a) is, may be deemed to be, or may be used as an admission or evidence of the validity of any Released Claims, any allegation made in the Action, or any wrongdoing or liability of Defendant; or (b) is, may be deemed to be, or may be used as an admission or evidence of any liability, fault, or omission of the Released Parties in any civil, criminal, or administrative proceeding in any court, administrative agency, or other tribunal. Neither this Agreement nor the Settlement, nor any act performed, statement made, or document executed pursuant to or in furtherance of this Agreement or the Settlement shall be admissible in any proceeding for any purpose except to enforce the terms of the Settlement, and except that the Released Parties may file this Agreement and/or the Judgment in any action for any purpose, including, but not limited to, in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, release, good faith settlement, judgment bar or reduction, or any other theory of claim preclusion, issue preclusion, or similar defense or counterclaim.  The limitations described in this paragraph apply whether or not the Court enters the Notice Order, the

Final Approval Order, or the Judgment.   Notwithstanding anything to the contrary in this Agreement or otherwise, Defendants may file or use this Agreement and related materials in any action: (i) involving a determination regarding insurance coverage; (ii) involving a determination of the taxable income or tax liability of any Defendants; (iii) to support a claim for contribution and/or indemnification; or (iv) to support any other argument or defense by a Defendant that the Compensatory Remediation Amount provides a measure of compensation for asserted harms or otherwise satisfies the relief sought.

## IX.   Miscellaneous Provisions

1.   **Voluntary Settlement**.   The Settling Parties agree the Settlement Amount and other terms of the Settlement as described herein were negotiated in good faith by the Settling Parties and reflect a settlement reached voluntarily, without any degree of duress or compulsion, after consultation with competent legal counsel.

2.   **Consent to Jurisdiction**.   Defendants and each Class Member hereby irrevocably submit to the exclusive jurisdiction of the Court only for the specific purpose of any suit, action, proceeding, or dispute arising out of or relating to enforcement of this Agreement or the applicability of this Agreement.   Solely for purposes of such suit, action, or proceeding, to the maximum extent they may effectively do so under applicable law, Defendants and the Class Members irrevocably waive and agree not to assert, by way of motion, as a defense or otherwise, any claim or objection that they are not subject to the jurisdiction of the Court or that the Court is in any way an improper venue or inconvenient forum for such a dispute.   Without limiting the generality of the foregoing, it is hereby agreed that any dispute concerning the applicability or enforcement of the provisions of ¶I.21. and ¶III hereof, including, but not limited to, any suit, action, or proceeding in which the provisions of ¶I.21. and ¶III hereof are asserted as a defense, in whole or in part, to any claim or cause of action or otherwise raised as an objection, constitutes a suit, action, or proceeding arising out of or relating to enforcement of this Agreement.   In the event the provisions of ¶I.21. and ¶III hereof are asserted by any Released Party as a defense, in whole or in part, to any claim or cause of action or otherwise raised as an objection in any suit, action, or proceeding, it is hereby agreed such Released Party shall be entitled to a stay of that suit, action,

or proceeding until the Court has entered a Final Judgment no longer subject to any appeal or review determining any issues relating to the defense or objection based on the provisions of ¶I.21. and ¶III.  Nothing herein shall be construed as a submission to jurisdiction for any purpose other than any suit, action, proceeding, or dispute arising out of or relating to enforcement of this Agreement or the applicability of this Agreement.  For the avoidance of doubt, nothing herein shall be construed as a submission to jurisdiction in any action involving a determination regarding insurance coverage.

3. **Resolution of Disputes; Retention of Exclusive Jurisdiction**.  Any disputes between or among Defendants and any Class Members concerning matters contained in this Agreement shall, if they cannot be resolved by negotiation and agreement, be submitted to the Court.  The Court shall retain exclusive jurisdiction over the implementation and enforcement of this Agreement.

4. **Binding Effect**.  This Agreement shall be binding upon, and inure to the benefit of, the successors and assigns of the parties hereto.  Without limiting the generality of the foregoing, each and every covenant and agreement entered into herein by Subdivision Plaintiffs and Settlement Class Counsel shall be binding upon all Class Members.

5. **Authorization to Enter Settlement Agreement**.  The undersigned representatives of Defendants represent they are fully authorized to enter into and execute this Agreement on behalf of Defendants.  Settlement Class Counsel, on behalf of Subdivision Plaintiffs, represent they are, subject to Court approval, expressly authorized to take all action required or permitted to be taken by or on behalf of the Class pursuant to this Agreement to effectuate its terms and enter into and execute this Agreement and any modifications or amendments to the Agreement on behalf of the Class that they deem appropriate.

6. **Notices**.  All notices from or between the parties to this Agreement shall be in writing.  Each such notice shall be given either by: (a) email; (b) hand delivery; (c) registered or certified mail, return receipt requested, postage prepaid; or (d) FedEx or similar overnight courier and, if directed to any Class Member, shall be addressed to Settlement Class Counsel at their addresses set forth below, and, if directed to Defendants, shall be addressed to their attorneys at

1  the addresses set forth below or such other addresses as Settlement Class Counsel or Defendants

2  may designate, from time to time, by giving notice to all parties hereto in the manner described in

3  this paragraph.

4      If directed to the Subdivision Plaintiffs or any Class Member(s), address notice to:

5  Elizabeth J. Cabraser
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
6  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
7  Telephone:  (415) 956-1000

8  Aelish M. Baig
   ROBBINS GELLER RUDMAN & DOWD, LLP
9  1 Montgomery St #1800
   San Francisco, CA 94104
10  Telephone:  (415) 288-4545

11  Jayne Conroy
   SIMMONS HANLY CONROY, LLC
12  112 Madison Avenue, 7th Floor
   New York, NY 10016-7416
13  Telephone:  (212) 257-8482

14  Joe Rice
   MOTLEY RICE, LLC
15  28 Bridgeside Blvd.
   Mount Pleasant, SC  29464
16  Telephone:  (843) 216-9000

17  Emily Roark
   BRYANT LAW CENTER, PSC
18  601 Washington St.
   Paducah, KY  42003
19  Telephone:  (270) 550-1230

20  Matthew Browne
   BROWNE PELICAN, PLLC
21  7007 Shook Avenue
   Dallas, TX  75214
22  Telephone:  (405) 642-9588

23      If directed to Defendants, address notice to:

24  STROOCK & STROOCK & LAVAN LLP
   James L. Bernard
25  180 Maiden Lane
   New York, NY  10038-4982
26  Telephone:  (212) 806-5684

27      7.    **Headings**.  The headings used in this Agreement are intended for the convenience

28  of the reader only and shall not affect the meaning or interpretation of this Agreement.

SETTLEMENT AGREEMENT AMONG POLITICAL SUBDIVISIONS AND MCKINSEY
DEFENDANTS - 3:21-md-02996-CRB
4891-6324-6202.v2
   - 26 -

8.     **No Party Deemed to Be the Drafter**.  None of the parties hereto shall be deemed to be the drafter of this Agreement or any provision hereof for the purpose of any statute, case law, or rule of interpretation or construction that would or might cause any provision to be construed against the drafter hereof.

9.     **Choice of Law**.  This Agreement shall be construed and enforced in accordance with, and governed by, the internal, substantive laws of the State of California without giving effect to that state's choice of law principles.

10.     **Amendment; Waiver**.  This Agreement shall not be modified in any respect except by a writing executed by Defendants and Settlement Class Counsel, and the waiver of any rights conferred hereunder shall be effective only if made by written instrument of the waiving party. The waiver by any party of any breach of this Agreement shall not be deemed or construed as a waiver of any other breach, whether prior, subsequent or contemporaneous, of this Agreement.

11.     **Execution in Counterparts**.  This Agreement may be executed in one or more counterparts.  All executed counterparts, and each of them, shall be deemed to be one and the same instrument.  Counsel for the Settling Parties to this Agreement shall exchange among themselves original signed or scanned counterparts, and a complete set of executed counterparts shall be filed with the Court.

12.     **Integrated Agreement**.  This Agreement constitutes the entire agreement between the Settling Parties; and no representations, warranties, or inducements have been made to any party concerning this Agreement other than the representations, warranties, and covenants contained and memorialized herein.  It is understood by the Settling Parties that, except for the matters expressly represented herein, the facts or law with respect to which this Agreement is entered into may turn out to be other than or different from the facts now known to each party or believed by such party to be true.  Each party therefore expressly assumes the risk of the facts or law turning out to be so different and agrees this Agreement shall be in all respects effective and not subject to Termination by reason of any such different facts or law.  Except as otherwise provided herein, each party shall bear its own costs and attorneys' fees.

1       13.    **Return or Destruction of Confidential Materials**.  The Settling Parties agree to

2 comply with the relevant provisions of the Protective Order entered in the Actions.

3       14.    **Confidentiality**.  The terms of this Settlement shall remain confidential until

4 Plaintiffs move for an order directing notice to the Class unless Defendants and Settlement Class

5 Counsel agree otherwise, provided that the Settling Parties may disclose the terms of this

6 Settlement to accountants, lenders, auditors, legal counsel, tax advisors, insurers, or consultants;

7 as part of any security or other disclosure required by law (as determined by a Settling Party and

8 its counsel); or in response to a request by any governmental, judicial, or regulatory authority or

9 otherwise required by applicable law or court order; and Subdivision Plaintiffs may disclose the

10 terms of the Settlement to any entity that has applied to serve as Notice and Claims Administrator,

11 Escrow Administrator, or Escrow Agent, who shall abide by the terms of this paragraph.  Any

12 formal press release by a Settling Party regarding this Settlement prior to entry of the Final

13 Approval Order shall be shared in advance with the other Settling Party, with a reasonable

14 opportunity for comments and suggested changes.  No such press release shall be made prior to

15 the Subdivision Plaintiffs moving for an order directing notice to the Class.

16       15.    **Duty Not to Encourage Exclusion or Objection**.  Plaintiffs, Settlement Class

17 Counsel, and Defendants agree they shall not in any way encourage, promote, or solicit any Entity

18 within the definition of the Class, or their counsel, to request exclusion from the Class, object to

19 this Settlement, or seek any relief inconsistent with this Settlement.

20     IN WITNESS WHEREOF, the parties hereto, through their fully authorized

21 representatives, have executed this Agreement as of the date last written below.

22   DATED:  September 26, 2023              **Settlement Class Counsel, on Behalf of**
                                          **Subdivision Plaintiffs Individually and on**

23                                           **Behalf of the Subdivision Class**

24                                      ROBBINS GELLER RUDMAN
                                          & DOWD LLP

25

26

27                                               AELISH M. BAIG

28

AELISH M. BAIG
TAEVA C. SHEFLER
HADIYA K. DESHMUKH
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
tshefler@rgrdlaw.com
hdeshmukh@rgrdlaw.com

BRYANT LAW CENTER, PSC
EMILY ROARK

s/ Emily Roark
EMILY ROARK

601 Washington Street
P.O. Box 1876
Paducah, KY  42002-1876
Telephone:  270/550-1230
emily.roark@bryantpsc.com

*PSC Members – Political Subdivisions, Counsel
for Proposed Named Plaintiffs and Proposed
Class Counsel*

SIMMONS HANLY CONROY, LLC
JAYNE CONROY

s/ Jane Conroy
JAYNE CONROY

112 Madison Avenue, Seventh Floor
New York, NY  10016
Telephone:  212/257-8482
212/213-5949
jconroy@simmonsfirm.com

MOTLEY RICE, LLC
JOSEPH F. RICE

s/ Joseph F. Rice
JOSEPH F. RICE

SETTLEMENT AGREEMENT AMONG POLITICAL SUBDIVISIONS AND MCKINSEY
DEFENDANTS - 3:21-md-02996-CRB                                                          - 29 -
4891-6324-6202.v2

28 Bridgeside Boulevard
Mt. Pleasant, SC  29464
Telephone: 843/216-9000
843/216-9450
irice@motlevrice.com

BROWNE PELICAN, PLLC
MATTHEW BROWNE


_____s/ Matthew Browne_____
MATTHEW BROWNE

7007 Shook Avenue
Dallas, TX  75214
Telephone:  405/642-9588
mbrowne@brownepelican.com

*PSC Members – Political Subdivisions and Proposed Class Counsel*

**Filing Authorized Pursuant to PTO 2:**

DATED:  September 26, 2023

LIEFF CABRASER HEIMANN
 & BERNSTEIN LLP
ELIZABETH J. CABRASER

_____
ELIZABETH J. CABRASER

275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415/956-1000
415/956-1008 (fax)
ecabraser@lchb.com

*Plaintiffs' Lead Counsel*

1    DATED:  September 26, 2023

2                                                    MCKINSEY & COMPANY, INC., MCKINSEY
                                                     HOLDINGS, INC., MCKINSEY &
3                                                    COMPANY, INC., UNITED STATES, AND
                                                     MCKINSEY & COMPANY, INC.
4                                                    WASHINGTON, D.C.

5
                                                     By:  _Veronica Ip_____
6

7
                                                     Print Name:  _VERONICA IP_____
8

9
                                                     Title:  _ASSOCIATE GENERAL COUNSEL_
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SETTLEMENT AGREEMENT AMONG POLITICAL SUBDIVISIONS AND MCKINSEY
DEFENDANTS - 3:21-md-02996-CRB                                                            - 31 -
4891-6324-6202.v2

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

I, Aelish M. Baig, am the ECF user whose identification and password are being used to file the SETTLEMENT AGREEMENT AMONG POLITICAL SUBDIVISIONS AND MCKINSEY DEFENDANTS.  Pursuant to Local Rule 5-1(i)(3) and in compliance with General Order No. 45X.B., I hereby attest that all Signatories have concurred in this filing.

DATED:  September 26, 2023


s/ Aelish M. Baig
AELISH M. BAIG

# SCHEDULE A

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Auburn, City of | AL | Bullock County, Alabama, et al. v. McKinsey and Company, Inc. | 2:22-cv-00714 | MDAL | 3:23-cv-00224 |
| Baldwin County | AL | Baldwin County, Alabama, et al. v. McKinsey and Company, Inc. | 1:22-cv-00510 | SDAL | 3:23-cv-00278 |
| Bay Minette, City of | AL | Calhoun County, Alabama, et al. v. McKinsey & Company, Inc. | 7:23-cv-00088 | NDAL | 3:23-cv-00586 |
| Bibb County | AL | Bibb County, Alabama, et al. v. McKinsey and Company, Inc. | 7:22-cv-01601 | NDAL | 3:23-cv-00226 |
| Birmingham, City of | AL | Jefferson County, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-06561 | NDCA | 3:22-cv-06561 |
| Brookwood, Town Of | AL | Calhoun County, Alabama, et al. v. McKinsey & Company, Inc. | 7:23-cv-00088 | NDAL | 3:23-cv-00586 |
| Bullock County, Alabama | AL | Bullock County, Alabama, et al. v. McKinsey and Company, Inc. | 2:22-cv-00714 | MDAL | 3:23-cv-00224 |
| Calhoun County | AL | Calhoun County, Alabama, et al. v. McKinsey & Company, Inc. | 7:23-cv-00088 | NDAL | 3:23-cv-00586 |
| Cherokee County | AL | Bibb County, Alabama, et al. v. McKinsey and Company, Inc. | 7:22-cv-01601 | NDAL | 3:23-cv-00226 |
| Childersburg, City of | AL | Calhoun County, Alabama, et al. v. McKinsey & Company, Inc. | 7:23-cv-00088 | NDAL | 3:23-cv-00586 |

---

[1]    This list is subject to amendment as needed prior to the Effective Date.

