# EXHIBIT 4

# Andrés Antonio Alonso

110 Oak Street 1                                                                       201-912-0460 (cell)
Weehawken, NJ 07086                                                          andresaalonso@outlook.com

**Education**

**2006**            **Doctor of Education**
                       Harvard Graduate School of Education

**1999**            **Master of Education**
                       Harvard Graduate School of
                       Education
                       Urban Superintendents Program

**1982**            **Juris Doctor**
                       Harvard Law School

**1979**            **Bachelor of Arts**
                       Columbia College of Columbia University
                       Magna cum Laude, Phi Beta Kappa and Jose Marti Prize
                       Majored in History and English

**Experience**

**2014 – Present**      **CEO**
                                  Andres A Alonso LLC

- Serves as strategic advisor on education issues to state and district leaders and leadership teams and as trustee to education focused foundations and organizations.
- Chair, Driving Change, Certificate of Advanced Education Leadership (CAEL), an online course on driving change for a community of world educators, as part of "Leaders of Learning" portfolio at Harvard Graduate School of Education.

**2018 – 2019**      **Visiting Professor of Practice**
                                Harvard Graduate School of Education (HGSE)

- Co-Chair, Public Education Leadership Project (PELP), a partnership with Harvard Business School serving the country's largest districts.

1

- Chair, Driving Change, Certificate of Advanced Education Leadership (CAEL), an online course on driving change for a community of world educators, as part of "Leaders of Learning" online course portfolio.
- Partnered with HGSE Programs for Professional Education (PPE) in start-up of case writing program.
- Co-designed Harvard Business School Social Enterprise professional learning course for public school district boards in parnership with Council of Great City Schools.

**2013-2018**      **Professor of Practice**
Harvard Graduate School of Education

- Served on steering committees of the Education Doctorate Leadership Degree (EDLD) program and the Program for Professional Education.
- Co-chaired Public Education Leadership Project (PELP).
- Chaired Superintendents and Central Leaders Leadership Institute.
- Designed and chaired Driving Change course for "Leaders of Learning," Certificate of Advanced Education Leadership (CAEL).
- Taught on education reform, instructional leadership, driving change and the politics of organizations in urban systems and schools.
- Co-chaired Leadership Diversity Project for USDOE (along with Kaya Henderson).
- Served on Boston School Committee task force to examine supports for English Language Learners.
- Consulted on systemic reform with government and foundation partners in the US and Latin America, and on disproportionality in school discipline in a desegregation case.

**2007-2013**      **Chief Executive Officer**
Baltimore City Public Schools (City Schools)

- Implemented a comprehensive program of reform for City Schools, a district of roughly 200 schools and 85,000 students.
- Led progress across all categories of outcomes in state tests, graduation and college readiness data, and measures of climate during six-year tenure after entering as 7th superintendent in 10 years.
- Oversaw supports that reduced the number of dropouts by 56 percent between 2008 and 2012, most significantly among African American males.
- Expanded choice within district schools and the number of charters, increased early childhood and alternative options,

2

- while closing under- enrolled and low performing schools and expanding desired schools and programs while focusing on community partnerships, collaboration across all schools, and increased student supports, helping reverse four- decade trend in declining enrollment with five consecutive years of enrollment growth.
- Mobilized communities in support of facilities master plan that addressed over-capacity in the district through closing of 26 buildings, and led to historic legislation and funding in support of the 21st Century Buildings Plan, a project for building new schools and renovating over fifty buildings in Baltimore City in partnership with city and state, after decades of efforts to find resources to build new schools or fix the district's crumbling buildings.
- Managed $1.3B budget that over time accumulated $100M fund balance, after inheriting a district that had needed a $53M city bailout in 2005.
- Negotiated progressive labor agreements that introduced career ladders, built collaborative structures, and tied evaluation to pathways and compensation for six different bargaining units.
- Served as national model for progressive discipline approaches that introduced restorative practices in schools, in partnership with the Health Department and community partners which led to record declines in out of school suspensions and truancy.
- Settled a 26-year consent agreement in the *Vaughn G.* special education lawsuit in recognition of systemic progress in serving students with disabilities and their families.
- Systemic reform efforts memorialized in three Harvard Business School cases ("Bounded Autonomy: Implementing Fair Student Funding in Baltimore City Public Schools," "Career Pathways, Performance Pay and Peer Review Promotion in Baltimore City Public Schools" and "Organizing for Family and Community Engagement in the Baltimore City Public Schools") and in two books (<u>Achieving Coherence in District Improvement</u>, HEP, 2015, and <u>Improving Education Together: A Guide to Labor-Management-Community Collaboration</u>, HEP, 2017).

**2006- 2007**     **Deputy Chancellor**
Teaching and Learning
New York City Department of Education

- Assisted the Chancellor in the development and implementation of policies, practices and procedures to support increased student achievement and improved school performance.

3

- Supervised ten regional superintendents and 94 local instructional superintendents leading 1,100 schools, as well as District 75 (district for self-contained, low incidence SWD) and District 79 (district for alternative programs and students).
- Identified and responded to all systemic issues concerning the provision of services related to Teaching and Learning, including curriculum and instruction; bilingual education, special education, gifted and talented, and early childhood programs.
- Oversaw offices of grants and compliance, secondary education, parent engagement and instructional technology.
- Interacted on behalf of the Chancellor with city and government agencies, the Education Policy Panel and community education councils, community organizations, private foundations and corporations.

