*In re McKinsey & Co., Inc. National Prescription Opiate Consultant Litigation,*
Case No. 21-md-02996-CRB (N.D. California)

**IF YOU ARE A POLITICAL SUBDIVISION YOU MAY BE ENTITLED TO RECEIVE A PAYMENT FROM AN OPIOIDS CLASS ACTION SETTLEMENT**

*A federal court authorized this Notice. You are <u>not</u> being sued.*

*This is <u>not</u> a solicitation from a lawyer.*

A settlement has been reached in a class-action lawsuit against McKinsey & Company, Inc. and related entities claiming that McKinsey played a central role in the opioid crisis by advising opioid manufacturers and other industry participants how to sell as many prescription opioids as possible. McKinsey denies the allegations. This Notice summarizes your rights and options regarding the Settlement.

If you are a (1) General Purpose Government (including a municipality, county, county subdivision, city, town, township, parish, village, borough, gore, or any other entity that provides municipal-type government), (2) Special District within a State, or (3) any other subdivision, subdivision official (acting in an official capacity on behalf of the subdivision), or sub-entity of a State, then you might be part of the Class. If you are a sub-entity of Indiana, American Samoa, the Commonwealth of Guam, the Commonwealth of the Northern Mariana Islands, or the U.S. Virgin Islands, or a school district, then you are not part of the Class.

A $207 million settlement fund will be allocated among Class Members using the formula for payments to Subdivisions from the prior Opioids settlements, and will pay attorneys' fees and costs as awarded by the Court. The fees and costs will not exceed 15% of the fund. If you want to be represented by your own lawyer in this case, you may hire one at your own expense.

For complete information on the Settlement, including allocation formulas, visit the Settlement website at www.McKinseySubdivisionClassAction.com.

**WHAT ARE YOUR RIGHTS AND OPTIONS?** You do not need to take any action to receive your share of the Settlement. If you were eligible to receive distributions under the MDL 2804 national opioid settlements, then you may be eligible to receive them here. If you want to keep your rights to sue McKinsey on any opioid-related claims, you must exclude yourself from the Class by **January 5, 2024**, by visiting www.McKinseySubdivisionClassAction.com and following the instructions to submit an "exclusion request."

**THIS IS ONLY A SUMMARY.** For more information, the Settlement terms and your rights and options, visit www.McKinseySubdivisionClassAction.com, contact the administrator at 1-888-575-4125, or write *McKinsey Opiate Consultant Litigation*, PO Box 2200, Portland, OR 97208-2200, call Class Counsel Robbins Geller at (800) 449-4900 or email settlementinfo@rgrdlaw.com, or contact your counsel if you filed a case against McKinsey.

**PLEASE DO NOT CONTACT THE COURT OR MCKINSEY FOR INFORMATION OR ADVICE.**