# EXHIBIT A

In re: McKinsey & Co., Inc. National Prescription Opiate Consultant Litigation

Case No. 3:21-md-02996-CRB

| Number | Municipality | Representative Name | Representative Title |
|---|---|---|---|
| 1. | City of Raleigh, North Carolina | Dorothy V. Kibler | Deputy City Attorney |
| 2. | Cannon Township, Michigan | Michael D. Grabhorn | Attorney |
| 3. | City of Muskegon, Michigan | Michael D. Grabhorn | Attorney |
| 4. | Breckinridge County, Kentucky | Michael D. Grabhorn | Attorney |
| 5. | Green County, Kentucky | Michael D. Grabhorn | Attorney |
| 6. | Hardin County, Kentucky | Michael D. Grabhorn | Attorney |
| 7. | Marion County, Kentucky | Michael D. Grabhorn | Attorney |
| 8. | Meade County, Kentucky | Michael D. Grabhorn | Attorney |
| 9. | Menifee County, Kentucky | Michael D. Grabhorn | Attorney |
| 10. | Nelson County, Kentucky | Michael D. Grabhorn | Attorney |
| 11. | Ohio County, Kentucky | Michael D. Grabhorn | Attorney |
| 12. | Washington County, Kentucky | Michael D. Grabhorn | Attorney |
| 13. | City of Ashland, Kentucky | Michael D. Grabhorn | Attorney |
| 14. | City of Bardstown, Kentucky | Michael D. Grabhorn | Attorney |
| 15. | City of Bellefonte, Kentucky | Michael D. Grabhorn | Attorney |
| 16. | City of Berea, Kentucky | Michael D. Grabhorn | Attorney |
| 17. | City of Bowling Green, Kentucky | Michael D. Grabhorn | Attorney |
| 18. | City of Catlettsburg, Kentucky | Michael D. Grabhorn | Attorney |
| 19. | City of Flatwoods, Kentucky | Michael D. Grabhorn | Attorney |
| 20. | City of Georgetown, Kentucky | Michael D. Grabhorn | Attorney |
| 21. | City of Glasgow, Kentucky | Michael D. Grabhorn | Attorney |
| 22. | City of Greenup, Kentucky | Michael D. Grabhorn | Attorney |
| 23. | City of Henderson, Kentucky | Michael D. Grabhorn | Attorney |
| 24. | City of Hopkinsville, Kentucky | Michael D. Grabhorn | Attorney |
| 25. | City of Jenkins, Kentucky | Michael D. Grabhorn | Attorney |
| 26. | City of Mayfield, Kentucky | Michael D. Grabhorn | Attorney |
| 27. | City of Mount Sterling, Kentucky | Michael D. Grabhorn | Attorney |
| 28. | City of Pikeville, Kentucky | Michael D. Grabhorn | Attorney |
| 29. | City of Pineville, Kentucky | Michael D. Grabhorn | Attorney |
| 30. | City of Russell, Kentucky | Michael D. Grabhorn | Attorney |
| 31. | City of South Shore, Kentucky | Michael D. Grabhorn | Attorney |
| 32. | City of Vanceburg, Kentucky | Michael D. Grabhorn | Attorney |
| 33. | City of Wickliffe, Kentucky | Michael D. Grabhorn | Attorney |
| 34. | City of Worthington, Kentucky | Michael D. Grabhorn | Attorney |
| 35. | Madison County, Illinois | Ann Callis | Attorney for Madison County, Illinois |
| 36. | Nassau County, New York | Shayna E. Sacks | Partner |
| 37. | Auburn City, New York | Shayna E. Sacks | Partner |
| 38. | Buffalo City, New York | Shayna E. Sacks | Partner |
| 39. | Chemung County, New York | Shayna E. Sacks | Partner |
| 40. | Clinton County, New York | Shayna E. Sacks | Partner |

| | | | |
|---|---|---|---|
| 41. | Cortland County, New York | Shayna E. Sacks | Partner |
| 42. | Genesee County, New York | Shayna E. Sacks | Partner |
| 43. | Madison County, New York | Shayna E. Sacks | Partner |
| 44. | Mount Vernon City, New York | Shayna E. Sacks | Partner |
| 45. | Orleans County, New York | Shayna E. Sacks | Partner |
| 46. | Town of Poughkeepsie, New York | Shayna E. Sacks | Partner |
| 47. | Westchester County, New York | Shayna E. Sacks | Partner |
| 48. | Cattaraugus County, New York | Shayna E. Sacks | Partner |
| 49. | City of Lancaster, New York | Shayna E. Sacks | Partner |
| 50. | City of Rochester, New York | Shayna E. Sacks | Partner |
| 51. | City of Tonawanda, New York | Shayna E. Sacks | Partner |
| 52. | County of Saratoga, New York | Shayna E. Sacks | Partner |
| 53. | Essex County, New York | Shayna E. Sacks | Partner |
| 54. | Schoharie County, New York | Shayna E. Sacks | Partner |
| 55. | Schuyler County, New York | Shayna E. Sacks | Partner |
| 56. | Tompkins County, New York | Shayna E. Sacks | Partner |
| 57. | Town of Amherst, New York | Shayna E. Sacks | Partner |
| 58. | Chautauqua County, New York | Shayna E. Sacks | Partner |
| 59. | Chenango County, New York | Shayna E. Sacks | Partner |
| 60. | Hamilton County, New York | Shayna E. Sacks | Partner |
| 61. | Ithaca City, New York | Shayna E. Sacks | Partner |
| 62. | Livingston County, New York | Shayna E. Sacks | Partner |
| 63. | Niagara County, New York | Shayna E. Sacks | Partner |
| 64. | Poughkeepsie City, New York | Shayna E. Sacks | Partner |
| 65. | Renssalaer County, New York | Shayna E. Sacks | Partner |
| 66. | Saratoga Springs, New York | Shayna E. Sacks | Partner |
| 67. | Steuben County, New York | Shayna E. Sacks | Partner |
| 68. | Allegany County, New York | Shayna E. Sacks | Partner |
| 69. | Cayuga County, New York | Shayna E. Sacks | Partner |
| 70. | Cheektowaga County, New York | Shayna E. Sacks | Partner |
| 71. | City of Amsterdam, New York | Shayna E. Sacks | Partner |
| 72. | City of Ogdensburg, New York | Shayna E. Sacks | Partner |
| 73. | Franklin County, New York | Shayna E. Sacks | Partner |
| 74. | Otsego County, New York | Shayna E. Sacks | Partner |
| 75. | Putnam County, New York | Shayna E. Sacks | Partner |
| 76. | Tioga County, New York | Shayna E. Sacks | Partner |
| 77. | Warren County, New York | Shayna E. Sacks | Partner |
| 78. | Yates County, New York | Shayna E. Sacks | Partner |
| 79. | St. Clair County, Illinois | David Cates | Attorney for St. Clair County, Illinois |