# EXHIBIT B

## School District Opioid Settlement Notice Program - Opt Out List

| Business_Name | Address_1 | City | State | Zipcode |
|---|---|---|---|---|
| ADAMS TOWNSHIP SCHOOL DISTRICT | PO BOX 37 | PAINESDALE | MI | 499550037 |
| ADNA SCHOOL DISTRICT | PO BOX 118 | ADNA | WA | 985220118 |
| ALABASTER CITCY SCHOOL DISTRICT | 10111 HIGHWAY 119 | ALABASTER | AL | 350079796 |
| MILLBURN CCSD 24 | 18550 W MILLBURN RD | WADSWORTH | IL | 600839248 |
| MINERAL COUNTY SCHOOLS | 36 BAKER PL | KEYSER | WV | 267262826 |
| SANGER UNIFIED | 1905 7TH ST | SANGER | CA | 936572897 |
| SCALES MOUND CUSD 211 | 210 MAIN ST | SCALES MOUND | IL | 610759393 |
| TAYLOR COUNTY SCHOOLS | 71 UTT DRIVE | GRAFTON | WV | 26354 |
| TINA-AVALON R-II | 11896 HIGHWAY 65 | TINA | MO | 646827124 |
| WOOD COUNTY SCHOOLS | 1210 13TH ST | PARKERSBURG | WV | 261014144 |