# EXHIBIT C

| | Exhibit C – MDL Political Subdivision and School District Opt-out Actions | |
|---|---|---|
| 1 | *The County of Westchester, et al. v. McKinsey & Company, Inc.* | 3:21-cv-05467 |
| 2 | *The County of Genesee, et al v. McKinsey & Company, Inc.* | 3:21-cv-04386 |
| 3 | *Madison County, Illinois v. McKinsey & Company, Inc., et al.* | 3:21-cv-04387 |
| 4 | *St. Clair County, Illinois v. McKinsey & Company, Inc., et al.* | 3:21-cv-04642 |
| 5 | *Green County Fiscal Court, et al. v. McKinsey & Company, Inc. United States, et al.* | 3:21-cv-04536 |
| 6 | *Cannon Township, et al. v. McKinsey & Company, Inc., et al* | 3:21-cv-04971 |