1  SUSAN K. BLITCH (SBN 187761)
   Acting County Counsel
2  County of Monterey
   168 West Alisal Street, Third Floor
3  Salinas, California 93901-2653
   Telephone: (831) 755-5045
4  Facsimile: (831) 755-5283
   blitchsk@co.monterey.ca.us
5  Attorneys for Plaintiff County of Monterey

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8                   San Francisco Division

9  | In re: McKinsey & Co., Inc. National Prescription Opiate Consultant Litigation | CASE NO.  3:21-md-02996-CRB |
   |---|---|
   | Plaintiff(s), | NOTICE OF SUBSTITUTION OF COUNSEL |
   | v. | |
   | Defendant(s). | |

14     Please take notice that Plaintiff County of Monterey, hereby substitute Susan K. Blitch,

15 State Bar No. 187761 as counsel of record in place of Leslie J. Girard, State Bar No. 098986.

16

17     Pursuant to Federal Rule of Civil Procedure 5, all notices, pleadings, and materials

18 relevant to this action should be directed to and served on:

19          Susan K. Blitch, Acting Deputy County Counsel (187761)
                      COUNTY OF MONTEREY
20             OFFICE OF THE COUNTY COUNSEL
               168 West Alisal Street, Third Floor
21                Salinas, California 93901
                Telephone: (831) 755-5045
22               Facsimile: (831) 755-5283
              Email: blitchsk@co.monterey.ca.us
23

24 Dated:  April 16, 2024

25

26                              By: /s/ Susan K. Blitch
                                SUSAN K. BLITCH, Acting County Counsel
27                              Attorneys for Plaintiff, County of Monterey

28

                                    1