1   Elizabeth J. Cabraser
    ecabraser@lchb.com
2   **LIEFF CABRASER HEIMANN &**
    **BERNSTEIN, LLP**
3   275 Battery Street, 29th Floor
    San Francisco, CA 94111-3339
4   Telephone: (415) 956-1000

5   *Plaintiffs' Lead Counsel*

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE: MCKINSEY & CO., INC.              Case No. 21-md-02996-CRB (SK)
    NATIONAL PRESCRIPTION OPIATE
12  CONSULTANT LITIGATION                    **PLAINTIFF STEERING COMMITTEE'S**
                                             **NOTICE OF MOTION AND UNOPPOSED**
13  This Document Relates to:               **PLAINTIFF STEERING COMMITTEE**
                                             **MOTION FOR INTERIM COMMON**
14  ALL ACTIONS                              **BENEFIT FEE AND COST**
                                             **ALLOCATION;** **[PROPOSED]**
15                                           **ORDER**

16                                           Date:        TBD
                                             Time:        TBD
17                                           Courtroom:   Courtroom 6, 17th Floor
                                             Judge:       The Honorable Charles R. Breyer
18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, at a date and time to be determined, in Courtroom 6, before the Honorable Charles R. Breyer of the United States District Court of the Northern District of California, 17th Floor of the San Francisco Courthouse located at 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiffs' Lead Counsel on behalf of the Plaintiff Steering Committee will move for the interim common benefit fee and cost allocation.

This Motion is based on this Notice, the accompanying Unopposed Motion for Interim Common Benefit Fee and Cost Allocation, and the Proposed Order filed herewith.

### MOTION

Plaintiffs' Lead Counsel on behalf of the Plaintiff Steering Committee hereby moves the Court for an Order granting the requested interim common benefit fee and cost allocation.  Based on the Court's Pre-Trial Order No. 9: Establishing A Common Benefit Fee and Expense Fund (ECF No. 567), Lead Counsel has applied the cost and time protocols and made required adjustments (i.e., travel costs).  Lead Counsel discussed with each Plaintiff Steering Committee member the process, and all support this Petition.  Plaintiffs' counsel will submit the time and costs *in camera* via e-mail to crbcrd@cand.uscourts.gov promptly after filing this Notice of Motion and Unopposed Motion.

1         Time and costs devoted to the Third Party Payor (TPP) case shall be paid once the claim

2    period concludes and the common benefit amount is known.  Time and costs incurred prosecuting

3    the Neo-natal Abstinence Syndrome (NAS) cases will be compensated should those cases resolve

4    in Plaintiffs' favor.  The School District case's common benefit was previously allocated based

5    on the Court's fee and cost order.

6

7      DATED:  December 12, 2024        Respectfully submitted,

8                                 By: */s/ Elizabeth J. Cabraser* /by Eric B. Fastiff
                                  Elizabeth J. Cabraser

9                                 ecabraser@lchb.com
                                  **LIEFF CABRASER HEIMANN &**

10                                **BERNSTEIN, LLP**
                                  275 Battery Street, 29th Floor

11                                San Francisco, CA 94111-3339
                                  Telephone: (415) 956-1000

12

13                                *Plaintiffs' Lead Counsel*

14

15

16                               **[PROPOSED] ORDER**

17        The Plaintiff Steering Committee's requested interim common benefit fee and cost

     allocation is granted.  **IT IS SO ORDERED.**

18

19

20   DATED:   December 18, 2024           _____

21                          THE HONORABLE CHARLES R. BREYER
                            UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28