Cyrus Mehri (pro hac vice)
cmehri@findjustice.com
Mehri & Skalet, PLLC
2000 K Street NW, Suite 325
Washington, DC 20006
Telephone: (202) 822-5100

*Plaintiff School Districts' Steering Committee Member*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION<br><br>This Document Relates to:<br><br>ALL SCHOOL DISTRICT ACTIONS | Case No. 21-md-02996-CRB (SK)<br><br>**THIRD STATUS REPORT BY SCHOOL DISTRICTS, UPDATING COURT REGARDING THE PUBLIC SCHOOL DISTRICTS' OPIOID RECOVERY TRUST**<br><br>Courtroom: 6, 17th Floor<br><br>Judge: The Honorable Charles R. Breyer |

The Public School Districts' Opioid Recovery Trust (PSDORT) submits this status report to update the Court on progress made by Special Trustee Dr. Andrés Alonso and the Administrative Trustee, Truist Bank, in distributing settlement funds through PSDORT grants.

**Grant Award Announcement**

On June 15, 2025—following a comprehensive review process that included recruiting a distinguished group of national experts to evaluate grant submissions, consulting with a Committee of District Representatives, and reviewing the more than 200 grant proposals received—Special Trustee Dr. Alonso notified **39** lead district applicants from **20** states and American Samoa that they had been selected to receive a total of **51** grant awards. Each award, of up to $500,000, will be disbursed over three years.

Because several districts selected for awards submitted joint proposals in partnership with other districts, the total number of participation districts that will benefit from the awarded funds is 64.

This status report summarizes the volume and nature of the applications received, how they were evaluated and selected for awards, and the characteristics of the proposals selected for awards.

**Application Review and Volume**

The figures reported in our last status update (ECF 774) reflected information as entered by applicants in the submission portal. Upon closer review, however, Dr. Alonso and his teams of grant reviewers discovered that some districts had uploaded multiple, distinct proposals under a single submission. After separating these, the final count of applications received comes to 205 distinct proposals for funding from **147** lead districts and **47** partner districts, spanning **34** states and American Samoa. Notably, eight states—New York, Maine, Massachusetts, Florida, Kentucky, New Hampshire, New Jersey, and Illinois—generated more than 10 applications each. Appendix A (PSDORT Applications and Participation by State) shows the pre-award application and participation data of applicant school districts by state. Reconciling the portal took unanticipated time. The reviewers also required more time to complete their task because of the greater volume of proposals. As a result, Dr. Alonso pushed back the notification of the awards to the districts until June.

**Applications Categories**

Applicants were invited to submit proposals in one of three categories: *District Improvement (DI)*, *Model Programs and Best Practices (MP)*, and *Innovative Programs (INV)*. The distribution

2

STATUS REPORT BY SCHOOL DISTRICTS,
UPDATING COURT RE PUBLIC SCHOOL
DISTRICTS' OPIOID RECOVERY TRUST
CASE NO. 21-MD-02996-CRB (SK)

of applications by category is reflected below:

| Application Type | Number of Applications |
|---|---|
| District Improvement | 85 |
| Model Programs and Best Practices | 70 |
| Innovative Programs | 50 |
| **Total** | **205** |

**Applicant Demographics**

The set of grant proposals received confirms that the PSDORT's outreach strategies—including sustained engagement with intermediaries, follow-up communications, and the intentional RFP design—were successful in reaching the small, rural, and under-resourced districts most affected by the opioid crisis.

