SCOTT R. BICKFORD
srb@mbfirm.com
**MARTZELL, BICKFORD & CENTOLA, APC**
338 Lafayette Street
New Orleans, LA 70130
Telephone: (504) 581-9065
Facsimile: (504) 581-7635

*PSC Member – NAS Children, and Counsel for Plaintiffs*

**-AND-**

STEPHEN P. NEW
steve@newlawoffice.com
**STEPHEN NEW & ASSOCIATES**
430 Harper Park Drive
Beckley, WV 25801
Telephone: (304) 250-6017
Facsimile: (304) 250-6012

KIMBALL JONES, ESQ.
Kimball Jones
kimball@bighornlaw.com
**BIGHORN LAW**
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
Telephone: (702) 333-1111
Facsimile: (702) 507-0092

**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION | CASE NO. 21-MD-02996-CRB (SK) |
| This Document Relates to: | **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO AMEND COMPLAINT** |
| ALL NAS ACTIONS | **DATE:** |
| | **TIME:** |
| | **COURTROOM:** |

**<u>NOTICE OF MOTION AND MOTION TO AMEND COMPLAINT</u>**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on _____, or as soon thereafter as may be heard

before Judge _____, at the United States District Court for the Northern District

of California, 450 Golden Gate Avenue, Courtroom 6, 17th Floor, San Francisco, California,

Plaintiff Mandy Denton, on behalf of B.M. ("Plaintiff"), will move this Court for leave to amend

the Complaint to identify herself as the Plaintiff, on behalf of her minor daughter, B.M.

Plaintiff respectfully requests leave to identify herself as the named Plaintiff, in lieu of a

pseudonym, which had been previously used. The Motion is based on this Notice and the

following Memorandum in Support, all of which are served and filed contemporaneous herewith,

as well as the Court files herein, and any arguments and/or evidence presented at the hearing.

Respectfully submitted

**Plaintiff**
**By counsel,**

By: */s/ Scott R. Bickford*_____
Scott R. Bickford
srb@mbfirm.com
**MARTZELL, BICKFORD &**
**CENTOLA, APC**
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Facsimile: (504) 581-7635

*PSC Member – NAS Children, and Counsel*
*for Plaintiffs*

-AND-

 */s/ Stephen P. New*_____
Stephen P. New (WVSB No. 7756)
steve@newlawoffice.com
STEPHEN NEW & ASSOCIATES
430 Harper Park Drive
Beckley, WV 25801

Phone: (304) 250-6017
Facsimile: (304) 250-6017

Kimball Jones, Esq.
kimball@bighornlaw.com
BIGHORN LAW
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
Phone: (702) 333-1111
Facsimile: (702) 507-0092

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO AMEND COMPLAINT

Mandy Denton, birth mother of B.M., respectfully requests that she be permitted to amend the Complaint to restate the allegations formerly made by "Baby Doe 1" and instead, make those allegations on behalf of B.M. Denton states the following in support:

Rule 15(a)(2), of course, requires Denton to seek leave to amend the Complaint, since more than twenty-days have passed since the service of McKinsey's Motion for Judgment on the Pleadings. Fed. R. Civ. P. 15(a)(2). The Rule goes on to state that the Court shall "freely give leave when justice so requires." *Id.* This rule is "to be applied with extreme liberality." *Eminence Cap., LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003). Leave should be granted absent a showing of "undue delay," coupled with either "prejudice to the opposing party, bad faith by the moving party, or futility of the amendment." *Bowles v. Reade*, 198 F.3d 752, 757-58 (9th Cir. 1999).

None of those showings can be made here. In its Motion for Judgment on the Pleadings, McKinsey indicated that it had no objection to Denton sought leave to amend the Complaint, so long as Denton's full name was used, and Baby Doe 1 is identified by her initials. Doc. No. 810. Those are the only two substantive changes proposed in the attached Amended Complaint: Denton is identified as the Plaintiff, and Baby Doe 1 is now identified by her initials, B.M. Otherwise, and other than some formatting changes, the Amended Complaint is identical in substance to the previous Complaint. In its Opposition to the Motion for Judgment on the Pleadings, Denton's only objection to amending was that she believed that Baby Doe 1 should be permitted to be identified pseudonymously, but since the Court denied that request, Denton seeks to do exactly what McKinsey has said it has no objection to. McKinsey cannot claim to be prejudiced as a result. And

"it is the consideration of prejudice to the opposing party that carries the greatest weight," *Tabas v. MoviePass, Inc.*, 401 F. Supp. 3d 928, 9415 (N.D. Cal. 2019).

Moreover, McKinsey cannot show that the proposed amendment would be futile or that it would result in undue delay. Again, it indicated that it has no objection to what Denton proposes to do through the amendment. Thus, none of the factors that weigh against granting this Motion are present.

For the foregoing reasons, Mandy Denton respectfully requests leave to file the attached Amended Complaint, for the purpose of identifying her as the named Plaintiff and identifying Baby Doe 1 by her initials, B.M.

Respectfully submitted

**Plaintiff**
**By counsel,**


By: */s/ Scott R. Bickford*
Scott R. Bickford
srb@mbfirm.com
**MARTZELL, BICKFORD &**
**CENTOLA, APC**
338 Lafayette Street
New Orleans, LA 70130
Telephone: (504) 581-9065
Facsimile: (504) 581-7635

*PSC Member – NAS Children, and Counsel*
*for Plaintiffs*

-AND-

   /s/ *Stephen P. New*
Stephen P. New (WVSB No. 7756)
steve@newlawoffice.com
STEPHEN NEW & ASSOCIATES
430 Harper Park Drive
Beckley, WV 25801
Phone: (304) 250-6017
Facsimile: (304) 250-6017

Kimball Jones, Esq.
kimball@bighornlaw.com
BIGHORN LAW
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
Phone: (702) 333-1111
Facsimile: (702) 507-0092

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was filed via CM/ECF filing system and served upon all parties of record on this 3rd day of October 2025.


/s/ Stephen P. New
Stephen P. New