| | |
|---|---|
| STEPHEN P. NEW<br>*steve@newlawoffice.com*<br>**STEPHEN NEW & ASSOCIATES**<br>430 Harper Park Drive<br>Beckley, WV 25801<br>Telephone: (304) 250-6017 | MARK DAVID McPHERSON (SBN 307951)<br>*mmcpherson@goodwinlaw.com*<br>**GOODWIN PROCTER LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Telephone: (212) 813-8800 |
| SCOTT R. BICKFORD (*pro hac vice*)<br>*srb@mbfirm.com*<br>**MARTZELL, BICKFORD & CENTOLA, APC**<br>338 Lafayette Street<br>New Orleans, LA 70130-3244<br>Telephone: (504) 581-9065 | REBECCA L. TARNEJA (SBN 293461)<br>*rtarneja@goodwinlaw.com*<br>**GOODWIN PROCTER LLP**<br>601 South Figueroa Street, Suite 4100<br>Los Angeles, CA 90017<br>Telephone: (213) 426-2500 |
| KIMBALL JONES (*pro hac vice*)<br>*kimball@bighornlaw.com*<br>**BIGHORN LAW, LLC**<br>3675 W. Cheyenne Ave, Suite 100<br>North Las Vegas, NV 89032<br>Telephone: (703) 333-1111 | JAMES L. BERNARD (*pro hac vice*)<br>*james.bernard@hoganlovells.com*<br>JULIE G. MATOS (*pro hac vice*)<br>*julie.matos@hoganlovells.com*<br>**HOGAN LOVELLS US LLP**<br>390 Madison Avenue<br>New York, NY 10017<br>Telephone: (212) 918-3000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants McKinsey & Company, Inc., McKinsey & Company, Inc. United States, McKinsey & Company, Inc. Washington D.C., and McKinsey Holdings, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: McKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION<br><br>This document relates to:<br><br>Case No. 3:24-cv-06155-CRB | Case No. 3:21-md-2996-CRB (SK)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: PLAINTIFF'S AMENDED COMPLAINT**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 6, 17th Floor |

## STIPULATION

WHEREAS, the Court previously dismissed Plaintiff's Complaint without prejudice for lack of capacity, but permitted Plaintiff to amend their complaint by naming Baby Doe 1's guardian as the plaintiff, provided that "Plaintiff's guardian must proceed under their actual name and Baby Doe 1 must be identified by their initials" (ECF 817);

WHEREAS, Plaintiff Mandy Denton, as guardian for minor child B.M., filed a motion to amend the complaint, as the Court permitted (ECF 850);

WHEREAS, the McKinsey Defendants have no objection to Plaintiff filing the Amended Complaint, which proceeds using Plaintiff's actual name and identifies the child on whose behalf Plaintiff is suing with their initials, as the Court directed (ECF 817, 850-1);

NOW, THEREFORE, the parties hereby agree and stipulate that Plaintiff may file the Amended Complaint (ECF 850-1).

IT IS SO STIPULATED.

Dated: November 6, 2025

By: */s/ Mark David McPherson*

MARK DAVID McPHERSON (SBN 307951)
mmcpherson@goodwinlaw.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800

REBECCA L. TARNEJA (SBN 293461)
rtarneja@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, Suite 4100
Los Angeles, CA 90017
Telephone: (213) 426-2500

JAMES L. BERNARD (*pro hac vice*)
james.bernard@hoganlovells.com
JULIE G. MATOS (*pro hac vice*)
julie.matos@hoganlovells.com
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000

*Attorneys for Defendants McKinsey & Company, Inc., McKinsey & Company, Inc. United States, McKinsey & Company, Inc. Washington D.C., and McKinsey Holdings, Inc.*

By: /s/ Stephen P. New

STEPHEN P. NEW
steve@newlawoffice.com
**STEPHEN NEW & ASSOCIATES**
430 Harper Park Drive
Beckley, WV 25801
Telephone: (304) 250-6017

SCOTT R. BICKFORD
srb@mbfirm.com
**MARTZELL, BICKFORD & CENTOLA, APC**
338 Lafayette Street
New Orleans, LA 70130-3244
Telephone: (504) 581-9065

KIMBALL JONES (*pro hac vice*)
kimball@bighornlaw.com
**BIGHORN LAW, LLC**
3675 W. Cheyenne Ave, Suite 100
North Las Vegas, NV 89032
Telephone: (703) 333-1111

*Attorneys for Plaintiff*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

          /s/ *Mark David McPherson*
          MARK DAVID McPHERSON

**STIPULATION ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

DATED: November 7, 2025

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE