Elizabeth J. Cabraser (SBN 083151)
ecabraser@lchb.com
**LIEFF CABRASER HEIMANN &
BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone: (415) 956-1000

*Lead Counsel for Plaintiffs*

John L. Brownlee (*pro hac vice*)
john.brownlee@hklaw.com
Robert J. Farlow (*pro hac vice*)
robert.farlow@hklaw.com
**HOLLAND & KNIGHT LLP**
1650 Tysons Boulevard, Suite 1700
Tysons, VA 22102
Telephone: (703) 720-8600

Michael T. Maroney (*pro hac vice*)
michael.maroney@hklaw.com
**HOLLAND & KNIGHT LLP**
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700

*Counsel for Plaintiff Robyn Hurley,*
*as Executrix of the Estate of Ethan Emirzian*

James L. Bernard (*pro hac vice*)
james.bernard@hoganlovells.com
Julie G. Matos (*pro hac vice*)
Julie.matos@hoganlovells.com
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000

Mark David McPherson (SBN 307951)
mmcpherson@goodwinlaw.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8869

*Attorneys for Defendants McKinsey &*
*Company, Inc.; McKinsey & Company, Inc.*
*United States; McKinsey & Company, Inc.*
*Washington D.C.; and McKinsey Holdings,*
*Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION<br><br>This Document Relates to:<br><br>HURLEY v. MCKINSEY & COMPANY, INC., UNITED STATES, Case No. 3:22-cv-10351-MGM (D. Mass.) | Case No.  21-md-02996-CRB (SK)<br><br>[~~PROPOSED~~] SECOND CASE MANAGEMENT ORDER<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 6, 17th Floor |

## I. Cooperation

The parties have agreed to work together to coordinate discovery to the maximum extent feasible to promote the efficient and speedy resolution of this MDL (ECF No. 772). To that end, the parties agree to the following modifications to the discovery schedule set forth in ECF No. 772.

## II. Discovery

a. *Fact Discovery Cutoff:* March 31, 2026; provided, however, that in the event any discovery dispute is pending at the time the Fact Discovery Cutoff passes, the Cutoff as to the disputed issue shall be extended 45 days from the date the issue is resolved by the Court.

b. *Expert Discovery Deadlines*:

i. *Plaintiff's Expert Reports*: 60 days after Fact Discovery Cutoff.

ii. *Defendants' Expert Reports*: 60 days after Plaintiff's Expert Reports.

iii. *Expert Discovery Cutoff:* 30 days after Defendants' Expert Reports.

iv. *Daubert and Dispositive Motions*: No later than 30 days after the Expert Discovery Cutoff, the parties shall meet and confer and submit a proposed schedule for *Daubert* motions and dispositive motions. If the parties are unable to agree, then each side shall submit its own proposal with a memorandum (not to exceed two pages, double spaced) explaining why the Court should adopt that party's proposal.

[PROPOSED] SECOND
CASE MANAGEMENT ORDER
CASE NO. 3:21-MD-02996-CRB

**IT IS SO STIPULATED.**

Dated: February 5, 2026

By: */s/ Michael T. Maroney*

John L. Brownlee (*Pro Hac Vice*)
john.brownlee@hklaw.com
Robert J. Farlow (*Pro Hac Vice*)
robert.farlow@hklaw.com
**HOLLAND & KNIGHT LLP**
1650 Tysons Boulevard, Suite 1700
Tysons, VA 22102
Telephone: (703) 720-8600

Michael T. Maroney (*Pro Hac Vice*)
michael.maroney@hklaw.com
**HOLLAND & KNIGHT LLP**
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700

*Counsel for Plaintiff Robyn Hurley,*
*as Executrix of the Estate of Ethan Emirzian*

Elizabeth J. Cabraser (SBN 083151)
ecabraser@lchb.com
**LIEFF, CABRASER, HEIMANN &**
**BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

*Plaintiffs' Lead Counsel*

[PROPOSED] SECOND
CASE MANAGEMENT ORDER
CASE NO. 3:21-MD-02996-CRB

By: /s/ Mark David McPherson

**HOGAN LOVELLS US LLP**
James L. Bernard (*Pro Hac Vice*)
james.bernard@hoganlovells.com
Julie G. Matos (*Pro Hac Vice*)
Julie.matos@hoganlovells.com
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000

**GOODWIN PROCTER LLP**
Mark David McPherson (SBN 307951)
mmcpherson@goodwinlaw.com
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8869

*Attorneys for Defendants McKinsey &
Company, Inc.; McKinsey & Company, Inc.
United States; McKinsey & Company, Inc.
Washington D.C.; and McKinsey Holdings, Inc.*

[PROPOSED] SECOND
CASE MANAGEMENT ORDER
CASE NO. 3:21-MD-02996-CRB

## CASE MANAGEMENT ORDER

The above [PROPOSED] CASE MANAGEMENT ORDER is approved as a Case Management Order for this case and all parties shall comply with its provisions.

**IT IS SO ORDERED**.

DATED: __February 9_____, 2026

_____
CHARLES R. BREYER
United States District Judge

[PROPOSED] SECOND
CASE MANAGEMENT ORDER
CASE NO. 3:21-MD-02996-CRB