Elizabeth J. Cabraser (SBN 083151)
ecabraser@lchb.com
**LIEFF CABRASER HEIMANN &
BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000

*Lead Counsel for Plaintiffs*

Scott R. Bickford (*Pro Hac Vice*)
srb@mbfirm.com
**MARTZELL, BICKFORD &
CENTOLA APC**
338 Lafayette Street
New Orleans, LA 70130
Telephone: (504) 581-9065

*Counsel for NAS Plaintiffs*

James L. Bernard (*Pro Hac Vice*)
james.bernard@hoganlovells.com
Julie G. Matos (*Pro Hac Vice*)
Julie.matos@hoganlovells.com
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000

Mark David McPherson (SBN 307951)
mmcpherson@goodwinlaw.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8869

*Attorneys for Defendants McKinsey &
Company, Inc.; McKinsey & Company, Inc.
United States; McKinsey & Company, Inc.
Washington D.C.; and McKinsey Holdings,
Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION<br><br>This Document Relates to:<br><br>ALL NAS ACTIONS | Case No.  21-md-02996-CRB (SK)<br><br>**THIRD JOINT CASE MANAGEMENT AND [PROPOSED] DISCOVERY ORDER**<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 6, 17th Floor |

I.    **Cooperation**

The parties have agreed to work together to coordinate discovery to the maximum extent feasible to promote the efficient and speedy resolution of this MDL (ECF No. 786). To that end, the parties agree to the following modifications to the discovery schedule set forth in ECF No. 786.

II.    **Discovery**

a.    *Fact Discovery Cutoff:* February 27, 2026; provided, however, that in the event any dispute arising from any party's responses and objections to interrogatories or requests for production is pending at the time the Fact Discovery Cutoff passes, the Cutoff as to the disputed materials shall be extended 45 days from the date the issue is resolved by the Court, and provided that the parties may depose, through March 31, 2026, any third-party witness (including former McKinsey partners) that the parties have already identified for deposition and are in the process of scheduling with those witnesses.

b.    *Expert Discovery Deadlines*:

i.    *Plaintiffs' Expert Reports*: 60 days after Fact Discovery Cutoff.

ii.    *Defendants' Expert Reports Concerning In-Person Examinations of Plaintiffs' Children:* 60 days after Fact Discovery Cutoff.

iii.    *Defendants' Other Expert Reports*: 60 days after Plaintiffs' Expert Reports.

iv.    *Plaintiffs' Expert Rebuttal Reports*: 30 days after Defendants' Other Expert Reports.  Defendants reserve the right to respond to any new opinions offered in Plaintiffs' Expert Rebuttal Reports via Expert Sur-Rebuttal Reports or expert testimony.  The parties shall meet and confer within 10 days after service of Plaintiffs' Expert Rebuttal Reports should Defendants determine that Expert Sur-Rebuttal Reports are necessary.

v.    *Expert Discovery Cutoff:* 60 days after Plaintiffs' Expert Rebuttal Reports.

*Daubert and Dispositive Motions*: No later than 60 days after the Expert Discovery Cutoff, the parties shall file any *Daubert* motions or dispositive motions.

**IT IS SO STIPULATED.**

Dated: February 9, 2026

By: */s/ Scott Bickford*
Scott R. Bickford (*Pro Hac Vice*)
srb@mbfirm.com
**MARTZELL, BICKFORD & CENTOLA, APC**
338 Lafayette Street
New Orleans, LA 70130
Telephone: (504) 581-9065

*Plaintiffs' NAS Counsel and on behalf of the Plaintiffs' Steering Committee*

Elizabeth J. Cabraser (SBN 083151)
ecabraser@lchb.com
**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000

*Plaintiffs' Lead Counsel and on behalf of the Plaintiffs' Steering Committee*

THIRD JOINT CASE MANAGEMENT
AND [PROPOSED] DISCOVERY ORDER
CASE NO. 3:21-MD-02996-CRB

By: */s/ Mark David McPherson*

**GOODWIN PROCTER LLP**
Mark David McPherson (SBN 307951)
mmcpherson@goodwinlaw.com
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8869

**HOGAN LOVELLS US LLP**
James L. Bernard (*Pro Hac Vice*)
james.bernard@hoganlovells.com
Julie G. Matos (*Pro Hac Vice*)
Julie.matos@hoganlovells.com
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000

*Attorneys for Defendants McKinsey & Company, Inc.; McKinsey & Company, Inc. United States; McKinsey & Company, Inc. Washington D.C.; and McKinsey Holdings, Inc.*

THIRD JOINT CASE MANAGEMENT
AND [PROPOSED] DISCOVERY ORDER
CASE NO. 3:21-MD-02996-CRB

**CASE MANAGEMENT ORDER**

The above THIRD JOINT CASE MANAGEMENT & [PROPOSED] DISCOVERY ORDER is approved as a Case Management Order for this case and all parties shall comply with its provisions.

**IT IS SO ORDERED**.

DATED:   February 10          , 2026

_____
CHARLES R. BREYER
United States District Judge

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  February 9, 2026

*/s/ Mark David McPherson*
MARK DAVID McPHERSON

THIRD JOINT CASE MANAGEMENT
AND [PROPOSED] DISCOVERY ORDER
CASE NO. 3:21-MD-02996-CRB