MORGAN & MORGAN
JAMES D YOUNG
JUAN R MARTINEZ
201 N. Franklin St, Suite 700
Tampa, FL 33602
Telephone:  813-393-5463
Facsimile: 813-393-5489


Counsel for Bedford County, PA

The City of Pembroke Pines, FL

The County Commission of Mingo County, WV

The Town of Kermit WV


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION | ) ) ) ) | Case No. 3:21-md-02996-CRB |
|---|---|---|
| | ) | PLAINTIFFS' MOTION TO WITHDRAW AS COUNSEL ORDER |
| This Document Relates To: | ) ) | |
| Case No. 21-00276- | ) ) | |
| Case No. 21-cv-60305-RAR | ) ) | |
| Case No. 21-cv-00079-TEJ | | |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

Please take notice that I, Juan Martinez of the law firm of Morgan & Morgan, 201 North Franklin Street, 7th Floor, Tampa, FL 33602, (813) 393-5463, request to be withdrawn as counsel on behalf of the above captioned plaintiffs in the above-styled case only. My last day at Morgan & Morgan is November 28, 2025. The remaining attorneys of record, including James Dennis Young, of the law firm of Morgan & Morgan, (a member of the Plaintiffs' Steering Committee), will continue to represent the above captioned plaintiffs.

Dated:  November 28, 2025                    Respectfully submitted,

<u>/s/ Juan R. Martinez</u>

*Counsel for Plaintiffs*

Date: April 27, 2026



IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

MOTION TO WITHDRAW AS COUNSEL                                        - 1 -

**<u>CERTIFICATION OF ELECTRONIC FILING AND SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing was filed electronically and served on all counsel of record on November 28, 2025 via the Court's ECF system.


     /s/ Juan Martinez

     Juan Martinez

MOTION TO WITHDRAW AS COUNSEL      - 2 -