UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION** | Case No.  21-md-02996-CRB   (SK)<br><br>**ORDER REGARDING NAS PLAINTIFFS' 30(B)(6) DEPOSITION NOTICE TO DEFENDANTS**<br><br>Regarding Docket No. 912 |

The parties are ORDERED to appear for a hearing on this matter on May 18, 2026 at 10:30 am via Zoom.

https://cand-uscourts.zoomgov.com/j/1619779783?pwd=bjY0ZWxXT2JRbDRjd0JmZC9RMG5WUT09

Webinar ID: 161 977 9783

Password: 395832

If the parties cannot attend at this time, they must meet and confer and choose another date to submit to the Court.  They may consult regarding dates with the Courtroom Deputy at skcrd@cand.uscourts.gov, 415-522-4158.  In addition, the Court ORDERS the parties to submit a copy of the Rule 30(b)(6) deposition notice and the responses and objections by May 8, 2026 by submitting them to SKPO@cand.uscourts.gov.  They need not file these documents on the docket.

**IT IS SO ORDERED**.

Dated: May 5, 2026

_Sallie Kim_
_____
SALLIE KIM
United States Magistrate Judge