STEPHEN P. NEW
*steve@newlawoffice.com*
**STEPHEN NEW & ASSOCIATES**
430 Harper Park Drive
Beckley, West Virginia 25801
Telephone: (304) 250-6017

*Counsel for Plaintiff Cynthia Woolwine*

MARK DAVID McPHERSON (SBN 307951)
*mmcpherson@goodwinlaw.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800

REBECCA L. TARNEJA (SBN 293461)
*rtarneja@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, Suite 4100
Los Angeles, CA 90017
Telephone: (213) 426-2500

JAMES L. BERNARD (*pro hac vice*)
*james.bernard@hoganlovells.com*
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000

*Attorneys for Defendant McKinsey & Company, Inc., United States*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: McKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 3:21-md-2996-CRB (SK)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom:  6, 17th Floor |

## STIPULATION

WHEREAS, on May 4, 2026, plaintiff Cynthia Woolwine ("Plaintiff") filed a Motion to Consider Whether Exhibits Designated Confidential by Defendants that are Cited in Plaintiffs' Motion for Sanctions for Spoliation of Evidence Against Defendant McKinsey & Company, Inc. Should be filed under seal (ECF 914);

WHEREAS, the parties have met and conferred about the Confidentiality Designations at issue (the "Confidentiality Designations") and are continuing to assess whether any changes to those Designations are warranted;

WHEREAS, the parties have agreed that McKinsey will inform Plaintiffs if it agrees to amend the Confidentiality Designations by Wednesday May 13, 2026, and if it does not, McKinsey will file its statement and/or declaration described in Local Rule 79-5(f)(3) by Monday May 18, 2026.

IT IS SO STIPULATED.

Dated: May 11, 2026

By: */s/ Stephen P. New*

STEPHEN P. NEW
steve@newlawoffice.com
**STEPHEN NEW & ASSOCIATES**
430 Harper Park Drive
Beckley, West Virginia 25801
Telephone: (304) 250-6017

*Counsel for Plaintiff Cynthia Woolwine*

By: */s/ James L. Bernard*

JAMES L. BERNARD (*pro hac vice*)
james.bernard@hoganlovells.com
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000

MARK DAVID McPHERSON (SBN 307951)
mmcpherson@goodwinlaw.com
**GOODWIN PROCTER LLP**
The New York Times Building

1

620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800

REBECCA L. TARNEJA (SBN 293461)
*rtarneja@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, Suite 4100
Los Angeles, CA 90017
Telephone: (213) 426-2500

*Attorneys for Defendant McKinsey & Company, Inc., United States*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *James L. Bernard*
JAMES L. BERNARD

2

**STIPULATION ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

DATED:  __May 12, 2026_____

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

3