IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MCKINSEY & COMPANY, INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION | Case No.  21-md-02996-CRB   (SK)<br><br>**ORDER SETTING ZOOM STATUS CONFERENCE** |

Counsel for McKinsey and the Plaintiffs' Steering Committee are ordered to appear for a zoom status conference regarding the state of the MDL on June 26, 2026, at 10 A.M. P.T.  The Parties shall file a joint status report on June 18, 2026.

**IT IS SO ORDERED.**

Dated: May 12, 2026



CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California