Elizabeth J. Cabraser
ecabraser@lchb.com
**LIEFF, CABRASER, HEIMANN &**
**BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Counsel for Plaintiffs*

James L. Bernard (*Pro Hac Vice*)
james.bernard@hoganlovells.com
**HOGAN LOVELLS US LLP**
290 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Mark David McPherson (SBN 307951)
mmcpherson@goodwinlaw.com
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800

*Counsel for McKinsey Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 21-md-02996-CRB (SK)<br><br>MODIFIED<br>**STIPULATION AND [PROPOSED]**<br>**ORDER**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6, 17th Floor |

**STIPULATION**

WHEREAS, by Order dated May 12, 2026 (ECF No. 918), the Court directed the parties to submit a Joint Status Report by June 18, 2026 and to appear for a Zoom status conference on June 26, 2026, at 10:00 AM Pacific Time;

WHEREAS, certain counsel for the parties have scheduling conflicts that prevent their availability for the June 26, 2026 conference;

WHEREAS, the parties have conferred regarding alternative dates for the Zoom status conference and understand that the Court and counsel are available to appear on ~~July 17, 2026~~ July 24, 2026 at 10:00 a.m. by Zoom, at 10:00 AM Pacific Time;

WHEREAS, the parties agree that the Joint Status Report shall be submitted on June 18, 2026.

IT IS SO STIPULATED.

Dated: May 15, 2026             By:   */s/ James L. Bernard*
                                       James L. Bernard (*Pro Hac Vice*)
                                       james.bernard@hoganlovells.com
                                       **HOGAN LOVELLS US LLP**
                                       Elizabeth C. Carter (*Pro Hac Vice*)
                                       elizabeth.carter@hoganlovells.com
                                       Julie G. Matos (*Pro Hac Vice*)
                                       julie.matos@hoganlovells.com
                                       390 Madison Avenue
                                       New York, NY 10017
                                       Telephone: (212) 918-3000

                                       **GOODWIN PROCTER LLP**
                                       Mark David McPherson (SBN 307951)
                                       mmcpherson@goodwinlaw.com
                                       The New York Times Building

- 2 -      STIPULATION AND [~~PROPOSED~~] ORDER
                                       CASE NO. 3:21-MD-02996-CRB (SK)

620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8869

*Counsel for McKinsey Defendants*

By:    */s/ Elizabeth J. Cabraser*

Elizabeth J. Cabraser
ecabraser@lchb.com
**LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Counsel for Plaintiffs*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 15, 2026          By:    */s/ James L. Bernard*
                                    James L. Bernard
                                    **HOGAN LOVELLS US LLP**
                                    .

MODIFIED
## STIPULATION ORDER

Pursuant to stipulation, and for good cause show, IT IS SO ORDERED.


Dated:  May 15, 2026        By:    _____

Charles R. Breyer
**UNITED STATES DISTRICT JUDGE**