McKinsey&Company



PLAINTIFF'S EXHIBIT

tabbies

1    9L

1-21-26

Firm Policies



# FinalDocs Policy

May 2014



MCK-MDL2996-0211145



# Purpose

*Final Documents are all client deliverables, key documents generated during a study, and other documents that would be useful for knowledge or client relationship purposes.*

This policy addresses the retention and disposition of working papers. In client engagements, Firm members typically generate and store a large number of documents in both physical and electronic form. The Firm has adopted this Policy for the retention and disposition of such working papers in a Final Documents repository ("FinalDocs").  The purpose of this Policy is to protect clients' confidential information, enable the Firm and team members to efficiently access an accurate record of each engagement, and to preserve storage space.

## WHAT ARE WORKING PAPERS?

Working papers consist of all reports, interview notes, electronic spreadsheets, information provided by the client, information from third party sources, e-mail and other correspondence, and all other documents generated or stored by Firm members relating to a particular engagement, whether in physical or electronic form and whether in final or draft form.

## COLLECTION AND DELETION OF WORKING PAPERS

At the end of a client engagement, the Firm requires the client engagement team to create and store a subset of the engagement's working papers as Final Documents. All other working papers should be destroyed or deleted. To accomplish this, at the end of a client engagement the team must:

1. **Identify and Submit Final Documents**

   The Engagement Manager or the team member designated by the Engagement Director must identify and submit all Final Documents, including scanned copies of hard-copy documents, to FinalDocs. Final Documents are defined as:

   a. All client deliverables (e.g., meeting agenda decks, progress reviews and final reports), including all documentation evidencing the transmission of the deliverables (e.g., email, cover letter, etc.)

   b. Key documents that support the team's conclusions and recommendations (e.g., models or analyses),

1

MCK-MDL2996-0211146



c. Documents describing how important questions raised by the client were resolved and/or might be helpful in orienting Firm or client personnel in the event of future work for the client, and

d. Documents, if any, which contain or reflect new or different knowledge or frameworks that if properly sanitized, can be shared more broadly in the Firm.

At the end of an engagement, the Engagement Manager or the team member designated by the Engagement Director must confirm that all Final Documents were submitted to FinalDocs.

## 2. Discard Working Papers

At the end of a client engagement, each team member should properly discard or delete all working papers that are not Final Documents wherever such documents reside. Generally, everything not described in Section 1 above should be discarded or deleted, including interview notes, drafts of reports and analyses, email and other correspondence, and documents furnished by the client, whether in paper or electronic form.

## EXCEPTIONS

All exceptions to this policy, including those requested by a Client, must be reviewed and approved by Firm Legal.

## ANTICIPATION OF LITIGATION

Any team member who learns of or has reason to anticipate litigation, government investigation, or other legal action relating to the subject matter of an engagement should immediately notify Firm Legal. In such circumstances, you must preserve the working papers from the engagement until the Legal Department determines the records are no longer needed. That preservation obligation supersedes any previously or subsequently established destruction schedule for those records.

## FINAL DOCUMENTS RETENTION PERIOD

The Final Documents will be retained in the confidential FinalDocs Repository for ten years after the engagement has ended unless the Legal Department requires that the file be preserved beyond that period in the event of a legal action as described in the "ANTICIPATION OF LITIGATION" section above, or the Legal Department has determined that local law requires a longer retention period.

2

MCK-MDL2996-0211147



McKinsey & Company
FINALDOCS POLICY

## DEPARTURE FROM THE FIRM

When a consultant leaves the Firm the relevant Human Resources or Professional Development personnel responsible for the exit process should ensure the departing consultant has properly submitted his or her Final Documents and is otherwise in compliance with this policy before departure. Departing personnel must not remove from the Firm any proprietary or confidential information of the Firm or its clients.

Questions about this policy should be referred to Jonathan Slonim at +1 (212) 415-5355 who will administer this policy.

Date of adoption: November 13, 2012
Updated: May 2, 2014

3

MCK-MDL2996-0211148