Sherin Ijaz
January 21, 2026

S. Ijaz

MR. NEW:  You stepped out of the room yesterday, and he was completely lost.

MR. CROWLEY:  Was he?  I'm critical.

MR. NEW:  He was.  I think so.

(Witness peruses document.)

BY MR. NEW:

Q.  Are you ready?

A.  Yes.

Q.  Okay.  Exhibit 1 is a document Bates numbered MCK-MDL-2996-0211145, Firm policies, FinalDocs policy dated May 2014.

Are you familiar with this policy?

A.  Yes.

Q.  Looking over on the first page of the FinalDocs policy, under the title, What are working papers?  And there's a paragraph.

Does that paragraph provide us an accurate definition of what working papers are?

A.  Yes.

Q.  And then if you could take a look under Collection and Deletion of Working

Sherin Ijaz
January 21, 2026

S. Ijaz

Papers?

A.  Yes.

Q.  Is that the process that McKinsey uses to collect and delete working papers and retain final documents?

A.  Yes.

Q.  Number 2, on page 2, is The Discarding of Working Papers.

A.  Yes.

Q.  And in the middle of that paragraph, it says, Generally, everything not described in Section 1 above should be discarded or deleted, including interview notes, drafts of reports, and analyses, e-mail and other correspondence and documents furnished by the client, whether in paper or electronic form.

Do you see that?

A.  Yes.

Q.  And do I understand correctly that, at the end of the engagement, if something isn't a FinalDoc, that you, as a McKinsey member working on that engagement, discard working papers?

A.  Yes.  Unless there's a hold on

Sherin Ijaz
January 21, 2026

S. Ijaz

those.

Q.  Now, paper is pretty easy to understand.  You either put it in a recycle bin or in the trash, or something, right, to discard?

A.  Not trash.  But -- and not the recycle bin.  But we have a confidential PRO shred bin; we usually put them in those.

Q.  All right.  Now, in terms of electronics and things like e-mails, describe how you would discard electronic working papers.

A.  We would delete any documents that were, like, working files or anything on the desktop or saved on the computer.  But a lot of stuff is usually saved on a Box folder or another folder.

So, over time, we've had different storage devices; from Nomadesk, to Box, to OneDrive, that would be sitting there, and you could go in and delete that, and everybody has their own -- own file.

And then e-mails get automatically deleted, I think, after a certain period of

Sherin Ijaz
January 21, 2026

S. Ijaz

time.  So that's...

Q.  Let's take those in reverse order,
if I can.

A.  Okay.

Q.  Let's say you get to the end of an
engagement for Endo pharmaceuticals.

With respect to your e-mails, do I
understand you to say that you don't go in
and just delete the e-mails related to that
engagement?

Was your practice to typically wait
for those e-mails to automatically delete
from your system?

A.  Yes.  I never deleted e-mails around
it, and maybe I've missed a part of the
policy?

Q.  I'm not suggesting that you -- I'm
not suggesting that you did.

A.  Yeah, but I --

Q.  I'm trying to establish if your
practice was to allow McKinsey's automatic
e-mail deletion program to delete old
e-mails.

A.  That's correct.

Sherin Ijaz
January 21, 2026

S. Ijaz

engagement or closer to now?

A.  I would say closer in time to the engagement than now, but I have no recollection of it.

Q.  Who provided the hold instruction?

A.  Somebody from McKinsey legal usually e-mails us to call for a hold, and they give the charge code for the project.

Q.  Were your working papers for Endo's sales force blitz still in existence when firm legal gave the hold?

A.  Yes, I had some papers which were in existence when the hold came through.

Q.  You said some papers?

A.  There were documents that I had.  I don't know if there were others that were there.  But there were documents that I had on my desk -- desktop.

Q.  Had there been any documents discarded by you, working papers documents, discarded by you prior to the hold?

A.  I don't remember too for this policy if I deleted or moved anything.  But whatever was there, was -- was there, and it was more

Sherin Ijaz
January 21, 2026

S. Ijaz

than what the final documents were.

Q.   Can you say with any certainty here today that all of your working papers that you worked on for sales force blitz were in existence at the time firm legal instructed the hold?

A.   All of my work?  I -- I can't say with certainty, I'm sorry.

(Whereupon, at this time, the reporter marked Plaintiff's Exhibit 2, client development update for identification.)

(Witness peruses document.)

BY MR. NEW:

Q.   Let me know when you're ready.

A.   I'm ready.

Q.   Okay.  Take a look at Exhibit 2, Bates numbered MCK-MDL-2996.  Bates number ending 0022217.

Do you recognize this document?

A.   I don't remember it, but I recognize -- I recognize it.

Q.   What do you recognize this document, or this type of document to be?