Nicholas Mills   CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
December 16, 2025

A.   I'm not sure if -- I -- I received legal holds in relation to my Purdue work.  I'm not sure if that was because of Purdue's civil or criminal litigation or -- or another reason; but I certainly, at some point, have received legal holds for my work.

Q.   When did you get the legal holds --

A.   I do not recall.

Q.   -- for your Purdue work?

A.   I do not recall.

Q.   Would it have been a good bit of time after you actually did the work?  Like, closer to 2019, when McKinsey stopped doing --

A.   No, it was -- it was certainly long before that.  I just don't recall when.

Q.   Would that legal hold have applied to working papers?

A.   My understanding of the legal hold, and the way I acted on the legal hold, was I kept everything.

Q.   And that's in compliance with

McKinsey's policies, correct?

A.    Yes.  Yes.

Q.    Would it surprise you to know that, from 2001 through 2019, there was no period of time in there when Purdue was not being civilly or criminally prosecuted in some manner?

A.    That -- that would be news to me, yes.

Q.    The State of West Virginia sued Purdue in 2001, resolved that litigation in 2004, before you joined the firm; but, shortly after you joined the firm, 26 Attorneys General sued Purdue.

Did anyone make you aware, when you were either supporting the client service team or actually working on Purdue engagements, that Purdue was actually actively involved in litigation?

A.    Not to my recollection.

Q.    If someone at McKinsey had advised you about ongoing litigation involving your client, Purdue, for instance, when you were involved on the engagements, that would have shaped how you

disposed of working papers, technology, things like that, correct?

MS. JOFFRE:  Objection.  Vague.

Q.    You can answer.

A.    I typically -- we would get a communication from our legal department if there was a legal hold on our work.

Q.    McKinsey's policies say that, if you are aware of or anticipate litigation, that you're to preserve working papers, correct?

A.    Yes.

MR. BERNARD:  Objection to form.

Q.    So you don't need a legal hold letter from McKinsey's lawyers to tell you to not destroy working papers; that's part of the working papers policy, is it not?

MS. JOFFRE:  Objection to form.

MR. BERNARD:  Objection to form.

But you can answer.

Q.    You can answer.

A.    As a general rule, yes.

Q.    Not just in person, but on the