Pasha Sarraf, M.D., Ph.D.
January 20, 2026

P. Sarraf

else.

Q.   Meaning, if there were already a physician or someone in R&D who was working for Endo, Craig MacKenzie's questions would most appropriately be asked of that individual, correct?

A.   It's very common for teams to try to get smart before they put themselves in front of clients and ask questions that they may look like boobs, and so, you know, they -- so this was a typical outreach saying, hey, can you make me smart before I go to talk to clients.

And I said, no, go get smart somewhere else.  I was crass.

Q.   I used --

A.   But not bro-y.

Q.   I use the word -- I use the word boob to describe people frequently, Dr. Sarraf, and I'm sure that one day in the near future I'll be canceled --

A.   -- perceive me as bro-y later, so...

(Overlapping speakers.)

Q.   I'm sure you and I will both be

Pasha Sarraf, M.D., Ph.D.
January 20, 2026

P. Sarraf

canceled, so it's a good thing we work for ourselves.

Would it be inappropriate for Arnie Ghatak or Nick Mills, who are copied on this e-mail, to share Purdue data with Craig MacKenzie, Laura Moran or anyone working for Endo?

A.  So it's very hard for me to answer that, because it's all very context-dependant.

In my own perspective, I did not -- I viewed this as a line that I wouldn't cross, but other people may view it very differently.  And I wasn't their judge.

Q.  I appreciate that.

For yourself, you made a decision this is a conflict, I'm not comfortable crossing that line, go smarten up elsewhere?

A.  That was my perception of the situation.  And I did that, not for Endo; I did it for anybody who would call me about any opioid topic.

Q.  Do you recall being questioned -- or being contacted, rather, for your expertise

Pasha Sarraf, M.D., Ph.D.
January 20, 2026

P. Sarraf

for other opioid products, other than Endo's,
like Craig MacKenzie?

A.   Yeah, frequently.

Q.   Do you recall what those products
were?

A.   I think it was, like, J&J, they
would call, like, hey, can you tell us about
Vicodin or, you know, Abbvie or others, and I
would say, you know, no.

Q.   Do you ever recall being contacted
by anyone who was doing work for Teva?

A.   No, I don't remember that.

Q.   What about Mallinckrodt and any of
its generic opioids?

A.   Mallinckrodt, I talked about a
cortisol drug that they had, but I never
talked to them about anything related to
opioids.

Q.   Okay.

(Whereupon, at this time, the
reporter marked Plaintiff's Exhibit
7, e-mail correspondence for
identification.)

BY MR. NEW:

Pasha Sarraf, M.D., Ph.D.
January 20, 2026

P. Sarraf

a concern.

Same question now with whether you call it fetal opioid exposure or prenatal --

A. Yeah.

Q. -- opioid exposure.

Using that term --

A. Yeah.

Q. -- as opposed to NAS, was fetal opioid exposure, or prenatal opioid exposure, ever raised by Purdue as a concern through the engagements on which you worked?

A. I don't recall it being raised.

(Whereupon, at this time, the reporter marked Plaintiff's Exhibit 8, FinalDocs policy for identification.)

BY MR. NEW:

Q. Doctor, have you reviewed Exhibit 8, MCK-MDL-2996-0211145?

A. Not in this form, no, I don't recall.

Q. As a member at McKinsey -- a member of McKinsey, at whatever rank or position you held, you would have been expected to comply

                        P. Sarraf

with policies like this FinalDocs policy,

correct?

        A.  Yes.

        Q.  The definition of working papers on

the second page, 1146, does that seem like an

accurate definition of the word working

papers?

        A.  It does seem like that.

        Q.  And do you have any reason to

disagree with any of the paragraphs under the

collection and deletion of working papers?

        A.  No.

        Q.  And in your practice at McKinsey,

did you comply with the collection and

deletion of working papers, as set forth in

this policy?

        A.  Yes.  To the best of our ability.

Obviously, there were different documents --

the FinalDocs, you collected and then,

essentially, you had a single resource of,

here are the -- you know, the conclusions.

The rest was a long tail of just -- work

slop, is how I would call it.

        Q.  Do you see the Anticipation of

Pasha Sarraf, M.D., Ph.D.
January 20, 2026

P. Sarraf

litigation section?

A.  Yes.

Q.  And in the time that you were at McKinsey, 2008 to 2018, were you familiar with this Anticipation of litigation policy of McKinsey's?

A.  Yes.

Q.  And it's pretty straightforward.

Any team member who learns of or has reason to anticipate litigation, government investigation, or other legal action relating to the subject matter of an engagement, should immediately notify firm legal.

In any of your work for Purdue, did you ever contact firm legal about your work for Purdue or anticipation of litigation?

A.  No.  Not for any work I did for Purdue.

Q.  And this says, In such circumstances, you must preserve the working papers from the engagement until the legal department determines the records are no longer needed.

Do you see that?