**HOGAN LOVELLS US LLP**
James L. Bernard (*Admitted Pro Hac Vice*)
james.bernard@hoganlovells.com
New York, NY 10017
Telephone: (212) 918-3000

**GOODWIN PROCTER LLP**
Mark David McPherson (CA SBN 307951)
mmcpherson@goodwinlaw.com
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8869

*Counsel for Defendants*
MCKINSEY & COMPANY, INC. UNITED STATES;
MCKINSEY & COMPANY INC. WASHINGTON D.C.;
MCKINSEY HOLDINGS, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MCKINSEY & CO. INC. NATIONAL PRESCRIPTION OPIATE CONSULTING LITIGATION | Case No. 3:21-md-02996-CRB (SK) <br><br> **MOTION TO WITHDRAW DAVID M. CHEIFETZ AS COUNSEL OF RECORD** : ORDER <br><br> Judge: Hon. Charles R. Breyer <br> Magistrate Judge: Hon. Sallie Kim |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants McKinsey & Company, Inc. United States; McKinsey & Company Inc. Washington D.C.; McKinsey Holdings, Inc. ("McKinsey") hereby withdraw the appearance *pro hac vice* of attorney David M. Cheifetz of the law firm Hogan Lovells US LLP, as counsel in this action. McKinsey will continue to be represented in this matter by James Lawrence Bernard, Vassi Iliadis, Elizabeth C. Carter and Julie G. Matos of Hogan Lovells US LLP and Mark David McPherson, Sophie Barnett and Rebecca Tarneja of Goodwin Procter LLP.

Dated:   New York, New York
         May 20, 2026

**HOGAN LOVELLS US LLP**

By:   */s/ James L. Bernard*
James L. Bernard (Admitted *Pro Hac Vice)*
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000
james.bernard@hoganlovells.com

Date: May 26, 2026



MOTION TO WITHDRAW DAVID M. CHEIFETZ AS COUNSEL OF RECORD
CASE NO. 3:21-MD-02996-CRB (SK)