Stephen P. New
*steve@newlawoffice.com*
**STEPHEN NEW & ASSOCIATES**
430 Harper Park Drive
Beckley, West Virginia 25801
Telephone: (304) 250-6017

*Counsel for Plaintiffs*

James L. Bernard (*Pro Hac Vice*)
*james.bernard@hoganlovells.com*
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000

Mark David McPherson (SBN 307951)
*mmcpherson@goodwinlaw.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800

Rebecca L. Tarneja (SBN 293461)
*rtarneja@goodwin.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, Suite 4100
Los Angeles, CA 90017
Telephone: (213) 426-2500

*Counsel for Defendant McKinsey & Company, Inc., United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION<br><br>This document relates to:<br><br>NAS ACTIONS | Case No. 3:21-md-02996-CRB (SK)<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6, 17th Floor |

**STIPULATION**

WHEREAS, on May 21, 2026, plaintiff Cynthia Woolwine ("Plaintiff") filed a Motion for Sanctions For Spoliation of Evidence Against Defendant McKinsey & Company, Inc. ("Spoliation Motion") (ECF 926);

WHEREAS, due to scheduling issues for various McKinsey counsel, McKinsey seeks, and Plaintiffs do not oppose, twenty additional days to file its opposition to the Spoliation Motion ("Opposition");

NOW, THEREFORE, the parties hereby agree and stipulate that the deadline for McKinsey to submit its Opposition should be extended from June 4 to June 24, 2026.

IT IS SO STIPULATED.

Dated: June 5, 2026                By:    */s/ James L. Bernard*

James L. Bernard (*Pro Hac Vice*)
james.bernard@hoganlovells.com
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000


**GOODWIN PROCTER LLP**
Mark David McPherson (SBN 307951)
mmcpherson@goodwinlaw.com
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8869

*Counsel for Defendant McKinsey & Company, Inc., United States*

- 2 -        STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:21-MD-02996-CRB (SK)

By:   */s/ Stephen P. New*
      STEPHEN P. NEW
      steve@newlawoffice.com
      **STEPHEN NEW & ASSOCIATES**
      430 Harper Park Drive
      Beckley, West Virginia 25801
      Telephone: (304) 250-6017

      *Counsel for Plaintiffs*

### ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By:   */s/ James L. Bernard*
      James L. Bernard
      **HOGAN LOVELLS US LLP**
      .

- 3 -   STIPULATION AND [PROPOSED] ORDER
        CASE NO. 3:21-MD-02996-CRB (SK)

**STIPULATION ORDER**

Pursuant to stipulation, and for good cause show, IT IS SO ORDERED.


Dated: _____          By: _____
                                       Charles R. Breyer
                                       **UNITED STATES DISTRICT JUDGE**