STEPHEN P. NEW
*steve@newlawoffice.com*
**STEPHEN NEW & ASSOCIATES**
430 Harper Park Drive
Beckley, West Virginia 25801
Telephone: (304) 250-6017

*Counsel for Plaintiff Cynthia Woolwine*

JAMES L. BERNARD (*pro hac vice*)
*james.bernard@hoganlovells.com*
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000

MARK DAVID McPHERSON (SBN 307951)
*mmcpherson@goodwinlaw.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800

REBECCA L. TARNEJA (SBN 293461)
*rtarneja@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, Suite 4100
Los Angeles, CA 90017
Telephone: (213) 426-2500

*Counsel for Defendant McKinsey & Company, Inc., United States*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: McKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION<br><br>This document relates to:<br><br>NAS ACTIONS | Case No. 3:21-md-2996-CRB (SK)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: PAGE LIMITS**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom:  6, 17th Floor |

**STIPULATION**

WHEREAS, on May 21, 2026, plaintiff Cynthia Woolwine ("Plaintiff") filed a Motion for Sanctions For Spoliation of Evidence against Defendant McKinsey & Company, Inc. (the "Spoliation Motion") (ECF 926);

WHEREAS, Plaintiffs' Spoliation Motion is approximately twenty-five pages, excluding signature pages and the Certificate of Service;

WHEREAS, Plaintiffs' Motion raises issues which McKinsey believes cannot be addressed adequately in its opposition to the Spoliation Motion ("Opposition") within the number of pages contemplated by this Court's standing order;

WHEREAS, the parties have met and conferred about extending page limits given these limitations;

NOW, THEREFORE, the parties hereby agree and stipulate to extending the page limit for McKinsey's Opposition to 30 pages.

IT IS SO STIPULATED.


Dated: June 22, 2026                    By: _/s/ James L. Bernard_____

JAMES L. BERNARD (*pro hac vice*)
*james.bernard@hoganlovells.com*
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000

**GOODWIN PROCTER LLP**
MARK DAVID McPHERSON (SBN 307951)
*mmcpherson@goodwinlaw.com*
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800


*Counsel for Defendant McKinsey & Company, Inc., United States*

1

By: /s/ *Stephen P. New*

STEPHEN P. NEW
steve@newlawoffice.com
**STEPHEN NEW & ASSOCIATES**
430 Harper Park Drive
Beckley, West Virginia 25801
Telephone: (304) 250-6017

*Counsel for Plaintiff Cynthia Woolwine*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


By:    /s/ *James L. Bernard*

JAMES L. BERNARD
**HOGAN LVOELLS US LLP**

2

**STIPULATION ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

DATED: ___June 23, 2026_____          _____

CHARLES R. BREYER
**UNITED STATES DISTRICT JUDGE**

3