STEPHEN P. NEW
*steve@newlawoffice.com*
**STEPHEN NEW & ASSOCIATES**
430 Harper Park Drive
Beckley, West Virginia 25801
Telephone: (304) 250-6017

*Counsel for Plaintiff Cynthia Woolwine*

JAMES L. BERNARD (*pro hac vice*)
*james.bernard@hlc.com*
**HOGAN LOVELLS**
**CADWALADER US LLP**
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6000

REBECCA L. TARNEJA (SBN 293461)
*rtarneja@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, Suite 4100
Los Angeles, CA 90017
Telephone: (213) 426-2500

MARK DAVID McPHERSON (SBN 307951)
*mmcpherson@goodwinlaw.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800

*Attorneys for Defendant McKinsey & Company, Inc., United States*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: McKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 3:21-md-2996-CRB (SK)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6, 17th Floor |

**STIPULATION**

Plaintiff Cynthia Woolwine ("Plaintiff") and Defendant McKinsey & Company, Inc. ("McKinsey"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on September 21, 2021, the Court entered Pretrial Order No. 4: Protective Order, ECF No. 258 (the "Protective Order"), governing the designation and treatment of Confidential Information and Highly Confidential Information in this litigation;

WHEREAS, the Protective Order provides that information disclosed through testimony at a deposition may be designated as Confidential Information or Highly Confidential Information by designating the applicable portions of the transcript in accordance with the procedures set forth in the Protective Order;

WHEREAS, the Protective Order further provides a procedure for challenging confidentiality designations, including a requirement that the parties meet and confer in good faith regarding any challenged designation before seeking Court intervention;

WHEREAS, the parties have met and conferred regarding Plaintiffs' challenges to certain of McKinsey's confidentiality designations for deposition testimony;

WHEREAS, the parties have been unable to reach agreement regarding certain challenged designations;

WHEREAS, the parties believe that an orderly briefing schedule will promote efficiency and avoid piecemeal motion practice concerning any remaining disputed designations;

WHEREAS, the parties further agree that McKinsey may file its motion, and any supporting materials containing or reflecting information designated as Confidential Information or Highly Confidential Information, under seal in accordance with the Protective Order, the Federal Rules of Civil Procedure, the Civil Local Rules of this District, and any applicable standing orders, without prejudice to Plaintiffs' position that some or all of the materials should not remain sealed or confidential;

NOW, THEREFORE, the parties stipulate and agree, subject to Court approval, as follows:

1.    McKinsey shall file its motion to retain confidentiality over certain deposition transcript confidentiality designations that McKinsey believes should be maintained no later than July 17, 2026.

2.    Plaintiffs shall file any opposition to McKinsey's motion by August 7, 2026.

3.    McKinsey shall file any reply in support of its motion by August 21, 2026.

**IT IS SO STIPULATED.**

Dated: July 13, 2026

By: */s/ James L. Bernard*

JAMES L. BERNARD (*pro hac vice*)
*james.bernard@hoganlovells.com*
**HOGAN LOVELLS**
**CADWALADER US LLP**
200 Liberty Street
New York, NY 10017
Telephone: (212) 504-6000

MARK DAVID McPHERSON (SBN 307951)
*mmcpherson@goodwinlaw.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800

REBECCA L. TARNEJA (SBN 293461)
*rtarneja@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, Suite 4100
Los Angeles, CA 90017
Telephone: (213) 426-2500

*Attorneys for Defendant McKinsey & Company, Inc., United States*

2

By: */s/ Stephen P. New*

STEPHEN P. NEW
steve@newlawoffice.com
**STEPHEN NEW & ASSOCIATES**
430 Harper Park Drive
Beckley, West Virginia 25801
Telephone: (304) 250-6017

*Counsel for Plaintiff Cynthia Woolwine*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *James L. Bernard*
JAMES L. BERNARD

3

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:21-MD-2996-CRB(SK)

## STIPULATION ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

DATED:   July 14, 2026

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

4