KURT A. KAPPES – SBN 146384
kappesk@gtlaw.com
MICHAEL D. LANE – SBN 239517
lanemd@gtlaw.com
**GREENBERG TRAURIG, LLP**
400 Capitol Mall, Suite 2400
Sacramento, CA 95814
Telephone: (916) 442-1111

SHRUTIH R. TEWARIE (*pro hac vice forthcoming)*
shrutih.rtewarie@gtlaw.com
**GREENBERG TRAURIG, LLP**
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
*Attorneys for Nonparties*
*Jeffrey Smith and John Goldie*

MARC J. EISENSTEIN (*pro hac vice*)
**COBURN & EISENSTEIN PLLC**
1200 G Street, NW
8th Floor
Washington, DC 20005
Telephone: 703-963-7164
Facsimile: 866-561-9712

*Attorneys for Nonparty Tony Tramontin*

MEREDITH OSBORN
Meredith.Osborn@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111-4164
Telephone: (415) 471-3140

GISELLE JOFFRE (*pro hac vice*)
Giselle.Joffre@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
500 Boylston Street, 20th Floor
Boston, MA 02116-3740
Telephone: (617) 351-8000
*Attorneys for Nonparty Nicholas Mills*

GREGORY P. BARBEE, Cal. Bar No. 185156
gbarbee@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
A Limited Liability Partnership
Including Professional Corporations
350 S. Grand Avenue, Suite 4000
Los Angeles, CA 90071
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

DAVID L. DOUGLAS (*pro hac vice forthcoming*)
D.C. Bar No. 447157
CHRISTOPHER M. LOVELAND (*pro hac vice forthcoming*)
ddouglass@sheppard.com
cloveland@sheppard.com
DC Bar No. 473969
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
Telephone: (202) 747-1900
Facsimile: (202) 747-1901
*Attorneys for Nonparty Dr. Maria Gordian*

STEPHEN P. NEW
steve@newlawoffice.com
**STEPHEN NEW & ASSOCIATES**
430 Harper Park Drive
Beckley, West Virginia 25801
Telephone: (304) 250-6017

*Attorneys for Plaintiff Cynthia Woolwine*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: McKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | **CASE NO. 3:21-md-2996-CRB (SK)**<br>STIPULATION AND ORDER<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6, 17th Floor |

**STIPULATION**

Plaintiff Cynthia Woolwine ("Plaintiff") and Nonparty Deponents Jeffrey Smith, John Goldie, Nicholas Mills, Tony Tramontin, and Maria Gordian (collectively, the "Nonparties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on September 21, 2021, the Court entered Pretrial Order No. 4: Protective Order, ECF No. 258 (the "Protective Order"), governing the designation and treatment of Confidential Information and Highly Confidential Information in this litigation;

**WHEREAS**, the Protective Order provides that information disclosed through testimony at a deposition may be designated as Confidential Information or Highly Confidential Information by designating the applicable portions of the transcript in accordance with the procedures set forth in the Protective Order;

**WHEREAS**, the Protective Order further provides a procedure for challenging confidentiality designations, including a requirement that the parties meet and confer in good faith regarding any challenged designation before seeking Court intervention;

**WHEREAS,** following their depositions, the Nonparties designated certain passages of their deposition transcripts that they sought to maintain as confidential and these designations were conveyed by Defendant McKinsey & Company, Inc. ("McKinsey") to Plaintiff.

**WHEREAS**, Plaintiff informed McKinsey of Plaintiff's challenges to certain designations made by both McKinsey and the Nonparties, and upon information and belief, Plaintiff and McKinsey met and conferred regarding these challenges and McKinsey shared the Nonparties' positions with Plaintiff.

**WHEREAS,** the Nonparties were not included in these meetings. However, Nonparties were informed by McKinsey that during these meetings McKinsey and Plaintiff had agreed upon a July 17 deadline by which time McKinsey must file motions defending any contested designations.

**WHEREAS,** Nonparties did not agree with Plaintiff's counsel to any deadline and their counsel had not yet had an opportunity to confer with Plaintiff's counsel.

**WHEREAS**, some counsel for the Nonparties and Plaintiff's counsel met and conferred concerning confidential designations in order to narrow any disagreements. Specifically, counsel for Mr. Smith and Mr. Goldie met and conferred with Plaintiff's counsel on July 8, 2026; counsel for Mr. Mills

met and conferred with Plaintiff's counsel on July 10, 2026, and counsel for Mr. Tramontin met and conferred with Plaintiff's counsel on July 1, 2026. Counsel for Ms. Gordian has not yet had an opportunity to confer with Plaintiff's counsel.

