United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION<br><br>This document relates to:<br><br>*Ecke v. McKinsey & Co., Inc.*, Case No. 3:24-cv-00980<br><br>*Isaacs v. McKinsey & Co., Inc.,* Case No. 3:24-cv-00981 | Case No. 21-md-02996-CRB<br><br>**ORDER TO SHOW CAUSE** |

The pro se plaintiffs in the above-captioned cases are ordered to show cause why their case should not be dismissed for failure to prosecute their cases. Defendants are instructed to provide a copy of this order to plaintiffs and provide a certificate of service within 14 days. Written responses to the order to show cause are due within 45 days of this order.

Dated: August 4, 2026

CHARLES R. BREYER
United States District Judge