O'Melveny

O'Melveny & Myers LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019-6022

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

August 12, 2026

**Nexus U. Sea**
D: +1 212 326 2262
nsea@omm.com

**VIA EMAIL AND ECF**

Hon. Sallie Kim
United States District Court
Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:** ***In Re: McKinsey & Co., Inc. National Prescription Opiate Consultant Litigation, Civil Action No. 3:21-md-02996-CRB (SK)***

Dear Judge Kim:

Nonparty Johnson & Johnson ("J&J") submits this letter notice pursuant to the Court's August 7, 2026 Order (ECF 991 at 7), requiring Plaintiffs and nonparty J&J (collectively, the "Parties"), to "file all documents related to Plaintiffs' Motion to Compel and J&J's Cross-Motion to Quash in this action as well as 26-mc-80230-SK, *In Re: Johnson & Johnson Inc*." *Id*.

As enumerated below, certain documents related to Plaintiffs' Motion to Compel and J&J's Cross-Motion to Quash have already been filed on the docket for this action as exhibits to the Parties Joint Stipulation and Proposed Order Regarding Transferred Motion to Compel and Cross-Motion to Quash. *See* ECF No. 980 at Ex. A-F. Those documents are as follows:

| Exhibit | ECF No. | Document Name |
|---|---|---|
| A | 01 | • NAS Plaintiffs' Notice of Motion Pursuant to Rule 45 to Enforce A Subpoena and Compel Nonparty Johnson & Johnson to Appear for a 30(B) Deposition Duces Tecum with supporting initial filings.<br>• Misc. Case Cover Sheet dated 6/17/26<br>• NAS Plaintiffs' Memorandum Of Law In Support Of Motion To Compel Non-Party Deposition Pursuant To Federal Rules Of Civil Procedure Rule 45<br>• Affidavit of D. Creadore with Exhibits 1 and 2 |

O'Melveny

| | | |
|---|---|---|
| | | • Proposed Order<br>• Civil Case Coversheet |
| B | 04 | Johnson & Johnson letter brief re request for normal formal briefing schedule agreed upon by the parties. |
| C | 07-09 | • Johnson & Johnson's Notice of Cross-Motion to Quash Nonparty Subpoena Under Rule 45<br>• Johnson & Johnson's Opposition to Plaintiffs' Motion to Compel Nonparty Deposition and Cross-Motion to Quash Plaintiffs' Nonparty Subpoena Directed to J&J<br>• Declaration of Nexus U. Sea in Support of Johnson & Johnson's Opposition to Plaintiffs' Motion to Compel Nonparty Deposition and Cross-Motion to Quash Under Rule 45; Exhibits A – P. |
| D | 13-14 | • NAS Plaintiffs' Reply Memorandum in Support of the Motion to Compel Deposition Testimony of Johnson & Johnson and in Opposition to Johnson & Johnson's Cross-Motion to Quash Nonparty Subpoena<br>• Declaration of Donald Creadore with Exhibits 1 and 2<br>• Declaration of Donald Creadore with Exhibit 3 |
| E | 15 | Johnson & Johnson letter brief requesting until July 28, 2026, for J&J to file its reply in support of its Cross-Motion to Quash |
| F | 16 | Transfer Order |

In addition, to ensure a complete record pursuant to the Court's August 7 Order, J&J, with Plaintiffs' consent, hereby attaches the remaining documents filed in SDNY that were to not included as attachments to the Parties' Joint Stipulation, ECF No. 980, but are related to Plaintiffs' Motion to Compel and J&J's Cross-Motion to Quash as Exhibits A-G to this letter.

| Exhibit | ECF No. | Document Name |
|---|---|---|
| A | 02 | Misc. Case Cover Sheet dated 6/22/26 |

O'Melveny

| Exhibit | ECF No. | Document Name |
| --- | --- | --- |
| B | 03 | Notice of Magistrate Judge Robert W. Lehrburger as designated judicial handle |
| C | 05 | Order briefing schedule for Plaintiffs' Motion to Compel, including dates for J&J's opposition and Plaintiffs' reply briefing |
| D | 06 | Clerk notice regarding setting/resetting deadlines |
| E | 10 | Johnson & Johnson letter brief re premotion conference |
| F | 11 | Johnson & Johnson's Rule 7.1 Corporate Disclosure Statement |
| G | 12 | Order re granting ECF 10 |
| H | 17 | Johnson & Johnson's letter brief re request to file a reply brief |

In addition, please note that the documents filed today, August 12, 2026, namely (1) Plaintiffs' Supplemental Statement Of Discovery Dispute With Nonparty Johnson & Johnson, ECF No. 993; (2) Certificate of proof of service by electronic mail, ECF No. 993-1; (3) J&J's Reply and Declaration, ECF No. 996; and (4) J&J's Supplemental Brief, ECF No. 997, are not included as attachments to this letter, as they were filed separately and are available on the docket.

Finally, Plaintiffs and nonparty J&J met and conferred on August 11, 2026, regarding filing of all remaining documents related to Plaintiffs' Motion to Compel and J&J's Cross-Motion to Quash, and the submission of courtesy copies to the Court. J&J volunteered to prepare courtesy paper copies for the Court of all the above referenced documents on behalf of both Plaintiffs and J&J. As such, with Plaintiffs' consent, courtesy copies of all the above documents will be delivered to chambers tomorrow.

Respectfully submitted,

*/s/ Nexus U. Sea*
Nexus U. Sea
of O'MELVENY & MYERS LLP
*Attorneys for Johnson & Johnson*