John L. Brownlee (*pro hac vice*)
Robert J. Farlow (*pro hac vice*)
Ashley Akers (*pro hac vice*)
**HOLLAND & KNIGHT LLP**
1650 Tysons Blvd., Suite 1700
Tysons, VA 22102
Telephone: 703.720.8600
Fax: 703.720.8610
Email: john.brownlee@hklaw.com
robert.farlow@hklaw.com
ashley.akers@hklaw.com

Michael T. Maroney (*pro hac vice*)
**HOLLAND & KNIGHT LLP**
10 St. James Ave., 11th Floor
Boston, MA 02116
Telephone: 617.523.2700
Fax: 617.523.6850
Email: michael.maroney@hklaw.com

*Counsel for Plaintiff Robyn Hurley,*
*as Executrix of the Estate of Ethan Emirzian*

Holland & Knight LLP
1650 Tysons Blvd., Suite 1700
Tysons, VA 22102
Tel: 703.720.8600
Fax: 703.720.8610

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION<br><br>This document relates to:<br><br>HURLEY v. MCKINSEY & COMPANY, INC., UNITED STATES,<br><br>Case No. 3:22-cv-10351-MGM (D. Mass.) | Case No.: 3:21-md-02996<br>Hon. Charles R. Breyer<br><br>**PARTIES' JOINT ~~PROPOSED~~ THIRD CASE MANAGEMENT ORDER**<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 6, 17th Floor |



ACTIVE/209615143.1

Holland & Knight LLP
1650 Tysons Blvd., Suite 1700
Tysons, VA 22102
Tel: 703.720.8600
Fax: 703.720.8610

**JOINT PROPOSED THIRD CASE MANAGEMENT ORDER**

The Parties, having conferred concerning a briefing schedule for *Daubert* and dispositive motions pursuant to the Court's Second Case Management Order (ECF No. 898), hereby request that the Court adopt the following deadlines concerning same:

a. ***Daubert Motions***:

i. *Initial Briefs*: Any *Daubert* motions must be filed on or before the 30th day following the adjudication of the last of the following motions currently pending before the Court, to-wit: ECF No. 779, ECF No. 808, and ECF No. 892, or the Court's entry of this Proposed Case Management Order, whichever occurs later.

ii. *Opposition Briefs*: 30 days after the deadline to file initial briefs for any *Daubert* motions.

iii. *Reply Briefs*: 15 days after the deadline to file opposition briefs.

b. ***Dispositive Motions***:

i. *Initial Briefs*: Any dispositive motions must be filed on or before the 40th day following the deadline to file reply briefs under Section (a) above.

ii. *Opposition Briefs*: 30 days after filing of initial briefs for any dispositive motions.

iii. *Reply Briefs*: 15 days after filing of opposition briefs.

* * *

Accordingly, the Parties respectfully submit that the proposed briefing schedules above are mutually agreeable and hereby request that the Court enter this Joint Proposed Fifth Case Management Order.

Dated: September 30, 2026

Respectfully submitted,

PLAINTIFF ROBYN HURLEY, as Executrix of the ESTATE OF ETHAN EMIRZIAN

By her attorneys,

*/s/ Ashley Akers*
John L. Brownlee (*pro hac vice*)
Robert J. Farlow (*pro hac vice*)

Holland & Knight LLP
1650 Tysons Blvd., Suite 1700
Tysons, VA 22102
Tel: 703.720.8600
Fax: 703.720.8610

Ashley Akers (*pro hac vice*)
HOLLAND & KNIGHT LLP
1650 Tysons Blvd., Suite 1700
Tysons, VA 22102
Telephone: (703) 720-8600
Fax: (703) 720-8610
john.brownlee@hklaw.com
robert.farlow@hklaw.com
ashley.akers@hklaw.com

Michael T. Maroney (*pro hac vice*)
HOLLAND & KNIGHT LLP
10 St. James Ave., 11th Floor
Boston, MA 02116
Telephone: (617) 523-2700
Fax: (617) 878-1525
michael.maroney@hklaw.com

By: */s/ Mark David McPherson*
**HOGAN LOVELLS**
**CADWALADER US LLP**
James L. Bernard (pro hac vice)
james.bernard@hlc.com
Julie G. Matos (pro hac vice)
julie.matos@hlc.com
200 Liberty Street
New York, NY 10281
Telephone: (212) 918-3121

**GOODWIN PROCTER LLP**
Mark David McPherson (SBN 307951)
mmcpherson@goodwinlaw.com
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8869

*Attorneys for Defendant McKinsey & Company, Inc.*
*United States*

Date: September 30, 2026