-1-

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Chilton County, Alabama | AL | Bullock County, Alabama, et al. v. McKinsey and Company, Inc. | 2:22-cv-00714 | MDAL | 3:23-cv-00224 |
| Clanton, City of | AL | Bullock County, Alabama, et al. v. McKinsey and Company, Inc. | 2:22-cv-00714 | MDAL | 3:23-cv-00224 |
| Clay County | AL | Calhoun County, Alabama, et al. v. McKinsey & Company, Inc. | 7:23-cv-00088 | NDAL | 3:23-cv-00586 |
| Coffee County, Alabama | AL | Bullock County, Alabama, et al. v. McKinsey and Company, Inc. | 2:22-cv-00714 | MDAL | 3:23-cv-00224 |
| Conecuh County, Alabama | AL | Baldwin County, Alabama, et al. v. McKinsey and Company, Inc. | 1:22-cv-00510 | SDAL | 3:23-cv-00278 |
| Cullman County | AL | Bibb County, Alabama, et al. v. McKinsey and Company, Inc. | 7:22-cv-01601 | NDAL | 3:23-cv-00226 |
| Cullman, City of | AL | Bibb County, Alabama, et al. v. McKinsey and Company, Inc. | 7:22-cv-01601 | NDAL | 3:23-cv-00226 |
| Dallas County, Alabama | AL | Baldwin County, Alabama, et al. v. McKinsey and Company, Inc. | 1:22-cv-00510 | SDAL | 3:23-cv-00278 |
| Decatur, City of | AL | Bibb County, Alabama, et al. v. McKinsey and Company, Inc. | 7:22-cv-01601 | NDAL | 3:23-cv-00226 |
| Demopolis, City of | AL | Baldwin County, Alabama, et al. v. McKinsey and Company, Inc. | 1:22-cv-00510 | SDAL | 3:23-cv-00278 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Double Springs, Town of | AL | Bibb County, Alabama, et al. v. McKinsey and Company, Inc. | 7:22-cv-01601 | NDAL | 3:23-cv-00226 |
| Enterprise, City of | AL | Bullock County, Alabama, et al. v. McKinsey and Company, Inc. | 2:22-cv-00714 | MDAL | 3:23-cv-00224 |
| Etowah County | AL | Bibb County, Alabama, et al. v. McKinsey and Company, Inc. | 7:22-cv-01601 | NDAL | 3:23-cv-00226 |
| Fort Deposit, Town of | AL | Jefferson County, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-06561 | NDCA | 3:22-cv-06561 |
| Fort Payne, City of | AL | Bibb County, Alabama, et al. v. McKinsey and Company, Inc. | 7:22-cv-01601 | NDAL | 3:23-cv-00226 |
| Gadsden, City of | AL | Bibb County, Alabama, et al. v. McKinsey and Company, Inc. | 7:22-cv-01601 | NDAL | 3:23-cv-00226 |
| Greene County | AL | Bibb County, Alabama, et al. v. McKinsey and Company, Inc. | 7:22-cv-01601 | NDAL | 3:23-cv-00226 |
| Guin, City of | AL | Bibb County, Alabama, et al. v. McKinsey and Company, Inc. | 7:22-cv-01601 | NDAL | 3:23-cv-00226 |
| Gulf Shores, City of | AL | City of Gulf Shores, Alabama v. McKinsey and Company, Inc. | 1:22-cv-00432 | SDAL | 3:22-cv-07593 |
| Haleyville, City of | AL | Bibb County, Alabama, et al. v. McKinsey and Company, Inc. | 7:22-cv-01601 | NDAL | 3:23-cv-00226 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Hamilton, City of | AL | Bibb County, Alabama, et al. v. McKinsey and Company, Inc. | 7:22-cv-01601 | NDAL | 3:23-cv-00226 |
| Hartselle, City of | AL | Bibb County, Alabama, et al. v. McKinsey and Company, Inc. | 7:22-cv-01601 | NDAL | 3:23-cv-00226 |
| Hueytown, City of | AL | Jefferson County, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-06561 | NDCA | 3:22-cv-06561 |
| Jefferson County | AL | Jefferson County, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-06561 | NDCA | 3:22-cv-06561 |
| Lawrence County | AL | Bibb County, Alabama, et al. v. McKinsey and Company, Inc. | 7:22-cv-01601 | NDAL | 3:23-cv-00226 |
| Lincoln, City of | AL | Calhoun County, Alabama, et al. v. McKinsey & Company, Inc. | 7:23-cv-00088 | NDAL | 3:23-cv-00586 |
| Lowndes County | AL | Bullock County, Alabama, et al. v. McKinsey and Company, Inc. | 2:22-cv-00714 | MDAL | 3:23-cv-00224 |
| Loxley, Town Of | AL | Calhoun County, Alabama, et al. v. McKinsey & Company, Inc. | 7:23-cv-00088 | NDAL | 3:23-cv-00586 |
| Madison County | AL | Bibb County, Alabama, et al. v. McKinsey and Company, Inc. | 7:22-cv-01601 | NDAL | 3:23-cv-00226 |
| Marengo County, Alabama | AL | Baldwin County, Alabama, et al. v. McKinsey and Company, Inc. | 1:22-cv-00510 | SDAL | 3:23-cv-00278 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Marion, City of | AL | Baldwin County, Alabama, et al. v. McKinsey and Company, Inc. | 1:22-cv-00510 | SDAL | 3:23-cv-00278 |
| Mobile County, Alabama | AL | Baldwin County, Alabama, et al. v. McKinsey and Company, Inc. | 1:22-cv-00510 | SDAL | 3:23-cv-00278 |
| Mobile, City of | AL | Baldwin County, Alabama, et al. v. McKinsey and Company, Inc. | 1:22-cv-00510 | SDAL | 3:23-cv-00278 |
| Morgan County | AL | Bibb County, Alabama, et al. v. McKinsey and Company, Inc. | 7:22-cv-01601 | NDAL | 3:23-cv-00226 |
| Moulton, City of | AL | Bibb County, Alabama, et al. v. McKinsey and Company, Inc. | 7:22-cv-01601 | NDAL | 3:23-cv-00226 |
| Mountain Brook, City of | AL | Jefferson County, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-06561 | NDCA | 3:22-cv-06561 |
| Munford, Town Of | AL | Calhoun County, Alabama, et al. v. McKinsey & Company, Inc. | 7:23-cv-00088 | NDAL | 3:23-cv-00586 |
| Northport, City of | AL | Calhoun County, Alabama, et al. v. McKinsey & Company, Inc. | 7:23-cv-00088 | NDAL | 3:23-cv-00586 |
| Opp, City of | AL | Bibb County, Alabama, et al. v. McKinsey and Company, Inc. | 7:22-cv-01601 | NDAL | 3:23-cv-00226 |
| Ozark, City of | AL | Bullock County, Alabama, et al. v. McKinsey and Company, Inc. | 2:22-cv-00714 | MDAL | 3:23-cv-00224 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Phenix City, City of | AL | Bullock County, Alabama, et al. v. McKinsey and Company, Inc. | 2:22-cv-00714 | MDAL | 3:23-cv-00224 |
| Piedmont, City of | AL | Calhoun County, Alabama, et al. v. McKinsey & Company, Inc. | 7:23-cv-00088 | NDAL | 3:23-cv-00586 |
| Pike County, Alabama | AL | Bullock County, Alabama, et al. v. McKinsey and Company, Inc. | 2:22-cv-00714 | MDAL | 3:23-cv-00224 |
| Pleasant Grove, City of | AL | Jefferson County, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-06561 | NDCA | 3:22-cv-06561 |
| Robertsdale, City of | AL | Calhoun County, Alabama, et al. v. McKinsey & Company, Inc. | 7:23-cv-00088 | NDAL | 3:23-cv-00586 |
| Selma, City of | AL | Baldwin County, Alabama, et al. v. McKinsey and Company, Inc. | 1:22-cv-00510 | SDAL | 3:23-cv-00278 |
| Summerdale, Town of | AL | Calhoun County, Alabama, et al. v. McKinsey & Company, Inc. | 7:23-cv-00088 | NDAL | 3:23-cv-00586 |
| Sumter County | AL | Bibb County, Alabama, et al. v. McKinsey and Company, Inc. | 7:22-cv-01601 | NDAL | 3:23-cv-00226 |
| Talladega County | AL | Calhoun County, Alabama, et al. v. McKinsey & Company, Inc. | 7:23-cv-00088 | NDAL | 3:23-cv-00586 |
| Talladega, City of | AL | Calhoun County, Alabama, et al. v. McKinsey & Company, Inc. | 7:23-cv-00088 | NDAL | 3:23-cv-00586 |

-6-

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Tallapoosa County | AL | Bullock County, Alabama, et al. v. McKinsey and Company, Inc. | 2:22-cv-00714 | MDAL | 3:23-cv-00224 |
| Troy, City of | AL | Bullock County, Alabama, et al. v. McKinsey and Company, Inc. | 2:22-cv-00714 | MDAL | 3:23-cv-00224 |
| Tuscaloosa County | AL | Bibb County, Alabama, et al. v. McKinsey and Company, Inc. | 7:22-cv-01601 | NDAL | 3:23-cv-00226 |
| Tuscaloosa, City of | AL | Calhoun County, Alabama, et al. v. McKinsey & Company, Inc. | 7:23-cv-00088 | NDAL | 3:23-cv-00586 |
| Union Springs, City of | AL | Bullock County, Alabama, et al. v. McKinsey and Company, Inc. | 2:22-cv-00714 | MDAL | 3:23-cv-00224 |
| Washington County, Alabama | AL | Baldwin County, Alabama, et al. v. McKinsey and Company, Inc. | 1:22-cv-00510 | SDAL | 3:23-cv-00278 |
| Wilcox County, Alabama | AL | Baldwin County, Alabama, et al. v. McKinsey and Company, Inc. | 1:22-cv-00510 | SDAL | 3:23-cv-00278 |
| Winston, County of | AL | County of Winston v. McKinsey and Company, Inc. | 6:22-cv-01384 | NDAL | 3:22-cv-07700 |
| Amador, County of | CA | County of Amador v. McKinsey and Company, Inc. | 2:22-cv-01917 | EDCA | 3:22-cv-07179 |
| Butte, County of | CA | County of Butte, et al. v. McKinsey and Company, Inc. | 2:22-cv-01912 | EDCA | 3:22-cv-07178 |
| Calaveras, County of | CA | County of Calaveras, et al. v. McKinsey and Company, Inc. | 1:22-cv-01370 | EDCA | 3:22-cv-07174 |
| Chico, City of | CA | City of Chico v McKinsey & Company, Inc. | 22-cv-01999 | EDCA | 3:22-cv-07642 |

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Chula Vista, City of | CA | City of Chula Vista v McKinsey and Company, Inc. | 3:22-cv-01661 | SDCA | 3:22-cv-07044 |
| Clearlake, City of | CA | City of Clearlake, et al. v McKinsey and Company, Inc. | 1:22-cv-06299 | NDCA | 3:22-cv-06299 |
| Contra Costa, County of | CA | County of Contra Costa v. McKinsey and Company, Inc. | 3:22-cv-06448 | NDCA | 3:22-cv-06448 |
| Del Norte County | CA | City of Clearlake, et al. v McKinsey & Company, Inc. | 1:22-cv-06299 | NDCA | 3:22-cv-06299 |
| El Dorado, County of | CA | County of El Dorado et al. v. McKinsey and Company, Inc. | 2:22-cv-01876 | EDCA | 3:22-cv-07176 |
| Fresno, County of | CA | County of Calaveras, et al. v. McKinsey and Company, Inc. | 1:22-cv-01370 | EDCA | 3:22-cv-07174 |
| Glenn, County of | CA | County of El Dorado et al. v. McKinsey and Company, Inc. | 2:22-cv-01876 | EDCA | 3:22-cv-07176 |
| Imperial, County of | CA | County of Imperial v. McKinsey and Company, Inc. | 3:22-cv-01660 | SDCA | 3:22-cv-07043 |
| Inyo, County of | CA | County of Inyo et al. v. McKinsey and Company, Inc. | 1:22-cv-01340 | EDCA | 3:22-cv-07173 |
| Lakeport, City of | CA | City of Lakeport, et la. V. McKinsey & Company, Inc. | 3:22-cv-06468 | NDCA | 3:22-cv-06468 |
| Lassen, County of | CA | County of Butte, et al. v. McKinsey and Company, Inc. | 2:22-cv-01912 | EDCA | 3:22-cv-07178 |
| Madera, County of | CA | County of Madera, et al. v. McKinsey and Company, Inc. | 1:22-cv-01379 | EDCA | 3:22-cv-07175 |
| Mariposa, County of | CA | County of Calaveras, et al. v. McKinsey and  Company, Inc. | 1:22-cv-01370 | EDCA | 3:22-cv-07174 |
| Mendocino, County of | CA | City of Lakeport, et la. V. McKinsey & Company, Inc. | 3:22-cv-06468 | NDCA | 3:22-cv-06468 |
| Merced, County of | CA | County of Inyo et al. v. McKinsey and Company, Inc. | 1:22-cv-01340 | EDCA | 3:22-cv-07173 |

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Modoc, County of | CA | County of El Dorado et al. v. McKinsey and Company, Inc. | 2:22-cv-01876 | EDCA | 3:22-cv-07176 |
| Mono, County of | CA | County of El Dorado et al. v. McKinsey and Company, Inc. | 2:22-cv-01876 | EDCA | 3:22-cv-07176 |
| Monterey, County of | CA | County of Monterey v McKinsey and Company, Inc. | 5:22-cv-06470 | NDCA | 3:22-cv-06470 |
| Nevada, County of | CA | County of El Dorado et al. v. McKinsey and Company, Inc. | 2:22-cv-01876 | EDCA | 3:22-cv-07176 |
| Placer, County of | CA | County of El Dorado et al. v. McKinsey and Company, Inc. | 2:22-cv-01876 | EDCA | 3:22-cv-07176 |
| Plumas, County of | CA | County of El Dorado et al. v. McKinsey and Company, Inc. | 2:22-cv-01876 | EDCA | 3:22-cv-07176 |
| Sacramento, City of | CA | City of Sacramento v. McKinsey & Company, et al. | 2:23-cv-00141 | EDCA<br><br>removed from state court on 1/23/2023 | 3:23-cv-01062 |
| Sacramento, County of | CA | County of Butte, et al. v. McKinsey and Company, Inc. | 2:22-cv-01912 | EDCA | 3:22-cv-07178 |
| San Benito County, | CA | San Benito County, et al.  v McKinsey and Company, Inc. | 3:22-cv-06302 | NDCA | 3:22-cv-06302 |
| San Diego, County of | CA | County of San Diego et al. v. McKinsey and Company, Inc., | 3:22-cv-01624 | SDCA | 3:22-cv-07042 |
| San Jose, City of | CA | San Benito County, et al.  v McKinsey & Company, Inc. | 3:22-cv-06302 | NDCA | 3:22-cv-06302 |
| San Mateo, County of | CA | County of San Mateo, California v. McKinsey & Company, Inc., United States et al | 3:21-cv-06009 | NDCA | 3:21-cv-06009 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Santa Cruz, County of | CA | County of Santa Cruz, California and the People of the State of California v. McKinsey & Company, Inc. | 3:21-cv-07800 | NDCA | 3:21-cv-07800 |
| Shasta, County of | CA | County of Butte, et al. v. McKinsey and Company, Inc. | 2:22-cv-01912 | EDCA | 3:22-cv-07178 |
| Siskiyou, County of | CA | County of El Dorado et al. v. McKinsey and Company, Inc. | 2:22-cv-01876 | EDCA | 3:22-cv-07176 |
| Sutter, County of | CA | County of Butte, et al. v. McKinsey and  Company, Inc. | 2:22-cv-01912 | EDCA | 3:22-cv-07178 |
| Tehama, County of | CA | County of El Dorado et al. v. McKinsey and Company, Inc. | 2:22-cv-01876 | EDCA | 3:22-cv-07176 |
| Trinity, County of | CA | County of Trinity v. McKinsey and Company, Inc. | 2:22-cv-01905 | EDCA | 3:22-cv-07177 |
| Tuolumne, County of | CA | County of Inyo et al. v. McKinsey and Company, Inc. | 1:22-cv-01340 | EDCA | 3:22-cv-07173 |
| Yolo, County of | CA | County of El Dorado et al. v. McKinsey and Company, Inc. | 2:22-cv-01876 | EDCA | 3:22-cv-07176 |
| Yuba, County of | CA | County of El Dorado et al. v. McKinsey and Company, Inc. | 2:22-cv-01876 | EDCA | 3:22-cv-07176 |
| Alachua County | FL | Oseola County, FL, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-06484 | NDCA | 3:22-cv-06484 |
| Bay County, Florida | FL | Bay County, et al. v McKinsey and Company, Inc. | 5:22-cv-00297 | NDFL | 3:23-cv-00185 |
| Bradenton, City of | FL | City of Bradenton, et al. v. McKinsey and Company, Inc. | 8:22-cv-02886 | MDFL | 3:23-cv-00038 |
| Calhoun County | FL | Bay County, et al. v McKinsey and Company, Inc. | 5:22-cv-00297 | NDFL | 3:23-cv-00185 |
| Escambia County | FL | Bay County, et al. v McKinsey and Company, Inc. | 5:22-cv-00297 | NDFL | 3:23-cv-00185 |