**2003-2006**  **Chief of Staff**
Teaching and Learning
New York City Department of Education

- Assisted Chancellor and Deputy Chancellor in identification and response to all systematic issues concerning the provision of services related to Teaching and Learning.
- Oversaw implementation of Teaching and Learning elements of first phase of Children First reforms, including development and implementation of ELL and Special Education plans, operational support for core curriculum in English Language Arts and mathematics, and structural reorganization of system to an integrated K-12 regional structure.
- Coordinated work of the Office of Teaching and Learning with that of other deputy chancellors to improve effective support for regions and schools.
- Managed central office division consisting of 389 employees, with a budget of nearly $200 million.
- Supervised Teaching and Learning efforts in support of nearly 500 schools identified as needing improvement under NCLB Efforts.

**2001-2002**  **Advanced Doctoral Candidate**
Harvard University Graduate School of Education

- Researched, proposed, and collected data for dissertations study exploring superintendent influence on instructional guidance in an urban context of standards-based reform and high stakes accountability.

4

| | |
|---|---|
| **1999-2000** | **Executive Intern to the Superintendent** <br> Springfield, Massachusetts Public Schools |

- Spearheaded process for school improvement that involved reorganizing central office and principals.
- Helped lead a committee of central office administrators and principals that examined the professional development practices of the district.

| | |
|---|---|
| **1999** | **Fellow** <br> Harvard Graduate School of Education |

- Completed full year practiced-based academic program concentrating on the urban superintendency and requiring ongoing projects in neighboring urban schools.

| | |
|---|---|
| **1994- 1998** | **Teacher, English as a Second Language, and Coordinator, Bilingual/ESL Needs Assessment** <br> Peshine Avenue School <br> Newark, New Jersey Public Schools |

- Coordinated Bilingual/English as a Second Language program and taught English as a Second Language in K-8 elementary school.
- Chaired district committee that wrote English as a Second Language Curriculum Guide.

| | |
|---|---|
| **1987- 1994** | **Teacher, English as a Second Language, and Coordinator, Bilingual/ESL Needs Assessment Coordinator** <br> Samuel L. Berliner School <br> Newark, New Jersey Public Schools |

- Coordinated Bilingual/English as a Second Language program and taught English as a Second Language in center school for 11-14-year-old students classified as emotionally disturbed.
- Drafted district Bilingual Special Education Guide, conducted professional development workshops and mentored district bilingual teachers.

5

**1985- 1986**         Traveled throughout United States, Europe, and Israel


**1982-1984**          **Attorney**
  Hughes, Hubbard, and Reed
  New York, New York

- Practiced corporate litigation involving antitrust, administrative, first amendment, and securities and contract law.
- Conducted pro bono litigation on behalf of indigent claimants in New York administrative law system.


**Selected Honors and Awards**

- "Lifetime Achievement Award" – Association of Latino Administrators and Superintendents (2014).
- "Influential Marylander" Award – *The Daily Record.* (2009, 2010, 2012).
- "Distinguished Alumni Achievement Award" – Harvard Graduate School of Education Association of Students of Color (2012).
- "Medal for Distinguished Service" – Teachers College of Columbia University (2011).
- "Hero of Education" distinction, White House (2010)
- "School Superintendent of the Year" – The Fullwood Foundation (2009)
- "Hispanic Hero Award" – U.S. Hispanic Youth Entrepreneur Education. (2009)
- "Howard Pete Rawlings Courage in Public Service Award" – The Greater Baltimore Committee (2009).
- "Audacious Individual" Award – Open Society Institute of Baltimore (2008).
- "Innovator of the Year" - *The Daily Record* (2008)*.*
- "Best New Public Servant" – *The City Paper* (2008)*.*

**Publications**

- Alonso, A.A. (2016). "Pandering in a Context of Limited Choices and Costs." In Meira Levinson and Jacob Fay (Eds.), <u>Dilemmas of Educational Ethics: Cases and Commentaries</u>. Cambridge, MA: Harvard Education Press.

6

- Alonso, A. A. (2018). "PLIE: Improving the Capacity of School Leaders in Argentina (PEL-89)." Boston, MA: Harvard Business School Publishing.

- Moore, M.H. and Alonso, A.A. (2017). "Creating Public Value: Superintendents as Strategic Managers of Public Schools (PEL-081)." Boston, MA: Harvard Business School Publishing.

- Moore, M.H. and Alonso, A.A. (2017). "Superintendents of Public Schools as Sector Level Leaders (PEL-082)." Boston, MA: Harvard Business School Publishing.

**Boards and Service**

- Trustee, Center for Collaborative Education.
- Trustee and Strategic Committee chair, Data Quality Campaign.
- Trustee, Grow Your Own Foundation (GYO).
- Trustee, Panasonic Foundation.
- Trustee, Scholastic Corporation.
- Trustee, board treasurer and Audit and Budget Committee chair, William T. Grant Foundation.
- Member of Teacher's College President Advisory Council.
- Past member of Annenberg Foundation Advisory Board.
- Past chair and trustee, Carnegie Foundation for the Advancement of Learning.
- Past trustee, Future Ready Columbus.
- Past trustee and chair of Reporting and Dissemination Committee, National Assessment   Governing Board.
- Past trustee, National Center for Effectiveness in Education and the Economy (NCEE).
- Past trustee, Teachers College of Columbia University.
- Past trustee of University of Chicago's UEI Chicago Impact.