**By Enrollment**

| Lead District Student Enrollment | Number of Applications |
|---|---|
| 100k plus | 8 |
| 50k-100k | 5 |
| 25k-50k | 8 |
| 10k-25k | 24 |
| 5k-10k | 25 |
| 1k-5k | 96 |
| 500-1k | 20 |
| 0-500 | 19 |
| **Total** | **205** |

3

STATUS REPORT BY SCHOOL DISTRICTS,
UPDATING COURT RE PUBLIC SCHOOL
DISTRICTS' OPIOID RECOVERY TRUST
CASE NO. 21-MD-02996-CRB (SK)

**By Free and Reduced Lunch Eligibility (FRL)**

| FRL % (Lead District) | Number of Applications |
|---|---|
| >90 | 38 |
| >80 | 11 |
| >70 | 26 |
| >60 | 36 |
| >50 | 38 |
| >40 | 26 |
| >30 | 9 |
| >20 | 13 |
| <20 | 8 |
| **Total** | **205** |

**By % of Students With Disabilities (SWD)**

| SWD % (Lead District) | Number of Applications |
|---|---|
| >50 | 2 |
| >40 | 7 |
| >30 | 15 |
| >20 | 79 |
| >15 | 68 |
| >10 | 25 |
| <10 | 9 |
| **Total** | **205** |

The review team is extremely pleased to see widespread participation from districts serving students with high needs.

4

STATUS REPORT BY SCHOOL DISTRICTS, UPDATING COURT RE PUBLIC SCHOOL DISTRICTS' OPIOID RECOVERY TRUST
CASE NO. 21-MD-02996-CRB (SK)

**How Grant Submissions Were Evaluated & Scored**

Each grant application was assigned to two neutral reviewers drawn from a panel of 30 distinguished national leaders, including current and former school district and state superintendents, school board members, leaders in special education and family engagement, public health officials, foundation executives, researchers, and policy experts. See Appendix B (PSDORT Reviewers).

Dr. Alonso also personally briefed each reviewer to ensure their familiarity with PSDORT's goals and to explain the evaluation rubric, which assessed proposals across five dimensions: (1) program design and implementation, (2) alignment with PSDORT's goals, (3) organizational capacity, (4) measurable objectives, and (5) budget. See Appendix C (PSDORT Grant Evaluation Rubric) and Appendix D (PSDORT Grant Evaluation Priority Considerations).

To supplement district-provided materials, the review team consulted two external datasets to assign objective opioid "impact" scores:

1. **ARCOS data (2006-2021):** county-level data on the number of opioids dispensed in the county, compiled by the DEA (and measured in morphine milligram equivalents, or MME).

2. **Neonatal Abstinence Syndrome (NAS) birth data (2008-2022)**: statewide NAS birth rates per 1,000 births, compiled by the Agency for Healthcare Research and Quality.

Using these datasets, the review team placed applicants into one of five tiers based on their respective MME and NAS rates, which were then averaged into a combined "impact" score (ranging from 1 to 5, with 1 indicating the lowest and 5 indicating the most severe impact).

While acknowledging that the ARCOS and NAS data might not precisely reflect conditions

5

STATUS REPORT BY SCHOOL DISTRICTS, UPDATING COURT RE PUBLIC SCHOOL DISTRICTS' OPIOID RECOVERY TRUST
CASE NO. 21-MD-02996-CRB (SK)

in every applicant district, Dr. Alonso and the team concluded that these data provided useful information for evaluating the comparative severity of the opioid crisis in each applicant district—and usefully supplemented districts' self-reported information.

**Award Decisions**

Nearly half of all proposals received a combined score of 80 or higher from their two neutral readers, evidencing the seriousness with which most applicants approached their RPF submissions.

Given funding constraints and the need to provide meaningful award amounts, **51** proposals were selected for funding—representing **39** lead districts and **25** partner districts across **20** states and American Samoa. See Appendix E (PSDORT Award List) and Appendix F (PSDORT Awards by State). Of the 51 proposals selected for awards:

- **47** proposals had combined impact scores of either 5 or 4.

- **2** proposals lacked NAS data but had MME scores of 5.

- **1** high-scoring Model Program and Best Practices proposal had no impact score, but the reviewers found its case persuasive and did not want to penalize the applicant for data limitations beyond its control.

- **1** proposal had a combined impact score below 4 but represented a collaboration of 11 partner districts with high potential.

- **1** proposal, although not among the highest scorers overall, was selected because it brought together 9 partner districts for a particularly promising venture.