**WHEREAS,** on July 13, 2026, Plaintiff and McKinsey filed a joint stipulation setting a briefing schedule for McKinsey's motion to retain confidentiality over certain deposition transcript confidentiality designations. *See* ECF No. 948. On July 14, 2026, the Court so ordered that stipulation. *See* ECF No. 949. The Nonparties were not parties to that stipulation.

**WHEREAS**, the Nonparties and Plaintiff accordingly agree that additional time beyond McKinsey's July 17 deadline is warranted to allow Nonparties to continue to consider the Plaintiff's objections to confidential designations, to continue to confer with Plaintiff's counsel, and to narrow the issues that may be brought to the Court.

**WHEREAS,** the Nonparties, if there are remaining unresolved issues, seek time to file a joint motion concerning any issues in common with respect to designations;

**WHEREAS,** such a joint motion, as opposed to several individual motions potentially addressing similar types of designations, will save the Court's time and resources.

**WHEREAS,** the Nonparties and Plaintiff further agree that the Nonparties may file their motion, and any supporting materials containing or reflecting information designated as Confidential Information or Highly Confidential Information, under seal in accordance with the Protective Order, the Federal Rules of Civil Procedure, the Civil Local Rules of this District, and any applicable standing orders, without prejudice to Plaintiffs' position that some or all of the materials are not deserving of the confidentiality designation;

**WHEREAS**, McKinsey does not oppose the briefing schedule proposed below.

**NOW, THEREFORE**, the parties stipulate and agree, subject to Court approval, as follows:

1. The Nonparties shall file their motion seeking confidentiality over identified deposition transcript confidentiality designations that the Nonparties believe are deserving of a court order of confidentiality no later than July 31, 2026.
2. Plaintiffs shall file any opposition to the Nonparties' motion by August 28, 2026.
3. The Nonparties shall file any reply in support of their motion by September 11, 2026.

**IT IS SO STIPULATED.**

By: /s/ Kurt A. Kappes
KURT A. KAPPES – SBN 146384
kappesk@gtlaw.com
MICHAEL D. LANE – SBN 239517
lanemd@gtlaw.com
**GREENBERG TRAURIG, LLP**
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111

SHRUTIH R. TEWARIE (*pro hac vice forthcoming)*
shrutih.rtewarie@gtlaw.com
**GREENBERG TRAURIG, LLP**
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
*Attorneys for Nonparties Jeffrey Smith and John Goldie*

By: /s/ Gregory P. Barbee
GREGORY P. BARBEE, Cal. Bar No. 185156
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
350 S. Grand Avenue, Suite 4000
Los Angeles, CA 90071
gbarbee@sheppardmullin.com
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

DAVID L. DOUGLAS *(pro hac vice forthcoming)*
D.C. Bar No. 447157
CHRISTOPHER M. LOVELAND *(pro hac vice forthcoming)*
DC Bar No. 473969
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
ddouglass@sheppard.com
cloveland@sheppard.com
Telephone: (202) 747-1900
Facsimile: (202) 747-1901

*Attorneys for Nonparty Dr. Maria Gordian*

By: /s/ Stephen P. New
STEPHEN P. NEW
steve@newlawoffice.com
**STEPHEN NEW & ASSOCIATES**
430 Harper Park Drive
Beckley, West Virginia 25801
Telephone: (304) 250-6017

*Attorneys for Plaintiff Cynthia Woolwine*

MARC J. EISENSTEIN (*pro hac vice*)
**COBURN & EISENSTEIN PLLC**
1200 G Street, NW
8th Floor
Washington, DC 20005
Telephone: 703-963-7164
Facsimile: 866-561-9712

*Attorneys for Nonparty Tony Tramontin*

By: /s/ Meredith Osborn
MEREDITH OSBORN
Meredith.Osborn@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Four Embarcadero Center, 14th Floor
San Francisco, CA 94111-4164
Telephone: (415) 471-3140

GISELLE JOFFRE (*pro hac vice*)
Giselle.Joffre@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
500 Boylston Street, 20th Floor
Boston, MA 02116-3740
Telephone: (617) 351-8000

*Attorneys for Nonparty Nicholas Mills*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

___/s/ *Kurt A. Kappes*____

KURT A. KAPPES

**ORDER**

Pursuant to stipulation, and for good cause shown, the Court HEREBY ORDERS:

1. The Nonparties shall file their motion seeking confidentiality over identified deposition transcript confidentiality designations that the Nonparties believe are deserving of a court order of confidentiality no later than July 31, 2026.
2. Plaintiffs shall file any opposition to the Nonparties' motion by August 28, 2026.
3. The Nonparties shall file any reply in support of their motion by September 11, 2026.

**IT IS SO ORDERED.**

DATED: July 22, 2026

HON. SALLIE KIM
UNITED STATES MAGISTRATE JUDGE