-10-

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Gulf County | FL | Bay County, et al. v McKinsey and Company, Inc. | 5:22-cv-00297 | NDFL | 3:23-cv-00185 |
| Hernando County | FL | City of Bradenton, et al. v. McKinsey and Company, Inc. | 8:22-cv-02886 | MDFL | 3:23-cv-00038 |
| Holmes County | FL | Bay County, et al. v McKinsey and Company, Inc. | 5:22-cv-00297 | NDFL | 3:23-cv-00185 |
| Jackson County | FL | Bay County, et al. v McKinsey and Company, Inc. | 5:22-cv-00297 | NDFL | 3:23-cv-00185 |
| Lee County | FL | Lee County, Florida v. McKinsey & Company, Inc. | 3:23-cv-03313 | NDCA | 3:23-cv-03313 |
| Leon County | FL | Bay County, et al. v McKinsey and Company, Inc. | 5:22-cv-00297 | NDFL | 3:23-cv-00185 |
| Levy County | FL | Osceola County, FL, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-06484 | NDCA | 3:22-cv-06484 |
| Miami Gardens, City of | FL | City of Miami Gardens, Florida, et al. v. McKinsey and Company, Inc. | 1:22-cv-24097 | SDFL | 3:23-cv-00039 |
| Miami-Dade County | FL | City of Miami Gardens, Florida, et al. v. McKinsey and Company, Inc. | 1:22-cv-24097 | SDFL | 3:23-cv-00039 |
| New Port Richey, City of | FL | City of Bradenton, et al. v. McKinsey and Company, Inc. | 8:22-cv-02886 | MDFL | 3:23-cv-00038 |
| Niceville, City of | FL | Bay County, et al. v McKinsey and Company, Inc. | 5:22-cv-00297 | NDFL | 3:23-cv-00185 |
| North Miami, City of | FL | City of Miami Gardens, Florida, et al. v. McKinsey and Company, Inc. | 1:22-cv-24097 | SDFL | 3:23-cv-00039 |
| Okaloosa County | FL | Osceola County, FL, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-06484 | NDCA | 3:22-cv-06484 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Ormond Beach, City of | FL | City of Bradenton, et al. v. McKinsey and Company, Inc. | 8:22-cv-02886 | MDFL | 3:23-cv-00038 |
| Osceola County | FL | Osceola County, FL, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-06484 | NDCA | 3:22-cv-06484 |
| Palm Beach County | FL | Osceola County, FL, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-06484 | NDCA | 3:22-cv-06484 |
| Panama City, City of | FL | Bay County, et al. v McKinsey and Company, Inc. | 5:22-cv-00297 | NDFL | 3:23-cv-00185 |
| Pasco County, Florida | FL | City of Bradenton, et al. v. McKinsey and Company, Inc. | 8:22-cv-02886 | MDFL | 3:23-cv-00038 |
| Pembroke Pines, City of | FL | The City of Pembroke Pines, Florida v. McKinsey & Company, Inc. | 0:21-cv-60305 | SDFL | 3:21-cv-04384 |
| Pensacola, City of | FL | Bay County, et al. v McKinsey and Company, Inc. | 5:22-cv-00297 | NDFL | 3:23-cv-00185 |
| Pinellas County, Florida | FL | Pinellas County, Florida v. McKinsey and Company, Inc. | 8:22-cv-02916 | MDFL | 3:23-cv-00225 |
| Pinellas Park, City of | FL | City of Bradenton, et al. v. McKinsey and Company, Inc. | 8:22-cv-02886 | MDFL | 3:23-cv-00038 |
| Santa Rosa County, Florida | FL | Bay County, et al. v McKinsey and Company, Inc. | 5:22-cv-00297 | NDFL | 3:23-cv-00185 |
| Tallahassee, City of | FL | Bay County, et al. v McKinsey and Company, Inc. | 5:22-cv-00297 | NDFL | 3:23-cv-00185 |
| Volusia, County of | FL | City of Bradenton, et al. v. McKinsey and Company, Inc. | 8:22-cv-02886 | MDFL | 3:23-cv-00038 |
| Walton County | FL | Osceola County, FL, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-06484 | NDCA | 3:22-cv-06484 |
| Alma | GA | Alma City, et al. v. McKinsey & Company, Inc. et al | Index No. 653539 / 2022 | NY Supreme Court (SDNY) | 3:22-cv-07726 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Atlanta | GA | Fulton County, et al. v. McKinsey & Company, Inc. | 3:22-cv-06562 | NDCA | 3:22-cv-06562 |
| Bacon County | GA | Alma City, et al. v. McKinsey & Company, Inc. et al | 653539/2022 | NY Supreme Court (SDNY) | 3:22-cv-07726 |
| Blackshear | GA | Alma City, et al. v. McKinsey & Company, Inc. et al | 653539/2022 | NY Supreme Court (SDNY) | 3:22-cv-07726 |
| Brunswick | GA | Alma City, et al. v. McKinsey & Company, Inc. et al | 653539/2022 | NY Supreme Court (SDNY) | 3:22-cv-07726 |
| Chatham County | GA | Alma City, et al. v. McKinsey & Company, Inc. et al | 653539/2022 | NY Supreme Court (SDNY) | 3:22-cv-07726 |
| Clayton County | GA | Fulton County, et al. v. McKinsey & Company, Inc. | 3:22-cv-06562 | NDCA | 3:22-cv-06562 |
| Dade County | GA | Alma City, et al. v. McKinsey & Company, Inc. et al | 653539/2022 | NY Supreme Court (SDNY) | 3:22-cv-07726 |
| DeKalb County | GA | Fulton County, et al. v. McKinsey & Company, Inc. | 3:22-cv-06562 | NDCA | 3:22-cv-06562 |
| Demorest | GA | Alma City, et al. v. McKinsey & Company, Inc. et al | 653539/2022 | NY Supreme Court (SDNY) | 3:22-cv-07726 |
| Forsyth County | GA | Fulton County, et al. v. McKinsey & Company, Inc. | 3:22-cv-06562 | NDCA | 3:22-cv-06562 |
| Fulton County | GA | Fulton County, et al. v. McKinsey & Company, Inc. | 3:22-cv-06562 | NDCA | 3:22-cv-06562 |
| Henry County | GA | Fulton County, et al. v. McKinsey & Company, Inc. | 3:22-cv-06562 | NDCA | 3:22-cv-06562 |
| Pierce County | GA | Alma City, et al. v. McKinsey & Company, Inc. et al | 653539/2022 | NY Supreme Court (SDNY) | 3:22-cv-07726 |
| Pooler | GA | Alma City, et al. v. McKinsey & Company, Inc. et al | 653539/2022 | NY Supreme Court (SDNY) | 3:22-cv-07726 |
| Richmond Hill | GA | Alma City, et al. v. McKinsey & Company, Inc. et al | 653539/2022 | NY Supreme Court (SDNY) | 3:22-cv-07726 |
| Rockdale County | GA | Fulton County, et al. v. McKinsey & Company, Inc. | 3:22-cv-06562 | NDCA | 3:22-cv-06562 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Hawaii County | HI | Hawaii County v. McKinsey & Company, Inc. | 1:21-cv-00503 | DHI | 3:22-cv-01329 |
| Kauai County | HI | Kauai County v. McKinsey & Company, Inc. | 1:21-cv-00496 | DHI | 3:22-cv-00443 |
| Camas County | ID | Gooding County, Idaho et al. v McKinsey & Company Inc. et al | 3:22-cv-05020 | NDCA | 3:22-cv-05020 |
| Gooding County | ID | Gooding County, Idaho et al. v McKinsey & Company Inc. et al | 3:22-cv-05020 | NDCA | 3:22-cv-05020 |
| Eddyville | IL | Pope County, Illinois et al. v. McKinsey & Company, Inc. et al. | 3:21-cv-00420 | SDIL | 3:21-cv-04964 |
| Madison County | IL | Madison County, Illinois v. McKinsey & Company, Inc. | 3:21-cv-00254 | SDIL | 3:21-cv-04387 |
| Pope County | IL | Pope County, Illinois et al. v. McKinsey & Company, Inc. et al. | 3:21-cv-00420 | SDIL | 3:21-cv-04964 |
| St. Clair County | IL | St. Clair County, Illinois v. McKinsey & Company, Inc., et al. | 3:21-cv-00251 | SDIL | 3:21-cv-04642 |
| Gary, City of | IN | City of Gary, Indiana v. McKinsey & Company, Inc. et al. | 3:22-cv-06586 | NDCA | 3:22-cv-06586 |
| Adair County, Fiscal Court of Adair County on behalf of | KY | The Fiscal Court of Adair County et al. v. McKinsey and Company, Inc. | 1:21-cv-00156 | WDKY | 3:21-cv-09923 |
| Allen County, Fiscal Court of Allen County on behalf of | KY | The Fiscal Court of Adair County et al. v. McKinsey and Company, Inc. | 1:21-cv-00156 | WDKY | 3:21-cv-09923 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Anderson County, Fiscal Court of Anderson County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Bath County, Fiscal Court of Bath County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Bell County, Fiscal Court of Bell County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Boone County, Fiscal Court of Boone County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Boyd County , Fiscal Court of Boyd County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Boyle County, Fiscal Court of Boyle County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Bracken County, Fiscal Court of Bracken County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Breathitt County, The Fiscal Court of | KY | The Fiscal Court of Breathitt County Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00326 | WDKY | 3:21-cv-04957 |
| Breckinridge County Fiscal Court | KY | Green County Fiscal Court et al. v. McKinsey & Company, Inc., United States, et al. | 1:21-cv-00035 | WDKY | 3:21-cv-04536 |
| Bullitt County, Fiscal Court of Bullitt County on behalf of | KY | The Fiscal Court of Adair County et al. v. McKinsey and Company, Inc. | 1:21-cv-00156 | WDKY | 3:21-cv-09923 |

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Caldwell County, The Fiscal Court of | KY | The Fiscal Court of Breathitt County Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00326 | WDKY | 3:21-cv-04957 |
| Calloway County, The Fiscal Court of | KY | The Fiscal Court of Calloway County Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00333 | WDKY | 3:21-cv-04959 |
| Campbell County, Fiscal Court of Campbell County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Campbellsville, City of | KY | The Fiscal Court of Calloway County Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00333 | WDKY | 3:21-cv-04959 |
| Carlisle County, Fiscal Court of Carlisle County on behalf of | KY | The Fiscal Court of Adair County et al. v. McKinsey and Company, Inc. | 1:21-cv-00156 | WDKY | 3:21-cv-09923 |
| Carter County | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Christian County, Fiscal Court of Christian County on behalf of | KY | The Fiscal Court of Adair County et al. v. McKinsey and Company, Inc. | 1:21-cv-00156 | WDKY | 3:21-cv-09923 |
| Clark County, Fiscal Court of Clark County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Clay County, Fiscal Court of Clay County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Clinton County, The Fiscal Court of | KY | The Fiscal Court of Breathitt County Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00326 | WDKY | 3:21-cv-04957 |
| Columbia, City of | KY | The City of Columbia Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00328 | WDKY | 3:21-cv-04956 |
| Cumberland County, Fiscal Court of Cumberland County on behalf of | KY | The Fiscal Court of Adair County et al. v. McKinsey and Company, Inc. | 1:21-cv-00156 | WDKY | 3:21-cv-09923 |
| Daviess County, The Fiscal Court of | KY | The Fiscal Court of Calloway County Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00333 | WDKY | 3:21-cv-04959 |
| Elliott County, Fiscal Court of Elliot County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Fleming County, Fiscal Court of Fleming County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Floyd County | KY | Floyd County, KY v. McKinsey & Company, Inc. | 7:21-cv-00091 | EDKY | 3:21-cv-09108 |
| Franklin County, Fiscal Court of Franklin County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Fulton County, The Fiscal Court of | KY | The Fiscal Court of Calloway County Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00333 | WDKY | 3:21-cv-04959 |

-17-

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Garrard County, Fiscal Court of Garrard County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Green County Fiscal Court | KY | Green County Fiscal Court et al. v. McKinsey & Company, Inc., United States, et al. | 1:21-cv-00035 | WDKY | 3:21-cv-04536 |
| Greenup County, Fiscal Court of Greenup County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Hancock County, The Fiscal Court of | KY | The Fiscal Court of Calloway County Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00333 | WDKY | 3:21-cv-04959 |
| Hardin County Fiscal Court | KY | Green County Fiscal Court et al. v. McKinsey & Company, Inc., United States, et al. | 1:21-cv-00035 | WDKY | 3:21-cv-04536 |
| Harlan County, Fiscal Court of Harlan County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Harrison County, The Fiscal Court of | KY | The Fiscal Court of Breathitt County Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00326 | WDKY | 3:21-cv-04957 |
| Hart County, The Fiscal Court of | KY | The Fiscal Court of Breathitt County Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00326 | WDKY | 3:21-cv-04957 |
| Henderson County, Fiscal Court of Henderson County on behalf of | KY | The Fiscal Court of Adair County et al. v. McKinsey and Company, Inc. | 1:21-cv-00156 | WDKY | 3:21-cv-09923 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Henderson, City of | KY | Green County Fiscal Court et al. v. McKinsey & Company, Inc., United States, et al. | 1:21-cv-00035 | WDKY | 3:21-cv-04536 |
| Henry County, Fiscal Court of Henry County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Hickman County, The Fiscal Court of | KY | The Fiscal Court of Calloway County Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00333 | WDKY | 3:21-cv-04959 |
| Hopkins County, Fiscal Court of Hopkins County on behalf of | KY | The Fiscal Court of Adair County et al. v. McKinsey and Company, Inc. | 1:21-cv-00156 | WDKY | 3:21-cv-09923 |
| Jamestown, City of | KY | The City of Columbia Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00328 | WDKY | 3:21-cv-04956 |
| Jessamine County, Fiscal Court of Jessamine County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Kenton County, Fiscal Court of Kenton County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Knott County | KY | Knott County, KY v. McKinsey & Company, Inc. | 7:21-cv-00092 | EDKY | 3:21-cv-09297 |
| Knox County, Fiscal Court of Knox County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| LaRue County, The Fiscal Court of | KY | The Fiscal Court of Breathitt County Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00326 | WDKY | 3:21-cv-04957 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Laurel County, Fiscal Court of Laurel County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Leslie County, Fiscal Court of Leslie County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Letcher County, Fiscal Court of Letcher County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Lexington-Fayette Urban County Government | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Lincoln County, Fiscal Court of Lincoln County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Logan County, The Fiscal Court of | KY | The Fiscal Court of Breathitt County Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00326 | WDKY | 3:21-cv-04957 |
| Louisville/Jefferson County | KY | The Fiscal Court of Adair County et al. v. McKinsey and Company, Inc. | 1:21-cv-00156 | WDKY | 3:21-cv-09923 |
| Madison County, Fiscal Court of Madison County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Marshall County, Fiscal Court of Marshall County on behalf of | KY | The Fiscal Court of Adair County et al. v. McKinsey and Company, Inc. | 1:21-cv-00156 | WDKY | 3:21-cv-09923 |
| Martin County, Fiscal Court of Martin County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |

-20-

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Mason County, The Fiscal Court of | KY | The Fiscal Court of Breathitt County Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00326 | WDKY | 3:21-cv-04957 |
| Mclean County, The Fiscal Court of | KY | The Fiscal Court of Calloway County Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00333 | WDKY | 3:21-cv-04959 |
| Meade County Fiscal Court | KY | Green County Fiscal Court et al. v. McKinsey & Company, Inc., United States, et al. | 1:21-cv-00035 | WDKY | 3:21-cv-04536 |
| Menifee County Fiscal Court | KY | Green County Fiscal Court et al. v. McKinsey & Company, Inc., United States, et al. | 1:21-cv-00035 | WDKY | 3:21-cv-04536 |
| Mercer County, The Fiscal Court of | KY | The Fiscal Court of Breathitt County Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00326 | WDKY | 3:21-cv-04957 |
| Montgomery County, Fiscal Court of Montgomery County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Morehead, City of | KY | City of Morehead, Kentucky v. McKinsey & Company, Inc. | 3:23-cv-03314 | NDCA | 3:23-cv-03314 |
| Morgan County, Fiscal Court of Morgan County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Muhlenberg County, The Fiscal Court of | KY | The Fiscal Court of Calloway County Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00333 | WDKY | 3:21-cv-04959 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Murray, City of | KY | The Fiscal Court of Calloway County Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00333 | WDKY | 3:21-cv-04959 |
| Nelson County Fiscal Court | KY | Green County Fiscal Court et al. v. McKinsey & Company, Inc., United States, et al. | 1:21-cv-00035 | WDKY | 3:21-cv-04536 |
| Nicholas County, Fiscal Court of Nicholas County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Ohio County Fiscal Court | KY | Green County Fiscal Court et al. v. McKinsey & Company, Inc., United States, et al. | 1:21-cv-00035 | WDKY | 3:21-cv-04536 |
| Oldham County, Fiscal Court of Oldham County on behalf of | KY | The Fiscal Court of Adair County et al. v. McKinsey and Company, Inc. | 1:21-cv-00156 | WDKY | 3:21-cv-09923 |
| Owensboro, City of | KY | The Fiscal Court of Calloway County Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00333 | WDKY | 3:21-cv-04959 |
| Pendleton County, Fiscal Court of Pendleton County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Perry County, Fiscal Court of Perry County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Pike County | KY | Pike County, KY v. McKinsey & Company, Inc. | 7:21-cv-00093 | EDKY | 3:21-cv-09424 |
| Powell County, Fiscal Court of Powell County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Pulaski County, Fiscal Court of Pulaski County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Rowan County, Fiscal Court of Rowan County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Russell County, The Fiscal Court of | KY | The City of Columbia Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00328 | WDKY | 3:21-cv-04956 |
| Russell Springs, City of | KY | The City of Columbia Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00328 | WDKY | 3:21-cv-04956 |
| Scott County, Fiscal Court of Scott County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Shelby County, Fiscal Court of Shelby County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Spencer County, The Fiscal Court of | KY | The Fiscal Court of Calloway County Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00333 | WDKY | 3:21-cv-04959 |
| Taylor County, The Fiscal Court of | KY | The Fiscal Court of Calloway County Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00333 | WDKY | 3:21-cv-04959 |
| Todd County, The Fiscal Court of | KY | The Fiscal Court of Breathitt County Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00326 | WDKY | 3:21-cv-04957 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Union County, Fiscal Court of Union County on behalf of | KY | The Fiscal Court of Adair County et al. v. McKinsey and Company, Inc. | 1:21-cv-00156 | WDKY | 3:21-cv-09923 |
| Washington County Fiscal Court | KY | Green County Fiscal Court et al. v. McKinsey & Company, Inc., United States, et al. | 1:21-cv-00035 | WDKY | 3:21-cv-04536 |
| Wayne County, Fiscal Court of Wayne County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Webster County, The Fiscal Court of | KY | The Fiscal Court of Calloway County Kentucky et al. v. McKinsey & Company, Inc., United States | 3:21-cv-00333 | WDKY | 3:21-cv-04959 |
| Whitley County, Fiscal Court of Whitley County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| Woodford County, Fiscal Court of Woodford County on behalf of | KY | Fiscal Court of Anderson County et al. v. McKinsey & Company, Inc. | 3:21-cv-00057 | EDKY | 3:21-cv-09480 |
| A-MMED Ambulance | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Baldwin, Town of | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Baton Rouge, City of; Parish of East Baton Rouge | LA | City of Baton Rouge, Parish of East Baton Rouge v. McKinsey & Company, Inc. | 3:21-cv-00627 | MDLA | 3:21-cv-09099 |
| Beauregard Parish | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Benton Fire Protection District No. 4 | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Berwick, Town of | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Bogalusa, City of | LA | City of Shreveport, et al. v. McKinsey & Co, Inc., et al. | 3:22-cv-06567 | NDCA | 3:22-cv-06567 |
| Bossier City | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Bossier Parish | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Bossier Parish Emergency Medical Services Ambulance District | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Caddo Fire Protection District No. 1 | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Caddo Parish | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Caldwell Parish | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Cameron Parish | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Catahoula Parish | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Catahoula Parish Sheriff's Office o/b/o Toney Edwards, in his capacity of Sheriff | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Claiborne Parish | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| CLHG-Ruston LLC | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Concordia Parish | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Concordia Parish Sheriff's Office o/b/o David Hedrick in his capacity of Sheriff | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Desoto Fire Protection District No. 8 | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Franklin Parish | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Franklin, City of | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Iberia Parish | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Iberia Parish School Board | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Jackson Parish | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Jefferson Davis Parish | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Jefferson Parish Sheriff's Office o/b/o Joseph Lopinto III in his capacity of Sheriff | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Kenner City | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Lasalle Parish | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Louisiana Assessors Insurance Fund | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Louisiana State University and Agricultural and Mechanical College, Board of Supervisors for | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Morgan City | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Natchitoches, City of | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| New Iberia, City of | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| North Caddo Hospital Service District | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Orleans Parish Sheriff's Office o/b/o Susan Hutson | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Parish of Livingston | LA | Parish of Livingston v. McKinsey & Company, Inc. et al. | 3:21-cv-00179 | MDLA | 3:21-cv-04962 |
| Patterson, City of | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Rapides Parish, Police Jury | LA | St Martinville et al. v. McKinsey & Co Inc. | 6:21-cv-03832 | WDLA | 3:21-cv-09100 |
| Red River Fire Protection District | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Red River Parish | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Richland Parish | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Shreveport, City of | LA | City of Shreveport, et al. v. McKinsey & Co, Inc., et al. | 3:22-cv-06567 | NDCA | 3:22-cv-06567 |
| St. Charles Parish | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| St. Charles Parish Sheriff's Office o/b/o Greg Champagne, in his capacity of Sheriff | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |

-28-

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| St. John the Baptist Parish | LA | St. John the Baptist Parish v. McKinsey & Company, Inc. | 2:21-cv-02002 | EDLA | 3:21-cv-09105 |
| St. Martin Parish | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| St. Martinville, City of | LA | St Martinville et al. v. McKinsey & Co Inc. | 6:21-cv-03832 | WDLA | 3:21-cv-09100 |
| Phillip Terrell, Duly Elected District Attorney for the Rapides Parish | LA | St Martinville et al. v. McKinsey & Co Inc. | 6:21-cv-03832 | WDLA | 3:21-cv-09100 |
| St. Mary Parish | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| St. Mary Parish School Board | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| St. Mary Parish Sheriff's Office o/b/o Blaise Smith in his capacity of Sheriff | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| St. Tammany Fire Protection District No. 2 | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| St. Tammany Fire Protection District No. 3 | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| St. Tammany Parish Fire Protection District No. 12 | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| St. Tammany Parish Fire Protection District No. 13 | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| St. Tammany Parish Fire Protection District No. 4 | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| St. Tammany Parish Fire Protection District No. 5 | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Tensas Parish | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Tensas Parish Sheriff's Office o/b/o Rickey Jones in his capacity of Sheriff | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Union Parish | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| University System of Louisiana, The | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Vermilion Parish | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Webster Parish | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| West Baton Rouge Fire Protection District No. 1 | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| St. Tammany Fire Protection District No. 1 | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:12-cv-07278 |

-30-

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| West Baton Rouge Parish | LA | Beauregard Parish Police Jury et al. v. McKinsey Holdings, Inc. et al. | 3:22-cv-07278 | NDCA | 3:22-cv-07278 |
| Acushnet, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Agawam, City of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Amesbury, City of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Aquinnah, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Athol, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Auburn, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Ayer, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Barnstable, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Belchertown, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Beverly, City of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Billerica, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Brewster, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Bridgewater, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Brockton, City of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Brookline, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Carver, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Charlton, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Chelmsford, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Chelsea, City of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Clarksburg, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Clinton, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Danvers, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Dedham, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Dennis, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Douglas, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Dudley, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| East Bridgewater, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Eastham, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Easthampton, City of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Easton, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Everett, City of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Fairhaven, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Falmouth, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Freetown, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Georgetown, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Grafton, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Greenfield, City of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Hanson, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Holliston, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Holyoke, City of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Hopedale, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Hull, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Kingston, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Lakeville, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Leicester, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Leominster, City of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Leverett, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Longmeadow, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Lowell, City of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Ludlow, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Lunenburg, Massachusetts | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Lynn, City of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Malden, City of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Marblehead, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Marshfield, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Mashpee, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Mattapoisett, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Melrose, City of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Methuen, City of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Middleborough, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Milford, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Millbury, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |

-34-

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Millis, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Nantucket, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| New Bedford, City of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Newburyport, City of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| North Adams, City of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| North Andover, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| North Attleborough, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| North Reading, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Northampton, City of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Northbridge, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Norton, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Norwell, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Norwood, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Orange, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Oxford, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Palmer, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Peabody, City of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Pembroke, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Pittsfield, City of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Plainville, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Plymouth, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Provincetown, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Rehoboth, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Revere, City of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Rockland, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Salisbury, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Sandwich, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Scituate, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Seekonk, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Sheffield, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Shirley, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Somerset, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| South Hadley, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Southbridge, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Spencer, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Stoneham, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Stoughton, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Sturbridge, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Sudbury, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Sutton, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Swampscott, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Templeton, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Tewksbury, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Truro, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Tyngsborough, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Upton, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Walpole, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Ware, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Warren, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Watertown, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Wellfleet, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| West Boylston, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| West Bridgewater, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| West Springfield, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| West Tisbury, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Westborough, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Westford, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Williamsburg, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Wilmington, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Winchendon, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Winthrop, Town of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Woburn, City of | MA | City of Agawam, et al. v. McKinsey & Company, Inc. | 1:22-cv-11968 | DMA | 3:23-cv-00155 |
| Allegany County | MD | Allegany County, Maryland et al. v. McKinsey and Company, Inc. | 1:21-cv-03100 | DMD | 3:21-cv-09920 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Anne Arundel County | MD | Anne Arundel County Maryland v McKinsey and Company, Inc. | 1:22-cv-02916 | DMD | 3:22-cv-07523 |
| Baltimore County | MD | Baltimore County, Maryland v. McKinsey & Company, Inc. | 1:22-cv-02842 | DMD | 3:22-cv-07522 |
| Bel Air, Town of | MD | City of Cambridge, Maryland, et al. v. McKinsey & Company, Inc. | 3:23-cv-03315 | NDCA | 3:23-cv-03315 |
| Bowie, City of | MD | City of Bowie v McKinsey and Company, Inc. | 1:22-cv-02773 | DMD | 3:22-cv-07524 |
| Cambridge, City of | MD | City of Cambridge, Maryland, et al. v. McKinsey & Company, Inc. | 3:23-cv-03315 | NDCA | 3:23-cv-03315 |
| Caroline County | MD | Caroline County, Maryland v. McKinsey & Company, Inc. | 1:22-cv-01352 | DMD | 3:22-cv-04121 |
| Cecil County | MD | Allegany County, Maryland et al. v. McKinsey and Company, Inc. | 1:21-cv-03100 | DMD | 3:21-cv-09920 |
| Cumberland, City of | MD | Allegany County, Maryland et al. v. McKinsey and Company, Inc. | 1:21-cv-03100 | DMD | 3:21-cv-09920 |
| Frederick County | MD | Frederick County, Maryland. McKinsey & Company Inc. | 1:22-cv-01316 | DMD | 3:22-cv-04023 |
| Frederick, City of | MD | City of Frederick, Maryland v. McKinsey & Company, Inc. | 1:22-cv-01315 | DMD | 3:22-cv-04022 |
| Frostburg, City of | MD | Allegany County, Maryland et al. v. McKinsey and Company, Inc. | 1:21-cv-03100 | DMD | 3:21-cv-09920 |
| Garrett County | MD | Garrett County, Maryland v. McKinsey & Company Inc. | 1:22-cv-01318 | DMD | 3:22-cv-04025 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Grantsville, Town of | MD | City of Cambridge, Maryland, et al. v. McKinsey & Company, Inc. | 3:23-cv-03315 | NDCA | 3:23-cv-03315 |
| Hagerstown, City of | MD | Allegany County, Maryland et al. v. McKinsey and Company, Inc. | 1:21-cv-03100 | DMD | 3:21-cv-09920 |
| Havre De Grace, Mayor and Council of | MD | City of Cambridge, Maryland, et al. v. McKinsey & Company, Inc. | 3:23-cv-03315 | NDCA | 3:23-cv-03315 |
| Howard County | MD | Howard County, Maryland v. McKinsey & Company Inc. | 1:22-cv-01350 | DMD | 3:22-cv-04026 |
| Laurel, Mayor and City Council of | MD | City of Cambridge, Maryland, et al. v. McKinsey & Company, Inc. | 3:23-cv-03315 | NDCA | 3:23-cv-03315 |
| Montgomery County | MD | Montgomery County, Maryland v. McKinsey and Company, Inc. | 3:23-cv-00775 | NDCA | 3:23-cv-00775 |
| Mount Rainier, City of | MD | City of Mount Rainier v. McKinsey & Company, Inc. | 1:22-cv-03225 | DMD | 3:23-cv-00474 |
| North East, Town of | MD | City of Cambridge, Maryland, et al. v. McKinsey & Company, Inc. | 3:23-cv-03315 | NDCA | 3:23-cv-03315 |
| Prince George County | MD | Prince George County v. McKinsey & Company,  Inc., et al. | 3:22-cv-06564 | NDCA | 3:22-cv-06564 |
| Rockville, Maryland, The Mayor and Council of | MD | The Mayor and Council of Rockville, Maryland v. McKinsey and Company, Inc. | 8:22-cv-03303 | DMD | 3:23-cv-00269 |
| Seat Pleasant, City of | MD | Prince George County v. McKinsey & Company,  Inc., et al. | 3:22-cv-06564 | NDCA | 3:22-cv-06564 |

-40-

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| St. Mary's County, Commissioners of | MD | Allegany County, Maryland et al. v. McKinsey and Company, Inc. | 1:21-cv-03100 | DMD | 3:21-cv-09920 |
| Talbot County | MD | Talbot County, Maryland v. McKinsey & Company Inc. | 1:22-cv-01317 | DMD | 3:22-cv-04024 |
| Washington County | MD | Allegany County, Maryland et al. v. McKinsey and Company, Inc. | 1:21-cv-03100 | DMD | 3:21-cv-09920 |
| Westminster, City of | MD | City of Westminster, Maryland v. McKinsey & Company Inc. | 1:22-cv-01269 | DMD | 3:22-cv-04078 |
| Androscoggin County | ME | City of Auburn, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-04892 | NDCA | 3:22-cv-04892 |
| Aroostook County | ME | City of Auburn, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-04892 | NDCA | 3:22-cv-04892 |
| Auburn, City of | ME | City of Auburn, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-04892 | NDCA | 3:22-cv-04892 |
| Augusta, City of | ME | City of Auburn, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-04892 | NDCA | 3:22-cv-04892 |
| Bangor, City of | ME | City of Auburn, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-04892 | NDCA | 3:22-cv-04892 |
| Biddeford, City of | ME | City of Auburn, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-04892 | NDCA | 3:22-cv-04892 |
| Calais, City of | ME | City of Auburn, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-04892 | NDCA | 3:22-cv-04892 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Cumberland County | ME | City of Auburn, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-04892 | NDCA | 3:22-cv-04892 |
| Kennebec County | ME | City of Auburn, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-04892 | NDCA | 3:22-cv-04892 |
| Knox County | ME | City of Auburn, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-04892 | NDCA | 3:22-cv-04892 |
| Lewiston, City of | ME | City of Auburn, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-04892 | NDCA | 3:22-cv-04892 |
| Lincoln County | ME | City of Auburn, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-04892 | NDCA | 3:22-cv-04892 |
| Penobscot County | ME | City of Auburn, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-04892 | NDCA | 3:22-cv-04892 |
| Portland, City of | ME | City of Auburn, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-04892 | NDCA | 3:22-cv-04892 |
| Rockland, City of | ME | City of Auburn, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-04892 | NDCA | 3:22-cv-04892 |
| Saco, City of | ME | City of Auburn, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-04892 | NDCA | 3:22-cv-04892 |
| Sagadahoc County | ME | City of Auburn, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-04892 | NDCA | 3:22-cv-04892 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Sanford, City of | ME | City of Auburn, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-04892 | NDCA | 3:22-cv-04892 |
| Somerset County | ME | City of Auburn, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-04892 | NDCA | 3:22-cv-04892 |
| Waldo County | ME | City of Auburn, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-04892 | NDCA | 3:22-cv-04892 |
| Washington County | ME | City of Auburn, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-04892 | NDCA | 3:22-cv-04892 |
| Waterville, City of | ME | City of Auburn, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-04892 | NDCA | 3:22-cv-04892 |
| York County | ME | City of Auburn, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-04892 | NDCA | 3:22-cv-04892 |
| Cannon Township | MI | Cannon, Township of v. McKinsey & Company, Inc. et al. | 1:21-cv-00314 | WDMI | 3:21-cv-04971 |
| Pontiac, City of | MI | City of Pontiac, Michigan v. McKinsey & Company,  Inc., et al. | 3:22-cv-06618 | NDCA | 3:22-cv-06618 |
| Saint Paul, City of | MN | City of Saint Paul v. McKinsey & Company,  Inc., et al. | 3:22-cv-06588 | NDCA | 3:22-cv-06588 |
| Audrain County | MO | Audrain County, Missouri et al. v. McKinsey and Company, Inc. | 4:21-cv-01388 | EDMO | 3:21-cv-09834 |