6

STATUS REPORT BY SCHOOL DISTRICTS,
UPDATING COURT RE PUBLIC SCHOOL
DISTRICTS' OPIOID RECOVERY TRUST
CASE NO. 21-MD-02996-CRB (SK)

**Awards by Impact Score**

| Award Applications Combined Impact Score | Number of Awards Made |
|---|---|
| 5 | 27 |
| 4 | 20 |
| 3 | 1 |
| 2 | 0 |
| 1 | 0 |
| Partial Score 5 | 2 |
| No Score | 1 |
| **Total** | **51** |

**Awards by Grant Type**

| Grant Type | Number of Awards Made |
|---|---|
| District Improvement | 24 |
| Model Programs and Best Practices | 16 |
| Innovative Programs | 11 |
| **Total** | **51** |

**Award by Lead District Enrollment**

| Enrollment Range | Number of Awards Made |
|---|---|
| 100k plus | 1 |
| 50k-100k | 2 |
| 25k-50k | 2 |
| 10k-25k | 12 |
| 5k-10k | 2 |
| 1k-5k | 26 |
| 500-1k | 1 |
| 0-500 | 5 |
| **Total** | **51** |

7

STATUS REPORT BY SCHOOL DISTRICTS,
UPDATING COURT RE PUBLIC SCHOOL
DISTRICTS' OPIOID RECOVERY TRUST
CASE NO. 21-MD-02996-CRB (SK)

**Awards by Free and Reduced Lunch (FRL) Rate**

| FRL % Range | Number of Awards Made |
|---|---|
| >90 | 9 |
| 80-90 | 1 |
| 70-80 | 6 |
| 60-70 | 11 |
| 50-60 | 8 |
| 40-50 | 7 |
| 30-40 | 6 |
| 20-30 | 3 |
| <20 | 0 |
| **Total** | **51** |

**Awards by Students With Disabilities (SWD) Rate**

| SWD % Range | Number of Awards |
|---|---|
| >50 | 0 |
| 40-50 | 3 |
| 30-40 | 3 |
| 20-30 | 21 |
| 15-20 | 21 |
| 10 to 15 | 2 |
| <10 | 1 |
| **Total** | **51** |

Appendix G (PSDORT Award Proposal Summaries) provides brief summaries of each winning proposal, along with selected comments from the reviewers. As reflected there, across the board, reviewers deemed proposals the strongest when they gave a clear definition of the problem(s) the grant will solve, a strategy closely aligned with that definition, a feasible implementation plan, realistic scopes, and specific attention to personnel and roles—particularly in under-resourced contexts.

8

STATUS REPORT BY SCHOOL DISTRICTS, UPDATING COURT RE PUBLIC SCHOOL DISTRICTS' OPIOID RECOVERY TRUST
CASE NO. 21-MD-02996-CRB (SK)

**Next Steps**

Dr. Alonso is in the process of collecting signed agreements from all lead districts selected for awards. See Appendix H (PSDORT Final Agreement). Under the agreement, each district must: submit quarterly financial reports and semiannual programmatic reports; participate in follow-up calls with Dr. Alonso, to ensure both support and accountability; and join virtual convenings twice a year to share experiences and learn from peers.

Dr. Alonso looks forward to updating the Court on insights that emerge from the PSDORT's efforts, the new opportunities made possible for school communities because of PSDORT grants, and the challenges that will, inevitably, continue to require attention.

Dated: August 7, 2025

Respectfully submitted,

*/s/ Cyrus Mehri*

Cyrus Mehri (pro hac vice)
cmehri@findjustice.com
Mehri & Skalet, PLLC
2000 K Street NW, Suite 325
Washington, DC 20006
Telephone: (202) 822-5100

Filed by Eric B. Fastiff with permission of Cyrus Mehri

9

STATUS REPORT BY SCHOOL DISTRICTS,
UPDATING COURT RE PUBLIC SCHOOL
DISTRICTS' OPIOID RECOVERY TRUST
CASE NO. 21-MD-02996-CRB (SK)