-43-

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Boone County | MO | Boone County, Missouri et al. v. McKinsey and Company, Inc. | 2:21-cv-04223 | WDMO | 3:21-cv-09936 |
| Callaway County | MO | Boone County, Missouri et al. v. McKinsey and Company, Inc. | 2:21-cv-04223 | WDMO | 3:21-cv-09936 |
| Chariton County | MO | Audrain County, Missouri et al. v. McKinsey and Company, Inc. | 4:21-cv-01388 | EDMO | 3:21-cv-09834 |
| Cole County | MO | Boone County, Missouri et al. v. McKinsey and Company, Inc. | 2:21-cv-04223 | WDMO | 3:21-cv-09936 |
| Douglas County | MO | Boone County, Missouri et al. v. McKinsey and Company, Inc. | 2:21-cv-04223 | WDMO | 3:21-cv-09936 |
| Gasconade County | MO | Audrain County, Missouri et al. v. McKinsey and Company, Inc. | 4:21-cv-01388 | EDMO | 3:21-cv-09834 |
| Knox County | MO | Audrain County, Missouri et al. v. McKinsey and Company, Inc. | 4:21-cv-01388 | EDMO | 3:21-cv-09834 |
| Lewis County | MO | Audrain County, Missouri et al. v. McKinsey and Company, Inc. | 4:21-cv-01388 | EDMO | 3:21-cv-09834 |
| Maries County | MO | Audrain County, Missouri et al. v. McKinsey and Company, Inc. | 4:21-cv-01388 | EDMO | 3:21-cv-09834 |
| Miller County | MO | Boone County, Missouri et al. v. McKinsey and Company, Inc. | 2:21-cv-04223 | WDMO | 3:21-cv-09936 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Moniteau County | MO | Boone County, Missouri et al. v. McKinsey and Company, Inc. | 2:21-cv-04223 | WDMO | 3:21-cv-09936 |
| Montgomery County | MO | Audrain County, Missouri et al. v. McKinsey and Company, Inc. | 4:21-cv-01388 | EDMO | 3:21-cv-09834 |
| Osage County | MO | Boone County, Missouri et al. v. McKinsey and Company, Inc. | 2:21-cv-04223 | WDMO | 3:21-cv-09936 |
| Ozark County | MO | Boone County, Missouri et al. v. McKinsey and Company, Inc. | 2:21-cv-04223 | WDMO | 3:21-cv-09936 |
| Pemiscot County | MO | Audrain County, Missouri et al. v. McKinsey and Company, Inc. | 4:21-cv-01388 | EDMO | 3:21-cv-09834 |
| Pettis County | MO | Scott County, et al. v. McKinsey & Company, Inc., et al | 3:22-cv-06580 | NDCA | 3:22-cv-06580 |
| Phelps County | MO | Audrain County, Missouri et al. v. McKinsey and Company, Inc. | 4:21-cv-01388 | EDMO | 3:21-cv-09834 |
| Pulaski County | MO | Boone County, Missouri et al. v. McKinsey and Company, Inc. | 2:21-cv-04223 | WDMO | 3:21-cv-09936 |
| Randolph County | MO | Audrain County, Missouri et al. v. McKinsey and Company, Inc. | 4:21-cv-01388 | EDMO | 3:21-cv-09834 |
| Reynolds County | MO | Audrain County, Missouri et al. v. McKinsey and Company, Inc. | 4:21-cv-01388 | EDMO | 3:21-cv-09834 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Ripley County | MO | Audrain County, Missouri et al. v. McKinsey and Company, Inc. | 4:21-cv-01388 | EDMO | 3:21-cv-09834 |
| Schuyler County | MO | Audrain County, Missouri et al. v. McKinsey and Company, Inc. | 4:21-cv-01388 | EDMO | 3:21-cv-09834 |
| Scott County | MO | Audrain County, Missouri et al. v. McKinsey and Company, Inc. | 4:21-cv-01388 | EDMO | 3:21-cv-09834 |
| Scott County | MO | Scott County, et al. v. McKinsey & Company, Inc., et al | 3:22-cv-06580 | NDCA | 3:22-cv-06580 |
| Shannon County | MO | Audrain County, Missouri et al. v. McKinsey and Company, Inc. | 4:21-cv-01388 | EDMO | 3:21-cv-09834 |
| Shelby County | MO | Audrain County, Missouri et al. v. McKinsey and Company, Inc. | 4:21-cv-01388 | EDMO | 3:21-cv-09834 |
| Warren County | MO | Audrain County, Missouri et al. v. McKinsey and Company, Inc. | 4:21-cv-01388 | EDMO | 3:21-cv-09834 |
| Webster County | MO | Boone County, Missouri et al. v. McKinsey and Company, Inc. | 2:21-cv-04223 | WDMO | 3:21-cv-09936 |
| Wright County | MO | Boone County, Missouri et al. v. McKinsey and Company, Inc. | 2:21-cv-04223 | WDMO | 3:21-cv-09936 |
| Arcola, Town of | MS | Town of Summit, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-06582 | NDCA | 3:22-cv-06582 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Centreville | MS | Town of Summit, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-06582 | NDCA | 3:22-cv-06582 |
| Clarksdale, City of | MS | City of Clarksdale Mississippi, et al. v. McKinsey & Company, Inc. | 3:23-cv-03316 | NDCA | 3:23-cv-03316 |
| Covington County | MS | Town of Summit, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-06582 | NDCA | 3:22-cv-06582 |
| Holly Springs, City of | MS | City of Clarksdale Mississippi, et al. v. McKinsey & Company, Inc. | 3:23-cv-03316 | NDCA | 3:23-cv-03316 |
| Madison County | MS | Town of Summit, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-06582 | NDCA | 3:22-cv-06582 |
| Mound Bayou, City of | MS | Town of Summit, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-06582 | NDCA | 3:22-cv-06582 |
| Summit, Town of | MS | Town of Summit, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-06582 | NDCA | 3:22-cv-06582 |
| Beaufort County | NC | Beaufort County, et al v McKinsey & Company, Inc. | 4:22-cv-00129 | EDNC | 3:22-cv-07172 |
| Bertie County | NC | Beaufort County, et al v McKinsey & Company, Inc. | 4:22-cv-00129 | EDNC | 3:22-cv-07172 |
| Bladen County | NC | Beaufort County, et al v McKinsey & Company, Inc. | 4:22-cv-00129 | EDNC | 3:22-cv-07172 |
| Brunswick County | NC | Beaufort County, et al v McKinsey & Company, Inc. | 4:22-cv-00129 | EDNC | 3:22-cv-07172 |
| Carteret County, North Carolina | NC | Carteret County, North Carolina v. McKinsey and Company, Inc. | 22-158 | EDNC | 3:23-cv-00268 |

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Columbus County | NC | Beaufort County, et al. v McKinsey & Company, Inc. | 4:22-cv-00129 | EDNC | 3:22-cv-07172 |
| Craven County | NC | Beaufort County, et al. v McKinsey & Company, Inc. | 4:22-cv-00129 | EDNC | 3:22-cv-07172 |
| Cumberland County | NC | Beaufort County, et al. v McKinsey & Company, Inc. | 4:22-cv-00129 | EDNC | 3:22-cv-07172 |
| Currituck County | NC | Beaufort County, et al. v McKinsey & Company, Inc. | 4:22-cv-00129 | EDNC | 3:22-cv-07172 |
| Dare County | NC | Beaufort County, et al. v McKinsey & Company, Inc. | 4:22-cv-00129 | EDNC | 3:22-cv-07172 |
| Duplin County | NC | Beaufort County, et al. v McKinsey & Company, Inc. | 4:22-cv-00129 | EDNC | 3:22-cv-07172 |
| Fayetteville, City of | NC | Beaufort County, et al. v McKinsey & Company, Inc. | 4:22-cv-00129 | EDNC | 3:22-cv-07172 |
| Franklin County | NC | Beaufort County, et al. v McKinsey & Company, Inc. | 4:22-cv-00129 | EDNC | 3:22-cv-07172 |
| Granville County | NC | Beaufort County, et al. v McKinsey & Company, Inc. | 4:22-cv-00129 | EDNC | 3:22-cv-07172 |
| Henderson, City of | NC | Beaufort County, et al. v McKinsey & Company, Inc. | 4:22-cv-00129 | EDNC | 3:22-cv-07172 |
| Jacksonville, City of | NC | Beaufort County, et al. v McKinsey & Company, Inc. | 4:22-cv-00129 | EDNC | 3:22-cv-07172 |
| Jones County | NC | Beaufort County, et al. v McKinsey & Company, Inc. | 4:22-cv-00129 | EDNC | 3:22-cv-07172 |
| Lenoir County | NC | Beaufort County, et al. v McKinsey & Company, Inc. | 4:22-cv-00129 | EDNC | 3:22-cv-07172 |
| New Hanover County | NC | Beaufort County, et al. v McKinsey & Company, Inc. | 4:22-cv-00129 | EDNC | 3:22-cv-07172 |
| Onslow County | NC | Beaufort County, et al. v McKinsey & Company, Inc. | 4:22-cv-00129 | EDNC | 3:22-cv-07172 |
| Pamlico County | NC | Beaufort County, et al. v McKinsey & Company, Inc. | 4:22-cv-00129 | EDNC | 3:22-cv-07172 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Sampson County | NC | Beaufort County, et al. v McKinsey & Company, Inc. | 4:22-cv-00129 | EDNC | 3:22-cv-07172 |
| Scotland County | NC | Scotland County v McKinsey and Company, Inc. | 1:22-cv-01021 | MDNC | 3:22-cv-08933 |
| Tyrrell County | NC | Beaufort County, et al. v McKinsey & Company, Inc. | 4:22-cv-00129 | EDNC | 3:22-cv-07172 |
| Washington County | NC | Beaufort County, et al. v McKinsey & Company, Inc. | 4:22-cv-00129 | EDNC | 3:22-cv-07172 |
| Wilmington, City of | NC | Beaufort County, et al. v McKinsey & Company, Inc. | 4:22-cv-00129 | EDNC | 3:22-cv-07172 |
| Bismarck, City of | ND | City of Bismarck, North Dakota, et al. v. McKinsey & Company, Inc. | 3:23-cv-03317 | NDCA | 3:23-cv-03317 |
| Cass County | ND | Cass County v McKinsey & Company, Inc. | 3:22-cv-00190 | DND | 3:22-cv-07525 |
| Dickey County | ND | City of Bismarck, North Dakota, et al. v. McKinsey & Company, Inc. | 3:23-cv-03317 | NDCA | 3:23-cv-03317 |
| Fargo, City of | ND | City of Fargo, North Dakota v. McKinsey & Company, Inc. | 3:22-cv-00146 | DND | 3:22-cv-05665 |
| Foster County | ND | City of Bismarck, North Dakota, et al. v. McKinsey & Company, Inc. | 3:23-cv-03317 | NDCA | 3:23-cv-03317 |
| Grand Forks, City of | ND | City of Grand Forks, North Dakota v. McKinsey and Company, Inc. | 3:22-cv-00207 | DND | 3:23-cv-00036 |
| Lamoure County | ND | City of Bismarck, North Dakota, et al. v. McKinsey & Company, Inc. | 3:23-cv-03317 | NDCA | 3:23-cv-03317 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| McKenzie County | ND | City of Bismarck, North Dakota, et al. v. McKinsey & Company, Inc. | 3:23-cv-03317 | NDCA | 3:23-cv-03317 |
| Mountrail County | ND | City of Bismarck, North Dakota, et al. v. McKinsey & Company, Inc. | 3:23-cv-03317 | NDCA | 3:23-cv-03317 |
| Pierce County | ND | City of Bismarck, North Dakota, et al. v. McKinsey & Company, Inc. | 3:23-cv-03317 | NDCA | 3:23-cv-03317 |
| Richland County | ND | City of Bismarck, North Dakota, et al. v. McKinsey & Company, Inc. | 3:23-cv-03317 | NDCA | 3:23-cv-03317 |
| Sargent County | ND | City of Bismarck, North Dakota, et al. v. McKinsey & Company, Inc. | 3:23-cv-03317 | NDCA | 3:23-cv-03317 |
| Stark County | ND | City of Bismarck, North Dakota, et al. v. McKinsey & Company, Inc. | 3:23-cv-03317 | NDCA | 3:23-cv-03317 |
| Ward County | ND | City of Bismarck, North Dakota, et al. v. McKinsey & Company, Inc. | 3:23-cv-03317 | NDCA | 3:23-cv-03317 |
| Williams County | ND | City of Bismarck, North Dakota, et al. v. McKinsey & Company, Inc. | 3:23-cv-03317 | NDCA | 3:23-cv-03317 |
| Rochester, City of | NH | City of Rochester, New Hampshire v. McKinsey & Company, Inc. | 1:22-cv-00283 | DNH | 3:22-cv-05169 |
| Bayonne | NJ | Bayonne, New Jersey et al. v. McKinsey & Company, Inc., et al. | 1:22-cv-09519 | SDNY | 3:22-cv-07727 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Clifton | NJ | Bayonne, New Jersey et al. v. McKinsey & Company, Inc., et al. | 1:22-cv-09519 | SDNY | 3:22-cv-07727 |
| Clinton | NJ | Bayonne, New Jersey et al. v. McKinsey & Company, Inc., et al. | 1:22-cv-09519 | SDNY | 3:22-cv-07727 |
| Elizabeth | NJ | Bayonne, New Jersey et al. v. McKinsey & Company, Inc., et al. | 1:22-cv-09519 | SDNY | 3:22-cv-07727 |
| Glen Rock | NJ | Ridgefield, New Jersey et al. v. McKinsey & Company, Inc. et al. | 3:22-cv-06573 | NDCA | 3:22-cv-06573 |
| Madison Borough | NJ | Bayonne, New Jersey et al. v. McKinsey & Company, Inc., et al. | 1:22-cv-09519 | SDNY | 3:22-cv-07727 |
| Paramus | NJ | Bayonne, New Jersey et al. v. McKinsey & Company, Inc., et al. | 1:22-cv-09519 | SDNY | 3:22-cv-07727 |
| Parsippany-Troy Hills Township | NJ | Bayonne, New Jersey et al. v. McKinsey & Company, Inc., et al. | 1:22-cv-09519 | SDNY | 3:22-cv-07727 |
| Ridgefield | NJ | Ridgefield, New Jersey  et al. v. McKinsey & Company, Inc. et al. | 3:22-cv-06573 | NDCA | 3:22-cv-06573 |
| Saddle Brook | NJ | Ridgefield, New Jersey et al. v. McKinsey & Company, Inc. et al. | 3:22-cv-06573 | NDCA | 3:22-cv-06573 |
| Alamogordo, City of | NM | Board of County Commissioners of the County of Bernalillo, New Mexico et al. v. McKinsey and Company, Inc. | 1:21-cv-01103 | DNM | 3:21-cv-09838 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Albuquerque, City of | NM | City of Albuquerque, New Mexico, et al. v. McKinsey & Company, Inc. | 3:23-cv-03318 | NDCA | 3:23-cv-03318 |
| Bernalillo County, Board of County Commissioners of the | NM | Board of County Commissioners of the County of Bernalillo, New Mexico et al. v. McKinsey and Company, Inc. | 1:21-cv-01103 | DNM | 3:21-cv-09838 |
| Catron County, Board of County Commissioners of | NM | Board of County Commissioners of the County of Bernalillo, New Mexico et al. v. McKinsey and Company, Inc. | 1:21-cv-01103 | DNM | 3:21-cv-09838 |
| Cibola County, Board of County Commissioners of | NM | Board of County Commissioners of the County of Bernalillo, New Mexico et al. v. McKinsey and Company, Inc. | 1:21-cv-01103 | DNM | 3:21-cv-09838 |
| Curry County, Board of County Commissioners of | NM | Board of County Commissioners of the County of Bernalillo, New Mexico et al. v. McKinsey and Company, Inc. | 1:21-cv-01103 | DNM | 3:21-cv-09838 |
| Doña Ana County, Board of County Commissioners of | NM | Board of County Commissioners of the County of Bernalillo, New Mexico et al. v. McKinsey and Company, Inc. | 1:21-cv-01103 | DNM | 3:21-cv-09838 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Española, City of | NM | Board of County Commissioners of the County of Bernalillo, New Mexico et al. v. McKinsey and Company, Inc. | 1:21-cv-01103 | DNM | 3:21-cv-09838 |
| Grant, County of | NM | The County of Grant v. McKinsey & Company, Inc. | 1:21-cv-01111 | DNM | 3:21-cv-09481 |
| Hidalgo County, Board of County Commissioners of | NM | Board of County Commissioners of the County of Bernalillo, New Mexico et al. v. McKinsey and Company, Inc. | 1:21-cv-01103 | DNM | 3:21-cv-09838 |
| Hobbs, City of | NM | Board of County Commissioners of the County of Bernalillo, New Mexico et al. v. McKinsey and Company, Inc. | 1:21-cv-01103 | DNM | 3:21-cv-09838 |
| Las Cruces, City of | NM | Board of County Commissioners of the County of Bernalillo, New Mexico et al. v. McKinsey and Company, Inc. | 1:21-cv-01103 | DNM | 3:21-cv-09838 |
| Lea County, Board of County Commissioners of | NM | Board of County Commissioners of the County of Bernalillo, New Mexico et al. v. McKinsey and Company, Inc. | 1:21-cv-01103 | DNM | 3:21-cv-09838 |
| Lincoln County, Board of County Commissioners of | NM | Board of County Commissioners of the County of Bernalillo, New Mexico et al. v. McKinsey and Company, Inc. | 1:21-cv-01103 | DNM | 3:21-cv-09838 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| McKinley County, Board of County Commissioners of | NM | Board of County Commissioners of the County of Bernalillo, New Mexico et al. v. McKinsey and Company, Inc. | 1:21-cv-01103 | DNM | 3:21-cv-09838 |
| Mora, County of | NM | The County of Mora County v. McKinsey & Company, Inc. | 1:21-cv-01112 | DNM | 3:21-cv-09637 |
| Otero County, Board of County Commissioners of | NM | Board of County Commissioners of the County of Bernalillo, New Mexico et al. v. McKinsey and Company, Inc. | 1:21-cv-01103 | DNM | 3:21-cv-09838 |
| Rio Arriba, County of | NM | The County of Rio Arriba v. McKinsey & Company, Inc. | 1:21-cv-01113 | DNM | 3:21-cv-09483 |
| Roosevelt, County of | NM | The County of Roosevelt v. McKinsey & Company, Inc. | 1:21-cv-01114 | DNM | 3:21-cv-09484 |
| Sandoval, County of | NM | The County of Sandoval v. McKinsey & Company, Inc. | 1:21-cv-01115 | DNM | 3:21-cv-09485 |
| Santa Fe, City of | NM | City of Albuquerque, New Mexico, et al. v. McKinsey & Company, Inc. | 3:23-cv-03318 | NDCA | 3:23-cv-03318 |
| Sierra County, Board of County Commissioners of | NM | Board of County Commissioners of the County of Bernalillo, New Mexico et al. v. McKinsey and Company, Inc. | 1:21-cv-01103 | DNM | 3:21-cv-09838 |
| Socorro County, Board of County Commissioners of | NM | Board of County Commissioners of the County of Bernalillo, New Mexico et al. v. McKinsey and Company, Inc. | 1:21-cv-01103 | DNM | 3:21-cv-09838 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Taos County, Board of County Commissioners of | NM | Board of County Commissioners of the County of Bernalillo, New Mexico et al. v. McKinsey and Company, Inc. | 1:21-cv-01103 | DNM | 3:21-cv-09838 |
| Valencia County, Board of County Commissioners of | NM | Board of County Commissioners of the County of Bernalillo, New Mexico et al. v. McKinsey and Company, Inc. | 1:21-cv-01103 | DNM | 3:21-cv-09838 |
| Albany, County of | NY | County of Albany, New York v. McKinsey & Company, Inc. | 1:21-cv-00630 | NDNY | 3:21-cv-05184 |
| Allegany, County of | NY | County of Westchester et. al. v. McKinsey & Company, Inc. | 2:21-cv-03286 | EDNY | 3:21-cv-05467 |
| Amherst, Town of | NY | County of Westchester et. al. v. McKinsey & Company, Inc. | 2:21-cv-03286 | EDNY | 3:21-cv-05467 |
| Amityville, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Amsterdam, City of | NY | County of Westchester et. al. v. McKinsey & Company, Inc. | 2:21-cv-03286 | EDNY | 3:21-cv-05467 |
| Auburn, Town of | NY | County of Genesee et al. v. McKinsey & Company, Inc. | 2:21-cv-01039 | EDNY | 3:21-cv-04386 |
| Babylon, Town of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Babylon, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Bellport, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Branch, Village of the | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Brookhaven, Town of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Broome, County of | NY | City of New York et al. v. McKinsey & Company, Inc. et al | 2:21-cv-03283 | EDNY | 3:21-cv-05183 |
| Buffalo, City of | NY | County of Genesee et al. v. McKinsey & Company, Inc. | 2:21-cv-01039 | EDNY | 3:21-cv-04386 |
| Cattaraugus, County of | NY | County of Westchester et. al. v. McKinsey & Company, Inc. | 2:21-cv-03286 | EDNY | 3:21-cv-05467 |
| Cayuga, County of | NY | County of Westchester et. al. v. McKinsey & Company, Inc. | 2:21-cv-03286 | EDNY | 3:21-cv-05467 |
| Chautauqua, County of | NY | County of Genesee et al. v. McKinsey & Company, Inc. | 2:21-cv-01039 | EDNY | 3:21-cv-04386 |
| Cheektowaga, County of | NY | County of Westchester et. al. v. McKinsey & Company, Inc. | 2:21-cv-03286 | EDNY | 3:21-cv-05467 |
| Chemung, County of | NY | County of Genesee et al. v. McKinsey & Company, Inc. | 2:21-cv-01039 | EDNY | 3:21-cv-04386 |
| Chenango, County of | NY | County of Genesee et al. v. McKinsey & Company, Inc. | 2:21-cv-01039 | EDNY | 3:21-cv-04386 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Ogdensburg, City of | NY | County of Westchester et. al. v. McKinsey & Company, Inc. | 2:21-cv-03286 | EDNY | 3:21-cv-05467 |
| Clarkstown, Town of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Clinton, County of | NY | County of Genesee et al. v. McKinsey & Company, Inc. | 2:21-cv-01039 | EDNY | 3:21-cv-04386 |
| Columbia, County of | NY | City of New York et al. v. McKinsey & Company, Inc. et al | 2:21-cv-03283 | EDNY | 3:21-cv-05183 |
| Cortlandt, County of | NY | County of Genesee et al. v. McKinsey & Company, Inc. | 2:21-cv-01039 | EDNY | 3:21-cv-04386 |
| Dutchess, County of | NY | City of New York et al. v. McKinsey & Company, Inc. et al | 2:21-cv-03283 | EDNY | 3:21-cv-05183 |
| East Hampton, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| East Rockaway, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Erie, County of | NY | City of New York et al. v. McKinsey & Company, Inc. et al | 2:21-cv-03283 | EDNY | 3:21-cv-05183 |
| Essex, County of | NY | County of Westchester et. al. v. McKinsey & Company, Inc. | 2:21-cv-03286 | EDNY | 3:21-cv-05467 |
| Farmingdale, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Floral Park, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Franklin, County of | NY | County of Westchester et. al. v. McKinsey & Company, Inc. | 2:21-cv-03286 | EDNY | 3:21-cv-05467 |
| Fulton, County of | NY | City of New York et al. v. McKinsey & Company, Inc. et al | 2:21-cv-03283 | EDNY | 3:21-cv-05183 |
| Garden City, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Genesee, County of | NY | County of Genesee et al. v. McKinsey & Company, Inc. | 2:21-cv-01039 | EDNY | 3:21-cv-04386 |
| Great Neck, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Greene, County of | NY | City of New York et al. v. McKinsey & Company, Inc. et al | 2:21-cv-03283 | EDNY | 3:21-cv-05183 |
| Greenport, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Hamilton, County of | NY | County of Genesee et al. v. McKinsey & Company, Inc. | 2:21-cv-01039 | EDNY | 3:21-cv-04386 |
| Haverstraw, Town of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Hempstead, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Herkimer, County of | NY | City of New York et al. v. McKinsey & Company, Inc. et al | 2:21-cv-03283 | EDNY | 3:21-cv-05183 |
| Huntington, Town of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Island Park, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Islandia, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Ithaca, City of | NY | County of Genesee et al. v. McKinsey & Company, Inc. | 2:21-cv-01039 | EDNY | 3:21-cv-04386 |
| Kingston, City of | NY | County of Genesee et al. v. McKinsey & Company, Inc. | 2:21-cv-01039 | EDNY | 3:21-cv-04386 |
| Lake Grove, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Lancaster, City of | NY | County of Westchester et. al. v. McKinsey & Company, Inc. | 2:21-cv-03286 | EDNY | 3:21-cv-05467 |
| Lawrence, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Lewis, County of | NY | City of New York et al. v. McKinsey & Company, Inc. et al | 2:21-cv-03283 | EDNY | 3:21-cv-05183 |
| Lindenhurst, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Livingston, County of | NY | County of Genesee et al. v. McKinsey & Company, Inc. | 2:21-cv-01039 | EDNY | 3:21-cv-04386 |
| Lloyd Harbor, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Long Beach, City of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Lynbrook, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Madison, County of | NY | County of Genesee et al. v. McKinsey & Company, Inc. | 2:21-cv-01039 | EDNY | 3:21-cv-04386 |
| Massapequa Park, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Mill Neck, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Millerton, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Monroe, County of | NY | City of New York et al. v. McKinsey & Company, Inc. et al | 2:21-cv-03283 | EDNY | 3:21-cv-05183 |
| Montgomery, County of | NY | City of New York et al. v. McKinsey & Company, Inc. et al | 2:21-cv-03283 | EDNY | 3:21-cv-05183 |
| Mount Vernon, City of | NY | County of Genesee et al. v. McKinsey & Company, Inc. | 2:21-cv-01039 | EDNY | 3:21-cv-04386 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Nassau, County of | NY | County of Westchester et. al. v. McKinsey & Company, Inc. | 2:21-cv-03286 | EDNY | 3:21-cv-05467 |
| New Hyde Park, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| New York, City of | NY | City of New York et al. v. McKinsey & Company, Inc. et al | 2:21-cv-03283 | EDNY | 3:21-cv-05183 |
| Niagara, County of | NY | County of Genesee et al. v. McKinsey & Company, Inc. | 2:21-cv-01039 | EDNY | 3:21-cv-04386 |
| Nissequoge, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| North Hempstead, Town of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Northport, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Ontario, County of | NY | City of New York et al. v. McKinsey & Company, Inc. et al | 2:21-cv-03283 | EDNY | 3:21-cv-05183 |
| Orange, County of | NY | City of New York et al. v. McKinsey & Company, Inc. et al | 2:21-cv-03283 | EDNY | 3:21-cv-05183 |
| Orangetown, Town of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Orleans, County of | NY | County of Genesee et al. v. McKinsey & Company, Inc. | 2:21-cv-01039 | EDNY | 3:21-cv-04386 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Oswego, County of | NY | City of New York et al. v. McKinsey & Company, Inc. et al | 2:21-cv-03283 | EDNY | 3:21-cv-05183 |
| Otsego, County of | NY | County of Westchester et. al. v. McKinsey & Company, Inc. | 2:21-cv-03286 | EDNY | 3:21-cv-05467 |
| Oyster Bay, Town of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Patchogue, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Poquott, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Poughkeepsie, City of | NY | County of Genesee et al. v. McKinsey & Company, Inc. | 2:21-cv-01039 | EDNY | 3:21-cv-04386 |
| Poughkeepsie, Town of | NY | County of Genesee et al. v. McKinsey & Company, Inc. | 2:21-cv-01039 | EDNY | 3:21-cv-04386 |
| Putnam, County of | NY | County of Westchester et. al. v. McKinsey & Company, Inc. | 2:21-cv-03286 | EDNY | 3:21-cv-05467 |
| Ramapo, Town of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Rensselaer, County of | NY | County of Genesee et al. v. McKinsey & Company, Inc. | 2:21-cv-01039 | EDNY | 3:21-cv-04386 |
| Riverhead, Town of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Rochester, City of | NY | County of Westchester et. al. v. McKinsey & Company, Inc. | 2:21-cv-03286 | EDNY | 3:21-cv-05467 |
| Saltaire, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Saratoga Springs, City of | NY | County of Genesee et al. v. McKinsey & Company, Inc. | 2:21-cv-01039 | EDNY | 3:21-cv-04386 |
| Saratoga, County of | NY | County of Westchester et. al. v. McKinsey & Company, Inc. | 2:21-cv-03286 | EDNY | 3:21-cv-05467 |
| Schenectady, County of | NY | City of New York et al. v. McKinsey & Company, Inc. et al | 2:21-cv-03283 | EDNY | 3:21-cv-05183 |
| Schoharie, County of | NY | County of Westchester et. al. v. McKinsey & Company, Inc. | 2:21-cv-03286 | EDNY | 3:21-cv-05467 |
| Schuyler, County of | NY | County of Westchester et. al. v. McKinsey & Company, Inc. | 2:21-cv-03286 | EDNY | 3:21-cv-05467 |
| Seneca, County of | NY | City of New York et al. v. McKinsey & Company, Inc. et al | 2:21-cv-03283 | EDNY | 3:21-cv-05183 |
| Smithtown, Town of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Southhampton, Town of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Southold, Town of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| St. Lawrence, County of | NY | City of New York et al. v. McKinsey & Company, Inc. et al | 2:21-cv-03283 | EDNY | 3:21-cv-05183 |
| Steuben, County of | NY | County of Genesee et al. v. McKinsey & Company, Inc. | 2:21-cv-01039 | EDNY | 3:21-cv-04386 |
| Stewart Manor, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Stony Point, Town of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Suffern, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Suffolk, County of | NY | City of New York et al. v. McKinsey & Company, Inc. et al | 2:21-cv-03283 | EDNY | 3:21-cv-05183 |
| Sullivan, County of | NY | City of New York et al. v. McKinsey & Company, Inc. et al | 2:21-cv-03283 | EDNY | 3:21-cv-05183 |
| Tioga, County of | NY | County of Westchester et. al. v. McKinsey & Company, Inc. | 2:21-cv-03286 | EDNY | 3:21-cv-05467 |
| Tompkins, County of | NY | County of Westchester et. al. v. McKinsey & Company, Inc. | 2:21-cv-03286 | EDNY | 3:21-cv-05467 |
| Tonawanda, City of | NY | County of Westchester et. al. v. McKinsey & Company, Inc. | 2:21-cv-03286 | EDNY | 3:21-cv-05467 |
| Islip, Town of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Ulster, County of | NY | City of New York et al. v. McKinsey & Company, Inc. et al | 2:21-cv-03283 | EDNY | 3:21-cv-05183 |
| Valley Stream, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Wappinger Falls, Town of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Warren, County of | NY | County of Westchester et. al. v. McKinsey & Company, Inc. | 2:21-cv-03286 | EDNY | 3:21-cv-05467 |
| Washington, County of | NY | City of New York et al. v. McKinsey & Company, Inc. et al | 2:21-cv-03283 | EDNY | 3:21-cv-05183 |
| West Hampton Dunes, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| West Haverstraw, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Westbury, Village of | NY | Village of Amityville, New York et al. v. McKinsey & Company, Inc. et al. | 2:22-cv-06773 | EDNY | 3:22-cv-07521 |
| Westchester, County of | NY | County of Westchester et. al. v. McKinsey & Company, Inc. | 2:21-cv-03286 | EDNY | 3:21-cv-05467 |
| Wyoming, County of | NY | City of New York et al. v. McKinsey & Company, Inc. et al | 2:21-cv-03283 | EDNY | 3:21-cv-05183 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Yates, County of | NY | County of Westchester et. al. v. McKinsey & Company, Inc. | 2:21-cv-03286 | EDNY | 3:21-cv-05467 |
| Adams County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Akron, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Alliance, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Ashland County Board of County Commissioners | OH | Ashland County Board of County Commissioners et al. v. McKinsey and  Company, Inc. | 1:21-cv-02086 | NDOH | 3:21-cv-09219 |
| Ashland, City of | OH | Ashland County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 1:21-cv-02086 | NDOH | 3:21-cv-09219 |
| Ashtabula County | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Athens County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Auglaize County Board of County Commissioners | OH | Ashland County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 1:21-cv-02086 | NDOH | 3:21-cv-09219 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Aurora, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Barberton, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Belmont County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Boston Heights, Village of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Boston Township | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Broadview Heights, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Brown County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Canton, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Carroll County Board of County Commissioners | OH | Ashland County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 1:21-cv-02086 | NDOH | 3:21-cv-09219 |

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Champaign County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and  Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Cincinnati, City of | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| City of Findlay | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Clermont County Board Of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Cleveland, City of | OH | Ashland County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 1:21-cv-02086 | NDOH | 3:21-cv-09219 |
| Clinton, Village of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Columbiana County Board of County Commissioners | OH | Ashland County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 1:21-cv-02086 | NDOH | 3:21-cv-09219 |
| Copley Township | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Coshocton County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Coventry Township | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Crawford County Board of County Commissioners | OH | Ashland County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 1:21-cv-02086 | NDOH | 3:21-cv-09219 |
| Cuyahoga County | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Cuyahoga Falls, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Darke County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Dayton, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Delaware County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Erie County Board of County Commissioners | OH | Ashland County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 1:21-cv-02086 | NDOH | 3:21-cv-09219 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Euclid, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Fairfield County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Fairfield, City of | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Fairlawn, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Fayette County | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Franklin County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Gallia County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Garfield Heights, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Geauga County Board of County Commissioners | OH | Ashland County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 1:21-cv-02086 | NDOH | 3:21-cv-09219 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Green, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Guernsey County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Hamilton County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Hamilton, City of | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Harrison County | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Hocking County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Huron County Board of County Commissioners | OH | Ashland County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 1:21-cv-02086 | NDOH | 3:21-cv-09219 |
| Ironton, City of | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Jackson County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Jefferson County | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Kent, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Knox County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Lake County | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Lakemore, Village of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Lawrence County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Lebanon, City of | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Licking County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Logan County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Lorain County | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Lorain, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Marion County Board of County Commissioners | OH | Ashland County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 1:21-cv-02086 | NDOH | 3:21-cv-09219 |
| Medina County | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Mercer County Board of County Commissioners | OH | Ashland County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 1:21-cv-02086 | NDOH | 3:21-cv-09219 |
| Middletown, City of | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Mogadore, Village of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Monroe County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Montgomery County | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Morrow County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Munroe Falls, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Muskingum County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| New Franklin, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| North Olmsted, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| North Ridgeville, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Norton, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Olmsted Falls, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Ottawa County Board of County Commissioners | OH | Ashland County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 1:21-cv-02086 | NDOH | 3:21-cv-09219 |
| Painsville Township | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Parma Height, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Parma, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Peninsula, Village of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Perry County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Pike County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Portage County | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Portsmouth, City of | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Ravenna, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Richfield, Village of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Ross County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Sandusky County | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Scioto County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Seneca County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Seven Hills, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Shelby County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Silver Lake, Village of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Springfield Township | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Stark County | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Stow, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Strongsville, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Summit County | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Tallmadge, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Toledo, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Trumbull County | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Vinton County Board of County Commissioners | OH | Adams County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 2:21-cv-05217 | SDOH | 3:21-cv-09107 |
| Warren, City of | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Warrensville Heights | OH | Montgomery County, Ohio et al. v. McKinsey & Company, Inc. | 1:21-op-45037 | NDOH | 3:21-cv-04487 |
| Wayne County Board of County Commissioners | OH | Ashland County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 1:21-cv-02086 | NDOH | 3:21-cv-09219 |
| Williams County Board of County Commissioners | OH | Ashland County Board of County Commissioners et al. v. McKinsey and  Company, Inc. | 1:21-cv-02086 | NDOH | 3:21-cv-09219 |
| Wyandot County Board of County Commissioners | OH | Ashland County Board of County Commissioners et al. v. McKinsey and Company, Inc. | 1:21-cv-02086 | NDOH | 3:21-cv-09219 |
| Delaware County, Board of County Commissioners of | OK | County Board of Tulsa, et al. v McKinsey & Company, Inc., et al. | 3:22-cv-06354 | NDCA | 3:22-cv-06354 |
| Garvin County, Board of County Commissioners of | OK | County Board of Tulsa, et al. v McKinsey & Company, Inc., et al. | 3:22-cv-06354 | NDCA | 3:22-cv-06354 |
| Hughes County, Board of County Commissioners of | OK | County Board of Tulsa, et al. v McKinsey & Company, Inc., et al. | 3:22-cv-06354 | NDCA | 3:22-cv-06354 |
| Kay County, Board of County Commissioners of | OK | Board of County Commissioners of Kay County et al. v. McKinsey & Company Inc. | 5:21-cv-00176 | WDOK | 3:21-cv-04382 |
| McClain County, Board of County Commissioners of | OK | County Board of Tulsa, et al. v McKinsey & Company, Inc., et al. | 3:22-cv-06354 | NDCA | 3:22-cv-06354 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Okfuskee County, Board of County Commissioners of | OK | County Board of Tulsa, et al. v McKinsey & Company, Inc., et al. | 3:22-cv-06354 | NDCA | 3:22-cv-06354 |
| Osage County, Board of County Commissioners of | OK | County Board of Tulsa, et al. v McKinsey & Company, Inc., et al. | 3:22-cv-06354 | NDCA | 3:22-cv-06354 |
| Ottawa County, Board of County Commissioners of | OK | County Board of Tulsa, et al. v McKinsey & Company, Inc., et al. | 3:22-cv-06354 | NDCA | 3:22-cv-06354 |
| Pawnee County, Board of County Commissioners of | OK | County Board of Tulsa, et al. v McKinsey & Company, Inc., et al. | 3:22-cv-06354 | NDCA | 3:22-cv-06354 |
| Seminole County, Board of County Commissioners of | OK | County Board of Tulsa, et al. v McKinsey & Company, Inc., et al. | 3:22-cv-06354 | NDCA | 3:22-cv-06354 |
| Shawnee, City of | OK | Shawnee City of et al. v. McKinsey & Company Inc. | 5:21-cv-00174 | WDOK | 3:21-cv-04388 |
| Tulsa County, Board of County Commissioners of | OK | County Board of Tulsa, et al. v McKinsey & Company, Inc., et al. | 3:22-cv-06354 | NDCA | 3:22-cv-06354 |
| Lincoln County, Board of County Commissioners of | OK | County Board of Tulsa, et al. v McKinsey & Company, Inc., et al. | 3:22-cv-06354 | NDCA | 3:22-cv-06354 |
| Coos County | OR | Coos County | | NDCA | 3:22-cv-06433 |
| Portland, City of | OR | City of Portland v. McKinsey & Company, Inc. | 3:22-cv-01648 | DOR | 3:22-cv-07045 |
| Bedford County | PA | Bedford County v. McKinsey & Company, Inc. | 3:21-cv-00101 | WDPA | 3:21-cv-05182 |
| Borough of Exeter, Borough of | PA | City of Nanticoke, Pennsylvania et al. v. McKinsey and Company, Inc. | 3:21-cv-01958 | MDPA | 3:21-cv-09835 |

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Columbia County | PA | City of Nanticoke, Pennsylvania et al. v. McKinsey and Company, Inc. | 3:21-cv-01958 | MDPA | 3:21-cv-09835 |
| Edwardsville, Borough of | PA | City of Nanticoke, Pennsylvania et al. v. McKinsey and Company, Inc. | 3:21-cv-01958 | MDPA | 3:21-cv-09835 |
| Fairview Township | PA | City of Nanticoke, Pennsylvania et al. v. McKinsey and Company, Inc. | 3:21-cv-01958 | MDPA | 3:21-cv-09835 |
| Forty Fort Township | PA | City of Nanticoke, Pennsylvania et al. v. McKinsey and Company, Inc. | 3:21-cv-01958 | MDPA | 3:21-cv-09835 |
| Kingston, Town of | PA | City of Nanticoke, Pennsylvania et al. v. McKinsey and Company, Inc. | 3:21-cv-01958 | MDPA | 3:21-cv-09835 |
| Luzerne County | PA | City of Nanticoke, Pennsylvania et al. v. McKinsey and Company, Inc. | 3:21-cv-01958 | MDPA | 3:21-cv-09835 |
| Nanticoke, City of | PA | City of Nanticoke, Pennsylvania et al. v. McKinsey & Company, Inc. | 3:21-cv-01958 | MDPA | 3:21-cv-09835 |
| Plains Township | PA | City of Nanticoke, Pennsylvania et al. v. McKinsey and Company, Inc. | 3:21-cv-01958 | MDPA | 3:21-cv-09835 |
| Sugar Notch Borough | PA | City of Nanticoke, Pennsylvania et al. v. McKinsey and Company, Inc. | 3:21-cv-01958 | MDPA | 3:21-cv-09835 |
| Wilkesbarre, City of | PA | City of Nanticoke, Pennsylvania et al. v. McKinsey and Company, Inc. | 3:21-cv-01958 | MDPA | 3:21-cv-09835 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Wyoming County | PA | City of Nanticoke, Pennsylvania et al. v. McKinsey and Company, Inc. | 3:21-cv-01958 | MDPA | 3:21-cv-09835 |
| York, County of | PA | County of York v McKinsey & Company, Inc. et al. | 3:22-cv-04892 | NDCA | 3:22-cv-06280 |
| Arlington, Town of | TN | Shelby County, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-06565 | NDCA | 3:22-cv-06565 |
| Millington, City of | TN | Shelby County, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-06565 | NDCA | 3:22-cv-06565 |
| Shelby County | TN | Shelby County, et al. v. McKinsey & Company, Inc., et al. | 3:22-cv-06565 | NDCA | 3:22-cv-06565 |
| Eagle Pass, City of | TX | County of Maverick, et al. v. McKinsey & Company, Inc. | 3:22-cv-06581 | NDCA | 3:22-cv-06581 |
| Laredo, City of | TX | County of Maverick, et al. v. McKinsey & Company, Inc. | 3:22-cv-06581 | NDCA | 3:22-cv-06581 |
| Maverick County | TX | County of Maverick, et al. v. McKinsey & Company, Inc. | 3:22-cv-06581 | NDCA | 3:22-cv-06581 |
| San Antonio, City of | TX | City of San Antonio, Texas v. McKinsey and Company, Inc. | 5:21-cv-01073 | WDTX | 3:21-cv-09101 |
| Zavala County | TX | County of Maverick, et al. v. McKinsey & Company, Inc. | 3:22-cv-06581 | NDCA | 3:22-cv-06581 |
| Beaver County | UT | Washington County et al. v. McKinsey & Company et al | 210500960 (state); 4:22-cv-00016 | 5th Dist Ct Washington Co; removed to DUT | 3:22-cv-02147 |
| Cache County | UT | Cache County et al. v. McKinsey & Company et al | 210100355 (state); 1:22-cv-00044 | 1st Dist Ct Cache Co; removed to DUT | 3:22-cv-02144 |
| Daggett County | UT | Daggett County UT et al. v. McKinsey & Company et al | 220800018 (state); 2:22-cv-00175 | 8th Dist Ct Uintah Co; removed to DUT | 3:22-cv-02142 |

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Duchesne County | UT | Daggett County et al. v. McKinsey & Company et al | 220800018 (state); 2:22-cv-00175 | 8th Dist Ct Uintah Co; removed to DUT | 3:22-cv-02142 |
| Emery County | UT | Emery County v. McKinsey & Company et al | 210700038 (state); 4:22-cv-00017 | 7th Dist Ct Emery Co; removed to DUT | 3:22-cv-02149 |
| Garfield County | UT | Sevier County et al. v. McKinsey & Company et al | 210600101 (state); 4:22--00015 | 6th Dist Ct Sevier Co; removed to DUT | 3:22-cv-02143 |
| Juab County | UT | Wasatch County  v. McKinsey & Company et al | 210500111 (state); 2:22-cv-00174 | 4th Dist Ct Wasatch Co; removed to DUT | 3:22-cv-02146 |
| Kane County | UT | Sevier County et al. v. McKinsey & Company et al | 210600101 (state); 4:22-cv-00015 | 6th Dist Ct Sevier Co; removed to DUT | 3:22-cv-02143 |
| Piute County | UT | Sevier County et al. v. McKinsey & Company et al | 210600101 (state); 4:22-cv-00015 | 6th Dist Ct Sevier Co; removed to DUT | 3:22-cv-02143 |
| Rich County | UT | Cache County et al. v. McKinsey & Company et al | 210100355 (state); 1:22-cv-00044 | 1st Dist Ct Cache Co; removed to DUT | 3:22-cv-02144 |
| Salt Lake County | UT | Salt Lake County, Utah v. McKinsey and Company, Inc. | 2:22-cv-00754 | DUT | 3:23-cv-00037 |
| Sevier County | UT | Sevier County et al. v. McKinsey & Company et al | 210600101 (state); 4:22-cv-00015 | 6th Dist Ct Sevier Co; removed to DUT | 3:22-cv-02143 |
| Summit County | UT | Summit County et al. v. McKinsey & Company et al | 210500417 (state); 2:22-cv-00173 | 3rd Dist Ct Summit Co; removed to DUT | 3:22-cv-02145 |
| Tooele County | UT | Summit County et al. v. McKinsey & Company et al | 210500417 (state); 2:22-cv-00173 | 3rd Dist Ct Summit Co; removed to DUT | 3:22-cv-02145 |
| Uintah County | UT | Daggett County et al. v. McKinsey & Company et al | 220800018 (state); 2:22-cv-00175 | 8th Dist Ct Uintah Co; removed to DUT | 3:22-cv-02142 |
| Tricounty Health Department | UT | Daggett County et al. v. McKinsey & Company et al | 220800018 (state); 2:22-cv-00175 | 8th Dist Ct Uintah Co; removed to DUT | 3:22-cv-02142 |
| Wasatch County | UT | Wasatch County v. McKinsey & Company et al | 210500111 (state); 2:22-cv-00174 | 4th Dist Ct Wasatch Co; removed to DUT | 3:22-cv-02146 |
| Washington County | UT | Washington County et al. v. McKinsey & Company et al | 210500960 (state); 4:22-cv-00016 | 5th Dist Ct Washington Co; removed to DUT | 3:22-cv-02147 |

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Wayne County | UT | Sevier County et al. v. McKinsey & Company et al | 210600101 (state); 4:22-cv-00015 | 6th Dist Ct Sevier Co; removed to DUT | 3:22-cv-02143 |
| Weber County | UT | Weber County v. McKinsey & Company et al | 210905995 (state);1:22-cv-00045 | 2nd Dist Ct Weber Co; removed to DUT | 3:22-cv-02148 |
| Accomack County | VA | County Board of Arlington County, Virginia et al. v. McKinsey  & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Alexandria, City of | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Alleghany County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Amherst County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Arlington County, County Board of | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Botetourt County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Bristol, City of | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Buena Vista, City of | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Charlotte County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Chesapeake, City of | VA | City of Chesapeake, Virginia v. McKinsey & Company, Inc. | 3:22-cv-03290<br><br>NB case no 1:21-cv-45073 was originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03290 |
| Chesterfield County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Covington, City of | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Culpeper County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Cumberland County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Dickenson County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Dinwiddie County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Emporia, City of | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Fairfax County Board of Supervisors | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Fairfax, City of | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Fauquier County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289  NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Floyd County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289  NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Franklin County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289  NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Frederick County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289  NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Fredericksburg, City of | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Galax, City of | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Giles County | VA | County Board of Arlington County, Virginia et al. v. McKinsey& Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Goochland County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Greensville County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Halifax County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Henrico County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Henry County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Isle of Wight County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| King and Queen County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Lee County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Lexington, City of | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Loudoun County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Louisa County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Madison County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Martinsville, City of | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Mecklenburg County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Montgomery County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Norfolk, City of | VA | City of Norfolk VA v. McKinsey and Company, Inc. | 2:21-cv-00654 | EDVA | 3:22-cv-00449 |
| Northampton County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Northumberland County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Norton, City of | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Page County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Patrick County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Pittsylvania County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Prince George County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Prince William County Board of Supervisors | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Radford, City of | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Richmond, City of | VA | City of Richmond, VA v. McKinsey and Company, Inc. | 3:21-cv-00775 | EDVA | 3:22-cv-00452 |
| Roanoke County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Roanoke, City of | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Rockbridge County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Salem, City of | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Shenandoah County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Stafford County | VA | County Board of Arlington County, Virginia et al. v. McKinsey& Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Virginia Beach, Sheriff of the City of | VA | Virginia Beach, Virginia et al. v. McKinsey and Company, Inc. | 2:21-cv-00618 | EDVA | 3:21-cv-09921 |
| Virginia Beach | VA | Virginia Beach, Virginia et al. v. McKinsey and Company, Inc. | 2:21-cv-00618 | EDVA | 3:21-cv-09921 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Washington County | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Waynesboro, City of | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Winchester, City of | VA | County Board of Arlington County, Virginia et al. v. McKinsey & Company, Inc. | 3:22-cv-03289<br><br>NB case no 1:21-cv-45072 case originally filed in NDOH, notice of voluntary dismissal w/o prej was filed 6/3/2022 & case refiled on 6/7/2022 | NDCA | 3:22-cv-03289 |
| Island County | WA | Island County v. McKinsey & Company Inc., United States et al | 2:21-cv-01383 | WDWA | 3:21-cv-08630 |
| Kent, City of | WA | City of Kent v. McKinsey & Company Inc., United States et al | 2:21-cv-01375 | WDWA | 3:21-cv-08629 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| King County | WA | King County v. McKinsey & Company, Inc., United States et al. | 2:21-cv-002211 | WDWA | 3:21-cv-04512 |
| Kitsap County | WA | Kitsap County v. McKinsey & Company Inc., United States et al | 3:21-cv-05853 | WDWA | 3:21-cv-09837 |
| Lewis County | WA | Lewis County v. McKinsey & Company Inc. | 2:21-cv-01224 | WDWA | 3:21-cv-07648 |
| Seattle, City of | WA | City of Seattle v. McKinsey & Company Inc.;  et al. | 2:22-cv-1544 | WDWA | 3:22-cv-07535 |
| Skagit County | WA | Skagit County v. McKinsey & Company, Inc., United States et al. | 2:21-cv-00226 | WDWA | 3:21-cv-04513 |
| Dane County | WI | Dane County, Wisconsin v. McKinsey and Company, Inc. | 3:21-cv-00770 | WDWI | 3:22-cv-00451 |
| Kenosha, City of | WI | City of Kenosha Wisconsin et al. v. McKinsey and Company Inc. | 2:21-cv-01380 | EDWI | 3:21-cv-09922 |
| Milwaukee County | WI | City of Kenosha Wisconsin et al. v. McKinsey and Company Inc. | 2:21-cv-01380 | EDWI | 3:21-cv-09922 |
| Milwaukee, City of | WI | City of Milwaukee v. McKinsey & Company,  Inc., et al. | 3:22-cv-06590 | NDCA | 3:22-cv-06590 |
| Oneida Nation | WI | City of Kenosha Wisconsin et al. v. McKinsey and Company Inc. | 2:21-cv-01380 | EDWI | 3:21-cv-09922 |
| Pleasant Prairie, Village of | WI | City of Kenosha Wisconsin et al. v. McKinsey and Company Inc. | 2:21-cv-01380 | EDWI | 3:21-cv-09922 |

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Walworth County | WI | City of Kenosha Wisconsin et al. v. McKinsey and Company Inc. | 2:21-cv-01380 | EDWI | 3:21-cv-09922 |
| Waukesha County | WI | City of Kenosha Wisconsin et al. v. McKinsey and Company Inc. | 2:21-cv-01380 | EDWI | 3:21-cv-09922 |
| Boone County Commission | WV | Boone County Commission et al. v. McKinsey and Company, Inc. | 2:21-cv-00613 | SDWV | 3:22-cv-00450 |
| Cabell County Commission | WV | Boone County Commission et al. v. McKinsey and Company, Inc. | 2:21-cv-00613 | SDWV | 3:22-cv-00450 |
| Fayette County Commission | WV | Boone County Commission et al. v. McKinsey and Company, Inc. | 2:21-cv-00613 | SDWV | 3:22-cv-00450 |
| Greenbrier County Commission; | WV | Boone County Commission et al. v. McKinsey and Company, Inc. | 2:21-cv-00613 | SDWV | 3:22-cv-00450 |
| Kanawha County Commission | WV | Boone County Commission et al. v. McKinsey and Company, Inc. | 2:21-cv-00613 | SDWV | 3:22-cv-00450 |
| Kermit, Town of | WV | The County Commission of Mingo County et al. v. McKinsey & Company, Inc. | 2:21-cv-00079 | SDWV | 3:21-cv-04385 |
| Logan County Commission | WV | Boone County Commission et al. v. McKinsey and Company, Inc. | 2:21-cv-00613 | SDWV | 3:22-cv-00450 |
| Mingo County, The County Commission of | WV | The County Commission of Mingo County et al. v. McKinsey & Company, Inc. | 2:21-cv-00079 | SDWV | 3:21-cv-04385 |

-100-

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Vienna, City of | WV | Boone County Commission et al. v. McKinsey and Company, Inc. | 2:21-cv-00613 | SDWV | 3:22-cv-00450 |
| Wayne County Commission | WV | Boone County Commission et al. v. McKinsey and Company, Inc. | 2:21-cv-00613 | SDWV | 3:22-cv-00450 |
| Central Falls, City of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| Cranston, City of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| East Providence, City of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| Newport, City of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| Pawtucket, City of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| Warwick, City of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| Woonsocket, City of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| Barrington, City of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| Bristol, Town of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| Burrillville, Town of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| Charlestown, Town of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| Coventry, Town of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| Cumberland, Town of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| East Greenwich, Town of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| Foster, Town of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| Glocester, Town of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| Hopkinton Town of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| Jamestown, Town of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| Johnston, Town of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| Middletown, Town of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| Narragansett, Town of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| North Kingstown, Town of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| North Providence, Town of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| Portsmouth, Town of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| Richmond, Town of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| Scituate, Town of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| Smithfield, Town of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |
| South Kingstown, Town of | RI | City of Central Falls, Rhode Island, et al. v. McKinsey | 1:22-cv-355 | RIDC | 3:22-cv-06073 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Bellmore Fire District | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |
| Brookhaven Ambulance | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |
| Centereach Fire District | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |
| Centerport Fire District | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |
| Centerport Fire District | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |
| Friendship Engine & Hose Company | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Hauppauge Fire District | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |
| Hicksville Water District | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |
| Islip Terrace Fire District | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |
| Levittown Fire District | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |
| Medford Volunteer Ambulance | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |
| Melville Fire District | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Merrick Library | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |
| Miller Place Fire District | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |
| Mount Sinai Fire District | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |
| Nesconset Fire District | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |
| North Merrick Fire District | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |
| Village of Patchogue | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Port Washington Water District | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |
| Ridge Fire District | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |
| Roslyn Water District | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |
| Smithtown Fire District | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |
| South Farmingdale Fire District | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |
| St. James Fire District | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Stony Brook Fire District | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |
| Uniondale Fire District | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |
| Village of Wappinger Falls | NY | Village of Amityville, et al. v. McKinsey and Company, Inc., et al. | 612878/2022 | Supreme Court of the State of New York, County of Nassau, Commercial Division | 3:22-cv-07521 |
| Indiana County | PA | Indiana County, PA v. McKinsey and Company, Inc. | WDPA | 2:22-v-01380 | 3:22-cv-06072 |
| Carbon County | UT | Carbon County, Utah v. McKinsey and Company, Inc. | CDUT | 2:22-cv-00636 | 3:22-cv-06074 |
| Utah County | UT | Carbon County, Utah v. McKinsey and Company, Inc. | CDUT | 2:22-cv-00636 | 3:22-cv-06074 |
| Danville, City of | VA | City of Danville, VA, et al. v. McKinsey and Company, Inc. | WDVA | 4:22-cv-00118 | 3:22-cv-07041 |
| Scott County Board of Supervisors | VA | City of Danville, VA, et al. v. McKinsey and Company, Inc. | WDVA | 4:22-cv-00118 | 3:22-cv-07041 |
| Wise County Board of Supervisors | VA | City of Danville, VA, et al. v. McKinsey and Company, Inc. | WDVA | 4:22-cv-00118 | 3:22-cv-07041 |
| Philadelphia, City of | PA | City of Philadelphia v. McKinsey and Company, Inc. | EDPA | 2:22-cv-04004 | 3:22-cv-07040 |
| South Sioux City, City of | NE | City of South Sioux City, NE, et al. v. McKinsey and Company, Inc. | USDC, District of Nebraska | 8:22-cv-356 | 3:22-cv-07309 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Sarpy County | NE | City of South Sioux City, NE, et al. v. McKinsey and Company, Inc. | USDC, District of Nebraska | 8:22-cv-356 | 3:22-cv-07309 |
| Franklin, City of | NH | City of Franklin, NH, et al. v. McKinsey and Company, Inc. | USDC, District of New Hampshire | 1:22-cv-00411 | 3:22-cv-06608 |
| Laconia, City of | NH | City of Franklin, NH, et al. v. McKinsey and Company, Inc. | USDC, District of New Hampshire | 1:22-cv-00411 | 3:22-cv-06608 |
| Derry, Town of | NH | City of Franklin, NH, et al. v. McKinsey and Company, Inc. | USDC, District of New Hampshire | 1:22-cv-00411 | 3:22-cv-06608 |
| Caswell County | NC | Caswell County, NC, et al. v. McKinsey and Company, Inc. | MDNC | 1:22-cv-00904 | 3:22-cv-07038 |
| City of Greensborough | NC | Caswell County, NC, et al. v. McKinsey and Company, Inc. | MDNC | 1:22-cv-00904 | 3:22-cv-07038 |
| David County | NC | Caswell County, NC, et al. v. McKinsey and Company, Inc. | MDNC | 1:22-cv-00904 | 3:22-cv-07038 |
| Durham County | NC | Caswell County, NC, et al. v. McKinsey and Company, Inc. | MDNC | 1:22-cv-00904 | 3:22-cv-07038 |
| Orange County | NC | Caswell County, NC, et al. v. McKinsey and Company, Inc. | MDNC | 1:22-cv-00904 | 3:22-cv-07038 |
| Person County | NC | Caswell County, NC, et al. v. McKinsey and Company, Inc. | MDNC | 1:22-cv-00904 | 3:22-cv-07038 |
| Ramdolph County | NC | Caswell County, NC, et al. v. McKinsey and Company, Inc. | MDNC | 1:22-cv-00904 | 3:22-cv-07038 |
| Richmond County | NC | Caswell County, NC, et al. v. McKinsey and Company, Inc. | MDNC | 1:22-cv-00904 | 3:22-cv-07038 |
| Surry County | NC | Caswell County, NC, et al. v. McKinsey and Company, Inc. | MDNC | 1:22-cv-00904 | 3:22-cv-07038 |
| Nye County | NV | Nye County, NV v. McKinsey and Company, Inc. | USDC, District of Nevada | 2:22-cv-01779 | 3:22-cv-07699 |
| Albany, City of | GA | City of Albany, Georgia, et al. v. McKinsey and Company, Inc. | MDGA | 1:21-cv-00210 | 3:21-cv-09833 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Columbus | GA | City of Albany, Georgia, et al. v. McKinsey and Company, Inc. | MDGA | 1:21-cv-00210 | 3:21-cv-09833 |
| Lee County | GA | City of Albany, Georgia, et al. v. McKinsey and Company, Inc. | MDGA | 1:21-cv-00210 | 3:21-cv-09833 |
| Monroe County | GA | City of Albany, Georgia, et al. v. McKinsey and Company, Inc. | MDGA | 1:21-cv-00210 | 3:21-cv-09833 |
| Wilkinson County | GA | City of Albany, Georgia, et al. v. McKinsey and Company, Inc. | MDGA | 1:21-cv-00210 | 3:21-cv-09833 |
| Augusta | GA | Augusta, Georgia, et al. v. McKinsey and Company, Inc. | SDGA | 1:21-cv-00173 | 3:21-cv-9830 |
| Laurens County | GA | Augusta, Georgia, et al. v. McKinsey and Company, Inc. | SDGA | 1:21-cv-00173 | 3:21-cv-9830 |
| Campbell County | TN | Campbell County, TN, et al. v. McKinsey and Company, Inc. | EDTN | 3:21-cv-00413 | 3:21-cv-00447 |
| Claiborne County | TN | Campbell County, TN, et al. v. McKinsey and Company, Inc. | EDTN | 3:21-cv-00413 | 3:21-cv-00447 |
| Green County | TN | Campbell County, TN, et al. v. McKinsey and Company, Inc. | EDTN | 3:21-cv-00413 | 3:21-cv-00447 |
| Hancock County | TN | Campbell County, TN, et al. v. McKinsey and Company, Inc. | EDTN | 3:21-cv-00413 | 3:21-cv-00447 |
| Hawkins County | TN | Campbell County, TN, et al. v. McKinsey and Company, Inc. | EDTN | 3:21-cv-00413 | 3:21-cv-00447 |

-109-

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Johnson County | TN | Campbell County, TN, et al. v. McKinsey and Company, Inc. | EDTN | 3:21-cv-00413 | 3:21-cv-00447 |
| Washington County | TN | Campbell County, TN, et al. v. McKinsey and Company, Inc. | EDTN | 3:21-cv-00413 | 3:21-cv-00447 |
| Lexington | TN | Lexington, TN, et al. v. McKinsey and Company, Inc. | WDTN | 1:21-1204 | 3:21-cv-00448 |
| Crockett County | TN | Lexington, TN, et al. v. McKinsey and Company, Inc. | WDTN | 1:21-1204 | 3:21-cv-00448 |
| Haywood County | TN | Lexington, TN, et al. v. McKinsey and Company, Inc. | WDTN | 1:21-1204 | 3:21-cv-00448 |
| Henderson County | TN | Lexington, TN, et al. v. McKinsey and Company, Inc. | WDTN | 1:21-1204 | 3:21-cv-00448 |
| Lauderdale County | TN | Lexington, TN, et al. v. McKinsey and Company, Inc. | WDTN | 1:21-1204 | 3:21-cv-00448 |
| Madison County | TN | Lexington, TN, et al. v. McKinsey and Company, Inc. | WDTN | 1:21-1204 | 3:21-cv-00448 |
| Charter Township of Canton | MI | Charter Township of Canton, et al. v. McKinsey and Company, Inc. | EDMI | 2:21-cv-12888 | 3:21-cv-00474 |
| City of Livonia | MI | Charter Township of Canton, et al. v. McKinsey and Company, Inc. | EDMI | 2:21-cv-12888 | 3:21-cv-00474 |
| Charter Township of Northville | MI | Charter Township of Canton, et al. v. McKinsey and Company, Inc. | EDMI | 2:21-cv-12888 | 3:21-cv-00474 |
| City of Romulus | MI | Charter Township of Canton, et al. v. McKinsey and Company, Inc. | EDMI | 2:21-cv-12888 | 3:21-cv-00474 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Charter Township of Van Buren | MI | Charter Township of Canton, et al. v. McKinsey and Company, Inc. | EDMI | 2:21-cv-12888 | 3:21-cv-00474 |
| City of Wayne | MI | Charter Township of Canton, et al. v. McKinsey and Company, Inc. | EDMI | 2:21-cv-12888 | 3:21-cv-00474 |
| Charter Township of Huron | MI | Charter Township of Canton, et al. v. McKinsey and Company, Inc. | EDMI | 2:21-cv-12888 | 3:21-cv-00474 |
| Charter Township of Pittsfield | MI | Charter Township of Canton, et al. v. McKinsey and Company, Inc. | EDMI | 2:21-cv-12888 | 3:21-cv-00474 |
| Charter Township of Clinton | MI | Charter Township of Canton, et al. v. McKinsey and Company, Inc. | EDMI | 2:21-cv-12888 | 3:21-cv-00474 |
| Branch County | MI | Branch County, MI, et al. v. McKinsey and Company, Inc. | WDMI | 1:21-cv-01045 | 3:21-cv-00473 |
| Calhoun County | MI | Branch County, MI, et al. v. McKinsey and Company, Inc. | WDMI | 1:21-cv-01045 | 3:21-cv-00473 |
| County of Eaton | MI | Branch County, MI, et al. v. McKinsey and Company, Inc. | WDMI | 1:21-cv-01045 | 3:21-cv-00473 |
| Kalamazoo County | MI | Branch County, MI, et al. v. McKinsey and Company, Inc. | WDMI | 1:21-cv-01045 | 3:21-cv-00473 |
| Muskegon County | MI | Branch County, MI, et al. v. McKinsey and Company, Inc. | WDMI | 1:21-cv-01045 | 3:21-cv-00473 |
| Peach County | GA | Peach County, GA, et al. v. McKinsey and Company, Inc. | NDGA | 3:21-cv-43 | 3:21-cv-04963 |
| City of Woodbury | GA | Peach County, GA, et al. v. McKinsey and Company, Inc. | NDGA | 3:21-cv-43 | 3:21-cv-04963 |
| Blount County | TN | Blount County, TN, et al. v. McKinsey and Company, Inc. | EDTN | 3:21-cv-00105 | 3:21-cv-4969 |

-111-

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| City of Maryville | TN | Blount County, TN, et al. v. McKinsey and Company, Inc. | EDTN | 3:21-cv-00105 | 3:21-cv-4969 |
| Orange County | IN | Orange County, IN v. McKinsey and Company, Inc. | SDIN | 4:21-cv-00043 | 3:21-cv-05344 |
| Scott County | IN | Scott County, IN v. McKinsey and Company, Inc. | SDIN | 4:21-cv-00056 | 3:21-cv-06237 |
| City of Austin | IN | City of Austin, IN v. McKinsey and Company, Inc. | SDIN | 4:21-cv-00057 | 3:21-cv-05403 |
| City of Madison | IN | City of Madison, IN v. McKinsey and Company, Inc. | SDIN | 4:21-cv-00062 | 3:21-cv-05402 |
| Amite County | MS | Amite County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 5:21-cv-00097 | 3:21-cv-09831 |
| City of Brookhaven | MS | Amite County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 5:21-cv-00097 | 3:21-cv-09831 |
| City of Columbia | MS | Amite County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 5:21-cv-00097 | 3:21-cv-09831 |
| City of Hattiesburg | MS | Amite County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 5:21-cv-00097 | 3:21-cv-09831 |
| City of Laurel | MS | Amite County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 5:21-cv-00097 | 3:21-cv-09831 |
| City of Meridian | MS | Amite County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 5:21-cv-00097 | 3:21-cv-09831 |
| City of Wiggins | MS | Amite County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 5:21-cv-00097 | 3:21-cv-09831 |
| Adams County | MS | Amite County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 5:21-cv-00097 | 3:21-cv-09831 |
| Forrest County | MS | Amite County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 5:21-cv-00097 | 3:21-cv-09831 |
| Franklin County | MS | Amite County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 5:21-cv-00097 | 3:21-cv-09831 |
| Holmes County | MS | Amite County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 5:21-cv-00097 | 3:21-cv-09831 |

2840079.2
4881-6835-8013.v1

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Jefferson County | MS | Amite County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 5:21-cv-00097 | 3:21-cv-09831 |
| Jefferson Davis County | MS | Amite County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 5:21-cv-00097 | 3:21-cv-09831 |
| Lawrence County | MS | Amite County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 5:21-cv-00097 | 3:21-cv-09831 |
| Lincoln County | MS | Amite County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 5:21-cv-00097 | 3:21-cv-09831 |
| Marion County | MS | Amite County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 5:21-cv-00097 | 3:21-cv-09831 |
| Neshoba County | MS | Amite County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 5:21-cv-00097 | 3:21-cv-09831 |
| Pearl River County | MS | Amite County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 5:21-cv-00097 | 3:21-cv-09831 |
| Perry County | MS | Amite County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 5:21-cv-00097 | 3:21-cv-09831 |
| Stone County | MS | Amite County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 5:21-cv-00097 | 3:21-cv-09831 |
| Walthall County | MS | Amite County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 5:21-cv-00097 | 3:21-cv-09831 |
| Benton County | MS | Benton County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 3:21-cv-00236 | 3:21-cv-09917 |
| City of Amory | MS | Benton County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 3:21-cv-00236 | 3:21-cv-09917 |
| City of Charleston | MS | Benton County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 3:21-cv-00236 | 3:21-cv-09917 |
| City of Greenwood | MS | Benton County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 3:21-cv-00236 | 3:21-cv-09917 |
| City of Iuka | MS | Benton County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 3:21-cv-00236 | 3:21-cv-09917 |
| City of New Albany | MS | Benton County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 3:21-cv-00236 | 3:21-cv-09917 |

-113-

| Plaintiff(s)[1] | State | Case Name | Original Case No. | Jurisdiction of Original Filing | New Case Number in NDCA |
|---|---|---|---|---|---|
| Desoto County | MS | Benton County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 3:21-cv-00236 | 3:21-cv-09917 |
| Itawamba County | MS | Benton County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 3:21-cv-00236 | 3:21-cv-09917 |
| Lafayette County | MS | Benton County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 3:21-cv-00236 | 3:21-cv-09917 |
| Leflore County | MS | Benton County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 3:21-cv-00236 | 3:21-cv-09917 |
| Marshall County | MS | Benton County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 3:21-cv-00236 | 3:21-cv-09917 |
| Monroe County | MS | Benton County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 3:21-cv-00236 | 3:21-cv-09917 |
| Prentiss County | MS | Benton County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 3:21-cv-00236 | 3:21-cv-09917 |
| Tallahatchie County | MS | Benton County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 3:21-cv-00236 | 3:21-cv-09917 |
| Tippah County | MS | Benton County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 3:21-cv-00236 | 3:21-cv-09917 |
| Union County | MS | Benton County, MS, et al. v. McKinsey and Company, Inc. | SDMS | 3:21-cv-00236 | 3:21-cv-09917 |

2840079.2
4881-6835-8013.v1